IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>APOTEX, INC., APOTEX CORP. and APOTEX PHARMACHEM INDIA, PVT, LTD.,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiffs Senju Pharmaceutical Co., Ltd., ("Senju"), Kyorin Pharmaceutical Co., Ltd. ("Kyorin") and Allergan, Inc. ("Allergan") (collectively "Plaintiffs") allege for their complaint against Apotex, Inc., Apotex Corp. ("Apotex Corp.") and Apotex Pharmachem India, PVT., Ltd. ("Apotex India) (collectively "Defendants") as follows:

NATURE OF THE ACTION

1. This is an action for infringement of United States Letters Patent No. 6,333,045 ('045 Patent) under 35 U.S.C. §271(e) (2).

THE PARTIES

2. Plaintiff Senju is a corporation organized under the laws of Japan having a place of business at 2-5-8, Hirano-machi, Chuo-ku, Osaka 541-0046, Japan.

3. Plaintiff Kyorin is a corporation organized under the laws of Japan having a place of business at 5, Kanda Surugadai 2-chome, Chiyoda-ku, Tokyo 101-8311 Japan.

4. Plaintiff Allergan is a Delaware corporation having a place of business at 2525 Dupont Drive, Irvine, California, 92612.

5. On information and belief, defendant Apotex Corp. is a Delaware corporation with a place of business at 2400 North Commerce Parkway, Suite 400, Weston, Florida, 33326.

6. On information and belief, defendant Apotex Corp. offers for sale and sells numerous generic drugs manufactured and supplied by Apotex, Inc. throughout the United States, including this judicial district.

7. On information and belief, defendant Apotex, Inc. is a corporation organized under the laws of Canada, with a place of business at 150 Signet Drive, Toronto, Ontario, Canada M9L 1T9.

8. On information and belief, defendant Apotex, Inc. manufactures numerous generic drugs for sale and use throughout the United States, including this judicial district.

9. On information and belief, Apotex, Inc. has formulated and sold to Apotex Corp. a gatifloxacin ophthalmic solution 0.3% knowing that the solution's only use was to prepare and file an Abbreviated New Drug Application ("ANDA") with the FDA. Plaintiffs reserve the right to amend the complaint to substitute a different party for Apotex, Inc. if, through discovery, Plaintiffs discover that a company other than Apotex, Inc. is formulating and selling the gatifloxacin ophthalmic solution 0.3% to Apotex Corp.

10. On information and belief, defendant Apotex India is a corporation organized under the laws of India and having a place of business at Site 1 A, Bommasandra Industrial Area, 4th Phase, Jigani Link Road, Bangalore - 560 099 India.

11. On information and belief, defendant Apotex India manufactures generic drugs for sale and use throughout the United States, including this judicial district.

12. On information and belief, Apotex India filed a Drug Master File for the gatifloxacin active pharmaceutical ingredient (API) and has sold gatifloxacin API to Apotex Corp. knowing that its only use was to prepare gatifloxacin ophthalmic solution 0.3% for use in the preparation and filing of an ANDA with the intent to market the solution in the United States before the expiration of the '045 patent.

13. On information and belief, the acts of Apotex Corp. complained of herein were done with the authorization of, with the cooperation, participation, and assistance of, and in part, for the benefit of Apotex, Inc. and Apotex India.

## JURISDICTION AND VENUE

14. This action arises under 35 U.S.C. Section 1, *et seq.* This court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

15. This court has personal jurisdiction over the defendants.

16. Venue is proper in this court under 28 U.S.C. §§ 1391 and 1400(b).

## BACKGROUND

17. The '045 patent, entitled "Aqueous Liquid Pharmaceutical Composition Comprised of Gatifloxacin," issued on December 25, 2001. A copy of the '045 patent is attached to this complaint as Exhibit A.

18. Senju and Kyorin jointly own the entire right and interest in the '045 patent.

19. Allergan is the exclusive licensee of the '045 patent for ophthalmic uses.

3

20.     Allergan is the holder of approved New Drug Application ("NDA") No. 02-1493 that covers Zymar® which is a 0.3% solution of gatifloxacin.

21.     In conjunction with NDA No. 02-1493, Allergan has listed the '045 patent (and others) in the "Approved Drug Products with Therapeutic Equivalence Evaluations" (the "Orange Book") maintained by the U.S. Food and Drug and Administration ("FDA"). Listing patents in the Orange Book obligates drug companies seeking approval to market a generic version of listed drug before the expiration of a listed patent to provide notice to the owner of the listed patent(s) and to the NDA holder with certain exceptions which do not apply to this case.

22.     On information and belief, on July 13, 2007, Apotex India filed a Drug Master File for the gatifloxacin API.

23.     On information and belief, on July 19, 2007, Apotex Corp. filed ANDA NO. 79-084 for gatifloxacin ophthalmic solution 0.3% with a Paragraph IV certification.

24.     In a letter dated October 17, 2007, Apotex Corp. advised Senju, Kyorin and Allergan that it had filed ANDA No. 79-084 for gatifloxacin ophthalmic solution 0.3% which is the subject of Allergan's NDA.

25.     The October 17, 2007 letter purports to advise Plaintiffs pursuant to 21 U.S.C. §355(j)(2)(B)(ii) and 21 C.F.R. §314.95 that Apotex Corp.'s ANDA had been filed with a Paragraph IV certification to obtain approval to market a gatifloxacin ophthalmic solution 0.3% before the expiration of either the '045 patent or U.S. Patent 5,880,283 (the '283 patent).

26.     Apotex Corp. in its detailed statement submitted with the October 17, 2007, letter ("Apotex Corp.'s statement") asserts only that the '283 patent will not be infringed.

27.     Currently Plaintiffs have insufficient information upon which to form a belief regarding the infringement of the '283 patent. Plaintiffs reserve the right to amend this

4

complaint or to file a new complaint should evidence become available tending to demonstrate that one or more of the defendants infringe the '283 patent.

28. Apotex Corp.'s statement does not assert that its gatifloxacin ophthalmic solution 0.3% product does not infringe claims 1 – 3 and 6 – 9 of the '045 patent.

29. On information and belief, Apotex Corp. admits that its gatifloxacin ophthalmic solution 0.3% product infringes claims 1 – 3 and 6 – 9 of the '045 patent if valid.

30. The claims of the '045 patent have a statutory presumption of validity.

## COUNT I

### Infringement of the '045 Patent Under 35 U.S.C. § 271 (e) (2)

31. Paragraphs 1 – 30 are incorporated herein as set forth above.

32. Apotex Corp.'s submission of ANDA No. 79-084 to obtain FDA approval to engage in the commercial manufacture, importation, sale, offer for sale, or use of gatifloxacin ophthalmic solution 0.3% in the United States before the expiration of the '045 patent was an act of infringement under 35 U.S.C. § 271(e) (2) (A) of the '045 patent.

33. Apotex Corp.'s commercial manufacture, importation, sale, offer for sale, or use of gatifloxacin ophthalmic solution 0.3% prior to the expiration of the '045 patent and after the filing of the ANDA will be an act of patent infringement of the '045 patent claims 1 -3 and 6 – 9. 35 U.S.C. § 271(a).

34. Apotex, Inc. and Apotex India are jointly and severally liable for Apotex Corp.'s infringement of the '045 patent. On information and belief, Apotex, Inc. and Apotex India participated in, contributed to, aided, abetted, and/or induced Apotex Corp.'s submission of ANDA No. 79-084 to the FDA.

5

35. Apotex, Inc.'s and Apotex India's participation in, contribution to, aiding, abetting and/or inducement of the submission of ANDA No. 79-084 and its §505(j)(2)(A)(vii)(IV) allegations to the FDA constitutes infringement of the '045 patent under 35 U.S.C. § 271(e)(2)(A). Moreover, Apotex, Inc.'s or Apotex India's offer for sale of the proposed gatifloxacin ophthalmic solution 0.3% would infringe the '045 patent.

36. On information and belief, Defendants were aware of the existence of the '045 patent and were aware that the filing of ANDA NO. 79-084 and certification with respect to the '045 patent constituted infringement of that patent. This is an exceptional case.

## COUNT II

### Apotex, Inc.'s Infringement of the '045 Patent Under 35 U.S.C. §§271(b) - (c)

37. Paragraphs 1 – 36 are incorporated herein as set forth above.

38. On information and belief, Apotex, Inc. manufactured the gatifloxacin ophthalmic solution 0.3% for which Apotex Corp. seeks FDA approval to engage in the commercial manufacture, importation, sale, offer for sale, or use.

39. Based on Apotex Corp.'s statement, the gatifloxacin ophthalmic solution 0.3% product manufactured by Apotex, Inc. infringes the '045 patent.

40. On information and belief, Apotex, Inc. sold the gatifloxacin ophthalmic solution 0.3% product to Apotex Corp. in the United States for use by Apotex Corp. in preparing its ANDA.

41. On information and belief, Apotex Corp. has identified one or more Apotex, Inc. facilities as the site(s) where the gatifloxacin ophthalmic solution 0.3% product will be formulated.

6

42. On information and belief, Apotex, Inc. permitted Apotex Corp. to identify its facility(ies) as the source of the gatifloxacin ophthalmic solution 0.3% product.

43. On information and belief, Apotex, Inc. sold a gatifloxacin ophthalmic solution 0.3% to Apotex Corp. knowing that the solution's only use was to prepare and file an ANDA with the FDA.

44. On information and belief, Apotex, Inc. knew that its gatifloxacin ophthalmic solution 0.3% infringed one or more claims of the '045 patent.

45. On information and belief, Apotex, Inc., at the time it sold the gatifloxacin ophthalmic solution 0.3% to Apotex Corp., intended that Apotex Corp. file an ANDA to seek regulatory permission to sell the gatifloxacin ophthalmic solution 0.3% before the expiration of the '045 patent.

46. On information and belief, Apotex, Inc., offered the gatifloxacin ophthalmic solution 0.3% to Apotex Corp. to induce Apotex Corp. to file an ANDA seeking regulatory permission to sell the gatifloxacin ophthalmic solution 0.3% before the expiration of the '045 patent.

47. Apotex, Inc.'s activities constitute contributory infringement and/or inducement to infringe of the '045 patent. 35 U.S.C. §§271(b) and (c).

**COUNT III**

**Apotex India's Infringement of the '045 Patent Under 35 U.S.C. §§271(b) and (c)**

48. Paragraphs 1 – 47 are incorporated herein as set forth above.

49. On information and belief, Apotex India sells gatifloxacin API to Apotex, Inc.

50. On information and belief, Apotex India sells gatifloxacin API to Apotex Corp.

51. On information and belief, Apotex India has authorized the FDA to refer to its DMF in examining Apotex Corp.'s ANDA for gatifloxacin ophthalmic solution 0.3%.

52. On information and belief, Apotex India actively induced Apotex Corp. to use its gatifloxacin API in Apotex Corp.'s gatifloxacin ophthalmic solution 0.3% and to market its gatifloxacin ophthalmic solution 0.3% prior to the expiration of the '045 patent.

53. Given the practice in the industry to review the Orange Book for relevant patents before commencing the development of a process for manufacturing an API, it is believed that Apotex India has actual knowledge of the '045 patent.

54. On information and belief, Apotex India sold its gatifloxacin API to Apotex Inc. knowing that its only use was to prepare gatifloxacin ophthalmic solution 0.3% for use in the preparation of and filing of an ANDA with the intent to market the solution in the United States before the expiration of the '045 patent.

55. On information and belief, Apotex India sold its gatifloxacin API to Apotex Corp. knowing that its only use was to prepare gatifloxacin ophthalmic solution 0.3% for use in the preparation of and filing of ANDA No. 79-084 with the intent to market the solution in the United States before the expiration of the '045 patent.

56. On information and belief, Apotex India sold its gatifloxacin API to Apotex Corp.'s formulator of gatifloxacin ophthalmic solution 0.3% knowing that its only use was to prepare gatifloxacin ophthalmic solution 0.3% for use in the preparation of and filing ANDA No. 79-084 with the intent to market the solution in the United States before the expiration of the '045 patent.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request the following relief:

A. A judgment that Defendants have infringed the '045 patent;

B. An order, pursuant to 35 U.S.C. § 271(e)(4)(A), that the effective date of any approval of ANDA No. 79-084 under § 505(j) of the Federal Food, Drug and Cosmetic Act, 21 U.S.C. § 355(j), shall not be earlier than the expiration date of the '045 patent or any extension thereof;

C. A permanent injunction, pursuant to 35 U.S.C. § 271(e)(4)(B), restraining and enjoining Defendants, their officers, agents, servants and employees, and those persons in active concert or participation with any of them, from infringement, inducing infringement, or contributory infringement of the '045 patent for the full term thereof;

D. A preliminary injunction restraining and enjoining Defendants, their officers, agents, servants and employees, and those persons in active concert or participation with any of them, from infringement, inducing infringement, or contributory infringement of the '045 patent for the full term thereof until such time as the Court issues a final decision on the merits;

E. A declaration that this is an exceptional case and an award of reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

F. Costs and expenses in this action; and

G. Such other and further relief as the Court may deem just and proper.

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Maryellen Noreika*

                    Jack B. Blumenfeld (#1014)
                    Maryellen Noreika (#3208)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899
                    (302) 658-9200
                    jblumenfeld@mnat.com
                    mnoreika@mnat.com

                    *Attorneys for Plaintiffs*

*Of Counsel*:

Richard D. Kelly
Stephen G. Baxter
William T. Enos
Frank J. West
OBLON, SPIVAK, MCCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314
(703) 413-3000

Date:   November 29, 2007

# EXHIBIT A

US006333045B1

(12) **United States Patent**
Yasueda et al.

(10) Patent No.:     **US 6,333,045 B1**
(45) Date of Patent:     **Dec. 25, 2001**

(54) **AQUEOUS LIQUID PHARMACEUTICAL COMPOSITION COMPRISED OF GATIFLOXACIN**

(75) Inventors: **Shinichi Yasueda; Katsuhiro Inada**, both of Kobe (JP)

(73) Assignees: **Senju Pharmaceutical Co., Ltd.**, Osaka; **Kyorin Pharmaceutical Co., Ltd.**, Tokyo, both of (JP)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.:     **09/529,882**
(22) PCT Filed:     **Aug. 20, 1999**
(86) PCT No.:     **PCT/JP99/04483**
    § 371 Date:     **Apr. 21, 2000**
    § 102(e) Date:     **Apr. 21, 2000**
(87) PCT Pub. No.:     **WO00/10570**
    PCT Pub. Date: **Mar. 2, 2000**

(30)     **Foreign Application Priority Data**

Aug. 21, 1998     (JP) .................................................. 10/235432

(51) Int. Cl.[7] ........................... A61F 13/00; A61K 31/495
(52) U.S. Cl. ........................... 424/434; 424/400; 424/422; 424/427; 424/437; 424/78.04; 514/254
(58) Field of Search ................................ 424/400, 78.04, 424/422, 427, 434, 437

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,528,287 | * 7/1985 | Itoh et al. ............................ | 514/254 |
| 4,780,465 | 10/1988 | Ogata et al. ......................... | 514/254 |
| 4,980,470 | 12/1990 | Masuzawa et al. .................. | 544/363 |
| 5,043,450 | 8/1991 | Masuzawa et al. .................. | 546/156 |

OTHER PUBLICATIONS

Tanaka, Masatoshi et al., "Emergence of In Vitro Resistance to Fluoroquinolones in *Neisseria gonorrhoeae* Isolated in Japan", Antimicrobial Agents and Chemotherapy, 1995, vol. 39, No. 10, pp. 2367–2370.

Kubo Shuta et al., "Enhanced Chemiluminescence Response of Polymorphonuclear Leukocytes by New Quinolone Antimicrobials", Chemotherapy, 1994, vol. 40, No. 5, pp. 333–336.

Sasaki, Hitoshi et al., "Different Effects of Absorption Promoters on Corneal and Conjunctival Penetration of Ophthalmic Beta–Blockers", Pharmaceutical Research, 1995, vol. 12, No. 8, pp. 1146–1150.

Grass George M., et al., "Mechanisms of Corneal Drug Penetration 1: In Vivo and In Vitro Kinetics", Journal of Pharmaceutical Sciences, Jan. 1988, vol. 77, No. 1, pp. 3–14.

Grass George M., et al., "Effects of Calcium Chelating Agents on Corneal Permeability", Investigative Ophthalmology & Visual Science/Jan. 1985, vol. 26, pp. 110–113.

Podder, Samir K., et al. "Improving the Safety of Topically Applied Timolol in the Pigmented Rabbit Through Manipulation of Formulation Composition", Exp. Eye Res. (1992), 54, pp. 747–757.

* cited by examiner

*Primary Examiner*—Thurman K. Page
*Assistant Examiner*—Charesse L. Evans
(74) *Attorney, Agent, or Firm*—Wenderoth, Lind & Ponack, L.L.P.

(57)     **ABSTRACT**

There is provided an aqueous liquid pharmaceutical composition which comprises Gatifloxacin (chemical nomenclature: (±)-1-cyclopropyl-6-fluoro-1,4-dihydro-8-methoxy-7-(3-methyl-1-piperazinyl)-4-oxo-3-quinoline carboxylic acid) or its salt and disodium edetate. Further, there are provided a method for raising corneal permeability of Gatifloxacin, a method for preventing precipitation of Gatifloxacin crystals, and a method for preventing coloration of Gatifloxacin by incorporating disodium edetate into an aqueous liquid preparation containing Gatifloxacin or its salt.

**11 Claims, No Drawings**

1

# AQUEOUS LIQUID PHARMACEUTICAL COMPOSITION COMPRISED OF GATIFLOXACIN

## FIELD OF THE INVENTION

The present invention relates to an aqueous liquid pharmaceutical composition comprising as a main component a quinolone carboxylic acid derivative, Gatifloxacin (chemical nomenclature: (±)-1-cyclopropyl-6-fluoro-1,4-dihydro-8-methoxy-7-(3-methyl-1-piperazinyl)-4-oxo-3-quinoline carboxylic acid). Further, the present invention relates to a method for raising corneal permeability of Gatifloxacin, a method for preventing precipitation of Gatifloxacin crystals, and a method for preventing coloration of Gatifloxacin.

## BACKGROUND OF THE INVENTION

Gatifloxacin is a new quinolone antimicrobial agent which is recognized to exhibit a strong antimicrobial activity against not only Gram-negative bacteria but also Gram-positive bacteria, anaerobes and mycoplasmas. Then, it has been proposed to apply it to ophthalmological infectious diseases such as conjunctivitis, dacryocystitis, hordeolum etc. and otorhinological infectious diseases such as otitis externa, otitis media, sinusitis etc (see JP-B 8-9597).

For designing a pharmaceutical preparation in the form of eye drops containing an antimicrobial agent, an index is to raise corneal permeability of the agent to increase the amount of the agent to transfer to aqueous humor. However, in general, the agent applied to eyes can scarcely pass into inside of the eyes because of dilution with tears and the barrier function of corneas. Then, as a method of improving corneal permeability of the agent, a method using an absorption enhancer has been proposed. In addition, a method using a viscous base material has been proposed to increase the agent-retentivity at the anterior ocular segment.

## OBJECTS OF THE INVENTION

With regard to Gatifloxacin, although its application to ophthalmological or otorhinological infectious diseases has been proposed, there is no report about a study of an aqueous liquid pharmaceutical composition thereof for topical administration, which can be actually applied to eyes, for example, its passing into inside of eyes, stability, etc.

In view of these circumstances, an object of the present invention is to permit actual application of Gatifloxacin in ophthalmological or otorhinological field, in particular, to provide an aqueous liquid pharmaceutical composition comprising as an effective component Gatifloxacin.

## SUMMARY OF THE INVENTION

The present inventors have intensively studied to apply Gatifloxacin in ophthalmological field and, consequently, have found that this objective can be achieved by coexistence of Gatifloxacin with disodium edetate.

Disodium edetate is considered to lower the calcium concentration in corneal epithelium cells and expanding intercellular spaces, thereby accelerating passing of a water-soluble medicament into inside of eyes. However, a rise in corneal permeability of a medicament depends on a concentration of disodium edetate (Journal of Pharmaceutical Science, 77: 3–14, 1988) and, normally, at present, disodium edetate should be used at a high concentration as much as 0.5% (Investigative Ophthalmology & Visual Science, 66: 110–113, 1985; Experimental Eye Research, 54: 747–757,

2

1992; Pharmaceutical Research, 12: 1146–1150). Nevertheless, the present inventors have found that corneal permeability of Gatifloxacin can be improved at a lower concentration of disodium edetate.

Further, it has been known that the solubility of Gatifloxacin depends on pH and its solubility at about physiological pH is very low. Then, in order to dissolve a sufficient amount of Gatifloxacin in an aqueous liquid pharmaceutical composition, pH of the composition should be adjusted to an acidic or alkaline range, which causes a problem such as irritation upon topical administration. However, the present inventors also have found that the solubility of Gatifloxacin at about physiological pH is improved by coexistence thereof with disodium edetate.

The present invention has been completed based on these present inventors' novel findings and, according to the present invention, there is provided an aqueous liquid pharmaceutical composition which comprises Gatifloxacin or its salt and disodium edetate. In particular, the aqueous liquid pharmaceutical composition of the present invention is an aqueous solution containing Gatifloxacin or its salt and disodium edetate.

Further, the present invention provides a method for raising corneal permeability of Gatifloxacin which comprises incorporating disodium edetate into eye drops containing Gatifloxacin or its salt; a method for preventing precipitation of Gatifloxacin crystals which comprises incorporating disodium edetate into an aqueous liquid preparation containing Gatifloxacin or its salt; and a method for preventing coloration of Gatifloxacin which comprises incorporating disodium edetate into an aqueous liquid preparation containing Gatifloxacin or its salt.

This object as well as other objects and advantages of the present invention will become apparent to those skilled in the art from the following description.

## DETAILED DESCRIPTION OF THE INVENTION

In the present invention, Gatifloxacin or its salt is used as the effective component. Examples of the salt of Gatifloxacin used in the present invention include those with inorganic acids such as hydrochloric acid, sulfuric acid, phosphoric acid, etc.; those with organic acids such as methanesulfonic acid, lactic acid, oxalic acid, acetic acid, etc.; or those with sodium, potassium, magnesium, calcium, aluminum, cerium, chromium, cobalt, copper, iron, zinc, platinum, silver, etc.

Normally, the amount of Gatifloxacin or its salt (hereinafter sometimes simply referred to as "Gatifloxacin") to be formulated in the aqueous liquid pharmaceutical composition of the present invention is varied according to the degree of infection of a particular subject, but normally, Gatifloxacin is formulated within the range of 0.1 to 1.0 w/v %, preferably 0.1 to 0.8 w/v %, more preferably 0.3 to 0.5 w/v %.

Normally, disodium edetate is formulated in an amount of 0.001 to 0.2 w/v %, preferably 0.005 to 0.1 w/v %, more preferably 0.01 to 0.1 w/v %.

Normally, the aqueous liquid pharmaceutical composition of the present invention is adjusted to pH 5 to 8, preferably pH 5.5 to 7.5, more preferably pH 6 to 7.

If necessary, the aqueous liquid pharmaceutical composition of the present invention may further contain appropriate additives, for example, an isotonic agent. (e.g., sodium chloride, potassium chloride, boric acid, glycerin,

3

propylene glycol, mannitol, sorbitol, glucose etc.); a buffer solution (e.g., phosphate buffer solution, acetate buffer solution, borate buffer solution, citrate buffer solution, glutamic acid, ε-aminocaproic acid, etc.); a preservative (e.g., benzalkonium chloride, benzethonium chloride, chlorhexidine gluconate, chlorobutanol, benzyl alcohol, sodium dehydroacetate, p-hydroxybenzoate, etc.), a thickening agent (e.g., methylcellulose, hydroxyethyl cellulose, hydroxypropyl methylcellulose, carboxymethylcellulose, sodium hyaluronate, carboxyvinyl polymer, polyvinyl alcohol, polyvinyl pyrrolidone, Macrogol (polyethylene glycol), etc.), a pH adjusting agent (e.g., hydrochloric acid, sodium hydroxide, acetic acid, phosphoric acid, etc.), and the like.

The aqueous liquid pharmaceutical composition of the present invention can be produced by a per se known method. For example, it can be produced by the process described in the section of "Ophthalmic Solutions" or "Liquids and Solutions", General Rules for Preparations, The Japanese Pharmacopoeia Thirteenth Edition.

The aqueous liquid pharmaceutical composition of the present invention has antimicrobial activity and can be used for prophylaxis and therapy of blepharitis, hordeolum, dacryocystitis, conjunctivitis, tarsitis, keratitis, corneal ulcer, postoperative infection, and the like. For this purpose, the composition can be instilled in the eye about three times a day at a dosage of one drop per once. For otitis externa or otitis media, normally, the composition can be instilled in the ear twice a day at a dosage of 6 to 10 drops per once. Further, for sinusitis, normally, the composition can be sprayed and inhaled three times every other day in a week at a dosage of 2 to 4 ml per once, or can be administered in the maxillary sinus once a week at a dosage of 1 ml per once. The dosage can be increased or decreased according to the degree of a particular disease condition.

The present invention will be further illustrated by the following experiments and examples, but the present invention is not limited thereto.

Experiment 1

Effect of disodium edetate on transfer of Gatifloxacin to aqueous humor

Method

According to the formulations of Table 1, eye drops of Gatifloxacin were prepared (formulations A–C). Each of the eye drops (50 μl/eye) was instilled once in the eyes of male Japanese albino rabbits (body weight: about 2 kg). At one hour after the instillation, the aqueous humor was collected and the Gatifloxacin concentration was determined by HPLC.

TABLE 1

| Formulations | A | B | C |
|---|---|---|---|
| Gatifloxacin | 0.5 g | 0.5 g | 0.5 g |
| Disodium edetate | — | — | 0.05 g |
| Sodium chloride | 0.9 g | 0.9 g | 0.9 g |
| Hydrochloric acid | q.s. | q.s. | q.s. |
| Sodium hydroxide | q.s. | q.s. | q.s. |
| Sterilized purified water | to total 100 ml | to total 100 ml | to total 100 ml |
| pH | 7.0 | 6.0 | 6.0 |

Results

The concentration of Gatifloxacin in the aqueous humor at one hour after the instillation is shown in Table 2.

When pH dropped, the amount of Gatifloxacin transferred to the aqueous humor decreased. For the formulation

4

adjusted to pH 6.0 (formulation C), the amount of Gatifloxacin transferred to the aqueous humor increased by about 1.2 times and 1.5 times as much as those of the formulations A (pH 7.0) and B (pH 6.0) which were used as controls, respectively.

Since the concentration of disodium edetate normally used for raising corneal permeability is 0.5 w/v %, these results show that corneal permeability of Gatifloxacin has been improved even by using disodium edetate in 1/10 amount as much as that normally used.

TABLE 2

| Formulations | Gatifloxacin concentration in aqueous humor (μg/ml) |
|---|---|
| A | 1.61 ± 0.43 |
| B | 1.30 ± 0.42 |
| C | 1.93 ± 0.95 |

Experiment 2

Effect of disodium edetate on precipitation of Gatifloxacin crystals

Method

According to the formulations of Table 3, aqueous liquid preparations of Gatifloxacin were prepared (formulations B–D). Each solution was filled in 5 ml glass ampoules. The ampoules were subjected to freezing at –30° C. (overnight) and then thawing at room temperature repeatedly to observe precipitation of Gatifloxacin crystals.

TABLE 3

| Formulations | B | C | D |
|---|---|---|---|
| Gatifloxacin | 0.5 g | 0.5 g | 0.5 g |
| Disodium edetate | — | 0.05 g | 0.1 g |
| Sodium chloride | 0.9 g | 0.9 g | 0.9 g |
| Hydrochloric acid | q.s. | q.s. | q.s. |
| Sodium hydroxide | q.s. | q.s. | q.s. |
| Sterilized purified water | to total 100 ml | to total 100 ml | to total 100 ml |
| pH | 6.0 | 6.0 | 6.0 |

Results

In the formulation in which disodium edetate was not formulated (formulation B), crystals were precipitated when freezing and thawing were repeated twice to three times. On the other hand, when disodium edetate was formulated (formulations C and D), no precipitation of crystals was recognized even when freezing and thawing were repeated ten times.

These results show that precipitation of Gatifloxacin crystals under storage conditions at a low temperature is prevented by formulating disodium edetate in an aqueous liquid preparation of Gatifloxacin.

Experiment 3

Effect of disodium edetate on preventing coloration of Gatifloxacin

Method

Sodium chloride (0.86 g) and 0.1 mol/liter hydrochloric acid (5.2 ml) were added to sterilized purified water (80 ml) in a stainless steel (SUS316) beaker of 8 cm diameter and the mixture was stirred. Then, Gatifloxacin (0.32 g) and disodium edetate (at a final concentration of 0%, 0.001%, 0.005%, 0.01% or 0.05%) were added thereto and dissolved therein. The solution was adjusted to pH 6.5 with 0.1 mol/liter sodium hydroxide and the total volume was made

5

up to 100 ml to obtain an aqueous liquid preparation of Gatifloxacin. A color difference between the aqueous liquid preparation and sterilized purified water was determined with a differential calorimeter (Chroma meter CT-210C manufactured by Minolta, light source Lab table system). As a control, an aqueous liquid preparation of Gatifloxacin prepared in a glass beaker was used.

Results

The color difference determined is shown in Table 4.

The aqueous liquid preparation prepared in the glass beaker and used as the control had the color difference of 1.9 to 2.0 and a pale yellow color. On the other hand, the aqueous liquid preparation prepared in the stainless steel beaker had the color difference of 3.17 in case that disodium edetate was not added and 2.42 in case that 0.01% of disodium edetate was added. They had a light yellow color and a pale yellow color, respectively. Thus, they were discolored by formulating disodium edetate.

In view of these results, it is considered that Gatifloxacin is colored by the metal ion dissolved in the preparation from the stainless steel beaker. Further, these results show that addition of disodium edetate can prevent coloration of Gatifloxacin.

TABLE 4

| Concentration of disodium edetate (%) | Color Difference | |
| --- | --- | --- |
|  | Stainless Steel Beaker | Glass Beaker |
| 0 | 3.17 | 1.90 |
| 0.001 | 3.08 | 1.93 |
| 0.005 | 3.05 | 2.02 |
| 0.01 | 2.42 | 1.94 |
| 0.05 | 2.19 | 1.93 |

EXAMPLE 1

According to a conventional method, an aqueous solution for eye drops, ear drops and nasal drops having the following formulation was prepared.

| Ingredients | Amount |
| --- | --- |
| Gatifloxacin | 0.5 g |
| Disodium edetate | 0.1 g |
| Sodium chloride | 0.9 g |
| Hydrochloric acid | q.s. |
| Sodium hydroxide | q.s. |
| Sterilized purified water | up to 100 ml |
| pH | 7.0 |

EXAMPLE 2

According to a conventional method, an aqueous solution for eye drops, ear drops and nasal drops having the following formulation was prepared.

| Ingredients | Amount |
| --- | --- |
| Gatifloxacin | 0.5 g |
| Disodium edetate | 0.05 g |
| Sodium chloride | 0.9 g |
| Hydrochloric acid | q.s. |
| Sodium hydroxide | q.s. |
| Sterilized purified water | up to 100 ml |
| pH | 7.0 |

6

EXAMPLE 3

According to a conventional method, an aqueous solution for eye drops, ear drops and nasal drops having the following formulation was prepared.

| Ingredients | Amount |
| --- | --- |
| Gatifloxacin | 0.5 g |
| Disodium edetate | 0.1 g |
| Sodium dihydrogen phosphate | 0.1 g |
| Sodium chloride | 0.9 g |
| Hydrochloric acid | q.s. |
| Sodium hydroxide | q.s. |
| Sterilized purified water | up to 100 ml |
| pH | 7.0 |

EXAMPLE 4

According to a conventional method, an aqueous solution for eye drops, ear drops and nasal drops having the following formulation was prepared.

| Ingredients | Amount |
| --- | --- |
| Gatifloxacin | 0.3 g |
| Disodium edetate | 0.05 g |
| Sodium chloride | 0.9 g |
| Hydrochloric acid | q.s. |
| Sodium hydroxide | q.s. |
| Sterilized purified water | up to 100 ml |
| pH | 6.0 |

EXAMPLE 5

According to a conventional method, an aqueous solution for eye drops, ear drops and nasal drops having the following formulation was prepared.

| Ingredients | Amount |
| --- | --- |
| Gatifloxacin | 0.5 g |
| Sodium edetate | 0.01 g |
| Glycerin | 2.6 g |
| Benzalkonium chloride | 0.005 g |
| Hydrochloric acid | q.s. |
| Sodium hydroxide | q.s. |
| Sterilized purified water | up to 100 ml |
| pH | 7.5 |

EXAMPLE 6

According to a conventional method, an aqueous solution for eye drops, ear drops and nasal drops having the following formulation was prepared.

| Ingredients | Amount |
| --- | --- |
| Gatifloxacin | 0.5 g |
| Sodium edetate | 0.05 g |
| Sodium chloride | 0.9 g |
| Hydrochloric acid | q.s. |
| Sodium hydroxide | q.s. |
| Sterilized purified water | up to 100 ml |
| pH | 5.5 |

### EXAMPLE 7

According to a conventional method, an aqueous solution for eye drops, ear drops and nasal drops having the following formulation was prepared.

| Ingredients | Amount |
| --- | --- |
| Gatifloxacin | 0.3 g |
| Disodium edetate | 0.05 g |
| Sodium chloride | 0.9 g |
| Hydroxypropylmethyl cellulose | 0.1 g |
| Methyl p-hydroxybenzoate | 0.026 g |
| Propyl p-hydroxybenzoate | 0.014 g |
| Hydrochloric acid | q.s. |
| Sodium hydroxide | q.s. |
| Sterilized purified water | up to 100 ml |
| pH | 6.0 |

### EXAMPLE 8

According to a conventional method, an aqueous solution for eye drops, ear drops and nasal drops having the following formulation was prepared.

| Ingredients | Amount |
| --- | --- |
| Gatifloxacin | 0.5 g |
| Disodium edetate | 0.01 g |
| Sodium chloride | 0.83 g |
| Benzalkonium chloride | 0.005 g |
| Hydrochloric acid | q.s. |
| Sodium hydroxide | q.s. |
| Sterilized purified water | up to 100 ml |
| pH | 5.5 |

### EXAMPLE 9

According to a conventional method, an aqueous solution for eye drops, ear drops and nasal drops having the following formulation was prepared.

| Ingredients | Amount |
| --- | --- |
| Gatifloxacin | 0.3 g |
| Disodium edetate | 0.01 g |

-continued

| Ingredients | Amount |
| --- | --- |
| Sodium chloride | 0.86 g |
| Benzalkonium chloride | 0.005 g |
| Hydrochloric acid | q.s. |
| Sodium hydroxide | q.s. |
| Sterilized purified water | up to 100 ml |
| pH | 6.0 |

As shown in Experiment 1, according to the eye drops of the present invention, corneal permeability of the effective component, Gatifloxacin, can be improved even by using disodium edetate in 1/10 amount as much as that normally used. Further, as shown in Experiment 2, the aqueous liquid preparation of the present invention can prevent precipitation of Gatifloxacin crystals under storage conditions as a low temperature. Furthermore, as shown in Experiment 3, coloration of Gatifloxacin by a metal ion can be prevented. Thus, the aqueous liquid preparation of the present invention is very useful.

What is claimed is:

1. An aqueous liquid pharmaceutical composition which comprises Gatifloxacin or its salt and disodium edetate.

2. The aqueous liquid pharmaceutical composition according to claim 1, wherein pH of the composition is within the range of 5 to 8.

3. The aqueous liquid pharmaceutical composition according to claim 1, where the composition is in the form of eye drops.

4. The aqueous liquid pharmaceutical composition according to claim 1, where the composition is in the form of ear drops.

5. The aqueous liquid pharmaceutical composition according to claim 1, where the composition is in the form of nasal drops.

6. A method for raising corneal permeability of Gatifloxacin which comprises incorporating disodium edetate into eye drops containing Gatifloxacin or its salt.

7. A method for preventing precipitation of Gatifloxacin crystals which comprises incorporating disodium edetate into an aqueous liquid preparation containing Gatifloxacin or its salt.

8. A method for preventing coloration of Gatifloxacin which comprises incorporating disodium edetate into an aqueous liquid preparation containing Gatifloxacin or its salt.

9. The aqueous liquid pharmaceutical composition according to claim 2, where the composition is in the form of eye drops.

10. The aqueous liquid pharmaceutical composition according to claim 2, where the composition is in the form of ear drops.

11. The aqueous liquid pharmaceutical composition according to claim 2, where the composition is in the form of nasal drops.

\* \* \* \* \*

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Senju Pharmaceutical Co., Ltd.,
Kyorin Pharmaceutical Co., Ltd. and
Allergan, Inc.

## DEFENDANTS
Apotex, Inc., Apotex Corp. and
Apotex Pharmachem India, PVT, Ltd.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Maryellen Noreika, MORRIS, NICHOLS, ARSHT & TUNNELL LLP,
1201 North Market Street, P.O. Box 1347,
Wilmington, DE 19899-1347, (302) 658-9200

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☒ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | LABOR | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | PERSONAL INJURY | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| | ☐ 362 Personal Injury - Med. Malpractice | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| | ☐ 365 Personal Injury - Product Liability | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| REAL PROPERTY | PERSONAL PROPERTY | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | ☐ 370 Other Fraud | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 220 Foreclosure | ☐ 371 Truth in Lending | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 380 Other Personal Property Damage | | | |
| ☐ 240 Torts to Land | ☐ 385 Property Damage Product Liability | | | |
| ☐ 245 Tort Product Liability | | | | |
| ☐ 290 All Other Real Property | | | | |
| | CIVIL RIGHTS | PRISONER PETITIONS | | |
| | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | |
| | ☐ 442 Employment | Habeas Corpus: | | |
| | ☐ 443 Housing/Accommodations | ☐ 530 General | | |
| | ☐ 444 Welfare | ☐ 535 Death Penalty | | |
| | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. § 271, et seq.
Brief description of cause: patent infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 11/29/07
SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**    Example:    U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07-779

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___3___ COPIES OF AO FORM 85.

11-29-07
(Date forms issued)

(Signature of Party or their Representative)

Aaron Johnston
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action