IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC., APOTEX CORP. and APOTEX PHARMACHEM INDIA, PVT, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. _____ |

**PLAINTIFF SENJU PHARMACEUTICAL CO., LTD'S
<u>RULE 7.1 STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Senju Pharmaceutical Co., Ltd. states that it is a wholly owned subsidiary of Takeda Pharmaceutical Company, Ltd. of Japan. Takeda Pharmaceutical Company, Ltd.'s shares are publicly traded on the Tokyo Stock Exchange.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel*:

Richard D. Kelly
Stephen G. Baxter
William T. Enos
Frank J. West
OBLON, SPIVAK, MCCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314
(703) 413-3000

Date:   November 29, 2007