IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC.,<br><br>         Plaintiffs,<br><br>    v.<br><br>APOTEX, INC., APOTEX CORP. and APOTEX PHARMACHEM INDIA, PVT, LTD.,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-779<br>)<br>)<br>)<br>)<br>)<br>)  |

**PLAINTIFF SENJU PHARMACEUTICAL CO., LTD'S**
***CORRECTED* RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Senju Pharmaceutical Co., Ltd. ("Senju") states that it is a private company organized under the laws of Japan. Senju has no parent corporation and no publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel*:

Richard D. Kelly
Stephen G. Baxter
William T. Enos
Frank J. West
OBLON, SPIVAK, MCCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314
(703) 413-3000

Date:   November 30, 2007