IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>APOTEX, INC., APOTEX CORP. and APOTEX PHARMACHEM INDIA, PVT, LTD.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-779 (***)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Richard D. Kelly, William T. Enos, Stephen G. Baxter and Frank J. West of OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C., 1940 Duke Street, Alexandria, Virginia 22314 to represent Plaintiffs Senju Pharmaceutical Co., Ltd., Kyorin Pharmaceutical Co., Ltd. and Allergan, Inc. in this matter.

　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　/s/ Maryellen Noreika
　　　　　　　　　　　　　　　　　　Jack B. Blumenfeld (#1014)
　　　　　　　　　　　　　　　　　　Maryellen Noreika (#3208)
　　　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　jblumenfeld@mnat.com
　　　　　　　　　　　　　　　　　　mnoreika@mnat.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

Dated: December 13, 2007

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____          _____
                                                            United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>Virginia</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee payment will be submitted to ☒ the Clerk's office upon the filing of this motion.

Signed: _____

Dated: _____

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____         _____
                                                         United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>Illinois</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee payment will be submitted to ☒ the Clerk's office upon the filing of this motion.

Signed: _____

Dated: December 12, 2007

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____         _____
                                        United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>Virginia</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee payment will be submitted to ☒ the Clerk's office upon the filing of this motion.

Signed: [signature]

Dated: 12-4-07

OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____          _____
                                United States District Judge


**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>Missouri</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee payment will be submitted to ☒ the Clerk's office upon the filing of this motion.

Signed: *Frank J. West*
Dated: *December 4, 2007*

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314