IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>APOTEX, INC., APOTEX CORP. and APOTEX PHARMACHEM INDIA, PVT, LTD.,<br><br>*Defendants.* | C.A. No. 07-779***LPS |

## STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINT

Plaintiffs Senju Pharmaceutical Co., Ltd., Kyorin Pharmaceutical Co., Ltd and Allergan, Inc. (collectively "Plaintiffs") and Defendant Apotex Corp. hereby stipulate as follows, subject to the approval of the Court:

1. Plaintiffs filed their Complaint on November 29, 2007.

2. Plaintiffs effected service on Defendant Apotex Corp. on November 30, 2007, and Apotex Corp.'s Answer is currently due December 20, 2007.

3. Plaintiffs and Apotex Corp. stipulate to a thirty (30) day extension for Apotex Corp. to respond to Plaintiffs' Complaint until January 22, 2008.

4. This is the first extension sought by Apotex Corp.

| | |
|---|---|
| /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>MORRIS, NICHOLS, ARSHT &<br>TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mant.com<br>mnoreika@mnat.com<br><br>**Attorneys for Plaintiffs**<br>**Senju Pharmaceutical Co., Ltd.,**<br>**Kyorin Pharmaceutical Co., Ltd and**<br>**Allergan, Inc.** | /s/ Francis J. Murphy<br>Francis J. Murphy, DE I.D. No. 223<br>MURPHY & LANDON, P.A.<br>1011 Centre Road, Suite 210<br>Wilmington, Delaware 19805<br>(302) 472-8103<br>(302) 472-8135 (fax)<br>fmurphy@msllaw.com<br><br>**Attorneys for Defendant**<br>**Apotex Corp.** |

Dated: December 14, 2007

SO ORDERED this ___ day of December, 2007,

_____
United States District Judge

2

148673