IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., <br> KYORIN PHARMACEUTICAL CO., LTD. <br> and ALLERGAN, INC., <br>         Plaintiffs, <br>         v. <br> APOTEX, INC., APOTEX CORP. and <br> APOTEX PHARMACHEM INDIA, PVT, <br> LTD., <br>         Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-779-***-LPS <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Keith D. Parr, P.C., David G. Greene, Scott B. Feder, Alan B. Clement, Kevin M. Nelson, David B. Abramowitz and Sarah M. Chen to represent Apotex, Inc. and Apotex Corp. in this matter.

**MURPHY & LANDON**

/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. 223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-mail: Fmurphy@msllaw.com
*Attorneys for Defendants Apotex, Inc.
And Apotex Corp.*

Date: January 22, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

149392

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: 1/16/08          Signed: _____
                       Kevin M. Nelson, Esquire
                       Locke Lord Bissell & Liddell, LLP
                       111 South Wacker Drive
                       Chicago, IL 60606-4410
                       (312) 443-1890
                       (312) 896-6890 (fax)
                       knelson@lockelord.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: 1-16-08

Signed: *David B. Abramowitz*
David B. Abramowitz, Esquire
Locke Lord Bissell & Liddell, LLP
111 South Wacker Drive
Chicago, IL 60606-4410
(312) 443-0591
(312) 896-6591 (fax)
dabramowitz@lockelord.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: 1-16-08        Signed: /s/ Scott B. Feder

Scott B. Feder, Esquire
Locke Lord Bissell & Liddell, LLP
111 South Wacker Drive
Chicago, IL 60606-4410
(312) 443-0261
(312) 896-6261 (fax)
sfeder@lockelord.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: 1/16/08          Signed: *[signature]*
                       David G. Greene, Esquire
                       Locke Lord Bissell & Liddell, LLP
                       885 Third Avenue, 26th Floor
                       New York, NY 10022
                       (212) 947-4700
                       (212) 947-1202
                       dgreene@lockelord.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: January 17, 2008

Signed: _____
Keith D. Parr, P.C.
Locke Lord Bissell & Liddell, LLP
111 South Wacker Drive
Chicago, IL 60606-4410
(312) 443-0497
(312) 896-6497 (fax)
kparr@lockelord.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: 1/16/2008

Signed: *[signature]*
Sarah M. Chen, Esquire
Locke Lord Bissell & Liddell, LLP
885 Third Avenue, 26th Floor
New York, NY 10022
(212) 947-4700
(212) 947-1202
schen@lockelord.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: 1/16/2008

Signed: *[signature]*
Alan B. Clement, Esquire
Locke Lord Bissell & Liddell, LLP
885 Third Avenue, 26th Floor
New York, NY 10022
(212) 947-4700
(212) 947-1202
aclement@lockelord.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., <br>         Plaintiffs, <br>     v. <br> APOTEX, INC., APOTEX CORP. and APOTEX PHARMACHEM INDIA, PVT, LTD., <br>         Defendants. | ) ) ) ) ) ) C.A. No. 07-779-***-LPS ) ) ) ) ) |

**CERTIFICATE OF ELECTRONIC SERVICE**

I, Francis J. Murphy, Esq., do hereby certify that on this 22nd day of January, 2008, I have caused the foregoing MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF Keith D. Parr, P.C., David G. Greene, Scott B. Feder, Alan B. Clement, Kevin M. Nelson, David B. Abramowitz and Sarah M. Chen and this Certificate of Electronic Service, to be served by electronic service on the following counsel of record:

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mant.com
mnoreika@mnat.com
*Attorneys for Plaintiffs*
*Senju Pharmaceutical Co., Ltd.,*
*Kyorin Pharmaceutical Co., Ltd and Allergan, Inc.*

                **MURPHY & LANDON**

                /s/ Francis J. Murphy
                Francis J. Murphy, DE I.D. No. 223
                1011 Centre Road, Suite 210
                Wilmington, DE  19805
                Tel:  (302) 472-8100
                Fax:  (302) 472-8135
                E-mail:  Fmurphy@msllaw.com
                *Attorneys for Defendants Apotex, Inc.*
                *and Apotex Corp.*

149396                2