IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC., APOTEX CORP. and APOTEX PHARMACHEM INDIA, PVT, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 07-779 (SLR) ) ) ) ) ) ) |

**PLAINTIFFS' RESPONSE TO APOTEX CORP. AND APOTEX INC.'S MOTION TO PARTIALLY DISMISS PLAINTIFFS' COMPLAINT**

Plaintiffs Senju Pharmaceutical Co, Ltd., Kyorin Pharmaceutical Co., Ltd., and Allergan, Inc. (collectively "Plaintiffs") do not oppose Defendants Apotex Corp. and Apotex, Inc.'s motion to dismiss Counts II and III of Plaintiffs' complaint. Plaintiffs note that the dismissal of Counts II and III will have no effect on the named defendants in the case. Count I is asserted against all three named defendants: Apotex Corp., Apotex, Inc. and Apotex Pharmachem India, PVT, Ltd.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel*:

Richard D. Kelly
Stephen G. Baxter
William T. Enos
Frank J. West
OBLON, SPIVAK, MCCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314

February 8, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Francis J. Murphy
> MURPHY & LANDON

I further certify that I caused to be served copies of the foregoing document on February 8, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Francis J. Murphy, Esquire<br>MURPHY & LANDON<br>1011 Centre Road<br>Suite 210<br>Wilmington, DE  19805 | *VIA ELECTRONIC MAIL* |
| David G. Greene, Esquire<br>Alan B. Clement, Esquire<br>Sarah M. Chen, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>885 Third Avenue<br>26th Floor<br>New York, NY  10022 | *VIA ELECTRONIC MAIL* |
| Keith D. Parr, Esquire<br>Scott B. Feder, Esquire<br>Kevin M. Nelzon, Esquire<br>David M. Abramowitz, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL  60606 | *VIA ELECTRONIC MAIL* |

_____
Jack B. Blumenfeld (#1014)