IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO, LTD, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 07-779-SLR ) |
| APOTEX INC., et al., | ) ) |
| Defendants. | ) |

### O R D E R

At Wilmington this ___ day of February, 2008,

IT IS ORDERED that oral argument shall be conducted on **Friday, March 7, 2008** on the pending motion to dismiss (D.I. 14), commencing at **2:10 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each side shall have twenty (20) minutes to present argument.

_____
United States District Judge