IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO. LTD, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )  Civ. No. 07-779-SLR ) |
| APOTEX INC., et al., | ) ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 26th day of February, 2008, plaintiffs having filed no opposition to defendants' motion to partially dismiss plaintiffs' complaint (D.I. 16);

IT IS ORDERED that said motion (D.I. 14) is granted.  Oral argument on said motion (D.I. 18) is cancelled.

_____
United States District Judge