IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC., APOTEX CORP. and APOTEX PHARMACHEM INDIA, PVT, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 07-779 (SLR) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' First Request for the Production of Documents and Things* were caused to be served on March 21, 2008 upon the following in the manner indicated:

Francis J. Murphy, Esquire  
MURPHY & LANDON  
1011 Centre Road  
Suite 210  
Wilmington, DE  19805  

*VIA ELECTRONIC MAIL  
and OVERNIGHT COURIER*

David G. Greene, Esquire  
Alan B. Clement, Esquire  
Sarah M. Chen, Esquire  
LOCKE LORD BISSELL & LIDDELL LLP  
885 Third Avenue  
26th Floor  
New York, NY  10022  

*VIA ELECTRONIC MAIL  
and OVERNIGHT COURIER*

Keith D. Parr, Esquire  
Scott B. Feder, Esquire  
Kevin M. Nelzon, Esquire  
David M. Abramowitz, Esquire  
LOCKE LORD BISSELL & LIDDELL LLP  
111 South Wacker Drive  
Chicago, IL  60606  

*VIA ELECTRONIC MAIL  
and OVERNIGHT COURIER*

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Jack B. Blumenfeld*
        _____
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        jblumenfeld@mnat.com
        mnoreika@mnat.com

        *Attorneys for Plaintiffs*

*Of Counsel*:

Richard D. Kelly
Stephen G. Baxter
William T. Enos
Frank J. West
OBLON, SPIVAK, MCCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314
(703) 413-3000

March 24, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Francis J. Murphy
>MURPHY & LANDON

I further certify that I caused to be served copies of the foregoing document on March 24, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Francis J. Murphy, Esquire<br>MURPHY & LANDON<br>1011 Centre Road<br>Suite 210<br>Wilmington, DE 19805 | *VIA ELECTRONIC MAIL* |
| David G. Greene, Esquire<br>Alan B. Clement, Esquire<br>Sarah M. Chen, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>885 Third Avenue<br>26th Floor<br>New York, NY 10022 | *VIA ELECTRONIC MAIL* |
| Keith D. Parr, Esquire<br>Scott B. Feder, Esquire<br>Kevin M. Nelzon, Esquire<br>David M. Abramowitz, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)