IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., <br> KYORIN PHARMACEUTICAL CO., LTD. <br> and ALLERGAN, INC., <br>　　　　　Plaintiffs, <br>　　v. <br> APOTEX, INC., APOTEX CORP. and <br> APOTEX PHARMACHEM INDIA, PVT, <br> LTD., <br>　　　　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-779-SLR <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

　　I, Francis J. Murphy, hereby certify that on this 4th day of April, 2008, I have mailed by United States Postal Service, the document(s) **APOTEX, INC.'S and APOTEX CORP.'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES** to the following participants:

　　Jack B. Blumenfeld
　　Maryellen Noreika
　　1201 North Market Street
　　P.O. Box 1347
　　Wilmington, DE  19899
　　(302) 658-9200
　　jblumenfeld@mnat.com
　　mnoreika@mnat.com

　　Kenneth G. Schuler
　　Amanda J. Hollis
　　LATHAM & WATKINS LLP
　　Sears Tower, Suite 5800
　　Chicago, IL  60606
　　(312) 876-770

　　Carisa S. Yee
　　LATHAM & WATKINS LLP
　　140 Scott Drive
　　Menlo Park, CA  94025
　　(650) 328-4600

**MURPHY & LANDON**

/s/Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
MURPHY & LANDON LLP
1011 Centre Road, Suite 210
Wilmington, Delaware  19805
(302) 472-8103
(302) 472-8135 (fax)
fmurphy@msllaw.com

*Of Counsel:*
David G. Greene
Alan B. Clement
Sarah M. Chen
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY  10022
(212) 947-4700
(212) 947-1202
dgreene@lockelord.com
aclement@lockelord.com
schen@lockelord.com

Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Dr.
Chicago, Illinois  60606
312-443-0700
312-443-0336 (fax)
kparr@lockelord.com
sfeder@lockelord.com
knelson@lockelord.com
dabramowitz@lockelord.com

**Attorneys for Defendant**
**Apotex, Inc. and Apotex Corp.**