IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., | ) |
| KYORIN PHARMACEUTICAL CO., LTD. | ) |
| and ALLERGAN, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 07-779 (SLR) |
| | ) |
| APOTEX, INC., APOTEX CORP. and | ) |
| APOTEX PHARMACHEM INDIA, PVT, | ) |
| LTD., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Rule 26(A)(1), Fed. R. Civ. P.,*

*Initial Disclosures of Plaintiffs* were caused to be served on April 11, 2008 upon the following in

the manner indicated:

Francis J. Murphy, Esquire                                              *VIA ELECTRONIC MAIL*
MURPHY & LANDON
1011 Centre Road
Suite 210
Wilmington, DE  19805

David G. Greene, Esquire                                              *VIA ELECTRONIC MAIL*
Alan B. Clement, Esquire
Sarah M. Chen, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue
26th Floor
New York, NY  10022

Keith D. Parr, Esquire                                              *VIA ELECTRONIC MAIL*
Scott B. Feder, Esquire
Kevin M. Nelson, Esquire
David M. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL  60606

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel*:

Richard D. Kelly
Stephen G. Baxter
William T. Enos
Frank J. West
OBLON, SPIVAK, MCCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314
(703) 413-3000

April 11, 2008

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 11, 2008 I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing to:

Francis J. Murphy
MURPHY & LANDON

I further certify that I caused to be served copies of the foregoing document on

April 11, 2008 upon the following in the manner indicated:

Francis J. Murphy, Esquire                                      *VIA ELECTRONIC MAIL*
MURPHY & LANDON
1011 Centre Road
Suite 210
Wilmington, DE  19805

David G. Greene, Esquire                                       *VIA ELECTRONIC MAIL*
Alan B. Clement, Esquire
Sarah M. Chen, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue
26th Floor
New York, NY  10022

Keith D. Parr, Esquire                                          *VIA ELECTRONIC MAIL*
Scott B. Feder, Esquire
Kevin M. Nelson, Esquire
David M. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL  60606

_____
Jack B. Blumenfeld (#1014)