IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., | ) |
| KYORIN PHARMACEUTICAL CO., LTD. | ) |
| and ALLERGAN, INC., | ) |
|                  Plaintiffs, | ) |
|         v. | ) C.A. No. 07-779 SLR |
| APOTEX, INC., APOTEX CORP. and | ) |
| APOTEX PHARMACHEM INDIA, PVT, | ) |
| LTD., | ) |
|                  Defendants. | ) |

**NOTICE OF SERVICE**

I, Francis J. Murphy, hereby certify that on this 21st day of April, 2008, the following document, Responses and Objections to Plaintiffs' First Request for the Production of Documents and Things (Nos. 1-61), was served on the parties below via Electronic Mail:

Jack B. Blumenfeld (#1014)
Maryellen Noreika  (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mant.com
mnoreika@mnat.com

**Attorneys for Plaintiffs**
Senju Pharmaceutical Co., Ltd.,
Kyorin Pharmaceutical Co., Ltd and Allergan, Inc.

      Richard D. Kelly
      William T. Enos
      Stephen G. Baxter
      Frank J. West
      OBLON, SPIVAK, McCLELLAND,
       MAIER & NEUSTADT, P.C.
      1940 Duke Street
      Alexandria, VA  22314

151659

(703) 413-3000
rkelly@oblon.com
wenos@oblon.com
sbaxter@oblon.com
fwest@oblon.com

        MURPHY & LANDON

        /s/Francis J. Murphy
        Francis J. Murphy, DE I.D. No. 223
        MURPHY & LANDON LLP
        1011 Centre Road, Suite 210
        Wilmington, Delaware 19805
        (302) 472-8103
        (302) 472-8135 (fax)
        fmurphy@msllaw.com

*Of Counsel:*

Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Dr.
Chicago, Illinois 60606
312-443-0700
312-443-0336 (fax)
kparr@lockelord.com
sfeder@lockelord.com
knelson@lockelord.com
dabramowitz@lockelord.com

David G. Greene
Alan B. Clement
Sarah M. Chen
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY 10022
(212) 947-4700
(212) 947-1202
dgreene@lockelord.com
aclement@lockelord.com
schen@lockelord.com

Attorneys for Defendant
Apotex Corp.

151659