IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., | ) |
| KYORIN PHARMACEUTICAL CO., LTD. | ) |
| and ALLERGAN, INC., | ) |
|       Plaintiffs, | ) |
|    v. | ) C.A. No. 07-779 SLR |
| APOTEX, INC., APOTEX CORP. and | ) |
| APOTEX PHARMACHEM INDIA, PVT, | ) |
| LTD., | ) |
|       Defendants. | ) |

**NOTICE OF SERVICE**

I, Francis J. Murphy, hereby certify that on this 9th day of June, 2008, the following document, DEFENDANTS APOTEX INC. AND APOTEX CORP.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (Nos. 1-52), was served on the parties below by First Class Mail:

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mant.com
mnoreika@mnat.com

   Richard D. Kelly
   William T. Enos
   Stephen G. Baxter
   Frank J. West
   OBLON, SPIVAK, McCLELLAND,
    MAIER & NEUSTADT, P.C.
   1940 Duke Street
   Alexandria, VA  22314
   (703) 413-3000
   rkelly@oblon.com
   wenos@oblon.com
   sbaxter@oblon.com
   fwest@oblon.com
   *Attorneys for Plaintiffs*
   *Senju Pharmaceutical Co., Ltd.,*
   *Kyorin Pharmaceutical Co., Ltd and Allergan, Inc.*

**MURPHY & LANDON**

/s/Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
MURPHY & LANDON LLP
1011 Centre Road, Suite 210
Wilmington, Delaware  19805
(302) 472-8103
(302) 472-8135 (fax)
fmurphy@msllaw.com

*Of Counsel:*

Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Dr.
Chicago, Illinois  60606
312-443-0700
312-443-0336 (fax)
kparr@lockelord.com
sfeder@lockelord.com
knelson@lockelord.com
dabramowitz@lockelord.com

David G. Greene
Alan B. Clement
Sarah M. Chen
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY  10022
(212) 947-4700
(212) 947-1202
dgreene@lockelord.com
aclement@lockelord.com
schen@lockelord.com

*Attorneys for Defendant*
*Apotex Corp.*