IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., ) <br> KYORIN PHARMACEUTICAL CO., LTD. ) <br> and ALLERGAN, INC., ) <br>                 Plaintiffs, ) <br>        v. ) <br> APOTEX, INC., APOTEX CORP. and ) <br> APOTEX PHARMACHEM INDIA, PVT, ) <br> LTD., ) <br>                 Defendants. ) | ) C.A. No. 07-779 SLR |

**NOTICE OF SERVICE**

      I, Francis J. Murphy, hereby certify that on this 11th day of June, 2008, the following document, DEFENDANTS APOTEX INC. AND APOTEX CORP.'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS (NOS. 1- 19), was served on the parties below by First Class Mail:

Jack B. Blumenfeld (#1014)
Maryellen Noreika  (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mant.com
mnoreika@mnat.com

    Richard D. Kelly
    William T. Enos
    Stephen G. Baxter
    Frank J. West
    OBLON, SPIVAK, McCLELLAND,
     MAIER & NEUSTADT, P.C.
    1940 Duke Street
    Alexandria, VA  22314
    (703) 413-3000
    rkelly@oblon.com
    wenos@oblon.com
    sbaxter@oblon.com
    fwest@oblon.com
    *Attorneys for Plaintiffs*
    *Senju Pharmaceutical Co., Ltd.,*
    *Kyorin Pharmaceutical Co., Ltd and Allergan, Inc.*

**MURPHY & LANDON**

/s/Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
MURPHY & LANDON LLP
1011 Centre Road, Suite 210
Wilmington, Delaware  19805
(302) 472-8103
(302) 472-8135 (fax)
fmurphy@msllaw.com

*Of Counsel:*

Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Dr.
Chicago, Illinois  60606
312-443-0700
312-443-0336 (fax)
kparr@lockelord.com
sfeder@lockelord.com
knelson@lockelord.com
dabramowitz@lockelord.com

David G. Greene
Alan B. Clement
Sarah M. Chen
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY  10022
(212) 947-4700
(212) 947-1202
dgreene@lockelord.com
aclement@lockelord.com
schen@lockelord.com

*Attorneys for Defendant
Apotex Corp.*