IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC.<br><br>Plaintiffs,<br>v.<br><br>APOTEX, INC., APOTEX CORP. and APOTEX PHARMACHEM INDIA, PVT, LTD.,<br><br>Defendants. | C.A. No. 07-779 (SLR) |

**STIPULATION OF PARTIAL DISMISSAL OF CLAIMS**

WHEREAS, Plaintiffs, Senju Pharmaceutical Co., Ltd., Kyorin Pharmaceutical Co., Ltd. and Allergan, Inc. (hereinafter "Senju") in their Complaint in the above-styled action allege that, *inter alia*, Apotex Pharmachem India, PVT, Ltd. (hereinafter "Apotex India") infringes or will infringe United States Patent No. 6,333,045 (hereinafter the "'045 patent") under 35 U.S.C. § 271(e)(2) (Count I of the Complaint);

WHEREAS, Senju in its Complaint in the above-styled action alleges that Apotex India infringes or will infringe the '045 patent under 35 U.S.C. § 271(b) and (c) (Count III of the Complaint);

WHEREAS, Apotex, Inc. and Apotex Corp. (collectively hereinafter "Apotex") counterclaimed in Counts III and IV of their Answer to the Complaint in the above-styled action that United States Patent No. 5,880,283 (the "'283 patent") would not be infringed by Apotex (Count III of the Counterclaims) and that the '283 patent is invalid (Count IV of the Counterclaims);

WHEREAS, Apotex will only make, use, sell, offer to sell or import, in the United States, gatifloxacin ophthalmic solution and not crystalline gatifloxacin whether manufactured by Apotex Pharmachem, PVT. Ltd. or others, unless and until the '283 Patent has expired, been abandoned or withdrawn, or been judicially determined to be invalid or unenforceable.

WHEREAS the parties acknowledge that service has not yet been completed as against Apotex India in this action, that issue has not been joined with Apotex India, that Apotex India does not consent to jurisdiction in this action and that nothing contained herein shall constitute or be admissible as evidence that Apotex, Inc. or Apotex Corp. owns or controls the activities of Apotex India.

Based upon representations made by Apotex and in reliance upon those representations,

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that:

1. All claims asserted in this action against Apotex India are dismissed without prejudice;

2. Apotex India is dismissed from this action without prejudice;

3. In connection with Apotex's Abbreviated New Drug Application No. 79-084, Apotex will only make, use, sell, offer to sell or import, in the United States, gatifloxacin ophthalmic solution and not crystalline gatifloxacin whether manufactured by Apotex Pharmachem, PVT. Ltd. or others, unless and until the '283 Patent has expired, been abandoned or withdrawn, or been judicially determined to be invalid or unenforceable; and

4. Counts III and IV of Apotex's Counterclaims are dismissed without prejudice in their entirety.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MURPHY & LANDON LLP |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *Francis J. Murphy* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Francis J. Murphy (#223)<br>1011 Centre Road<br>Suite 210<br>Wilmington, DE 19805<br>(302) 472-8100<br>fmurphy@msllaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| *Of Counsel*: | *Of Counsel*: |
| Richard D. Kelly<br>Stephen G. Baxter<br>William T. Enos<br>Frank J. West<br>OBLON, SPIVAK, MCCLELLAND,<br>  MAIER & NEUSTADT, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314 | David G. Greene<br>Alan B. Clement<br>Sarah M. Chen<br>LOCKE LORD BISSELL & LIDDELL LLP<br>885 Third Avenue<br>26th Floor<br>New York, NY 10022<br><br>Keith D. Parr<br>Scott B. Feder<br>Kevin M. Nelson<br>David B. Abramowitz<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 |

SO ORDERED this _____ day of June, 2008.

_____
United States District Court Judge