IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC., APOTEX CORP. and APOTEX PHARMACHEM INDIA, PVT, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 07-779 (SLR) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *Plaintiff Senju Pharmaceutical Co., Ltd.'s Objections and Responses to Defendants Apotex Inc. and Apotex Corp.'s First Set of Interrogatories (Nos. 1-19)*; 2) *Plaintiff Kyorin Pharmaceutical Co., Ltd.'s Objections and Responses to Defendants Apotex Inc. and Apotex Corp.'s First Set of Interrogatories (Nos. 1-19)*; 3) *Plaintiff Allergan, Inc.'s Objections and Responses to Defendants Apotex Inc. and Apotex Corp.'s First Set of Interrogatories (Nos. 1-19);* 4) *Plaintiff Senju Pharmaceutical Co., Ltd.'s Objections and Responses to Defendants Apotex Inc.'s and Apotex Corp.'s First Set of Request for the Production of Documents and Things (Nos. 1-52)*; 5) *Plaintiff Kyorin Pharmaceutical Co., Ltd.'s Objections and Responses to Defendants Apotex Inc.'s and Apotex Corp.'s First Set of Request for the Production of Documents and Things (Nos. 1-52)*; and 6) *Plaintiff Allergan, Inc.'s Objections and Responses to Defendants Apotex Inc.'s and Apotex Corp.'s First Set of Request for the Production of Documents and Things (Nos. 1-52)* were caused to be served on July 18, 2008 upon the following in the manner indicated:

Francis J. Murphy, Esquire                                    *VIA ELECTRONIC MAIL*
MURPHY & LANDON
1011 Centre Road
Suite 210
Wilmington, DE  19805

David G. Greene, Esquire                                      *VIA ELECTRONIC MAIL*
Alan B. Clement, Esquire
Sarah M. Chen, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue
26th Floor
New York, NY  10022

Keith D. Parr, Esquire                                        *VIA ELECTRONIC MAIL*
Scott B. Feder, Esquire
Kevin M. Nelson, Esquire
David M. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL  60606

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Maryellen Noreika*

          Jack B. Blumenfeld (#1014)
          Maryellen Noreika (#3208)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE  19899
          (302) 658-9200
          jblumenfeld@mnat.com
          mnoreika@mnat.com

          *Attorneys for Plaintiffs*

*Of Counsel*:

Richard D. Kelly
Stephen G. Baxter
William T. Enos
Frank J. West
OBLON, SPIVAK, MCCLELLAND,
 MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314
(703) 413-3000

July 18, 2008
1489060

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Francis J. Murphy
> MURPHY & LANDON

I further certify that I caused to be served copies of the foregoing document on July 18, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Francis J. Murphy, Esquire<br>MURPHY & LANDON<br>1011 Centre Road<br>Suite 210<br>Wilmington, DE 19805 | *VIA ELECTRONIC MAIL* |
| David G. Greene, Esquire<br>Alan B. Clement, Esquire<br>Sarah M. Chen, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>885 Third Avenue<br>26th Floor<br>New York, NY 10022 | *VIA ELECTRONIC MAIL* |
| Keith D. Parr, Esquire<br>Scott B. Feder, Esquire<br>Kevin M. Nelson, Esquire<br>David M. Abramowitz, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 | *VIA ELECTRONIC MAIL* |

*/s/ Maryellen Noreika*
_____
Maryellen Noreika (#3208)