IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., ) <br> KYORIN PHARMACEUTICAL CO., LTD. ) <br> and ALLERGAN, INC., ) <br>                  Plaintiffs, ) <br>        v. ) <br> APOTEX, INC., APOTEX CORP. and ) <br> APOTEX PHARMACHEM INDIA, PVT, ) <br> LTD., ) <br>                  Defendants. ) | ) C.A. No. 07-779 SLR |

**NOTICE OF SERVICE**

I, Francis J. Murphy, hereby certify that on this 3rd day of September, 2008, the following document, APOTEX INC.'S AND APOTEX CORP.'S RESPONSES AND OBJECTIONS TO KYORIN PHARMACEUTICAL CO. LTD.'S FIRST SET OF INTERROGATORIES (Nos. 1-3), was served on the parties below by First Class Mail and E-Mail:

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mant.com
mnoreika@mnat.com

    Richard D. Kelly
    William T. Enos
    Stephen G. Baxter
    Frank J. West
    OBLON, SPIVAK, McCLELLAND,
     MAIER & NEUSTADT, P.C.
    1940 Duke Street
    Alexandria, VA  22314
    (703) 413-3000
    rkelly@oblon.com
    wenos@oblon.com
    sbaxter@oblon.com
    fwest@oblon.com
    *Attorneys for Plaintiffs*
    *Senju Pharmaceutical Co., Ltd.,*
    *Kyorin Pharmaceutical Co., Ltd and Allergan, Inc.*

**MURPHY & LANDON**

/s/Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
MURPHY & LANDON LLP
1011 Centre Road, Suite 210
Wilmington, Delaware  19805
(302) 472-8103
(302) 472-8135 (fax)
fmurphy@msllaw.com

*Of Counsel:*

Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Dr.
Chicago, Illinois  60606
312-443-0700
312-443-0336 (fax)
kparr@lockelord.com
sfeder@lockelord.com
knelson@lockelord.com
dabramowitz@lockelord.com

David G. Greene
Alan B. Clement
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY  10022
(212) 947-4700
(212) 947-1202
dgreene@lockelord.com
aclement@lockelord.com
*Attorneys for Defendant*
*Apotex Corp.*

154649                                  2