IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>APOTEX, INC., APOTEX CORP. and APOTEX PHARMACHEM INDIA, PVT, LTD., <br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) C.A. No. 07-779 (SLR) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Expert Report of Valentino J. Stella, Ph.D. Concerning the Infringement of U.S. Patent No. 6,333,045 and Exhibits A-Q Including the Expert Reports of Matthew S. Mayo, Ph.D. [Exhibit I] and Jonathan D. Mahnken, Ph.D. [Exhibit N]* were caused to be served on June 16, 2009, upon the following counsel in the manner indicated:

Francis J. Murphy, Esquire　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
MURPHY & LANDON　　　　　　　　　　　　　　　*AND OVERNIGHT COURIER*
1011 Centre Road, Suite 210
Wilmington, DE 19805

David G. Greene, Esquire　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Sarah M. Chen, Esquire　　　　　　　　　　　　　　*AND OVERNIGHT COURIER*
Alan B. Clement, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY 10022

Keith D. Parr, Esquire　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Scott B. Feder, Esquire　　　　　　　　　　　　　　*AND OVERNIGHT COURIER*
Kevin M. Nelson, Esquire
David M. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiffs*

*Of Counsel*:

Richard D. Kelly
Stephen G. Baxter
William T. Enos
Frank J. West
OBLON, SPIVAK, MCCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

June 16, 2009
1489060

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2009 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Francis J. Murphy
>MURPHY & LANDON

I further certify that I caused to be served copies of the foregoing document on June 16, 2009 upon the following in the manner indicated:

| | |
|---|---|
| Francis J. Murphy, Esquire<br>MURPHY & LANDON<br>1011 Centre Road<br>Suite 210<br>Wilmington, DE 19805 | *VIA ELECTRONIC MAIL* |
| David G. Greene, Esquire<br>Alan B. Clement, Esquire<br>Sarah M. Chen, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>885 Third Avenue<br>26th Floor<br>New York, NY 10022 | *VIA ELECTRONIC MAIL* |
| Keith D. Parr, Esquire<br>Scott B. Feder, Esquire<br>Kevin M. Nelson, Esquire<br>David M. Abramowitz, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 | *VIA ELECTRONIC MAIL* |

/s/ Maryellen Noreika
Maryellen Noreika (#3208)