IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC., APOTEX CORP. and APOTEX PHARMACHEM INDIA, PVT, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 07-779 (SLR) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the (1) *Expert Report of Valentino J. Stella, Ph.D. Concerning the Nonobviousness of U.S. Patent No. 6,333,045 and Exhibits R-GG Thereto*; (2) *Rebuttal Expert Report of Valentino J. Stella, Ph.D. Concerning the Alleged Invalidity of U.S. Patent No. 6,333,045 Based on the Alleged Lack of Enablement, Alleged Failure to Disclose Best Mode for Practicing the Invention and the Alleged Materiality of References and Exhibit HH Thereto*; (3) *Expert Report of Matthew S. Mayo, Ph.D. Concerning Additional Statistical Analyses and Exhibits A-F Thereto*; and (4) *Translations of Exhibits H and J to Dr. Stella's Expert Report Concerning the Infringement of United States Patent No. 6,333,045* were caused to be served on July 21, 2009, upon the following counsel in the manner indicated:

Francis J. Murphy, Esquire  *VIA ELECTRONIC MAIL*
MURPHY & LANDON  *and OVERNIGHT COURIER*
1011 Centre Road, Suite 210
Wilmington, DE  19805

David G. Greene, Esquire      *VIA ELECTRONIC MAIL*
Sarah M. Chen, Esquire      *and OVERNIGHT COURIER*
Alan B. Clement, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY 10022

Keith D. Parr, Esquire      *VIA ELECTRONIC MAIL*
Scott B. Feder, Esquire      *and OVERNIGHT COURIER*
Kevin M. Nelson, Esquire
David M. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Jack B. Blumenfeld*
    Jack B. Blumenfeld (#1014)
    Maryellen Noreika (#3208)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    (302) 658-9200
    jblumenfeld@mnat.com
    mnoreika@mnat.com
    *Attorneys for Plaintiffs*

*Of Counsel*:

Richard D. Kelly
Stephen G. Baxter
William T. Enos
Frank J. West
OBLON, SPIVAK, MCCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

July 21, 2009
1489060

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2009 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Francis J. Murphy
> MURPHY & LANDON

I further certify that I caused to be served copies of the foregoing document on July 21, 2009 upon the following in the manner indicated:

| | |
|---|---|
| Francis J. Murphy, Esquire<br>MURPHY & LANDON<br>1011 Centre Road<br>Suite 210<br>Wilmington, DE 19805 | *VIA ELECTRONIC MAIL* |
| David G. Greene, Esquire<br>Alan B. Clement, Esquire<br>Sarah M. Chen, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>885 Third Avenue<br>26th Floor<br>New York, NY 10022 | *VIA ELECTRONIC MAIL* |
| Keith D. Parr, Esquire<br>Scott B. Feder, Esquire<br>Kevin M. Nelson, Esquire<br>David M. Abramowitz, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)