1                        - VOLUME B -

2              IN THE UNITED STATES DISTRICT COURT

3              IN AND FOR THE DISTRICT OF DELAWARE

4                           - - -

5

   SENJU PHARMACEUTICAL CO.,      :   CIVIL ACTION
6  LTD., KYORIN PHARMACEUTICAL    :
   CO., LTD. and ALLERGAN,        :
7  INC.,                          :
                                  :
8                  Plaintiffs,    :
                                  :
9       vs.                       :
                                  :
10 APOTEX INC. and APOTEX         :
   CORP.,                         :
11                                :
                   Defendants.    :   NO. 07-779 (SLR)
12

13                              - - -

14                         Wilmington, Delaware
                           Wednesday, January 13, 2010
15                         9:23 o'clock, a.m.

16                              - - -

17 BEFORE:  HONORABLE SUE L. ROBINSON, U.S.D.C.J.

18                              - - -

19 APPEARANCES:

20         MORRIS, NICHOLS, ARSHT & TUNNELL
           BY:  MARYELLEN NOREIKA, ESQ.
21

22                      -and-

23

24                         Valerie J. Gunning
                           Kevin Maurer
25                         Official Court Reporters

1    APPEARANCES (Continued):

2

3              OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT,
               L.L.P.
4              BY:  RICHARD D. KELLY, ESQ. and
                    STEPHEN G. BAXTER, ESQ.,
5                   FRANK J. WEST, ESQ. and
                    ALEX GASSER, ESQ.
6                   (Alexandria, Virginia)

7

8                   Counsel for Plaintiffs

9

10

11             MURPHY & LANDON
               BY:  FRANCIS J. MURPHY, ESQ.
12

13                      -and-

14

15

16             LOCKE LORD BISSELL & LIDDELL LLP
               BY:  ALAN B. CLEMENT, ESQ.
                    (New York, New York)
17

18                      -and-

19

20             LOCKE LORD BISSELL & LIDDELL LLP
                    BY:  SCOTT B. FEDER, ESQ.,
                    DAVID B. ABRAMOWITZ, ESQ. and
21                  PATRICK C. GALLAGHER, ESQ.
                    (Chicago, Illinois)
22

23

                    Counsel for Defendants
24

25

                        - - -

1    ALSO PRESENT:

2
                    JAPAN AMERICA, INC.
3                   MASAKO SHO WINKLER,
                    INTERPRETER/TRANSLATOR
4
5                   SATOKO (SOPHIE) UTSUNOMIYA
                    CONFERENCE INTERPRETER
6
7                           - - -

8
9           (Proceedings commenced in the courtroom

10   beginning at 9:23 a.m.)

11          THE COURT:  I apologize for the delay.  I will

12   make up the time this afternoon if we need to.

13          I understand there are some issues we need to

14   address before we continue with the presentation of

15   evidence?

16          MR. KELLY:  Yes, your Honor.  There are two

17   issues.  One relates to demonstratives that the defendant

18   has used in their case-in-chief and the other relates to we

19   have an objection to one of their exhibits and we wanted to

20   know how you wanted to handle that before they start the

21   case-in-chief.

22          THE COURT:  I think I tried to make it clear.

23   If this isn't in my guidelines on the Internet, I apologize.

24   In bench trial, unless there is an objection to the

25   authenticity of an exhibit, it comes into the record with

Mayo - cross

1    the objection noted.  Half the time, you all don't refer to

2    documents that you've admitted in your post-trial, which

3    means I don't have to deal with it.

4              If it turns out to be a critical document,

5    you'll need to address it in post-trial briefing, but, quite

6    frankly, I don't find in a timed trial that it's worth my

7    effort to resolve these issues.  Very different from a jury

8    trial.  So you should object when the exhibit comes in

9    unless it's really a question of authenticity, in which case

10   we need to address it.

11             MR. KELLY:  Thank you, your Honor.

12             THE COURT:  Demonstratives.  Is it just

13   whether -- I mean, generally, either all demonstratives come

14   in or none come in.  So, anyway, all right.

15             Let's proceed.  I think we had someone on the

16   stand.  And I will just remind you, sir, that you are still

17   under oath.

18             THE WITNESS:  Yes, your Honor.

19             ... MATTHEW STUART MAYO, having been

20        previously duly sworn as a witnesses, was examined

21        and testified further as follows:

22             THE COURT:  And we're on to cross-examination;

23   is that correct?

24                      CROSS-EXAMINATION

25   BY MR. ABRAMOWITZ:

Mayo - cross

1   Q.    Dr. Mayo, do you still have the exhibit binder in

2   front of you, PTX-88?

3   A.    Did you say PTX?

4   Q.    Yes.

5   A.    Yes.

6   Q.    Good morning and welcome back.

7   A.    Good morning.

8   Q.    Now, Dr. Mayo, am I correct that in your experience,

9   you've never worked on a new drug application to the FDA?

10  A.    Correct.

11  Q.    Nor have you worked on an abbreviated new drug

12  application or a supplemental drug application; is that

13  correct?

14  A.    Correct.

15  Q.    And is it also true that you don't ordinarily work on

16  pre-clinical studies sent to the FDA for new drug

17  application or similar submission?

18  A.    How do you define regularly?

19  Q.    Ordinarily.  It's not the majority of your work?

20  A.    Correct.

21  Q.    I'm looking at PTX-88.  Am I correct this study wasn't

22  carried out in full rabbit eyes?

23  A.    I can't understand what you said.

24  Q.    Looking at PTX-88, am I correct that this study wasn't

25  conducted in whole rabbit eyes?

Mayo - cross

1   A.      In whole rabbit eyes?  Is that what you are saying?

2   Q.      Yes.  Yes.

3   A.      Whole, w-h-o-l-e, or h-ol-e?

4   Q.      Yes.  W-h-o-l-e.

5   A.      My understanding is it's conducted in rabbit eyes,

6   yes.

7   Q.      Are you sure it wasn't conducted in a corneal cell

8   layer and not an actual eye?

9   A.      Well, they're harvested from the eyes, I do believe,

10  so I guess it's a semantic issue here.

11  Q.      It wasn't conducted in live rabbits; is that correct?

12  A.      From what I understand, based on it says they were

13  harvested from the live rabbits and cultured, so that says

14  it was from harvested materials.

15  Q.      And it certainly wasn't conducted in humans?

16  A.      Those studies?

17  Q.      Yes.

18  A.      No.

19  Q.      And would you agree that in looking at this study, it

20  does not present any specific correlation to how the cell

21  culture model works in correlation to how the penetration

22  will work in humans?

23  A.      I don't know.  I didn't read -- I didn't look for that

24  in the report to ascertain that.

25  Q.      But you don't remember seeing that, do you?

Mayo - cross

1    A.    No.

2    Q.    Now, looking at, on Page ALL0001260, table 12.4, you

3    testified yesterday this table compares five formulations;

4    is that correct?

5    A.    It compares five groups.

6    Q.    All right.  And three of those groups contain

7    gatifloxacin; is that true?

8    A.    The Zymar contains gatifloxacin.  .3 percent

9    gatifloxacin, 5 percent gatifloxacin.  I don't recall off

10   the top of my head if Vigamox contains it gatifloxacin.

11   Q.    And am I correct that the Zymar and the two

12   gatifloxacin formulations in EBSS buffer differ in more than

13   just the presence or absence of sodium edetate?

14   A.    That could be true, yes.

15   Q.    Do you remember if Zymar contains BAK while the EBSS

16   formulations do not?

17   A.    I would have to turn to the page that describes the

18   exact formulations to tell you.  I don't recall the detail

19   of each formulation composition.

20   Q.    But if we turn to that page, which is ALL124 -- if you

21   could turn to Page ALL124 1243.  1243.  Thank you.

22   A.    Okay.

23   Q.    If you look at 3.2.2, the Zymar is listed as

24   containing BAK; is that correct?

25   A.    That's what it states, yes.

Mayo - cross

1    Q.    And the EBSS has not listed it as containing back; is

2    that correct?

3    A.    Would you state that again?

4    Q.    The EBSS isn't at least as described in that paragraph

5    as containing BAK; is that correct?

6    A.    It doesn't describe what is in EBSS.

7    Q.    That's correct.

8          And would you agree that none of the five

9    formulations described here is described as Apotex's

10   formulation?

11   A.    Define Apotex's formulation.

12   Q.    None of the five formulations here are described as --

13   the words do not describe them as Apotex's formulation; is

14   that correct?

15   A.    I don't see the word Apotex in that paragraph, no.

16   Q.    Okay.  Now, you testified yesterday you conducted a

17   ANOVA to determine whether at least one of the five

18   formulations differed from the others; is that correct?

19   A.    Correct.

20   Q.    And am I correct that you found that the pairwise

21   comparisons showed that Zymar differed from both EBSS

22   formulations, but the EBSS formulations did not differ from

23   each other?

24   A.    That is correct.

25   Q.    Okay.  And in setting up this analysis, did you

Mayo - cross

1   formulate at all a hypothesis?

2   A.    Yes.

3   Q.    And was that hypothesis that there was no difference

4   between the groups?

5   A.    There is -- the hypothesis is there's no difference of

6   the means among the groups.  Correct.

7   Q.    And did you see a type one error rate of .15 percent

8   in looking at your ANOVA and pairwise comparisons?

9   A.    When I did this test, I reported the P values and

10  stated that the P values are significant because they were

11  below any of the traditional levels of significance.

12  Q.    Now, if you look at Page ALL0001249, in the

13  statistical analysis section, did the scientists conducting

14  this study define an alpha of .05 or type one error rate?

15  A.    They said any P value of less than .05 would be

16  considered statistically significant.

17  Q.    And in your analysis, you did not take any question or

18  issue with the scientist's method in setting up this study

19  to set that type one error rate; is that correct?

20  A.    What do you mean, take any issue?

21  Q.    You did not --

22  A.    I was not involved in the setting up of that so I had

23  no say in what they chose.

24  Q.    So your analysis didn't criticize this as

25  inappropriate since you were not involved in the study; is

Mayo - cross

1  that correct?

2  A.   Yes.  I was not asked to critique this analysis.

3  Q.   Okay.  And your pairwise comparisons kept this .05

4  percent Type 1 error rate; is that correct?

5  A.   I could use -- the way I set it up, I could use any

6  type one error rate.

7  Q.   But your pairwise comparisons looked at the

8  comparisons of a .05 percent level?

9  A.   Because I could look at them, any level you choose.

10 Q.   Is it fair to say that in testing your hypothesis, you

11 did not look to see whether any particular component or

12 factor drove the difference between the formulations?

13 A.   That is correct.

14 Q.   And your statistical analysis was not designed to tell

15 you anything about the effect of particular formulation

16 components; is that correct?

17 A.   That would not be possible the way this experiment was

18 set up.

19 Q.   So is it true that your analysis didn't look at

20 whether the effect of EDTA increased or decreased corneal

21 permeability in these formulations?

22 A.   Again, I compared the means across the five groups.

23 What key component of those formulations are driving the

24 penetration is not my domain.  That is for chemists and

25 pharmacologists.

Mayo - cross

1   Q.    So you're unable to conclude from your analysis that

2   any differences in cell layer penetration between the

3   gatifloxacin formulations was due to the absence or presence

4   of EDTA; is that true?

5   A.    Not completely, no.  I can say the Zymar formulation,

6   which contains EDTA, has a significantly higher amount of

7   drug penetration of 30 minutes over the two groups that do

8   not.

9   Q.    But you can't attribute that significance to EDTA's

10  effect; is that correct?

11  A.    You are correct.

12  Q.    And would you agree from your analysis, you're unable

13  to conclude that the presence of EDTA in Apotex's product

14  would increase corneal permeability in humans?

15  A.    I didn't do that study.

16          MR. ABRAMOWITZ:  Thank you, Your Honor.

17          THE COURT:  Any redirect.

18                    REDIRECT EXAMINATION

19  BY MR. BAXTER:

20  Q.    Mr. Mayo, is there anything magic or special about

21  using a P value of 0.05?

22  A.    No.

23          MR. BAXTER:  No further questions, Your Honor.

24          THE COURT:  You may step down.

25          May he be excused or is he going to stick

Mayo - redirect

1   around?

2              MR. BAXTER:  He will be in our rebuttal case.

3              (Witness steps down from stand.)

4              THE COURT:  Fine.  Next witness.

5              MR. GASSER:  Your Honor, we have a few short

6   sections of deposition designations to read into the record.

7   Would it be your preference to have someone on the stand to

8   be the witness to sort of have ease of understanding this,

9   or would you prefer that I just read it in?

10             THE COURT:  I prefer that someone be on the

11  stand since I think it's easier for everyone involved.

12             MS. NOREIKA:  Your Honor, may I?

13             THE COURT:  You certainly may.

14             MR. GASSER:  I believe we provided a copy of the

15  transcripts to the court reporters.

16             THE COURT:  All right.  In my last trial I had

17  someone just reading, and half the time they forgot to let

18  me know it was a question or answer.  It was very confusing.

19             MR. GASSER:  Your Honor, the first transcript we

20  will read from is the deposition of Anthony Qu, dated March

21  26, 2009.

22             "Question:  Could you please state your full

23  name and address for the record?

24             "Answer:  Anthony Qu, A-n-t-h-o-n-y, last name

25  Qu, Q-u.  Personal address or --

Qu - depo.

1        "Question:  Do you understand today that you are

2    testifying as a 30(b)(6) witness?

3        "Answer:  Yes.

4        "Question:  Do you recognize Plaintiffs' Exhibit

5    110 as the -- before I get to that, let me just say

6    Plaintiffs' Exhibit 110 is a multi-page document bearing

7    Bates Nos. APOGAT210594 through APOGAT211871.  I think you

8    said earlier today that you reviewed the two ANDAs filed for

9    the gatifloxacin ophthalmic solutions in preparation for

10    today's deposition.  Is that correct?

11        "Answer:  Yes.

12        "Question:  Do you recognize Plaintiffs' Exhibit

13    106 as the ANDA file for a gatifloxacin ophthalmic solution

14    which contained EDTA?

15        "Answer:  Yes."

16        MR. GASSER:  That concludes that portion of the

17    transcript.  Based on that read-in testimony, plaintiffs

18    move to admit PT Exhibit 139, which corresponds to

19    Deposition Exhibit 110.

20        MR. FEDER:  No objection.

21        THE COURT:  Thank you.

22        (Plaintiffs' Exhibit No. 139 received in

23    evidence.)

24        MR. GASSER:  The second deposition we are

25    reading in is the deposition of Cihua Yang, taken March

Qu - depo.

1  12th, 2009.

2          "Question:  Okay.  Before we get into that,

3  could you please state your full name and address for the

4  record?

5          "Answer:  Full name, Cihua Yang.  Address 83

6  Wolf Trail Crescent, Richmond Hills, Ontario.

7          "Question:  What was your next position after

8  being formulation supervisor?

9          "Answer:  Manager, which is current position.

10          "Question:  And did you ever measure the

11  isotonicity of Zymar?

12          "Answer:  Yes.

13          "Question:  Did you ever measure the isotonicity

14  of Apotex's formulation, which contains EDTA?

15          "Answer:  Yes.

16          "Question:  And are they the same?

17          Then there is an objection to form.

18          "Answer:  Same is exactly numbers same or do you

19  mean equivalent range?

20          "Question:  Well, let's start with the

21  equivalent range.  Are they in the equivalent range?

22          "Answer:  Yes.

23          "Question:  And are they exactly the same

24  number?"

25          Objection to form.

Qu - depo.

1          "Answer:  I don't remember numbers.

2          "Question:  And what is the equivalent range?

3    How far apart can they be to still be equivalent?

4          "Answer:  That's at isotonicity range.  It can

5    be from point -- equivalent to .9 percent sodium chloride

6    content, which is equivalent to osmolarity.  Add to that

7    concentration of sodium chloride to very low even.  I don't

8    remember exactly numbers, so between 275 to 375 and it could

9    even be wider.  That's USP has indicated the range.

10         "Question:  So there is a wide -- something --

11   things that have a wide difference in osmolarity as measured

12         Could still be considered equivalent as far as

13   isotonicity is concerned?"

14         Objection to form.  Mischaracterization.

15         "Answer:  Put it this way.  Equivalent range

16   when I say is means of ophthalmic eye can tolerate in that

17   range, which is in the safety requirement to that range.

18         "Question:  But right now you don't remember if

19   the isotonicity of Zymar and Apotex's ANDA are product were

20   very close or fairly wide apart?  Do you have any idea?

21         "Answer:  Very close.

22         "Question:  And does GM-30 describe the protocol

23   used in formulation lab 2 to measure osmolarity?

24         "Answer:  Yes.

25         "Question:  Okay.  And the values at the initial

Yang - depo.

1    and three cycles for this particular formulation were 289

2    and 287.  Is that correct?

3                "Answer:  Correct.

4                "Question:  You don't happen to know what the

5    initial value for Zymar would be, do you?

6                "Answer:  I don't remember.

7                "Question:  Would it be above 300?

8                "Answer:  About 290.  Around 290."

9                MR. GASSER:  That concludes that transcript.

10               Next is the deposition of Michael Balon, taken

11   March 19, 2009:

12                "Question:  Good morning, Mr. Balon.  Could you

13   please state your full name and home address for the record?

14               "Answer:  Yes.  It's Michael Balon.  My address

15   is 8 Townwood Drive, Unit 23 in Richmond Hill, Ontario,

16   postal code L4E 4X9.

17               "Question:  And after that time did you have

18   another position in Apotex, Inc.?

19   A.    Yes, I became a regulatory affairs associate.

20               "Question:  I would like you to take a look at

21   this and tell me if you ever seen any part of Plaintiffs'

22   Exhibit 74 before?

23               "Answer:  More than likely, yes.

24               "Question:  And does Plaintiffs' Exhibit 74

25   appear to you to be a series of two e-mail messages?

Balon - depo.

1                    "Answer:  Yes.

2                    "Question:  The first one being from Bernice Tao

3        to yourself and Barbara Bednarek?

4                    "Answer:  Correct.

5                    "Question:  And then the next sentence, Bernice

6        Tao wrote, (as read) "We will be filing two ANDAs for this

7        product, one with EDTA (Infringing into Paragraph IV on

8        invalidity) and the other without EDTA (noninfringing).'

9                    "Do you see that?

10                   "Answer:  Yes, I do.

11                   "Question:  Do you know -- did you have any

12       understanding of what she meant by "infringing into

13       Paragraph IV on invalidity"?

14                   "Answer:  I understand what that would mean,

15       yes.

16                   "Question:  And what did that mean to you?

17                   "Answer:  To me it means that the application

18       with EDTA would be infringing on a patent and we will submit

19       a Paragraph IV certification with our ANDA to challenge that

20       patent."

21                   MR. GASSER:  That concludes that section of the

22       transcript.  Based on that transcript, plaintiffs move to

23       admit PTX-123, which corresponds to Plaintiffs' Deposition

24       Exhibit 74.

25                   MR. ABRAMOWITZ:  No objection.

1                    THE COURT:  All right.

2                    (Plaintiffs' Exhibit No. 123 was received in

3      evidence.)

4                    MR. GASSER:  And the last transcript is the

5      deposition of Wan Jiang, taken March 17th, 2009.

6                    "Question:  Could you please state your full

7      name and home address for the record?

8                    "Answer:  My name is Wan Yang.  My home address

9      is 12 Clarendon Drive, Richmond Hill, Ontario, LB4 2Z3,

10     Canada.

11                   "Question:  And did your responsibilities change

12     when Novex Pharma became Apotex?

13                   "Answer:  Yes.

14                   "Question:  And can you tell me how they

15     changed?

16                   "Answer:  My title became director analytical

17     operations, liquid dose.

18                   "Question:  Is Exhibit 59 an e-mail from Gina

19     Sirianni to you, among others?

20                   "Answer:  Yes.

21                   "Question:  And is that e-mail from Gina

22     Sirianni informing you that the ANDA for the gatifloxacin

23     ophthalmic solution without EDTA had been withdrawn?

24                   "Answer:  Yes.

25                   "Question:  And does that e-mail state the

Jiang - depo.

1    reason why that ANDA was withdrawn?

2            "Answer:  Yes.

3            "Question:  And what was the reason?

4            "Answer:  There were a Q1 and a Q2 issue.

5            "Question:  And what happened as a result of the

6    Q1/Q2 issue?

7            "Answer:  We got a refuse to file."

8            MR. GASSER:  That concludes that transcript, and

9    on the basis of that transcript, plaintiffs move to admit

10   PTX-156, which corresponds to Plaintiffs' Deposition Exhibit

11   59.

12           (Plaintiffs' Exhibit No. 156 received in

13   evidence.)

14           MR. ABRAMOWITZ:  No objection.

15           MR. GASSER:  That concludes the transcript

16   readings.

17           THE COURT:  All right.  Thank you very much.

18           MR. KELLY:  Your Honor, plaintiff will call

19   their next, and you will be happy to hear, their final

20   witness on their direct case, Dr. Valentino Stella.

21           ... VALENTINO J. STELLA, having been duly

22       sworn as a witness, was examined and testified as

23       follows ...

24                   DIRECT EXAMINATION

25   BY MR. KELLY:

Stella - direct

1    Q.    Dr. Stella, could you give us your educational

2    background, please?

3    A.    Yes.  I received a Bachelor of Pharmacy degree.  I

4    completed the degree in 1967.  The degree was conferred in

5    1968.

6              After completing my Bachelor of Pharmacy degree,

7    I worked for one year as a hospital pharmacist in Bendigo

8    Base Hospital.  It's a regional hospital in Victoria,

9    Australia.

10              Then in the fall of 1968 I moved to the United

11   States to do my Ph.D. at the University of Kansas.  I

12   completed my Ph.D. in 1971, and took my first position at

13   that time.

14   Q.    And what was your first position?

15   A.    My first position was assistant professor of

16   pharmaceutics, pharmaceutical chemistry, at University of

17   Illinois Medical Center in Chicago as part of the School of

18   Pharmacy.  I was there for two years.  Then in 1973, I

19   returned to the University of Kansas as an assistant

20   professor.

21              When I was asked whether I would consider a

22   position back at the University of Kansas, I agreed to, and

23   I was told that it was salmonistic going back to a breeding

24   ground, so I went back to the University of Kansas in 1973.

25   Q.    And what is your current position at the University of

Stella - direct

1    Kansas?

2    A.    I have a position as University Distinguished

3    Professor of pharmaceutical chemistry.  I think I received

4    that rank in the late eighties.  So it's been approximately

5    20 years.

6              I was also the director of the Center For Drug

7    Delivery Search for 11 years.  Most currently, I am also

8    currently the director of the D-4 program.  The D-4 program

9    is the drug design delivery and development component of the

10   University of Kansas.

11   Q.    I'd like to direct your attention to PTX-37.

12   A.    Yes.

13   Q.    Is PTX-37 your curriculum vitae?

14   A.    Yes, it is.

15   Q.    And did you prepare this document?

16   A.    Yes, I did.

17   Q.    And was it accurate as of the date it was prepared?

18   A.    When I prepared it, it was accurate, but like other --

19   other witnesses here, it has evolved a little bit, so

20   there's an extra three or four pages, I think.

21   Q.    You have not removed anything?

22   A.    No, I have not removed anything.

23              MR. KELLY:  We move PTX-37 into evidence, your

24   Honor.

25              MR. FEDER:  Your Honor, defendants would object

Stella - direct

1    on grounds of hearsay.

2              THE COURT:  All right.  The objection is noted.

3    It is admitted, or made part of the record.

4              MR. FEDER:  Thank you, your Honor.

5              (PTX-37 was received into evidence.)

6    BY MR. KELLY:

7    Q.    Do you have any research responsibilities at the

8    University of Kansas?

9    A.    Like a traditional faculty member, I have teaching

10   service and research activities, and I also manage, as I

11   said, the default program at the Cancer Center.  But in my

12   research activities, I'm principally involved in three areas

13   that I'm sort of most noted for.  One is the area of

14   pre-formulation research.  That is material -- how you

15   convert problematic drugs into delivery forms, and so I'm

16   involved in early stage formulation development of drugs

17   and the mechanistic basis behind those characteristics.

18              I also perform research on a group of compounds

19   called cyclodextrins.  Cyclodextrins are materials that

20   are unique solubilizing agents, and in that capacity,

21   that research constitutes probably about a third of my

22   research.

23              And the final area is in the area of prodrugs,

24   p-r-o-d-r-u-g-s, and that's also something that I'm

25   well-known for.

Stella - direct

1   Q.    Have you done any consultation for companies in the

2   field of formulation?

3   A.    I have probably consulted for every major

4   multi-national corporation in the world, including many who

5   have the origins in Japan and Europe.   I also consulted for

6   many of the biotech companies, and I've also been involved

7   in starting my own companies.

8   Q.    Any of these formulations dealing with solutions?

9   A.    Yes.   The vast majority are.

10  Q.    Have you done any work with ophthalmic solutions?

11  A.    I've published 20 to so papers, but probably as

12  important is I've consulted for much of the pharmaceutical

13  industry, often in the area of ophthalmics.

14  Q.    Do you have any government grants?

15  A.    Currently, I have one government grant.   I have a

16  contract with the National Cancer Institute.   That involves

17  taking experimental anti-cancer drugs that are either

18  discovered through the National Cancer Institute screen, or

19  supplied to the National Cancer Institute by small companies

20  through various RAID and CRADA programs.

21              And my job, or our job is to take often of

22  these insoluble and unstable drugs and formulate them into

23  formulations that can be given to both animals as well as

24  eventually into humans.

25              And so my job is to develop, essentially, your

Stella - direct

1    Honor, formulations that are of a new anti-cancer drugs that

2    are coming through the drug discovery program at the

3    National Cancer Institute.

4    Q.    Have you developed any commercial drug formulations?

5    A.    I have -- I'm the inventor of a material called

6    Captisol.  Captisol is a novel solubilizing agent.  In

7    developing Captisol, discovering it, developing it, we

8    did numerous formulations, but there are five products now

9    that are on the market that use Captisol in life-saving

10   drugs.  And so I was involved in much of the work leading up

11   to that.

12                I have also been responsible for my

13   National Cancer Institute.  I believe of the 17 drugs that

14   have come through the National Cancer Institute program in

15   the last 50 years that have gone on to either

16   commercialization or complete clinical trials, I was

17   responsible for developing eight of those, approximately

18   half, including taxol, the drug to treat breast and ovarian

19   cancer, and Valkay, the drug to treat multiple myeloma.

20   Q.    Are you -- I believe you indicated -- did you -- were

21   you involved in starting up any companies?

22   A.    Yes.  I was a co-founder of three drug companies.  One

23   of them is called Sydex.  Sydex was the company that we

24   started to essentially market, sell and license Captisol,

25   the solubilizing agent.

Stella - direct

1          I also started a company along with some

2   colleagues called Proquest Pharmaceuticals.  We had one drug

3   that developed out of that.  I was the inventor of that

4   drug, a drug called Fospropofol, which is going to be -- was

5   launched last December.  The drug is called Lusedra.

6          So that was the drug company Proquest.  The

7   company no longer exists.

8          The third company is a company called Crititech,

9   which is in Lawrence, Kansas, and we have two drugs in Phase

10  I clinical trials.  A drug called Nanotex, and the second

11  drug is called Nanothethecim.  I can check that spelling for

12  you.

13         But those two drugs are both anti-cancer drug

14  formulations that are in clinical trials actually at the

15  University of Kansas Medical Center.

16  Q.   Can you identify -- have you received any honors?

17  A.   Yes, I have.  The two that I'm most proud of is I've

18  been -- I have honorary doctorates from Corcoran University

19  in Finland and Montash University, which is my alma mater,

20  in Australia.

21         And I received all the major teaching

22  awards at the University of Kansas, including the

23  Chancellor's Club Teaching Award as well as the Hope Award,

24  which is actually judged by this whole student body at the

25  University of Kansas and the graduating class.

Stella - direct

1          I also have received the Sato and Higuchi

2    Awards from the Japanese Society and a number of other

3    awards.

4          MR. KELLY:  Your Honor, we offer Professor

5    Valentino Stella as an expert.

6          MR. FEDER:  No objection, your Honor.

7          THE COURT:  All right.

8    BY MR. KELLY:

9    Q.    Dr. Stella, is formulation important to drug

10   development?

11   A.    It really is.  Your Honor, just because a chemical

12   that may have been isolated may have some activity, being

13   able to deliver that drug to the patient in a way that does

14   no harm, that serves a clinical usefulness, and is

15   commercialize able is a daunting task.  I think per year, I

16   think there's only about 20 or so new drugs and 20 to 30

17   drugs approved worldwide.  So it's a very high risk venture

18   by our industry.

19          Now, taking a drug from a raw chemical to a

20   formulation is a long development time.  For example, in the

21   early stages of drug discovery and development and

22   formulation development, often experiments are done that are

23   designed to essentially see if the material works and if

24   it's toxic.

25          Subsequent to that, there is -- it goes through

Stella - direct

1    various stages, such as a late stage formulation

2    development.  In the case of a drug like gatifloxacin, which

3    is clearly the agent involved in the present case, there are

4    a number of issues involved.  For example, gatifloxacin was

5    originally developed for oral use as well as other uses and

6    was actually removed from the market because of liver

7    toxicity.

8           However, in this case, it looks like it was

9    found to be an effective agent for the treatment of

10   ophthalmic infections.  And so, obviously, if they begin to

11   develop a solution dosage form of gatifloxacin, that

12   involves a rather arduous experience in the sense that the

13   development of an ophthalmic formulation requires, if the

14   drug is intended as a solution, a finding -- finding

15   conditions in which you can get the drug in solution, but at

16   that concentration, it's also effective.

17          And so it's quite a challenge to do that.

18          The formulation for an ophthalmic preparation

19   has to be isotonic.  I'd like to explain that, your Honor,

20   because you're going to hear that word come up.

21          If you take the fluid, for example, plasma or

22   tear fluid, it has what's called a particular osmotic

23   pressure.  That osmotic pressure similar to the pressure

24   that's inside the cell.

25          So if you take a cell and you put something

Stella - direct

1    outside the cell that has a different osmotic pressure,

2    water will either be drawn into the cell or sucked out of

3    the cell, so the cell will expand and potentially break,

4    pain, or contract, cremate, if it's too hypertonic.

5             And so we're going to be talking about

6    osmolality later on and isotonicity.  It's important that

7    the solution that's placed into the eye be isotonic with

8    the tissue of the eye or equally -- have equal osmotic

9    pressure.

10            So that's a challenge.  It's something that is

11   done relatively easy, except when it comes to choosing the

12   agent that you use to adjust the tonicity.  And we'll see an

13   example of that later.  Also, the drug will eventually be

14   placed in a plastic container.

15            The normal way of administering drugs today,

16   ophthalmic drugs in polyethylene or polypropylene bottles.

17   The drug can obviously penetrate into the plastic, be sucked

18   up by the plastic, be absorbed onto the surface.

19            And so in developing an ophthalmic formulation,

20   not only do you have to consider the solutions, but the

21   container in which the formulation is going to be

22   maintained.

23            The solution placed in an eyedrop has to be

24   sterile, so there has to be a sterilization procedure,

25   either heat sterilization or what we call sterile

1    filtration.  Once placed in the container, though, it's a

2    requirement of the Food & Drug Administration that the

3    solution maintain its sterility.

4            For example, if you've got an eye infection and

5    you put a drop in your eye and you touch the tip of the eye

6    dropper to your eye, you can contaminate the solution by

7    your tear fluid or in handling.  And so the solution has to

8    maintain its sterility, and that is done by inclusion of a

9    preservative in the formulation.

10           Then, once a formulation is made, and obviously

11   companies present -- try many different formulations.  And

12   you heard Dr. Yasueda talk about that yesterday.  We try to

13   come up with a series of formulations that we hope will be

14   active, and those are tested in animal models and eventually

15   one or more may be tested in humans.

16           The formulation also has to meet certain

17   regulatory specifications.  So, for example, it's got to be

18   stable, physically and chemically stable over the lifetime

19   of a product.  And so the formulator has to design a

20   formulation that is robust, does no harm, is effective, and

21   is subjected to a number of challenges to guarantee that

22   when you get the prescription, your Honor, and it says,

23   expires on X date, that, in fact, you can guarantee that

24   it will be within specifications during this time period.

25           So the role of the formulator is not a trivial

1    task.  It has been trivialized by some, but it's not a

2    trivial task, and it requires a great deal of perseverance.

3    The formulation has to be robust.  It has to be able to

4    handle being transported from -- in the glovebox of your car

5    to the cold of North Dakota.

6             And so companies try to design formulations that

7    will maintain their integrity, will appear to be

8    non-adulterated and will be robust.

9    Q.    In developing your formulation, an ophthalmic

10   formulation, is it conventional for the formulator to look

11   at the corneal permeability of the formulation?

12   A.    It is, and in the case of gatifloxacin, it's

13   particularly important.

14            We've already seen, your Honor, that

15   gatifloxacin is an antibiotic, and we want to optimize

16   uptake into the tissue that is infected, the cornea and the

17   sub corneal tissue.

18            You also want to minimize how much of the drug

19   passes out of the eye.  When we put -- on the surface of

20   your eye, there are about ten microliters of fluid.  A drop,

21   a traditional drop from the polypropylene, polyethylene

22   contains about 35 to 50 microliters.  So when you put a drop

23   in your eye, you're overwhelming the volume of fluid in your

24   eye.  And you probably remember from putting eyedrops in, a

25   fair amount of it runs down your cheek, but a lot of it

Stella - direct

1    actually drains out through nasolacrimal ducts that are in

2    drainage sites in your eye.

3              So we have a drug that's an that's an

4    antibiotic.  If that antibiotic flows down your nasal

5    passages into your G.I. tract, it's going to be a very low

6    concentration, which obviously is not good in terms of

7    potentially developing resistance bugs.  And so in

8    developing ophthalmic antibiotic formulations, you really

9    want to optimize the delivery of drug to the cornea and post

10   cornea, if that is the purpose of the formulation.

11             So the cornea presents a rather significant

12   challenge to deliver a drug to the cornea and through the

13   cornea, and do we have a demonstrative that we're going to

14   show on that?

15             MR. KELLY:  Chris, could you put up PTX-192,

16   please?

17             THE WITNESS:  This is something I got off the

18   Internet.

19             This is the cornea.  This is the area that

20   you -- that we all know is what our vision -- so light comes

21   through the cornea, hits the lens, gets focused onto the

22   retina, and that information is passed on through the optic

23   nerve to the brain.

24             So what we call vision, the first layer, or the

25   first area that, if damaged, can lead to a severe optical

Stella - direct

1    distortion is a damaged cornea.

2              And so, for example, if you have an infection of

3    the cornea and it significantly damages this cornea, then,

4    in fact, it can clearly lead to, potentially not blindness,

5    because we can do corneal transplants these days, but the

6    light has to pass through this area.

7              Now, to get a drug -- if we have an infection on

8    the surface of the eye, or damage into the cornea, we

9    obviously want the drug to be able to pass, to be on the

10   surface of the cornea for a maximum amount of time and to

11   penetrate this tissue.

12             You're going to hear the term aqueous humor.

13   Aqueous humor is that fluid that's right behind the cornea.

14   It's this little area here (indicating).

15             And to, therefore, study the appearance of drug

16   in a reasonable animal model, which the rabbit is, we study

17   the penetration of drug through either an intact corneal

18   tissue, that is the intact animals.  To sample aqueous

19   humor, at least at the time that this study was done, it

20   requires essentially sacrificing the animal.  Something, by

21   the way, your Honor, that cannot be done with humans.  I

22   don't think that you want an injection being poked through

23   your eye to sample aqueous humor to detect gatifloxacin on

24   the other side in a human subject.

25             In the rabbit, we can do it because we do it in

Stella - direct

1    as ethical way as possible.  But the animal is sacrificed at

2    the end of the experiment.

3                We measure aqueous humor here because it can

4    give us an indication of how much drug which, when applied

5    to the surface of the cornea, reaches these internal organs

6    of the eye.

7    Q.    Now, Dr. Stella, I will ask -- were you asked to

8    provide any opinions with respect to the '045 patent,

9    JTX-1?

10               MR. KELLY:  I would like to move PTX-192 into

11   evidence, your Honor.

12               MR. FEDER:  No objection, your Honor.

13               THE COURT:  Thank you.

14               (PTX-192 was received into evidence.)

15   BY MR. KELLY:

16   Q.    Were you asked to provide any opinion with respect to

17   this?

18   A.    Yes, I was.

19   Q.    And what was the opinion you were requested to

20   provide?

21   A.    I was asked to -- whether the Apotex formulation

22   infringed this patent.  And I was also asked to evaluate the

23   validity of the patent.

24   Q.    This testimony, we'll limit ourselves to infringement.

25   A.    All right.

Stella - direct

```
 1   Q.    Did you reach an opinion on infringement of claims 1

 2   to 3 and 9 of the patent?

 3   A.    Yes, I did.

 4   Q.    And what was your conclusion with respect to those

 5   claims?

 6   A.    My conclusion was that the Apotex formulation

 7   infringed the patents 1, 2, 3 and 9.  Apotex has conceded

 8   that they do infringe these particular claims, if valid.

 9   Q.    In reaching your conclusion, did you consider the

10   Apotex ANDA?

11   A.    Yes, I did.

12            MR. KELLY:  Could you bring up PTX-139, Chris,

13   at Page 744?

14   BY MR. KELLY:

15   Q.    Did you, in considering the ANDA, did you consider the

16   comparison of the Zymar drug with the Apotex product?

17   A.    Yes.  If you look at the table here, if you blow that

18   up, please, these two formulations are identical, absolutely

19   identical.  And not only is the formulations identical, if

20   you look at the paragraph just below this, Apotex -- and,

21   please, can I read this, your Honor?

22   Q.    Sure.

23   A.    Based on information given on the packaging and the

24   Physicians's Desk Reference for the RLD, the reference

25   listed drug, and deformation results -- that's how Apotex
```

Stella - direct

1   figured out the formulation -- the proposed formulation was

2   developed.

3            There are no differences between our proposed

4   formulation and that of the RLD.  As indicated in the

5   product development report, the proposed formulation is a

6   solution that is equivalent to the RLD both quantitatively

7   and qualitatively.  As there is no difference between the

8   two formulations, no potential concerns are expected with

9   respect to the therapeutic equivalence.

10  Q.   Would you bring up PTX-182, please, Chris?

11           With respect to Claim 1, does the Apotex

12  composition compose gatifloxacin and sodium EDTA?

13  A.   Yes, it does.

14  Q.   In an aqueous liquid pharmaceutical composition?

15  A.   Yes he.

16  Q.   And that's what's shown on PTX-139 at APOGAT210734.

17  Is that correct?

18  A.   Yes.

19  Q.   Do you know if Apotex independently developed its

20  formulation?

21  A.   No.  They copied the formulation.

22  Q.   Could you bring up PTX-139 at APOGAT210746, Chris?  If

23  you could highlight under "How was the drug designed to have

24  these attributes"?

25           Now, does the RLD here, is that also an aqueous

Stella - direct

1   solution of gatifloxacin and EDTA?

2   A.    Yes, it is.

3   Q.    Now --

4   A.    It is essentially Example 9 in the patent.

5   Q.    Thank you.

6         Were you also asked to perform an infringement

7   opinion with respect to Claim 6?

8         If you could bring up the second page of

9   PTX-182, Chris.

10        THE WITNESS:  It also meets the second, third

11  and ninth in the sense it's eyedrops, pH range, et cetera.

12  Q.    Thank you.

13        Did you reach a conclusion of infringement with

14  respect to Claim 6?

15  A.    Yes, I did.

16  Q.    How did you go about that?

17  A.    Within the patent, there is data to support the

18  presence of EDTA in the formulation, which is capable of

19  raising corneal permeability.

20        The concentration range of EDTA noted in the

21  patent, in the specification, was -- let me double-check

22  that number --.0012.2, preferably .005 to .1, and more

23  preferably 0.01 to 0.1 percent weight in volume.  And the

24  Apotex formulation contains .01 EDTA, which is in that

25  range.

1   Q.     Did the fact that Apotex admitted that Claim 3 was

2   infringed assist your analysis of Claim 6?

3   A.     Yes.  Claim 3 states, "An aqueous liquid formulation

4   according to Claim 1 where the composition is in the form of

5   'drops.'"

6             So the eyedrops here fit that claim.

7   Q.     With respect to the patent claims, what is your

8   understanding of the meaning liquid pharmaceutical

9   composition which comprises gatifloxacin or its salt and

10  disodium edetate?

11  A.     The way I would look at that is as solution, if it was

12  a suspension, it would so state, that it contains

13  gatifloxacin.  Now, gatifloxacin was a novel antibiotic at

14  that time.  And in Column 2, the stated concentration range

15  that's preferred and normally used was stated.  Ditto with

16  the EDTA, as I just read out, there was a concentration

17  range.

18            So the formulation as I see it is within those

19  limits.

20  Q.     Is there anything else in the patent that helps you in

21  deciding how much disodium edetate?

22  A.     In Table 1 and Table 2 there is data on corneal

23  permeability.  Also in Examples 1 through 9 of the patent,

24  there are various formulations that contain gatifloxacin in

25  either I believe the .5 or .3 percent range, and EDTA at I

Stella - direct

1    believe it's .10 to .01 range.

2              And there are also a copy of ranges of pH, all

3    of which are within the range stated on Column 2.

4              MR. FEDER:  Your Honor, we would object to the

5    extent that this is a claim construction analysis.  We have

6    had a full Markman hearing on this issue.  I am more than

7    willing to admit that there are some issues here that he has

8    to testify about.  But I don't believe claim construction is

9    one of them.

10             THE COURT:  Your objection is noted.  I don't

11   find it troubling at this point.

12             MR. FEDER:  Thank you, Your Honor.

13   BY MR. KELLY:

14   Q.   Dr. Stella, did the inventors have any specific

15   discussion of disodium edetate which helped you conclude as

16   to the concentrations that were being required by the

17   claims?

18   A.   Yes.  They specifically state that the concentration

19   of EDTA that they feel would be useful and outside the scope

20   of the prior art is a number that is significantly less than

21   .5 percent because there is a number of references in the

22   patent, at least one major reference in the patent, to that

23   there was prior art that stated that .5 percent had been

24   shown to promote the absorption of some agents, and that,

25   therefore, that they were able to demonstrate that numbers

Stella - direct

```
 1    as low as one-tenth or lower of that number was able to also

 2    affect the permeability of gatifloxacin per se.

 3    Q.    Where might that be seen in the patent?

 4    A.    It's near Table --

 5    Q.    May I help you?

 6    A.    It's Column 4, Lines 7 through 10, "Since the

 7    concentration of disodium edetate normally used for raising

 8    corneal permeability is .5 percent weight in volume percent,

 9    these results show that corneal permeability of gatifloxacin

10    has been improved even by using disodium edetate in 1/10th

11    the amount as much as that normally used."

12    Q.    Is there a discussion of the prior art which discusses

13    disodium edetate in the '045 patent?

14    A.    I believe it's at the bottom of Column 1.  There is a

15    number of references that were available to the patent

16    inspector and were discussed.

17    Q.    And did the inventors at that point characterize their

18    inventions compared to the prior art?

19    A.    I think what they basically are saying, that they were

20    using one-tenth the concentration or lower, and that this

21    was a surprising and unexpected finding.

22    Q.    Can I direct your attention to the top of Column 2.

23    A.    That's consistent with what I read earlier on on

24    Column 4, that the taking into account , "Nevertheless, the

25    present inventors have found that corneal permeability of
```

Stella - direct

1    gatifloxacin can be improved as a lower concentration of

2    disodium edetate."

3    Q.    Thank you.

4          Have you concluded, reached a conclusion as to

5    whether or not the sodium edetate in the Apotex formula

6    improves the corneal permeability of the product?

7    A.    Yes.

8    Q.    What is your conclusion?

9    A.    My conclusion is that it does.

10   Q.    In reaching your conclusion, did you consider the data

11   presented in JTX-24, JTX-25, JTX-30, 31, and PTX-88?

12   A.    Yes, I did.

13   Q.    Could we put JTX-24 up.

14          What in that report did you rely on

15   specifically?

16   A.    This was a permeability study that was performed by

17   Senju and discussed by Dr. Yasueda.

18   Q.    Did you rely on the data that Dr. Yasueda referenced

19   on Table 7 on SEN23740?

20   A.    Could you show that section, please.

21   Q.    Blow up Table 7, please.

22   A.    Yes.  I believe this is the data that was discussed

23   yesterday as being essentially the data that was included in

24   Table 2 of the '045 patent.

25   Q.    Did you also consider the data in Table 9, which is on

Stella - direct

1    the next page, Chris?

2    A.    Yes, I did.  This data contains more than a single

3    time point.  The previous data was the one-hour time point.

4    This contains the .51, two, and four hour.

5              As you can see from the second line compared to

6    the first line, Your Honor, the level of drug is

7    consistently higher in the sample with the EDTA, which is

8    E-4, compared to the F-1, except at the half-hour time

9    point.

10   Q.    Now, are you at all concerned by the fact that at one

11   hour the amount of improvement in E-4 over F-1 was not as

12   great as you saw in Table 7?

13   A.    I wasn't that concerned with that at this point,

14   because at any single time point, you will get variation.

15             What's interesting here is that consistently,

16   for example, the two-hour, you have got almost double in the

17   concentration.  At four hours you have still got an elevated

18   concentration.

19             So the overall picture here is that there is an

20   elevation of the amount of gatifloxacin as appeared in the

21   aqueous humor of the rabbits in this case.  And that set of

22   observations is consistent with the ones that are in JTX-25,

23   30 and 31.

24   Q.    Can I ask to look at Table 10, which is on the next

25   page, Chris?

246

Stella - direct

1      Did you rely on those results as well?

2   A.    Yes.   Can I explain what area under the curve is, Your

3   Honor?

4   Q.    Certainly.

5   A.    Area under the curve is essentially, if you look at

6   the half-hour, one hour, two-hour, and four-hour time point,

7   and furnishing that as a graph of y is the aqueous humor

8   concentration -- y is time -- y is concentration, x is the

9   time, the area under the curve would be essentially the area

10  under that curve, that's what that number means.

11      So it's a measure of the total amount of drug

12  that would have appeared on the aqueous humor when comparing

13  two formulations.

14      So you can clearly see here that E-4 compared to

15  F-1, that there is an elevation in the area under the curve,

16  4.86 versus 3.33.

17  Q.    Is that increase greater than about one and a half

18  times?

19  A.    It's about one and a half times.

20  Q.    I never did well in math.

21      Can I ask you to turn to JTX-30.   If I could

22  have Chris put up SEN14821, please.

23      Did you rely on the data on this page?   Perhaps

24  you could blow up just the top two tables, Chris.

25      Did you rely on the data in this table?

Stella - direct

1    A.    Yes, I did.

2    Q.    And does this -- and what was the conclusion you

3    reached from this data?

4    A.    Again, your Honor, if you look at the half-hour one

5    hour, two and four, by the way, it refers -- reverse from

6    the previous slides, so the EDTA formulation is now on the

7    top and the current formulation is on the bottom.

8              Again, you'll notice with the .01 percent

9    EDTA, which is the same level that's in the Zymar

10   formulation and the Apotex formulation, you can see the

11   number at half hours, 4.9 over 2.54; 3.81 over 3.31; 2.65

12   over 2.01.  And then the last time point, the concentrations

13   dropped down to a pretty low level.

14             So, again, you can see at the half-hour, one

15   hour and two, the superior levels of gatifloxacin compared

16   to -- with EDTA and the absence of EDTA.

17   Q.    And what is shown in Table 2?

18   A.    Table 2 compares some summation of that data.  For

19   example, the first column after the parameters is CMAX.

20   That's a maximum concentration.  If you could show the

21   graph.

22             MR. KELLY:  Chris, can you bring up the graph?

23             THE WITNESS:  It's a little bit deceptive in

24   using that number.  You notice that for the gatifloxacin

25   formulation with the EDTA, which is the top line, and it's

1   always a top line, your Honor -- you'll notice that the

2   maximum for the first formulation occurs at half an hour

3   whereas the formulation without the EDTA, the maximum occurs

4   at one hour.

5          So in comparing CMAXs, you're not comparing the

6   same time point.

7          If I could go back to the table.  And so you

8   will notice that, for example, the maximum with the EDTA is

9   4.19 versus a current formulation, which is 3.31.  The ratio

10  is 1.27.

11         Area under the curve, which is the third column,

12  to two hours, is 7.05.  That's with the EDTA versus 5.02

13  with the current formulation for a ratio of about 1.4.

14         And the AUC from zero to 4 hours, the ratio is

15  1.27.  So, again, EDTA formulation was always superior to

16  what they've called the current formulation.

17  Q.   Can I ask you to turn back to SEN14815, please?

18         MR. KELLY:  And if you could blow up the top

19  table, Chris.  Thank you.

20  BY MR. KELLY:

21  Q.   Is this the -- is this what the report says they used

22  as the two formulas in the tests?

23  A.   Right.  What's called a current formula is -- contains

24  .3 percent gatifloxacin, .86 -- .8 -- yes.  .86, so

25  .86 grams per hundred ml of sodium chloride, and then the

Stella - direct

1   only difference between these two formulations is with out

2   and disodium EDTA.

3   Q.     Now, in the current Zymar and in Apotex's proposed

4   product, there's also BAK?

5   A.     Yes.   There's also benzalkonium chloride.

6   Q.     You were here when Dr. Yasueda testified yesterday?

7   A.     Yes, I was.

8   Q.     Based on his tests, do you agree with his conclusion

9   that BAK had no effect on the corneal permeability of

10  gatifloxacin?

11  A.     Based on the experiment that he presented, there did

12  not appear to be any effect.

13  Q.     Thank you.

14           And if we could turn to JTX-31.

15           MR. KELLY:   And could I ask you, Chris, to turn

16  to Page SEN15063.  And, again, let's highlight the top two

17  tables.

18  BY MR. KELLY:

19  Q.     Did you rely on this data in your conclusion?

20  A.     Yes, I did.  This is another study that was performed.

21  Again, the EDTA concentration is the same that's in the

22  Zymar and Apotex formulations, .01 percent.

23           If you look at the drug levels at a quarter

24  of an hour, half an hour, one hour and two hours, the level

25  of gatifloxacin in the aqueous humor was consistently higher

1    than the level seen in the "current" formulation.  And that

2    also corresponds to the CMAX and AUC volumes.

3    Q.    Which we see in Table 2.  Can we just show the curve

4    that's underneath that further down on the page?

5    A.    Again, your Honor, you can see that the level of

6    gatifloxacin is consistently higher from the formulation

7    containing the EDTA compared to the one without the EDTA.

8    Q.    And the formulations used in this test, were they the

9    same as used in PTX-31?  I will direct your attention to

10   SEN 15057.

11   A.    I believe they were.  There was a slight difference in

12   the PTX-30.  They put a drop at -- they put three drops

13   15 minutes apart.  In the previous -- in this -- sorry.

14   Make sure I'm on the right one.

15                    One was without putting one drop in the eye

16   every 15 minutes, so at the end of 30 minutes, they

17   administered all of the drug.  And then the time, I assume,

18   is recorded as from the last application of the drop.

19                    So the only difference between these two studies

20   was one was three drops placed in the eye 15 minutes apart

21   and in sampling, sacrificing animals and sampling.

22                    And the second study was a single drop in the

23   eye.

24   Q.    And so formulations were the same?

25   A.    Yes.

Stella - direct

1    Q.    Thank you.

2          Did you also consider the data presented in

3    PTX-88?

4    A.    Is yes, I did.

5    Q.    And what did that data show you?

6    A.    The data in PTX-88 is a different study.  It was not

7    done in whole animals.  It was not even a mounted rabbit

8    cornea.  It was a cultured rabbit cornea epithelial cells

9    that are grown onto a plate to confluence.  So it

10   essentially represents an in vitro experiment.

11         And this is a type of experiment that we

12   have gone to consistently, your Honor, to obviously not have

13   to sacrifice a bunch of bunnies.

14         And so we -- we've gone to these sort of

15   techniques as essentially a way of at the time go

16   formulations for toxicity, et cetera, without unduly using

17   animals.

18         As I read this particular study, it's

19   interesting.

20         MR. KELLY:  Could I just let Chris bring up

21   ALL001260 so we can look at what you are referring to?

22         Thank you.

23         THE WITNESS:  Yes.  So they studied five

24   formulas and Professor Mayo described these earlier.  There

25   was a .3 percent gatifloxacin in what's called EBSS buffer.

Stella - direct

1    That's Earl's buffer something salts.  I forget what the

2    acronym stands for.

3              .5 percent gatifloxacin EBSS.  Moxifloxacin,

4    which is also in the EBSS.  Zymar, which is the complete

5    Allergan formulation.  And Vigamox, which is the .5 percent

6    commercial formulation of moxifloxacin that Mr. Schultz

7    talked about yesterday.

8    BY MR. KELLY:

9    Q.    And are the results on PTX-88 consistent with what

10   we've seen in the previous tests?

11   A.    Yes.  What they showed was that there was a

12   significant difference, in this case, a statistically

13   significant difference between Zymar and the .3 percent

14   gatifloxacin and the .5 percent gatifloxacin as confirmed by

15   Professor Mayo's analysis.

16   Q.    And are all of these tests consistent?

17   A.    Yes, they are.  Everything that I saw was that there

18   was a -- every time EDTA was present in a formulation, the

19   permeability as measured here, or the appearance of drug in

20   the aqueous humor of rabbits was consistently higher with

21   the EDTA compared to the absence of EDTA.

22   Q.    Now, you may have mentioned this earlier, but you --

23   these tests have been criticized because they were done on

24   rabbit eyes or cell cultures.  Is that a fair criticism of

25   these tests?

Stella - direct

1   A.    It's the only way you can do the tests.  As I said

2   earlier, to say it was the Zymar and Apotex formulation

3   tested in humans is simply unethical with respect to

4   permeability.

5   Q.    Thank you.

6          Now, can we bring up PTX-182 again, Chris?  And

7   could you go to the second page?

8          Now, claim 7, did you formulate an infringement

9   opinion with respect to claim 7?

10  A.    Yes, I did.  And I believe the Apotex formulation

11  infringes.

12  Q.    This is a method claim and so is it your conclusion

13  that when they add EDTA to the aqueous liquid preparation

14  containing gatifloxacin, which they admit they have, that

15  there's a prevention of precipitation of gatifloxacin

16  crystals?

17  A.    Yes.  And yesterday we heard from Professor Mahnken,

18  who described a series of studies showing that a formulation

19  identical to the Apotex formulation, that the presence of,

20  and absence of disodium EDTA significantly halted the -- the

21  presence of precipitation or the incidence of precipitation,

22  which is confirmatory to the results that are presented in a

23  patent in Table 3.

24  Q.    Now, the word preventing in claim 7, how do you

25  understand that?  Does that mean it's a hundred percent,

Stella - direct

1    never happens?

2    A.    If you're asking me as a scientist, as someone skilled

3    in the art and as an expert --

4    Q.    As someone --

5    A.    In this particular case, I do not read, both in the

6    context of the patent and in general, that preventing here

7    means absolutely preventing.

8    Q.    Well, can we limit ourselves to the patent since

9    that's the intrinsic evidence?  Is there anything in the

10   patent that tells you that?

11   A.    Yes.  If you look at the data that's -- if I could

12   turn to JTX?

13   Q.    Sure.

14   A.    And if I could look to JTX-1, and if I could look at,

15   for example, Table 4.

16        Table 4 is data related to the color development

17   within a formulation of gatifloxacin when prepared in a

18   glass beaker versus a stainless steel beaker, and in that

19   particular case, this relates to claim 8, which is not being

20   asserted in this case.

21        But what you can see here, your Honor, is, on

22   the left-hand side, as you increase the amount of disodium

23   EDTA in this formulation, you can see color development in

24   the stainless steel beaker is not completely suppressed all

25   the way up to .05 percent EDTA.

Stella - direct

1          And they use in this particular statement

2     that -- they use also the word "preventing" in claim 8.  And

3     so reading into that, not only from my own professional

4     experience, but also from the patent, that preventing here

5     means simply lowers the incidence of, or helps lower the

6     color development.  In respect of precipitation, my

7     conclusion is that preventing here means, decreases the

8     potential for that process to occur.

9     Q.    Thank you.

10         Can I ask you to look at PTX-163?

11    A.    Yes.

12    Q.    Did you consider the tests that were conducted and

13    reported, the tests that were conducted at Cyanta and

14    reported in PTX-163 in reaching your opinion?

15    A.    Yes, I did.

16    Q.    And you were here yesterday when Mr. Gemoules

17    testified, weren't you?

18    A.    Yes, sir.

19    Q.    Do you consider the tests that are contained in this

20    report to be reliable, something that you as a scientist can

21    rely upon?

22    A.    Absolutely.  In fact, until I was in the courtroom

23    here yesterday, I didn't even realize that Cyanta did this

24    work just through the law firm and not through Allergan at

25    all.  It was pretty impressive that the study was masked

Stella - direct

1    relative to the origin and purpose of the work and that was

2    actually quite impressive to me.

3              The data that was generated I think was -- I've

4    done this sort of work, not this particular study, but

5    similar studies to this, and to do 18 vials is quite heroic.

6    So this is actually what I consider a very well designed

7    study.

8    Q.   Now, you mentioned Dr. Mahnken's analysis.

9              MR. KELLY:  Could we bring up PTX-188, Chris?

10   I'm sorry to tell you about this.

11             MR. FEDER:  Your Honor, PTX-188 was not

12   disclosed when the exhibits that were used with Dr. Stella

13   was given on January 12th.  We object on that grounds.

14             MR. KELLY:  We'll withdraw it.  We're

15   withdrawing it.

16             MR. FEDER:  I'm sorry.

17             MR. KELLY:  That's okay.

18   BY MR. KELLY:

19   Q.   Now --

20   A.   I did rely on Mahnken's analysis.

21   Q.   Thank you.

22   A.   His report here.

23   Q.   Have you ever seen such an effect with EDTA before?

24   A.   Your Honor, I've been in this game for 40 years.  I

25   have never seen a single reference, a single mention that

1   disodium EDTA prevents precipitation, is a nucleation

2   inhibitor for any organic compound, ever.

3   Q.    Now, were you here when you -- when there was

4   criticism of the testing that the wrong gatifloxacin was

5   used in the tests conducted in PTX-163, PTX-30 and PTX-31?

6   A.    Sorry.  Could you restate that?

7   Q.    Sure.  Did you hear Apotex's attorneys criticize the

8   test because the wrong gatifloxacin was used?  Wrong source

9   of gatifloxacin was used?  Excuse me.

10  A.    I know what you're asking.  Of course, I don't know if

11  I heard that yesterday.

12  Q.    Well, let me represent to you that they have

13  represented that to us.

14  A.    Well, yes.  Well, that -- then I can answer the

15  question.  If they represented to you that they used a

16  different material and I know that is stated in the ANDA.  I

17  mean, the ANDA material is different.  Once in solution,

18  your Honor, it does not really matter where it comes from,

19  honestly.

20          So if you have a -- the Allergan or Senju

21  material, the Kyorin material, is what's called a

22  gatifloxacin sesquihydrate.  What that means is that in the

23  crystal, there's -- with each molecule of gatifloxacin,

24  there's 1.5 molecules of water in the crystal.

25          When you dissolve it, it does not matter where

Stella - direct

1      it comes from.  The Apotex material, the gatifloxacin

2      hemihydrate.  It contains half a molecule of water in the

3      crystal.

4              When you put these materials into solution,

5      there is no history.  Once in solution, the drugs are in

6      solution.  So the source of the material for a solution is

7      irrelevant.

8      Q.    And is that illustrated on PTX-139 at AP0GAT 210657?

9      A.    Yes.  If you look at number three, structure and

10     empirical formula, you can see that there is the chemical

11     structure of gatifloxacin.  To the untrained eye, you may

12     not realize they're the same.  They are just flipped upside

13     down.

14              But you can see that in the formula right there

15     in the middle, you can see .1.5 H20.  That is the

16     sesquihydrate.  That's what they are referring to there.

17              The Apotex formula on the right, you can see

18     it's got dot half H20.  That's simply the source of the

19     material, what we refer to as the API, the active

20     pharmaceutical ingredient.

21     Q.    And what happens when this goes into the solution to

22     that water that is referred to there?

23     A.    As long as you're correcting for the difference in

24     molecular weight due to the water, once in solution, you're

25     going to produce an equimolar amount, or the same amount of

Stella - direct

1    intrinsic gatifloxacin.

2    Q.    Does the water just go into solution also?

3    A.    Just goes into solution, becomes part of the solution.

4    Q.    Thank you.

5          Now, have you -- did you hear the criticism that

6    there wasn't the right amount of sodium chloride used?

7    A.    Yes.

8          MR. KELLY:  I'd like, Chris, to bring up PTX-139

9    again, Page 210743.  And if you could blow up that top

10   table.

11   BY MR. KELLY:

12   Q.    What do you think of that criticism?

13   A.    That's pretty absurd.

14   Q.    And why is that?

15   A.    First off, your Honor, there was obviously some

16   de-engineering of the Zymar formulation on the part of

17   Apotex to try to come up with an identical formulation.  And

18   they so stated they copied and, indeed, formulated.

19          In coming up with their formulation, you'll

20   notice that in -- I will have to do the comparison to the

21   Zymar formulation -- you'll notice, for example, that --

22   let's see if I can get this right.  You see the sodium

23   chloride there? ?  It's about two-thirds of the way down.

24   They say 8.2, or as in a percentage, .82.  That's the number

25   that they were saying was different than .86.

1      By the way, your Honor, you are allowed, I

2   think, five to ten percent range, so .82 in the sense of the

3   FDA requirement is within the limitations of the formulation

4   anyhow.  But that's not even a point.

5      You'll notice they've got hydrochloric acid

6   there just above it.  Hydrochloric acid was put into the

7   solution.  From what I can read into the formulation, they

8   were put in the gatifloxacin and hydrochloric acid in to get

9   the drug to dissolve quickly.

10      The amount of HCL that's used there, the 1.298

11   number, grams, if you convert that, it's about the amount of

12   gatifloxacin.  In other words, you are approximately putting

13   one mole of HCL per mole of gatifloxacin.  And if you do the

14   back of the envelope calculations, in other words, that

15   sodium hydroxide down at the bottom, they then -- they make

16   the solution acidic, then they adjust it back.

17      You'll notice on the right-hand side there that

18   there is a number, .033.  If you add that, your Honor, to

19   .82, it essentially comes out to .86.  In other words, they

20   did not put -- they put .86 -- .82 grams of sodium chloride

21   in solution, but because of the way they make the

22   formulation with the hydrochloric acid and then they

23   neutralize it with the sodium hydroxide, they generate

24   essentially a .048 milligrams, or grams of sodium

25   chloride.

1        So they may not have put in .82 grams of sodium

2    chloride, but they ended up with .86 grams of sodium

3    chloride in their formulation.

4        If I may, if you don't mind, your Honor, if I

5    could simply write that out on a piece of paper, I'd like to

6    just show that.

7        MR. FEDER:  Your Honor, I would just object.

8    This is outside the scope of his expert report.  I

9    understand the situation on objection, but we want to

10   preserve it for the record.

11       THE COURT:  Yes.  Absolutely.  All right.

12       THE WITNESS:  If you could put that on the Elmo,

13   please.

14       MR. KELLY:  Your Honor, may I approach?

15   Assuming I can do this.

16       THE WITNESS:  Essentially, what they did was

17   they hut hydrochloric acid into solution.  That's indicated

18   by the top line.  And they then titrated the pH to the

19   desired pH by the use of sodium hydroxide, which generates

20   essentially sodium ions and chloride ions in solution.

21       Now, I know, if you actually do the back of the

22   envelope calculations, it comes out to exactly .86.  And we

23   have another direct piece of evidence that, in fact, that's

24   exactly what they have.  And the direct piece of evidence is

25   that they measure the osmolality, as I mentioned to you

Stella - direct

1    earlier, of the final solution.  And the osmolality of the

2    final solution is identical between the two formulations.

3             So you could not have different amounts of

4    effective sodium chloride in solution and ended up with the

5    same osmolality.

6             So for them to argue that .82 is different than

7    .86, I think is ludicrous.

8             MR. KELLY:  Your Honor, I would like to mark the

9    handwritten drawing as PTX-238, if I might, for the record.

10            MR. FEDER:  I'm going to object.  Your Honor,

11   defendants would object because this is, in fact, outside

12   the scope of the expert report on noninfringement.  We

13   understand your ruling.  We just want to preserve our

14   record.

15            THE COURT:  All right.  Thank you.

16            MR. KELLY:  Could I ask Chris to bring up --

17   before I go, Chris --

18   BY MR. KELLY:

19   Q.    Dr. Stella, this is from Apotex's ANDA.  Do they

20   correct for the difference in molecular weights?  Do they

21   wind up with the same concentration in RLD?

22   A.    You're talking about gatifloxacin?

23   Q.    Yes.

24   A.    Your Honor, if you look at the top part of that table,

25   if you look at -- you'll notice, for example, they say

Stella - direct

1    gatifloxacin hemihydrate active ingredient and they've got

2    the number that's in the third column, 3.07, which has an

3    asterisk.  That asterisk says to be calculated -- the

4    asterisk at the bottom of the footnote.  As is potency, 3.07

5    grams of gatifloxacin hemihydrate is equivalent to three

6    grams of gatifloxacin.

7              Now, again, it's pretty easy to do that number.

8    The molecular weight of gatifloxacin at 375.4, half molecule

9    of water is nine.  If you correct that back to 300, it's

10   exactly 3.07.

11             So what Apotex did was way out 3.07 grams so

12   that they ended up with essentially the equivalent of three

13   percent, which is exactly what Allergan does with the Zymar.

14   They actually correct a little bit more because they've got

15   the sesquihydrate.

16   Q.    Now, you were talking about osmolality before I

17   interrupted you.  You were talking about osmolality before I

18   interrupted you?

19   A.    Right.

20   Q.    Could I ask you to turn to, again, PTX-139, the Apotex

21   ANDA?  It's an APOGAT 211019.

22   A.    What was the PTX-number?

23   Q.    139.  And you may have to use the second volume, which

24   has the whole ANDA in it.  Actually, Chris has it on the

25   screen, if that's suitable for you.

Stella - direct

1   A.     Yes.   That's the one -- yes.

2              Yes.   For example, your Honor, this was a batch

3   that was made by Apotex.   If you look at the table, the

4   numbers on the right, if you look down, I think it's the

5   fifth line down, the osmolality, you'll notice that the

6   formulated batch, which is presumably the Apotex formulated

7   batch, they measure an osmolality of 288 units.   I want to

8   read out what the units stand for.   And you'll notice that

9   the brand leader, the brand leader here is the Zymar, also

10  had osmolality of 288.

11             So you cannot have different amounts of sodium

12  chloride in this formulation and have the same osmolality.

13  So, again, that is supported, not only the calculation,

14  but this data supports that the -- that the amount of

15  sodium chloride in this formulation is .86, or thereabouts.

16  Yes.

17  Q.    Okay.   Now, were you here when Mr. Gemoules testified

18  yesterday?

19  A.     Yes, I was.

20  Q.    Did you hear him testify with respect to the mass spec

21  analysis that he performed on the white powder?

22  A.     Yes, I did.

23  Q.    And do you recall what that testimony was?

24  A.     That -- your Honor, we're switching gears a little bit

25  here on you.

Stella - direct

1          When they did the precipitation experiment, if

2    you remember yesterday, there was a significant discussion

3    between an opaque powder or opaque material in some of the

4    vials and translucent crystals, and Apotex counsel made a

5    big to-do about, that the -- that one of them was assayed

6    and one wasn't.

7          Let me just say that -- I'd like to explain why

8    a material might appear to be cloudy or opaque versus a

9    translucent crystal.  I'm not sure if you've been to

10   Starbucks or some high-tech coffee shop, but you remember if

11   you take sugar and you grow crystals, you can get these

12   beautiful crystals that are translucent often on the end of

13   your stick and you make it into your coffee or tea and get

14   pretty crystals, that you see that, or if you take castor

15   sugar, is that translucent?  It's not.  Castor sugar or

16   powdered sugar is a white powder.  The difference is, it's

17   the same material.  The only difference, of course, is that

18   in one case, the crystals grow slowly, and when they're big,

19   you can see light through them.

20          In the smaller crystals, essentially --

21   essentially, the number of crystals, or the number of

22   powder, blocks the ability to see light.

23          So I'd like to explain why sometimes when you

24   get a precipitate, it comes down as translucent crystals and

25   sometimes as what appears to be an opaque powder.

Stella - direct

1        Very simply, it's like, if you tend -- maybe

2    you've done a high school project where you grew crystals.

3    If you grow crystals very slowly, then the crystals will

4    often come out to be a nice, clear edges, and will have a

5    shape that you often can see through them, just like diamond

6    or quartz, et cetera.

7        If you have the crystals, or if the material

8    precipitates in a -- in lots of small crystals that break

9    apart, then you'll have this opaque material.

10        So the only difference in the -- in the

11    difference between the opaque material and the crystals has

12    probably got to do the rate at which the gatifloxacin

13    crystals grew in the vial.

14        Now, if you also look at the formula that's used

15    here, there is absolutely nothing that is going to

16    precipitate out other than gatifloxacin.  Sodium chloride,

17    you and I know that you can dissolve a lot of sodium

18    chloride in water.  The BAK is very soluble in water.  The

19    disodium EDTA is very soluble in water.  Those are the only

20    components other than gatifloxacin.

21        So the precipitation here is gatifloxacin,

22    whether it appears to be an opaque material or, in fact,

23    translucent crystals.  It probably just reflects the

24    difference in nucleation and crystal growth in the vial.

25        MR. KELLY:  Your Honor, we pass the witness.

                        Stella - cross

1              THE COURT:  Well, why don't we take our

2      15-minute morning break before you do that.

3              MR. KELLY:  Thank you, your Honor.

4              THE COURT:  Thank you.

5              (Short recess taken.)

6                        -  -  -

7              (Proceedings resumed after the short recess.)

8              THE COURT:  Cross-examination.

9              MR. FEDER:  Thank you, your Honor.

10                      CROSS-EXAMINATION

11      BY MR. FEDER:

12      Q.    Good morning, Dr. Stella.  Good to see you again.

13      A.    Good morning.

14      Q.    Now, Dr. Stella, it's true, is it not, that the

15      opinions you've expressed today are not based on tests

16      that were carried out using Apotex's product; isn't that

17      correct?

18      A.    You mean Apotex product made by Apotex?

19      Q.    Correct.

20      A.    Yes, there's no test done.

21      Q.    With respect to the opinions you've offered today, to

22      the extent they're based on experiments, you did not suggest

23      any of these experiments be done; is that correct?

24      A.    That's correct.

25      Q.    Okay.  Experiments on which you've offered your

Stella - cross

1    opinions were designed by plaintiffs or at the suggestion of

2    plaintiffs' counsel; isn't that right?

3    A.    I believe that's correct.

4    Q.    And you were not asked to do any experiments on

5    aqueous gatifloxacin solutions; correct?

6    A.    Correct.

7    Q.    And you weren't asked to design any experiments for

8    somebody else to do; is that correct?

9    A.    That is correct.

10   Q.    And isn't it true you've never seen Apotex's

11   ophthalmic gatifloxacin product?

12   A.    I've personally never seen it.

13   Q.    And corneal permeation experiments you've testified

14   about today were, in fact, carried out before this

15   litigation ever began; correct?

16   A.    As far as I know, that's correct, yes.  I wasn't sure

17   about the Allergan formulation, the study, but I obviously

18   -- obviously, the Senju ones were, yes.

19   Q.    Your opinions in this case are based on an assumption

20   that Apotex's product is the same as plaintiff's Zymar

21   product, is that correct?

22   A.    To quote a great philosopher, it looks like a duck,

23   quacks like a duck, it must be a duck.

24   Q.    So can I take that as a yes?

25   A.    Yes.

Stella - cross

1    Q.    Thank you.

2              Now --

3    A.    Sorry.  Go back, just to make sure I answered the

4    question correctly.

5    Q.    Sure.  My question to you was, your opinions in this

6    case are based upon an assumption that Apotex's product is

7    the same as plaintiff's Zymar product; is that correct?

8    A.    That's correct.

9    Q.    Could you turn to Plaintiffs' -- I'm sorry.  PTX-139.

10   It's in your exhibit book.

11   A.    In my exhibit?

12   Q.    Yes.  If you would, would you turn to APOGAT 210693?

13   A.    And what page?

14   Q.    693 are the last three numbers of the Bates numbers.

15   A.    Yes.

16   Q.    Now, you gave an opinion today that the .82 grams of

17   sodium chloride and the -- I'm sorry.  Let's go with 8.6 and

18   8.2.  8.6 grams of sodium chloride was different from the

19   8.2 grams of sodium chloride; is that right?

20   A.    I said that the amount of sodium chloride was

21   different.

22   Q.    That's correct.

23   A.    .86 versus .82.

24   Q.    Yes.

25   A.    But that the amount of sodium chloride in the final

Stella - cross

1    solution is identical.

2    Q.    Okay.

3    A.    Or very similar.

4    Q.    All right.  Well, which is it?  Is it identical or is

5    it very similar?

6    A.    It's got the same osmolality, it would have to be

7    identical.

8    Q.    If it has and have you tested the osmolality?

9    A.    No.  Apotex did.

10   Q.    Okay.  Now, do you see on the comparison of the Zymar

11   product to the gatifloxacin product, that both products used

12   hydrochloric acid to adjust the pH?

13            Do you see that?

14   A.    Yes.

15   Q.    And you also see that both the Zymar product and the

16   Apotex product appears in hydroxide to adjust the pH?

17   A.    That's correct.

18   Q.    So you would agree with me, would you not, that if

19   sodium chloride is produced in situ through the pH

20   adjustment in Apotex's product, it's also produced in situ

21   for the Zymar product; is that correct?

22   A.    That is correct.  And to have the same osmolality in

23   the amount of sodium chloride that would be produced would

24   be identical.

25   Q.    And you didn't test that osmolality, did you?

Stella - cross

1    A.    No.  Apotex did.

2    Q.    And you did not suggest that the osmolality be tested,

3    did you?

4    A.    No.  Apotex did.

5    Q.    And that was not in your expert report, was it?

6    A.    It was in my testimony, deposition.

7    Q.    So can we assume that, for the amount of adjustment of

8    pH based on adding hydrochloric acid and adding sodium

9    hydroxide, that the amount of additional sodium chloride is

10   the same in both?  Can we assume that?

11   A.    No.  You can assume in the final product that the

12   amount of sodium chloride is identical.

13   Q.    But can you explain for me how the amounts of sodium

14   chloride in the final product can be the same when they're

15   both adjusted with acid and they're both adjusted with

16   sodium hydroxide, but yet they have different amounts of

17   sodium chloride added to the formulation?

18   A.    If you look at the right-hand side there, counsel,

19   you'll notice that hydrochloric acid is added in a specific

20   amount, 1.298 grams, well, milligrams per ml, and that was

21   actually in an earlier part of the ANDA, it's described as

22   hydrochloric acid NF, which is a 37-percent solution.

23          If you notice on the left-hand side, with

24   respect to the Zymar, there is absolutely -- there's no

25   designation of adding the excess amount of HCL and then back

Stella - cross

1    titrating.  The HCL, as I read the -- the -- what -- we

2    don't know, I guess, what Zymar does, or what Allergan does

3    in doing that.  So I don't know if the amount of HCL added

4    there is identical to the 1.298.

5              So in that regard, you are correct in that we

6    don't know how much HCL Zymar had.

7              Now, I notice there that this is a document by

8    Apotex and it says present.  It does not say added.  So I'm

9    assuming, and I think it's a reasonable assumption, that if

10   we end up with an osmotic pressure of 288 in both solutions,

11   that the amount of sodium hydroxide, the amount of sodium

12   chloride is identical between the two solutions, they have

13   to be to meet that number.

14             So I don't know what is meant by present, so I

15   agree with you, in that that is an unknown.  There will be

16   also sodium chloride that's produced greater than probably

17   8.6 because of the adjustments, so I agree with that.  But

18   at the end, the amount of sodium chloride in the two

19   formulations has to be identical.  It would break all laws

20   of this science.

21   Q.    And that opinion of yours is based on testing of

22   osmolarity.  Correct?

23   A.    By Apotex.

24   Q.    And you did not, nor plaintiffs in this case had

25   samples of Apotex's generic anaphylaxis solution and did not

Stella - cross

1    test them.  Correct?

2    A.    I don't know if they did or not.

3    Q.    You are certainly not aware of any testing of it, are

4    you?

5    A.    No.

6    Q.    Now, Doctor, today you testified about corneal

7    permeability.  And one of the exhibits you used was an

8    Allergan study, PTX-088.  Could you please turn in your

9    witness binder to that document?

10   A.    It's PTX- what?

11   Q.    PTX-088.

12   A.    Yes.

13   Q.    I would like to discuss Claim 6 of the '045 patent.

14   That's how you used this particular document.  Correct?

15   A.    Yes, as one of the supporting documents.

16   Q.    In connection with the opinions you have given that

17   Apotex product infringes Claim 6, have you relied on the

18   study conducted by Allergan?  Have you relied on this?

19   A.    This and all the other studies.

20   Q.    And you compared results obtained using the Zymar

21   product to results obtained using gatifloxacin in solution

22   prepared in Errol's Balanced Salt Solution.  Correct?

23   A.    That's correct.

24   Q.    And the Allergan study does not test any gatifloxacin

25   product that was made by Apotex.  Correct?

Stella - cross

1    A.    No.  They do not test an Apotex-generated product.

2    Q.    The Allergan study was conducted before this

3    litigation began.  Correct?

4    A.    As far as I know.  I haven't checked the dates.  But I

5    assume that's the case.

6    Q.    And it was designed for the purpose of comparing

7    corneal permeability of Allergan's gatifloxacin product to

8    that of the moxifloxacin product of its competitor; is that

9    correct?

10   A.    That is correct.

11   Q.    And the Allergan study was not designed to compare

12   corneal permeability of gatifloxacin permeability in

13   solutions with and without EDTA.  Is that correct?

14   A.    They did compare the Zymar with the .3 percent

15   gatifloxacin in EBSS solution.  But they did not run the

16   Zymar formulation without EDTA.

17   Q.    Let me ask my question again.  I think you might have

18   just misunderstood it.

19          My question was, the Allergan study was not

20   designed to compare corneal permeability of gatifloxacin in

21   solutions with and without EDTA.  Correct?

22   A.    That is correct.

23   Q.    Now, in the Allergan study, if you would turn to Page

24   9, ALL0001244.

25          Testing was performed on aqueous formulations of

Stella - cross

1   gatifloxacin that were prepared on a salt solution called

2   Errol's Balanced Salt Solution.  Correct?

3   A.    That's correct.

4   Q.    If I referred to Errol's Balanced Salt Solution as

5   EBSS interchangeable with Errol's Balanced Salt Solution,

6   you will understand what I am saying?

7   A.    Yes.

8   Q.    Could you look at AP1244, and in the Allergan study

9   one gatifloxacin formulation made in the EBSS has 0.3

10  gatifloxacin.  Correct?

11  A.    That's correct.

12  Q.    And another of the formulations in the study was the

13  brand Zymar formulation.  Correct?

14  A.    Yes.

15  Q.    Which also contains 0.3 percent gatifloxacin.  Right?

16  A.    That's correct.

17  Q.    And besides these two gatifloxacin formulations in

18  this Allergan study, there was no other formulation

19  containing 0.3 percent gatifloxacin.  Correct?

20  A.    That is correct.

21  Q.    Do you know what the ingredients of Errol's Balanced

22  Salt Solution are?

23  A.    Yes, I looked that up last night.

24  Q.    Can you tell me what they are?

25  A.    I am not sure if I remember all the ingredients.  But

Stella - cross

1    it contains sodium chloride, potassium chloride, magnesium,

2    one of the magnesium salts, I forget which one, I think it's

3    magnesium chloride, calcium chloride, I believe, and

4    glucose.

5         Have I missed any?

6    Q.    We will find out in a second.  Did you say phenol red,

7    the pH indicator?  Did you include that?

8    A.    No.

9    Q.    Could we have DTX-178 up on the screen, please?

10        If you could, could you do it side by side with

11   PTX-888 at Page 244.

12        Doctor, could you turn to DTX-178 in your

13   witness binder?

14   A.    Which one?  The one you gave me?

15   Q.    Yes.  The one I gave you, sir.

16   A.    What was the DTX- number.

17   Q.    178.

18        And 178 is the Sigma product sheet for Errol's

19   Balanced Salt Solution?

20   A.    That's not what it's labeled.

21   Q.    What is it labeled?

22   A.    It's labeled as basically salt solution mixture.

23        MR. FEDER:  Your Honor, I would like to move

24   DTX-178 into evidence.

25        MR. KELLY:  We have no objection.

Stella - cross

1              THE COURT:  All right.

2              (Defendant's Exhibit No. 178 received in

3    evidence.)

4    BY MR. FEDER:

5    Q.    So which of the salts that you have testified about

6    today that you said were in Errol's Balanced Salt Solution

7    when you saw this exhibit are also in this exhibit?

8    A.    You just loss me.

9    Q.    I am sorry.  When I asked you earlier whether you knew

10   the components of Errol's Balanced Salt Solution, you said I

11   looked at it last night and I remember some of them.  I am

12   not sure if I remember all of them.

13   A.    What I am confused with, counsel, is you are showing

14   me seven solutions there.  I don't know which one you are

15   referring to.

16   Q.    I will represent to you that the second, the solution

17   second from the left is the Errol's Balanced Salt Solution.

18   E 288 at 1X.

19   A.    Can I trust you?

20   Q.    I think you can, sir.  And I am sure counsel for the

21   plaintiffs would be happy to point out my mistake if I made

22   one.

23              Under E 288 it says 1X.  Do you understand what

24   that X means as compared to 10X in the column right next to

25   it?

Stella - cross

1    A.    I would just be guessing.  I have no idea.  I assume

2    it's one concentration versus ten times the concentration.

3    Q.    Isn't that confirmed by the comparison of the numbers

4    there?  Would that be confirmed by that comparison?

5    A.    That would be reasonable.

6    Q.    I will represent that in Column 2, that's Errol's

7    Balanced Salt Solution, the Zymar contains, Zymar --

8    A.    It's not labeled as such.

9    Q.    By the way, you know that.  Right?

10   A.    Yes.  I made that representation.

11   Q.    Can we have the Page 1244:  Side by side with, you can

12   reduce the Errol's Balanced Salt Solution document.

13         That will work fine.

14         Now what I would like to do is have you read the

15   ingredients that are in the Zymar vehicle, do you see?

16         You might have to bring it down a little bit.

17         Okay.  The Zymar vehicle.  Can you take a

18   look -- you don't have to read them into the record.  But I

19   want you to compare the Zymar vehicle ingredients to the

20   Errol's Balanced Salt Solution ingredients.

21   A.    They are quite different.  I agree with you, counsel.

22   Q.    Sure.

23   A.    So what's your question?

24   Q.    I am going to ask you a series of questions, sir.

25   A.    Okay.

Stella - cross

1    Q.    Zymar, the commercial product contains all of the

2    ingredients in the Zymar vehicle plus gatifloxacin.

3    Correct?

4    A.    That's correct.

5    Q.    So am I correct that Zymar does not contain any

6    calcium chloride whereas EBSS does?

7    A.    It does.  Sorry, I meant that Errol's does and Zymar

8    doesn't.

9    Q.    Am I also correct that Zymar does not contain

10   magnesium sulfate whereas Errol's Balanced Salt Solution

11   does?

12   A.    Correct.

13   Q.    And Zymar doesn't contain potassium chloride whereas

14   EBSS does?  Right?

15   A.    Correct.

16   Q.    Zymar also doesn't indicate sodium bicarbonate whereas

17   EBSS does.  Right?

18   A.    Correct.

19   Q.    With respect to the sodium chloride concentration,

20   Zymar contains 0.9 percent whereas EBSS contains 0.68

21   percent.  Correct?

22   A.    Incorrect.

23   Q.    Could you take a look at the Zymar vehicle, can you

24   see that up there under Footnote A?

25   A.    0.9 or 0.8.

Stella - cross

1    Q.    I may have misspoke.  Let me do it again, sir.  It

2    will make it easier.

3              With respect to the sodium chloride

4    concentration, Zymar contains 0.9 percent whereas EBSS

5    contains 0.68 percent sodium chloride.  Correct?

6    A.    In there they have got .9.  But you are right.  The

7    formulation is technically .86.

8    Q.    Do you have any reason to believe that that footnote

9    is wrong, in fact, is not .9 percent in that Zymar vehicle?

10   A.    No.

11   Q.    Can we agree that Zymar does not contain sodium

12   phosphate, that is NAH-2-PO-4, whereas the EBSS does?

13   A.    Yes.

14   Q.    Am I correct that Zymar does not contain deglucose

15   whereas EBSS does?

16   A.    That's correct.

17   Q.    Isn't it also true that Zymar does not contain phenol

18   red whereas EBSS does?

19   A.    Yes.

20   Q.    Zymar does contain benzalkonium chloride whereas EBSS

21   does not?  Isn't that correct?

22   A.    That's correct.

23   Q.    You did no investigations that showed the effects of

24   calcium chloride on the permeability of gatifloxacin

25   solutions.  Correct?

Stella - cross

1   A.    Correct.

2   Q.    And the same would be true for all of other

3   differences in the components there.  Isn't that correct?

4   A.    That is correct.

5   Q.    You don't know whether any of these differences would

6   have an effect on corneal permeability of gatifloxacin, do

7   you?

8   A.    I do not.

9   Q.    And Zymar was tested with EDTA, they could have tested

10  Zymar vehicle without EDTAs but with gatifloxacin, couldn't

11  they have?

12  A.    They could have.

13  Q.    And they didn't do that, did they?

14  A.    That wasn't the intention of the project.

15  Q.    Okay.  Now, Zymar -- I withdraw that, Your Honor.

16  This study was done in vivo -- this study was not done in

17  vivo using live animals.  Correct?

18  A.    Correct.

19  Q.    Instead they used an in vitro cell culture test.

20  Right?

21  A.    That is correct.

22  Q.    And an in vivo experiment would be closer to

23  simulating what happens in humans.  Correct?

24  A.    Restate that?

25  Q.    Yes.  Let me start again.  An in vivo experiment would

Stella - cross

1    be closer to determining what happens in humans.  Correct?

2    A.    That's correct.

3    Q.    And for the in vitro studies, the drug stays on the

4    cells longer than for an in vivo experiment.  Correct?

5    A.    That is correct.

6    Q.    And because for an in vivo experiment you put drops on

7    the eye and most of the eyedrop contents are lost due to

8    drainage.  Isn't that correct?

9    A.    That's correct.

10   Q.    And in an in vitro experiment, using tissue culture

11   cells, there is an extended period of time of contact

12   between the gatifloxacin and the cells.  Correct?

13   A.    That is correct.

14   Q.    Also, for an in vitro study using tissue culture cells

15   that are grown to confluence, the biological structures of

16   the intact cornea are not reproduced.  Are they?

17   A.    That is correct.

18   Q.    So you would want to confirm results from a cell

19   culture model using an in vivo study of some kind.  Right?

20   A.    I am not sure that that is essential for what the

21   purpose of that work was.  But if one was to ask that

22   question, what is the effect of EDTA in that cell culture

23   experiment, yes, you would design an experiment without the

24   EDTA.

25   Q.    Also, if you wanted to know what the effect of Errol's

Stella - cross

1    Balanced Salt Solution was, wouldn't you want to do a test

2    in vivo using 0.3 percent Errol's Balanced Salt Solution,

3    0.3 percent gatifloxacin in Errol's Balanced Salt Solution

4    and test it with and without EDTA against Zymar with and

5    without EDTA?  Isn't that what you want to do?

6    A.    Why would one want to do that experiment, counsel?

7    Q.    Why not?

8          Wouldn't that experiment control for all of the

9    differences between Errol's Balanced Salt Solution and Zymar

10   vehicle, which you say you have no idea what the differences

11   are?  Wouldn't it control for that, Doctor?

12   A.    The purpose of this experiment, if you go back and

13   read the opening statement of this particular study, was to

14   test cell viability in the cell culture mammal of the

15   Vigamox, the moxifloxacin formulation, compared to Zymar.

16         That was the major purpose of the project.  In

17   doing that, you they also measured the permeability

18   experiments.  These were not intended to test the patent or

19   to test the effect of EDTA.  It was simply done as a set of

20   experiments that were performed at Allergan, it is my

21   understanding, to answer a number of questions.  They were

22   not asking the question that you are asking.

23   Q.    Well, counsel -- Dr. Stella, you are relying on this

24   Allergan study for an infringement analysis.  Correct?

25   A.    I am --

Stella - cross

1   Q.    Isn't that correct?

2   A.    I am basing my infringement analysis on this study

3   plus all the others, yes.

4   Q.    And in this study there is no test, in this study and

5   in any study that you have looked at, no test of what 0.3

6   percent gatifloxacin in Errol's Balanced Salt Solution would

7   look like as far as corneal permeability when applied to a

8   rabbit eye.  Isn't that correct?

9   A.    That is correct.

10  Q.    So the differences that you note between Zymar 3.3

11  percent gatifloxacin and in Zymar vehicle and 0.3 percent

12  gatifloxacin in EBSS was not controlled.  Correct?

13  A.    The study was not designed to evaluate, necessarily,

14  the Errol of EDTA.  It was a consequence of the results

15  that -- the results I reviewed were simply to analyze that

16  in the body of the total literature, the studies out of

17  Senju, looking at whether that result was consistent with

18  the other results.

19          I agree with you, however, that we do not know

20  if the magnitude of the effect that was seen or even the

21  total effect that was seen would have been better or

22  different based on running, as you said, a different

23  control.

24          So it is simply a piece of information that I

25  reviewed in the total context of the total information that

Stella - cross

1   I had available to me.

2   Q.    Now, Doctor, in your testimony on direct, you

3   explained how we don't want to do tests in human beings

4   unnecessarily; isn't that right?

5   A.    Or animals for that matter.  That's why we do the cell

6   culture technique as well.

7   Q.    But we do test in rabbits, correct, using rabbit eyes?

8   A.    Yes.

9   Q.    Those tests could be done in primates, using primate

10  eyes, correct?  Without sacrificing the animal.  Isn't that

11  correct?

12  A.    Can I -- well, as I stated when I was explaining the

13  figure, there is a way of analyzing aqueous humor without

14  sacrificing the animal.  I mentioned that this morning.

15  Q.    That could have been done using primates, could it not

16  have?

17  A.    Yes.  You want to do great apes, you want to do

18  orangutans.

19  Q.    How about marmosets, could it be done in marmosets,

20  they are small?

21  A.    I have no idea.  They are very expensive animals.  To

22  get that sort of experiment through animal experimentation,

23  I am on the animal experimentation committee at the

24  University of can.  If someone wants to perform a study in

25  monkeys, number one, have you ever tried to restrain a

Stella - cross

1    monkey?

2    Q.    I have, in fact.

3    A.    It is not a lot of fun, is sit?

4    Q.    A marmoset is not even fun.

5    A.    Well, as you know, in the rabbit study which is done,

6    at the end of the experiment, you anesthetize the animal to

7    get the eyeball out and to measure the aqueous humor.

8              I know there are techniques that could be used

9    in the rabbit and other animals where you do not have to

10   sacrifice the animal.  But you have to puncture the cornea.

11   And that's using a perfusion experiment type of technique.

12             That technique, though, has always been

13   challenged as to you don't have a completely intact cornea.

14             So you do have a problem there of how do you

15   sample and validate the whole study.  And I personally would

16   never, personally, approve an experiment such as what you

17   are talking about here in the monkey unnecessarily, both for

18   costs and ethical reasons as well.

19   Q.    One of those reasons is not because the monkeys would

20   have to be sacrificed.  Right?

21   A.    Well, we would not sacrifice a monkey unless you could

22   do it without sacrificing the monkey, let me say that.

23             So passing a needle through the cornea to either

24   suck out aqueous humor or putting in a perfusion experiment

25   set is not something that I would look lightly at doing.

Stella - cross

1    Q.    Now, Doctor, I would like to turn to the Senju study.

2    Could you turn to JTX-024, JTX-030 and JTX-031.  Those are

3    all in your witness binder.  I am going to be referring to

4    those experiments.

5    A.    Right.

6    Q.    I will let you take a look at that and make sure you

7    are familiar with what those three are?

8    A.    Yes.  I have them.

9    Q.    Just look at them to yourself, and let me know when

10   you have at least got in your mind which three those are.

11   Do you?

12   A.    Yes.

13   Q.    Thank you.

14          Isn't it true that the experiments reported in

15   JTX-24, JTX-30 and JTX-31 do not compare any tested

16   formulation of Apotex's gatifloxacin product?

17   A.    That is correct.

18   Q.    All three of these studies were carried out by Senju

19   before this litigation began.  Isn't that?

20   A.    I believe that's correct.

21   Q.    This study was done in vivo using live rabbits.

22   Correct?  These studies --

23   A.    Yes.  I am trying to remember.  Give me a moment,

24   please.

25   Q.    Please do.

Stella - cross

1   A.    Yes, they were all done in -- yes, they are all done

2   in live animals, yes, sir.

3   Q.    I don't mean to hurry you.  I will give you as much

4   time as you need, Doctor.

5              The rabbit eye is not a perfect model for what

6   will happen in the human eye.  Correct?

7   A.    It's one of the best working models that we have.

8   It's not identical to humans.

9   Q.    It's not a perfect model, is it?

10  A.    Not a perfect model.

11  Q.    In fact, it's true, is it not, that in your expert

12  report on obviousness, you stated that when using rabbits,

13  researchers must be concerned about differences between the

14  rabbit eye and the human eye?

15  A.    Is that a question?

16  Q.    I think it was a question.  Want me to restate it?

17  A.    Yes, please.

18  Q.    In your expert report on obviousness, you stated, when

19  using rabbits, researchers must be concerned about

20  differences between the rabbit eye and the human eye.  Isn't

21  that correct?

22  A.    That is correct.

23  Q.    And you would agree with me that one of the major

24  differences between rabbit eyes and human eyes is that

25  rabbit eyes have a slower blinking than humans.  Right?

Stella - cross

1    A.     That is correct.

2    Q.     And there are several other differences between rabbit

3    eyes and human eyes.  Right?

4    A.     There are others, yes.

5    Q.     Could you turn to an exhibit in your witness binder, I

6    think it's at the end, it's the R. Sharp paper, R. Sharp.

7    It's an article by R. Sharp in Food and Chemical Toxicology.

8              MR. KELLY:  Can we have an exhibit number?

9              THE WITNESS:  I have got this.

10             Your Honor, I have not seen this article.  If

11   counsel is going to ask me questions about this, I would

12   request a half-hour to read the article so that I know what

13   I am reading.

14             THE COURT:  Well, you can have some time.  But

15   this is the sort of give-and-take in a courtroom that goes

16   on.

17             So you take some time.  If you truly can't

18   answer it, then it will be counsel's half-hour, if they want

19   to give you the half-hour of their time.

20             THE WITNESS:  Why don't we ask the question, if

21   it is a question that I don't feel comfortable with, I will

22   request some time to read the article.

23   BY MR. FEDER:

24   Q.     Sure.  This article, I want you to confirm for me,

25   this article is in Volume 23 at Pages 39 to 143 of Food and

Stella - cross

1    Chemical Toxicology?

2    A.    Yes, 1985.

3    Q.    Yes.  Could you turn to Page 139, please, of the Sharp

4    paper?

5                  THE COURT:  Is this just being used for

6    impeachment?  Or does it actually have an exhibit number?

7                  MR. ABRAMOWITZ:  It is used for impeachment,

8    Your Honor.

9    BY MR. KELLY:

10   Q.    According to this article, it states, there are

11   serious -- is it possible to pull this up?

12                  I direct your attention to Column 2 of this

13   article on Page 139.  It states there that there are serious

14   structural and physiological differences which make the

15   rabbit eye an unsatisfactory model for the human eye.

16                  Isn't that correct?

17   A.    That's what it appears to say.

18   Q.    Unlike the human eye, the rabbit eye has a third lid.

19   Isn't that correct?

20   A.    That's correct.

21   Q.    And this could affect the amount of time the eyedrop

22   remains in the rabbit's eye as compared to a human eye.

23   Isn't that right?

24   A.    Now, when you asked me that question in deposition,

25   you asked me the question of, is the rabbit eye a perfect

Stella - cross

1    model for humans.  I agreed with that.  And I said that one

2    of the things that I know is the blinking rate.  I did not

3    at any point state that there were not other differences.

4    Q.    Okay.  Can we go through some of the differences.  The

5    rabbit's eye-tearing mechanism is less effective than in

6    humans.  Isn't that correct?

7    A.    I don't know that.

8    Q.    Does it state that?

9    A.    If this says that, then this is a paper that is making

10   that statement.  If it's a reliable paper that's accepted by

11   the people in the field, I am comfortable with it.

12   Q.    Have you ever seen articles published in this journal?

13   A.    I have not read this journal.

14   Q.    Do you have any reason to believe that this journal is

15   not a peer-reviewed journal?

16   A.    I am not arguing about the peer-reviewed nature.  I am

17   just saying I have I have read this paper and I am not

18   familiar extensively with the difference between the human

19   eye and the rabbit eye.  One of the things I mentioned in my

20   deposition was the blinking rate.  And that's all that I

21   felt comfortable talking about at that point.

22   Q.    Well, would you agree with me that the cornea of the

23   rabbit eye is thinner than the cornea of the human eye?  Is

24   that something that you would agree to without reading this

25   paper by R. Sharp?

Stella - cross

1   A.    I knew there were some differences but I wasn't sure

2   what the differences were.

3   Q.    Could you look at the R. Sharp article at Page 139,

4   second column, and just confirm for me that in fact that's

5   one of the differences that this author points out?

6   A.    Where is that presented?

7   Q.    I am sorry.  That's my fault.  Let's back it up a

8   little.

9             I will withdraw that question, Your Honor.

10            According to this article, there are serious

11  structural and physiological differences which make the

12  rabbit eye an unsatisfactory model for the human eye.  Isn't

13  that right.

14  A.    Yes, I have read that statement.

15  Q.    And then under (b), under Point (b), it says unlike

16  the human eye, the rabbit eye has a third lid.  Isn't that

17  correct.  That's what it states.  Right?

18  A.    (B) doesn't say that.  (A) says that.

19  Q.    Now, Dr. Stella, could you turn to PTX-163.

20  A.    Right.

21  Q.    It's in your witness binder book.  It's the Cyanta

22  study.

23            Could you turn to Page 3 of 5 of the Cyanta

24  report?

25  A.    Yes, I have got that.

Stella - cross

1  Q.    The formulations were made using API for Allergan.  Is

2  that correct?

3  A.    That's correct.

4  Q.    The amount of sodium chloride in the Cyanta

5  formulations was about .86 grams per hundred.  Correct?

6  A.    That's correct.

7  Q.    As we saw earlier, the anaphylaxis probably contains

8  0.82 grams per hundred -- I am sorry.  It's.82 grams per

9  milliliter, I believe.

10           I will withdraw that question.

11  A.    26 percent.

12  Q.    Okay.  .86 in the Zymar product.  Right?

13  A.    Yes, 26.

14  Q.    And .82 in the Apotex product except there are

15  differences on adjusting pH.  Correct?

16  A.    Absolutely it's .86 or thereabouts.  It's identical to

17  the Zymar.

18  Q.    You are not changing your testimony from earlier in

19  this cross-examination, are you?

20  A.    No.  I didn't.  I said it's not the same concentration

21  of sodium chloride or you wouldn't have the same tonicity.

22  Q.    I just wanted to make sure you weren't changing your

23  testimony from earlier.  If it's the same, that's all I am

24  trying to confirm.  Is it the same?

25  A.    It is the same.

1    Q.    Okay.  Thank you.

2            The Cyanta study did not test Apotex's product.

3    Correct?

4    A.    Since it's identical to the Zymar formulation, it

5    would not.  But it was not the Apotex supplied formulation,

6    correct.

7    Q.    And you did no testing to determine whether it was,

8    quote-unquote, identical, did you?

9    A.    Not on the Cyanta data, no.

10   Q.    The Japanese Zymar product is devoid of disodium

11   edetate, isn't it?

12   A.    That is correct.  That's my understanding, yes.

13   Q.    You would reasonably conclude from that fact alone

14   that the Japanese product works to transfer across the

15   corneal membrane.  Correct?

16   A.    No.  All that data, the fact that it's used in Japan,

17   all that says is it passed clinical trials in Japan and was

18   found to be a satisfactory product.

19   Q.    In order to pass clinical trials in Japan, isn't it

20   true that gatifloxacin must pass across the corneal

21   membrane?

22   A.    No, I don't believe -- as far as I know that is not an

23   FDA requirement.

24   Q.    Do you have any reason to believe that the Zymar

25   product in Japan, without EDTA, do you have any reason to

Stella - cross

1    believe at all that gatifloxacin doesn't cross the corneal

2    membrane?

3    A.    That's not something that I am knowledgeable about.

4    Q.    Going back to the Cyanta study, if I could, that's

5    PTX-163, you testified about precipitates that were in the

6    Cyanta vials.  Do you remember that testimony on direct?

7    A.    Yes.

8    Q.    Good science would counsel to analyze whether the two

9    types of crystals identified by Cyanta were, in fact, the

10   same or different.  Isn't that true?

11   A.    Would you restate the question, please?

12   Q.    Yes.  Good science would counsel analyzing whether the

13   two types of crystals are the same or different.  Correct?

14   A.    No.  Good science doesn't necessarily mean that you

15   have to do that.

16   Q.    So you conclude that the crystals are the same without

17   doing any tests.  Isn't that correct?

18   A.    That's correct.

19   Q.    No tests?

20   A.    That's correct.

21   Q.    Dr. Stella, isn't it correct that the patent only says

22   that the data in Table 4 can prevent coloration?  And if you

23   want, you can turn to JTX-1, or we can put it up on the

24   screen.  That would be Table 4, you may have to look at it

25   on the screen.

Stella - cross

1          I will repeat the question for you, Dr. Stella.

2     You would agree with me, would you not, that the patent only

3     states that the data in Table 4 can prevent coloration.

4     Isn't that correct?

5     A.    I will let your great legal minds figure out the

6     semantics of that.

7     Q.    Is that what the words state?

8     A.    Sorry?

9     Q.    Is that what the words of the patent state?

10    A.    The words of the patent say can prevent, yes.

11    Q.    And am I not correct that it doesn't say that it

12    prevents coloration?

13    A.    It says can prevent, yes.

14    Q.    As opposed to did prevent?

15    A.    Yes.

16    Q.    Now, on direct examination, you gave some testimony

17    about the construction, proper construction of claim terms,

18    including the term disodium EDTA, disodium edetate?

19    A.    Correct.

20    Q.    And in connection with your work as an expert in this

21    case, did you review the prosecution history or the file

22    history of the '045 patent?

23    A.    Yes, I did.

24    Q.    Could we have -- do you have JTX-2 up there?  I put it

25    on top of the binder.  JTX-2.

Stella - cross

1              MR. FEDER:  May I approach the witness, Your

2     Honor?

3              THE COURT:  Yes, you may.

4              MR. FEDER:  Thank you, Your Honor.

5     BY MR. FEDER:

6     Q.   Doctor, can you just confirm for me that that is, in

7     fact, JTX-2 is the document that you referred to having

8     reviewed in connection with this case?

9     A.   Yes, it appears to be.

10             MR. FEDER:  Your Honor, we would move JTX-2 of

11    the prosecution history of the '045 patent into evidence.

12             MR. KELLY:  We have no objection.

13             (Exhibit received in evidence.)

14             MR. FEDER:  That's all.  Thank you, Your Honor.

15             Thank you, Dr. Stella.

16             THE WITNESS:  Thank you.

17             THE COURT:  Redirect.

18             MR. KELLY:  Briefly.

19                     REDIRECT EXAMINATION

20    BY MR. KELLY:

21    Q.   Could you put up PTX-182, Chris.  I would like the

22    second page.

23             That's fine.

24             Is there anything about humans in Claim 6, Dr.

25    Stella?

Stella - redirect

1   A.    No.

2   Q.    And how did the patent demonstrate corneal

3   permeability?

4   A.    By determining the aqueous humor appearance in the

5   rabbit eye.

6   Q.    If I poke a hole in your cornea and I take out the

7   aqueous humor, I do it to a primate, what does that do to

8   his vision?

9   A.    That could mess you up pretty good.  In fact, it could

10  also produce an infection for which you would have to get

11  additional gatifloxacin to treat.  You could in fact lose

12  your eyesight if done improperly.

13  Q.    Is that one of the reasons why you wouldn't approve

14  such a test on your function to look at the ethical

15  treatment?

16  A.    Oh, absolutely.

17  Q.    Thank you.  Now, you mentioned on direct something

18  about deformulation.  And they took you to -- and do you

19  recall on cross, we are going to be at PTX-139, Chris.  I

20  would like to direct your attention to APOGAT210744.  I am

21  afraid you are going to have to get the big one out.

22  A.    What was the page number again?

23  Q.    It's up on the board, 744, Chris.  Could you just blow

24  up --

25  A.    No, I have it.  I am sorry.

Stella - redirect

1    Q.    Please blow that up.  Keep going down the chart.

2    That's it.

3    A.    Yes.

4    Q.    Now, that's where they report the composition of

5    Zymar.  Correct?

6    A.    That's correct.

7    Q.    And then in the paragraph underneath don't they tell

8    you how they determine that formulation of Zymar?

9    A.    I think I read that out earlier.  But if you look at

10   the second line, it says the deformulation results.

11   Q.    Right.  Look at the packaging unit and the PDR.

12   Correct?

13               MR. FEDER:  Objection.  Leading, Your Honor.

14               THE COURT:  Overruled.

15               THE WITNESS:  Well, I have been involved in a

16   few issues like this.  And very often you obviously go to

17   whatever site is available that gives you some indication of

18   a formulation.

19   BY MR. KELLY:

20   Q.    I would like -- they specifically reference the

21   packaging.  Right?

22   A.    Yes.

23   Q.    I would like to direct your attention to APOGAT210658.

24               Maybe if we could look on the screen.  Chris,

25   can you blow up just the top third.

Stella - redirect

1          This is from the packaging, Zymar packaging

2     information, at least according to Apotex, that's the

3     packaging information.  Is there anything about the amount

4     of EDTA in there?

5     A.    Not that I can see.

6     Q.    Anything about sodium chloride?

7     A.    No.

8     Q.    Nothing about the amount?

9     A.    Correct.

10    Q.    It tells you the pH, though.

11    A.    Right.

12    Q.    Does this tell you that Apotex measured the 8.6 sodium

13    chloride that they report for Zymar?

14    A.    I assume that's what they did during the

15    deformulation, yes.

16    Q.    Now, there were some questions about the Japanese

17    formulation.  I hate to do this, but I would like to ask you

18    to get out JTX-30.

19    A.    Okay.

20    Q.    And go to the formulation that is given.  If you could

21    go to Page SEN14815, Chris, the top table.

22          Isn't this a comparison of the Japanese formula,

23    the current formula with the EDTA added?

24    A.    That's correct.

25    Q.    And didn't you conclude that these tests show that the

Stella - redirect

1   EDTA improved the corneal permeability?

2   A.    Yes.

3   Q.    And isn't the same thing through for JTX-31?  Correct.

4           MR. KELLY:  I have no further questions, your

5   Honor.

6           THE COURT:  All right.  You may step down.

7   Thank you very much.

8           THE WITNESS:  Thank you very much.

9           (Witness excused.)

10          THE COURT:  What is next on the agenda?

11          MR. KELLY:  Your Honor, plaintiffs rest their

12  case-in-chief.

13          THE COURT:  All right.

14          MR. FEDER:  Your Honor, to preserve the record,

15  we would move for a directed verdict at this point, in that

16  we don't believe that plaintiffs have proven infringement.

17  They have not proven that the Apotex API made no difference.

18  They have not proven efficacy in the human eye.  Apotex does

19  not sell for veterinarian use.  For those reasons, we would

20  move for directed verdict.

21          THE COURT:  All right.  And your motion is

22  preserved, and my decision is reserved.

23          All right.

24          MR. FEDER:  Thank you, your Honor.

25          THE COURT:  Let's move on.

```
 1              MR. FEDER:  Your Honor, we call Professor Paul
 2    Myrdal.
 3              THE COURT:  All right.  Thank you.
 4                 DEFENDANTS' TESTIMONY
 5              ... PAUL MYRDAL, having been duly
 6              sworn as a witness, was examined and testified
 7              as follows ...
 8                 DIRECT EXAMINATION
 9    BY MR. FEDER:
10    Q.    Dr. Myrdal, I have a laser pointer.  Would you like to
11    use that at all during this direct?
12    A.    Yes, if I could.
13    Q.    Do you have one as well?
14    A.    I do not.
15              MR. FEDER:  May I approach, your Honor?
16              THE COURT:  Yes, you may.
17              (Mr. Feder handed a laser pointer to the
18    witness.)
19              THE WITNESS:  Thank you.
20    BY MR. FEDER:
21    Q.    Dr. Myrdal, where are you currently employed?
22    A.    At the University of Arizona, Tucson, Arizona.
23    Q.    And what is your position there?
24    A.    I'm currently an Associate Professor in the College of
25    Pharmacy.
```

Myrdal - direct

1    Q.    Could you please describe your academic background?

2    A.    I received my B.S. degree in molecular and cellular

3    biology in 1989 at the University of Arizona, and then

4    received a Ph.D. in Pharmaceutics at the University of

5    Arizona under the guidance of Dr. Sam Yalkowsky at the

6    University of Arizona, and then I stayed there for another

7    year and did a post-doc.

8    Q.    After you did the post-doc, what was your next

9    position?

10   A.    I then went to the pharmaceutical industry, at 3M up

11   in Minnesota.  They have a pharmaceuticals division.

12   Q.    And what did you do at 3M?

13   A.    I worked on predominantly inhalation products.  I

14   developed components interfaced with the drug and discovery

15   group, doing early phase formulation, screening, and I also

16   worked on scaleup and development of a couple of products.

17   Several of the products that I worked on while at 3M ended

18   up being marketed products.

19   Q.    Doctor, when did you become a Professor at the

20   University of Arizona?

21   A.    I believe it was in 2000.

22   Q.    And how long -- so you've been teaching there

23   approximately ten years; is that correct?

24   A.    That's correct.

25   Q.    And what positions have you held at the University of

Myrdal - direct

1  Arizona?

2  A.    Well, I started as an Assistant Professor and I

3  believe it was 2005, 2006, I was promoted with tenure to an

4  associate professor.

5  Q.    Okay.  And do you teach a specialty in the field of

6  pharmacy?

7  A.    Yes.  I'm a Pharmaceutics Professor, which

8  pharmaceutics, a lot like Dr. Stella is the art of taking

9  some basic chemistry concepts and applying it to

10  pharmaceutical dosage forms.

11              So a tablet, injectable, eyedrop, we do the

12  chemistry behind those formulations.

13  Q.    And what courses do you teach in your specialty?

14  A.    I teach the undergraduate pharmacy students,

15  professional pharmacy students, that those people are

16  going to become pharmacists in the course called

17  pharmaceutics in their first year.  I also teach graduate

18  level courses in drug delivery, industrial pharmacy and

19  basic pharmaceutics.

20  Q.    Do you currently do any research at the University of

21  Arizona?

22  A.    Yes.  I currently have three different main focuses at

23  the University of Arizona.  I still look at formulating

24  compounds in hydrofluoro alkane propellants.  Those are the

25  new propellants for metered dose inhalers.  Along the lines

Myrdal - direct

1   of the de-inhalation, I'm looking at some devices for lung

2   cancer.

3                   The second major project, I developed with

4   the Cancer Center at Arizona new topical drugs for skin

5   cancer prevention, and we do all the drug development work

6   including CMC submissions in the IND, so they actually go

7   into clinical trials.

8                   Finally, we actually have a contract at the

9   University of Arizona, just like Dr. Stella has at Kansas,

10  where we formulate both soluble and unstable compounds for

11  the National Cancer Institute and those are the ones that

12  hold the most challenging task.

13  Q.    Do you publish papers in peer-reviewed journals?

14  A.    Yes.  I have approximately 65 peer-reviewed

15  publications.

16  Q.    And what types of publications do you have?

17  A.    They're predominantly formulation papers.  There are

18  also analytical papers, biological papers clinical papers.

19  Q.    Have you ever done any -- have you ever written any

20  other publications besides journal articles?

21  A.    Well, I have six book chapters and actually am

22  currently working on three more.

23  Q.    And what is the subject matter of those book chapters?

24  If they are different, you can explain the different ones.

25  A.    Well, they're all relevant to pharmaceutical dosage

Myrdal - direct

1    form.  A couple in particular, in 1999 and 2002, I have a

2    couple of chapters of doctor Samuel Yalkowsky on the

3    solubility and solubilization of drugs in aqueous media.

4    Q.    Have you ever had a chance to review other people's

5    publications?

6    A.    Yes.  Being an academic, we get asked quite a bit to

7    review publications.  So I review publications for dozens of

8    journals.

9    Q.    Would that mean you're a peer reviewer?

10   A.    Yes.

11   Q.    Could you explain briefly for the Court what it takes

12   to be a peer reviewer?  What the function is?

13   A.    Well, briefly, we look at science behind the

14   publications to make certain that they were done

15   appropriately and what they are claiming, we actually

16   believe is accurate.

17   Q.    Can you tell us for whom or for what organizations

18   you've done peer review?

19   A.    Well, pretty much all of the major pharmaceutical

20   journals.  I assume all of the pharmaceutical journals I've

21   reviewed papers for.  I also worked with the AAPA.  A

22   professional organization, American Association of

23   Pharmaceutical Scientists.  I'm on several of their

24   committees as well as I'm on the advisory board for the

25   parenteral drug association and the drug development

Myrdal - direct

1    industrial pharmacy.

2    Q.    Do you ever review NIH grant applications?

3    A.    Yes.   I've had the occasion to go out to Washington

4    and review an NCI, or grants, yes.

5    Q.    Do you hold any memberships in professional

6    associations or are you on any boards within your field?

7    A.    I just mentioned that I am associated with the

8    common professional organizations as well as two editorial

9    boards.

10   Q.    Other than the courses you teach at the University of

11   Arizona, do you teach other courses?

12   A.    Yes.   We too much a short course.  Doctor Okowski,

13   myself, actually in Tucson, called solubility and

14   solubilization of drugs.   That would be our ninth year doing

15   that course.   We also do that course in the pharmaceutical

16   industry, and we've done courses for Merck and Pfizer, for

17   example.

18   Q.    How many times have you given testimony in court as an

19   expert witness?

20   A.    One other time.

21   Q.    And in what field was that in?

22   A.    That was the pharmaceutical dosage form.

23   Specifically, the dosages forms.

24         MR. FEDER:   Apotex tenders Dr. Paul Myrdal as a

25   qualified expert in the field of pharmaceutical

Myrdal - direct

1    formulations.

2              MR. KELLY:  We have no objection.

3              THE COURT:  All right.  Thank you.

4    BY MR. FEDER:

5    Q.   Dr. Myrdal, what topics will you be testifying about

6    today?

7    A.   First, I'd like to give a brief tutorial about some

8    basic science concepts we'll be hearing about today so I can

9    convey my points effectively.

10             Also on the obviousness of the U.S. patent

11   No. 6,333,045, which, of course, I will be referring to as

12   the '045 patent.  Materiality of information to statements

13   made in the patent.  And nonenablement of full scope and

14   noninfringement of patent claims 6 and 7.

15   Q.   And in connection with your work in this litigation,

16   have you had a chance to review the '045 patent?

17   A.   Yes, I did.

18   Q.   What type of pharmaceutical formulations are the

19   claims of '045 patent directed to?

20   A.   They're directed to pharmaceutical aqueous liquid

21   compositions.

22   Q.   Now, you mentioned that you have a tutorial.  Would

23   you like to give a tutorial that relates to the formulation

24   of liquid aqueous pharmaceutical compositions?

25   A.   Yes.  Yes.  I'd like to take a minute just to give a

Myrdal - direct

1    brief tutorial so that I can convey some basic concepts of

2    what we're doing.

3              The first one we'll have to consider is the

4    intended route of delivery.  Any time a formulation

5    scientist looks at a problem that they have, once we know

6    the intended route of delivery, or we may not even know the

7    intended route.

8              Sometimes companies develop compounds and

9    they may have relative routes they're considering.  We're

10   going to look at the physical properties of the drugs

11   themselves.  Once we understand the basic chemistry, we'll

12   look for conventional excipients in which to formulate those

13   compound.  And as Dr. Stella mentioned, we look at the

14   stability of the formulation.  In addition to these pieces

15   of data that we'll generate, we also look to the art to see

16   what else is out there with respect to publications or

17   products actually, the market with similarly related

18   compound.

19   Q.    Specific to liquid aqueous formulations such as

20   eyedrops, what considerations are involved in looking at the

21   physical chemical properties?

22   A.    Well, specifically, if we're talking here on aqueous

23   formulations, one of the fundamental properties that we're

24   dealing with in this case and what I'll be dealing with is

25   solubility, which is basic solubility.

Myrdal - direct

1          So the key to solubility, is we have our API up

2     in the left-hand corner.  That's our solid material we've

3     been talking about, so for gatifloxacin, it might be a

4     hydrate or hemihydrate or a 1.5 hydrate.

5          We need to understand what those properties

6     are.  So we'll do some solid state analysis on that solid

7     state.

8          Now, we need to also figure out how much drug

9     will go into solution, so I have just a representative vial

10    containing some water and we put in excess drug in that

11    vial, let it calibrate.  Usually takes 24 to 48 hours.

12    We'll filter it, so we get the solid out of the material,

13    and we'll have a residual solution that actually we can

14    analyze via standard analytical techniques to determine how

15    much drug is, in fact, in solution, and we'll essentially

16    know the maximum concentration that we can use for our

17    formulation.

18          Now, when we're talking about aqueous

19    solubility, the first thing we're going to look to is

20    whether or not our drugs are ionizable.

21          So this is a -- I have a couple of slides that

22    I've taken out of my undergraduate pharmacy course, just to

23    illustrate the principle of simple acid based chemistry,

24    because it will come up a couple times over.

25          If I look at acids, and I have two different

Myrdal - direct

1    ways of demonstrating it here.  I'm going to go down to the

2    second here, the COOH.  That's just a carboxylic acid.

3              So by definition, an acid will be in equilibrium

4    with another species that has a negative charge.  And when

5    it has the negative charge, that means it gave up the

6    hydrogen.

7              The hydrogen is really the definition of pH.

8    That's the hydrogen ion concentration in the solution.

9              The real key point here for this particular

10   exercise, that this negative charge on that group confers

11   solubility properties to our drug molecule.  In other words,

12   this negative charge is going to facilitate solubility for

13   our drug whereas if we're at the state on the left-hand side

14   where hydrogen is on the carboxylic acid, you'll have lower

15   solubility.

16             Now, conversely, we'll have another functional

17   group on the molecules that might be a base and I've written

18   it here on the left-hand side as protonated form.  When we

19   go through the delivery, it gives up the hydrogen, just like

20   an acid would do.  Now on the right-hand side of this

21   equation, we can see that the NH two or the amine, the basic

22   group, is not charged.

23             So that now is, in fact, the least soluble

24   component of this equilibria.  And on the left-hand side we

25   have the plus charge, and that's going to be the species

Myrdal - direct

1      that's going to confer our solubility.

2              If you go to the next slide --

3              MR. KELLY:  Objection, your Honor.  This is way

4      outside the scope of his expert report.  There's nothing

5      about this.

6              THE COURT:  Well, the objection is noted.

7              MR. FEDER:  Your Honor, I will -- thank you,

8      your Honor.

9              I will note for the record, your Honor, that it

10     was in his expert report that he intended to give a tutorial

11     if called to testify live at trial.

12             THE WITNESS:  The key fact out of these

13     equilibria.  I have a drug -- a drug represented here.

14     There is no other function.  I have a carboxylic acid in

15     water.  At some point in time it's going to give up its

16     hydrogen to the aqueous system and it will have a negative

17     charge.

18             So if I look at drug concentration on the left

19     axis and pH, the higher ion concentration is on the Y axis.

20     If I start very low, I am going to be predominantly with

21     this species here, which is the least soluble compound.

22     Intrinsic solubility.

23             As I go up in pH, nothing will happen until I

24     come to a point where this equilibria is being met and I'm

25     going to start releasing this hydrogen into this solution

Myrdal - direct

1    and the solubility goes up quite dramatically.  In fact,

2    this is actually an exponential profile.  So when I go above

3    the pKa for an acid, I'm going to gain sufficient

4    solubility.

5         And you can see the shaded area is the region

6    where the drug will not be soluble.  The shaded or unshaded

7    region on the right, on the bottom, is where the drug is

8    actually soluble.

9         And of note is something we're going to call pKa

10   today, and that indicates approximately where this happens,

11   where this deviation from the straight line reflection point

12   is made, happens.  In fact, when the pH is equal to pKa,

13   I've just illustrated that solubility will be too, because

14   acid pKa will be twice the intrinsic solubility, by

15   definition.  But beyond that, if we continue, we are going

16   to get a significant increase in solubility.

17   Q.    Doctor, does that solubility go on forever and ever

18   into infinity?

19   A.    No.  No.  Hypothetically, it would go on into

20   infinity, but, clearly, at some point in time it's

21   recognized to the formulators that this negative charge in

22   solution is going to find another positive counter ion.

23   Maybe it's that sodium, we're going to have an experiment

24   for sodium hydroxide and it will limit its solubility

25   eventually.

Myrdal - direct

1          Now, briefly, if I may, we can go to the base

2     example.  And, once again, I have a molecule represented

3     that I only have one functional group on it.  And we can go

4     through the same equilibria.

5          Now you notice the curve shifted in the opposite

6     direction.  So in order to facilitate protonation or putting

7     hydrogen on my amine, I need to be at a lower pH for amines

8     in order to get solubility.  But, once again, the

9     relationship with the pKa is the same.  We're going to start

10    getting significant solubility when we go at a lower pH from

11    the pKa.

12         Now, if I have a molecule such as I have in --

13    with the fluoroquinolones, which has two charges, both plus

14    and minus -- if we can go to the next side, we'll see we get

15    this U-shaped curve.

16         Now we kind of gain the benefits of both the

17    amine on the left-hand side at the low pHs because this

18    carboxylic acid will no longer be ionized, and on the

19    right-hand side, the NH2 will no longer be ionized, and

20    we'll have a predominant negative charge.

21         In the middle, the molecule will have a minus

22    and a plus, a neutral charge.  That is the point in which

23    the least soluble.

24         We see --

25         MR. KELLY:  Objection, your Honor.  This is way

Myrdal - direct

1    beyond his expert report.

2                MR. FEDER:  Your Honor --

3                MR. KELLY:  All that they put in was they're

4    going to -- in their expert report, he may do a tutorial.

5    They didn't put anything about zwitterions.

6                THE COURT:  Your objection is noted.

7                If this becomes a critical part of the

8    post-trial briefing, and I determine that it wasn't

9    appropriately vetted through discovery, then the defendant

10   is at risk for paying for a retrial.  So you may note your

11   objection.  You have noted it.  You need not note it again.

12   You may go forward if you believe it's helpful without being

13   critical.

14               MR. FEDER:  We do so believe, your Honor.  Thank

15   you.

16               THE COURT:  All right.

17               THE WITNESS:  The key point here is when a

18   compound that's a zwitterion, that we'll recognize the fact

19   that the pH right here, called the isoelectric point,

20   between the two pKa, is going to be the lowest solubility.

21   If I need to increase solubility, I will go to the left,

22   lower pH or higher pH, to increase the solubility.  And both

23   sides give an exponential increase in solubility.

24               Now, with that demonstration of pH solubility in

25   mind, we can have an understanding -- go to the next slide

Myrdal - direct

1    -- of what the basic physical chemical properties that my

2    drug will have in an aqueous medium in this case.

3              The next thing we'll need to do is consider the

4    dosage form for the excipients we're going to have to add.

5    We already heard that isotonizing agents might be needed

6    when they have anti-microbials in there, when they adjust

7    the pH and use a self-counter ion to maintain the pH.  But

8    what we can use for different dosage forms depends on the

9    intended use.

10             So oral dosage forms, we can get away with more

11   excipients than we can for parenteral and ophthalmic.

12   Truly, I will agree with Dr. Stella, some of these drug

13   products are very challenging.  His taxol experience is good

14   proof of a very challenging product that he made successful

15   for a parenteral dosage form.  That's what we do.  Our job

16   is to conquer these challenges.

17             As we'll see in this particular case, the

18   problem I had wasn't nearly as challenging.  This comes just

19   straight out of basic chemistry.

20             The next slide, please.

21             So once we have our drug in the formulation, we

22   need to consider stability.  This is routine testing.

23   Physical stability for solutions, we still do that because

24   we have to make sure that things don't precipitate out of

25   solution or change color or sometimes you get degradation

Myrdal - direct

1    and the degradant product.  If it was a suspension, we were

2    worried about whether that solid particle grows, changes in

3    any shape or form.

4                 And then, of course, chemical stability, we need

5    to make sure that the drug, when given to the patient,

6    remains in its active form, it does not degrade to two

7    components, which is going to cause potentially a loss

8    of potency and also has a safety concern to it.  These are

9    all routine testings that the formulator will have to

10   perform.

11   Q.    Is there anything else, Doctor, that the formulator

12   would consider in developing or choosing a formulation?

13   A.    Well, yes.  As I always tell my students, there's no

14   sense in reinventing the wheel.  Any time you have product

15   development going on, we need to develop products as fast as

16   we can.  We don't want to be the one that hold it up.  We

17   really want to take the simplest approach first, so that we

18   don't have safety concerns with new excipients, different

19   excipients, and if we -- we may not have a lot of the

20   molecules to start up with either.

21                 We'll go to scientific literature and we'll

22   look for structurally related compound.  In some cases,

23   we'll actually find the compound itself described in the

24   literature, and we'll be able to glean some physical

25   chemical properties, make some solubility characteristics

Myrdal - direct

1    from the literature.  And we will also look for formulations

2    that they might have used, and one of the best places to

3    look for formulations is to look actually at marketed

4    products, because that tells the formulators what has

5    actually been used before in products for that intended

6    dosage form.

7    Q.    Do you have any opinions whether the claims in the

8    '045 patent would have been obvious over the prior art?

9    A.    Yes, I do.

10   Q.    And how did you come to those opinions?

11   A.    Well, I looked at the obviousness of the U.S. Patent,

12   '045.

13   Q.    And the obviousness factors are -- would you please

14   explain what you did with the obviousness factors?

15   A.    I considered the level of skill in the art, the scope

16   and content of the prior art, the differences between the

17   claimed invention and the prior art, and also there were

18   some secondary considerations that were simultaneous

19   development, and then I looked at unexpected results.

20   Q.    Can you tell me what you found about the level of

21   ordinary skill in the art?  What did you conclude about

22   that?

23   A.    Well, if we look at the patent, specifically, I

24   considered when the foreign priority date was.  I'm going

25   from August 21st, 1998, is what a person of ordinary skill

Myrdal - direct

1    in the art would have known at that period of time.

2    Q.    And did you arrive at a conclusion about who the

3    person of ordinary skill in the art, this hypothetical

4    person, would be?

5    A.    Yes.  I considered the skill required for

6    formulations, the skill required to understand excipients

7    and their uses, the background and experience needed to

8    understand the regulatory environment of pharmaceutical

9    products, scientific history needed to understand these

10   problems, and really, the experience that I had working in

11   both academic and industry with all these development

12   problems, in recognizing what experience do you need to

13   actually solve the problems that you might have in

14   formulations.

15   Q.    And, Doctor, did you reach any conclusions about a

16   person of ordinary skill in the art?

17   A.    Yes, I did.  My person of ordinary skill in the art

18   would be somebody with a Ph.D. in pharmaceutics or

19   pharmaceutical sciences, pharmaceutical chemistry, related

20   field, like maybe chemistry, with at least two years of

21   experience formulating aqueous dosage forms, preferred

22   probably in a company, but it could be in an academic

23   institution, too, or they could have had a Bachelor's or

24   Master's degree, but they'll need significantly more

25   experience to gain both the technical as well as the

Myrdal - direct

1    practical side of it.

2    Q.    After you considered the level of skill in the art,

3    what did you consider next with respect to obviousness?

4    A.    Well, the scope and content of the prior art.

5    Q.    And could you tell us what you considered in

6    connection with the scope and content of the prior art?

7    A.    Yes.  I considered what would have been available to a

8    person of ordinary skill in the art, looking specifically at

9    the three patents, the '456 patent, the '470 patent, the

10   '465 patent.  And then there are three references that were

11   readily available:  The Grass reference, the Riley

12   reference, and the Griffith reference.

13            And I would like to briefly go through each one

14   of those, just to highlight what they're about.

15   Q.    If you would, please.

16   A.    The '456 patent, which is from 1985, discusses the use

17   of norfloxacin and several related quinolones and

18   antibiotics for ophthalmic use.

19            The next patent is the '470 patent that was

20   issued in 1990, and that discusses several different eight

21   alkoxy quinolone active derivatives.  In other words,

22   fluoroquinolone derivatives.  And included in that patent is

23   actually gatifloxacin.

24            The next prior art is the '465 patent, which

25   looked at the aqueous solution of a fluoroquinolone in

Myrdal - direct

1    lomefloxacin.  That was from 1988.

2              Then there was the Grass reference, and an

3    investigator named Robinson.  That was from 1985, and they

4    looked at the enhancement of corneal permeability using EDTA

5    for polar compounds.

6              Then there's a 1989 reference by Riley, which

7    looked from a fundamental standpoint at the physical

8    chemical properties of fluoroquinolones and noted some

9    unique characteristics of fluoroquinolones and their

10   interaction carboxylic acid.

11             And then, finally, there was a paper from

12   Griffith back in 1967 that specifically looked at the use of

13   EDTA for color prevention of a parenteral product and an

14   aqueous product.

15             MR. FEDER:  Your Honor, at this time we would

16   offer into evidence JTX-013, the '456 patent; JTX-014, the

17   '465 patent; JTX-017, the '470 patent; JTX 012, the Grass

18   article; JTX 015, the Riley article; and JTX-056, the

19   Griffith article.

20             MR. KELLY:  We have no objection to those

21   exhibits, your Honor.

22             THE COURT:  All right.  Thank you.

23             (Exhibits received into evidence.)

24   BY MR. FEDER:

25   Q.   Now, Doctor, you gave us a very brief overview of each

Myrdal - direct

1    of them.  What does the '456 patent teach?

2    A.    The '456 patent?

3    Q.    Let me withdraw that question.  That's my fault.

4             In addition to a level of ordinary skill in the

5    art and then the scope and content of the prior art, what

6    else did you consider in connection with your opinions on

7    obviousness?

8    A.    The differences between the claimed invention and

9    those prior arts.

10   Q.    Have you prepared further slides to show those

11   differences?

12   A.    Yes, I have.  What I would like to do now is go

13   through Claims 1, 2, 3 and 9, those are composition claims,

14   and then I will address the method claims second.

15            So we will quickly, we will go through Claims 1,

16   2, 3 and 9 in sequence.

17            For Claim 1, that has 3 elements, an aqueous

18   liquid pharmaceutical composition.  It also has gatifloxacin

19   and disodium edetate, which I will also refer to as EDTA

20   interchangeably.

21            If we look at Claim 1 and relative to '456, the

22   '456 teaches us aqueous liquid formulations, they are

23   discussing the formulation of fluoroquinolones, typically in

24   pharmaceutically accepted carriers, for example, water and

25   water mixtures, aqueous-based systems .

1          It also goes on and has Example 1 in Column 3 of

2     that patent, Example 1 is an actual formulation of a

3     fluoroquinolone gatifloxacin in the crystal based

4     formulation.

5          Further they have a claim, Claim 2, it is

6     dependent on Claim 2, for gatifloxacin, it is administered

7     in an aqueous solution.  Once again, an aqueous liquid

8     formulation.

9          Now, it clearly discloses aqueous liquid

10    pharmaceutical compositions.

11         If we go on to gatifloxacin, if we look

12    specifically at the '456 patent, it actually doesn't have,

13    it does not have gatifloxacin in it, but it does have

14    Norfloxacin, a related fluoroquinolone, as well as four

15    other structural related antibiotics.

16         One of the keys to this particular patent was,

17    prior to this patent, these fluoroquinolones had not been

18    used for ocular purposes.

19         So in Column 1 here, they describe that now that

20    they have found that they could actually use

21    fluoroquinolones and they are safe to be used in ocular

22    tissue.  So this was kind of a big thing for using

23    fluoroquinolones for ocular infection by topical

24    administration.

25         Once again, in this patent, not only did they

Myrdal - direct

1    describe Norfloxacin, but they also described four other

2    compounds, we will hear the names again for most of these,

3    Ofloxacin, perfloxacin, AT2266, which is enoxacin, and it

4    bears 09867, which is also named ciprofloxacin.  This is a

5    patent that has five structurally related fluoroquinolones

6    for use ocularly.  And they have an example specifically for

7    a norfloxacin disclosed in this patent.  So while it does

8    not have specifically gatifloxacin, it has those

9    structurally related fluoroquinolones.

10           If we go down to the third element, the disodium

11    edetate for the sixth patent, they discuss that you can

12    formulate these fluoroquinolones, and they list a bunch of

13    different reagents that you can formulate or excipients that

14    you could formulate with, including conventional

15    ingredients, such as, they specifically call out ethylene,

16    diamine, tetraacetic acid, which is EDTA, and they further

17    go on to show, for example, the use of EDTA in their

18    ophthalmic formulation, aqueous formulation, at a

19    concentration of .01 percent, I believe.

20           So that definitely satisfies the disodium

21    edetate in the '456 patent.

22           If we move on and look at the '470 patent, the

23    '470 patent also teaches aqueous liquid pharmaceuticals.

24    They discuss, their fluoroquinolones can be administered via

25    injections as liquids eyedrops.  All of those are

Myrdal - direct

1    aqueous-based liquid formulations.

2              In the '470 patent -- that takes care of our

3    aqueous liquid pharmaceutical composition.

4              If we go towards looking at gatifloxacin,

5    Example 3 has the synthesis of a fluoroquinolone named

6    1-cyclopropyl 6-fluoro -- I believe you have heard this

7    structure before, I won't read it all right now.  But this

8    is a gatifloxacin.

9              We will go on to Example 4, or Claim 4.  It has

10   the same name, so they are actually claiming that particular

11   compound.  And if we just compare here, Your Honor, that in

12   the '045 patent and that Example 3 that was given for the

13   1-cyclopropyl, we can compare that to the '045 patent and

14   the structures are, indeed, equivalent.

15             So the '470 patent does give us gatifloxacin.

16             In addition, the '470 patent, they discuss those

17   previous fluoroquinolones that I had mentioned from the '465

18   patent.  Specifically, norfloxacin, ofloxacin, and

19   ciprofloxacin.  And they acknowledge them as being other

20   fluoroquinolones that were related and also had similar

21   antibacterial effectiveness.

22             The new thing that came out of the '470 patent

23   were these new fluoroquinolines, from the '470 patent, which

24   included gatifloxacin, they had essentially better activity.

25   They had high activity, and high selectivity.  And in the

Myrdal - direct

1    patent, they stated that they were safe for administration

2    orally and parenterally.

3    Q.    Now, Doctor, you have another slide here that is

4    entitled Structurally Related Quinolones Would Be Expected

5    to Have Similar Properties.

6              Did you prepare this slide?

7    A.    Yes, I did.

8    Q.    Could you explain for the Court what this slide shows?

9    A.    Yes, I would like to, because we continue to go back

10   and forth discussing whether or not, which fluoroquinolones

11   are similar.  We hear a lot of terms.  It's nice to get an

12   idea of the backbone on all these different

13   fluoroquinolones.

14             Are what I have done here is put from the '470

15   patent from the three components, ciprofloxacin,

16   norfloxacin, and ofloxacin, on the top.  And gatifloxacin is

17   on the bottom.

18             In blue, you will notice that that ring

19   structure, the fluoroquinolone ring structure, is identical

20   for virtually all four of those compounds.  The only

21   difference is on a couple substitution places up here in the

22   top of the molecule, and then they'll appear here in the

23   nitrogen ring structure.

24             Well, at first, you look at these differences

25   and somebody might think that those are dramatic

Myrdal - direct

1    differences.  Well, they are really not from a

2    physical/chemical standpoint huge differences.  Although for

3    some cell differences in solubility they work, they -- I

4    wouldn't view them as tremendously different.  The main part

5    of this molecule that is important to note, which doesn't

6    change for any of the fluoroquinolones, is here an acid

7    functional group, and this is why we discussed the

8    acid-based chemistry to start out of the with.  It is a very

9    important functional group for these fluoroquinolones.  But

10   also here there is an NH, which is an amine or basic

11   function groups.  So these compounds indeed will have both

12   of those properties that I was demonstrating for that, we

13   call it the U-shaped curve.

14          You can see that ciprofloxacin is a cyclopropyl

15   group.  Gatifloxacin also has a cyclopropyl group.  But it

16   also has O-Ch-3.  It doesn't have it up here.  One might

17   wonder, what does that do for solubility?  Actually, this

18   particular group increases solubility because of the oxygen.

19          However, as you can see, there is a Ch-3 over

20   here.  That decreases it.  So one would expect that the net

21   differences are dramatically different.  But we can look,

22   there are a lot of structural/property relationships that a

23   person of ordinary skill in the art had at that period of

24   time looking at groups and how do they affect physical

25   properties such as solubility.

Myrdal - direct

1          Finally, I would like to turn your attention to

2     ofloxacin, which seems to look the most different.  But

3     really, if we take a look, this cyclopropyl group, if I

4     swing this Ch-3 over towards the cyclopropyl group, you can

5     actually make a ring structure and the atoms are different

6     between this unit.  Of course, they completely rotate and

7     would go over.  This actually has one extra carbon up here.

8     Otherwise, we have three carbons, one oxygen.  Here we have

9     three to four carbons and one oxygen.

10          So really it is not quite as dramatic a

11     difference as it might appear.

12     Q.   When you were just testifying about the ring structure

13     versus the non-ring structure, which two compounds were you

14     talking about?

15     A.   That would be ofloxacin and gatifloxacin.

16     Q.   Thank you, Doctor.

17     A.   Once again, the key component, one of the key

18     components to the similarities in these fluoroquinolones is

19     this base structure that contains acid and basic functional

20     groups.

21          So if we look on the next slide, there was a

22     paper from Ross and Riley back, I believe it was in 1889,

23     JTX-016, on Page 17 I wanted to highlight one of the nice

24     things for a formulator at this point in time is there was a

25     lot of information about these fluoroquinolones in the

Myrdal - direct

1    scientific literature.  I have just brought in a few

2    references to discuss today.  You can see over here, they

3    are citing several other references of fluoroquinolones.

4            On the left-hand side, there is ten different

5    compounds, all fluoroquinolones.  In particular,

6    ciprofloxacin is one we just talked about, Norfloxacin is

7    one we just talked about, and ofloxacin on the previous

8    page.  Those were the subject matter of the '456 patent.

9            The key thing I want to point out on this are

10   the PKa's of these fluoroquinolone.  If I just kind of -- I

11   don't want to go through these all in detail.  If we kind of

12   look at the PKa's for the acid group of those

13   fluoroquinolones, they are all right around 6.  In fact, if

14   you look in the literature, most people will take a PKa for

15   the fluoroquinolones at 6.0 plus or minus .3.

16           The reasonable expectation is that the PKa is

17   going to be somewhere around 6.  That would give us an

18   indication for that solubility profile where that reflection

19   point would be.

20           The second PKa, which is that basic PKa, which

21   is in this column here, the one that says PKa 2 from Table

22   1, you can see that varies a little more, because of that

23   CH3 that goes on that nitrogen ring structure.  Once again,

24   it's somewhere around, we will just call it 8.

25           Both of those together give me, gives a person

Myrdal - direct

1    of ordinary skill in the art an indication that THE

2    straight- away solubility curve is going to at least

3    initially start off as that U shape curve that I defined in

4    my background.

5            MR. ABRAMOWITZ:  Your Honor, defendants would

6    offer into evidence JTX-016, the Ross and Riley reference.

7            THE COURT:  Any objection?

8            MR. KELLY:  No, Your Honor.  I thought they

9    already offered it.

10            MR. ABRAMOWITZ:  I think that's the first time I

11   offered it.

12            THE WITNESS:  So once again, getting back to the

13   claim chart, we were actually discussing the gatifloxacin in

14   the '470 patent.  It specifically disclosed it.  But it also

15   disclosed and discussed these other fluoroquinolones and

16   referred back to the '456 patent that were so similarly

17   related.

18            Finally, for the '470 patent, if we are

19   considering disodium edetate, what is discussed in the '470

20   patent is that these compounds, these fluoroquinolones from

21   the '470 patent can be essentially administered via the

22   shapes that are relatively well known to the pharmaceutical

23   scientists.  In other words, these conventional drugs, that

24   we would deliver them.  And they specifically discuss the

25   types at the bottom there.

Myrdal - direct

1           Knowing eyedrops, the person of ordinary skill

2       in the art, when you are looking for formulations for

3       eyedrops, as I mentioned, they are going to look at the

4       scientific literature for what has been used for eyedrops.

5       More importantly, I always go to the PDR, the Physicians'

6       Desk Reference, to see what has actually been on the market

7       before, what is safe to use in the eye.

8           And here is two different products that were on

9       the market.  I believe this PDR is from 1995, so they were

10      on the market prior to the '045 patent.

11          These two products are for ciprofloxacin and

12      Norfloxacin.  Once again, two of the compounds I was

13      discussing from the '456 and the '470 patent.

14          They were in those related quinolones.  But they

15      are ophthalmic solutions, and you can see highlighted

16      edetate disodium or EDTA at 05 percent was in ofloxacin,

17      ciprofloxacin, and for the Norfloxacin product it also

18      contains disodium edetate in the eyedrop.

19          MR. ABRAMOWITZ:  Your Honor, Apotex offers in

20      DTX-159, the Physicians' Desk Reference.

21          THE COURT:  I hope not the whole thing.

22          MR. ABRAMOWITZ:  Not the whole thing.  It's an

23      excerpt.

24          THE COURT:  Any objection?

25          MR. KELLY:  No, Your Honor.

Myrdal - direct

1              (Defendants' Exhibit No. 159 received in

2       evidence.)

3              THE WITNESS:  Continuing on with the concept of

4       EDTA, I would like to lay the foundation here that, why do

5       we use EDTA in formulations?

6              They are commonly used in aqueous liquid

7       formulations.  The reason for it, I want to touch on it

8       briefly here, this is an excerpt out of The Handbook of

9       Pharmaceutical Excipients, and it discusses the fact that

10      EDTA are actually chelating agents.  Chelating agents are

11      basically, they go in there and they scavenge, they grab,

12      remove, they are removing ions from solution, specifically

13      heavy metals such as iron, copper and lead.  They are able

14      to go in because it has four carboxylic acids and actually

15      wrap around these metal ions and hold on to them.

16      Literally, they are scavengers that go in there and take

17      these ions out.

18             Why is that important?  As I mentioned, we have

19      to do stability testing.  And these three metal ions

20      oftentimes will give stability related issues.  They can be

21      chemical stability through interaction with a drug, or these

22      metal ions cause oxidation.  Some of these degradation

23      products produce color.

24             And also, you will see in The Handbook of

25      Pharmaceutical Excipients, by actually removing these ions

Myrdal - direct

1    from solution, they actually help to enhance the

2    preservative, efficacy of the preservatives that we put into

3    our formulations.

4              I think it's also important to note from this

5    1986 Handbook of Pharmaceutical Excipients, you can even see

6    in our applications for pharmaceutical formulations, they

7    discuss many solutions that are used for contact lenses, for

8    contact lenses solutions and wetting agents that also

9    contain the EDTA.

10             MR. ABRAMOWITZ:  At this point, Your Honor,

11   Apotex offers DTX-166, excerpt from the Handbook of

12   Pharmaceutical Excipients, into evidence.

13             MR. KELLY:  No objection, Your Honor.

14             THE COURT:  Thank you.

15             (Defendants' Exhibit No. 166 received in

16   evidence.)

17             THE WITNESS:  So considering the pharmaceutical

18   shapes and drugs and what would be known to a person of

19   ordinary skill in the art with respect to aqueous liquids

20   and aqueous liquid products, you would use EDTA oftentimes

21   in those products.

22             This is the complete claim construction chart.

23             So I believe that a combination of the person of

24   ordinary skill in the art -- sorry -- would consider that

25   Claim 1 would be obvious in light of the '456 and the '470

Myrdal - direct

1    patent.

2    BY MR. FEDER:

3    Q.    Dr. Myrdal, if the Court were to introduce a claim

4    limitation on the term disodium edetate such that this term

5    disodium edetate required a concentration of between .001

6    and 0.2 weight per volume, do you have an opinion as to the

7    obviousness of Claim 1 in that case?

8    A.    Well, yes.  It would still be obvious.  If we go to

9    one of the examples in the '456 patent, you can see that

10   they actually have disclosed in Example 1 an ethylene

11   diamine tetraacetic acid, that is sodium salt or EDTA, here

12   it is .1, but that is thought to be .01 weight to volume

13   percent.  That would fall within that claim.

14             Also, if we went back and looked in the PDR at

15   that time two products that were on the market, that

16   ciprofloxacin formulation, that one had a concentration of

17   0.05 percent.

18   Q.    Doctor, did you consider the obviousness of Claim 2 of

19   the '045 patent?

20   A.    Yes, I did.

21   Q.    Could you tell us what that analysis was?

22   A.    Sure.  Claim 2 is dependent on Claim 1, so for the

23   sake of time, I would like to refer back to my Claim 1

24   analysis.

25   Q.    Thank you.  We all appreciate that.

Myrdal - direct

1    A.    The second part of the element of the claim is wherein

2    the pH of the composition is within a range of 5.8.  So if

3    we look to the '456 patent for information regarding pH, we

4    can see Example 1, the pH of this ophthalmic solution was

5    5.2, they are within that range.

6              Further, if we go to one of the products we were

7    looking at before, ofloxacin, has a pH range of 6.4.  That's

8    in the PDR also.  The range of 6 to 6 .1.  They give a

9    specific pH of 6.4.

10             Finally, for Norfloxacin or ciprofloxacin, it

11   has a pH of approximately 5.2.  All those fall within the

12   range of 5 and 8.

13   Q.    Doctor, do you have -- I am sorry, continue on.  You

14   also considered if '470 patent as well?

15   A.    In '470, it would also, with respect to the

16   pharmaceutical shapes and drugs, an experienced formulator,

17   a person of ordinary skill in the art, a skilled formulator,

18   if I could call it that, would recognize the fact that,

19   well, if we are putting eyedrops in the eye, the

20   physiological pH of the eye is around 7.4, and it would be

21   reasonable, if I had an appropriate solubility, I would

22   choose 7.4.

23             Beyond that knowledge of just looking at other

24   aqueous products and reading other literature, it's quite

25   common to use pH's between the 4 and 8, actually, for

1    ophthalmic products.

2         So that the '470 would also include that.  So

3    the combination of the Claim 1 analysis as well as in the

4    '456 and the '470 patent would head a person of ordinary

5    skill in the art to see this as being obvious.

6    Q.   Did you have an opinion, Doctor, as to the obviousness

7    of Claim 3 of the '045 patent?

8    A.   Yes, I did.

9         Claim 3 is dependent on Claim 1 again.  So once

10   again, as to my analysis for Claim 1, the second part of the

11   claim is the composition is in the form of an eyedrop.  And

12   I believe we have seen in the '456 patent already that the

13   '456 patent specifically was for the ophthalmic use of

14   Norfloxacin and related antibiotics, those other four

15   fluoroquinolones, so there are four specifically, an

16   ophthalmic solution or eyedrop.  Later on in the discussion

17   they actually discuss their method claims on forming these

18   for Claim 1 through Claim 3, it specifically discusses

19   aqueous solutions for eyedrops.

20        Then in the '470 patent, once again, when they

21   were discussing how to formulate the fluoroquinolones, they

22   also included that they could be formulated as eyedrops.

23        So for Claim 3 , the combination of Claim 1

24   analysis in addition to the disclosures of the '456 and the

25   '470 patent, I believe that they both discuss eyedrops, a

Myrdal - direct

1    person of ordinary skill in the art would, I believe, find

2    this to be an obvious combination.

3    Q.    Doctor, did you consider the obviousness of Claim 9?

4    A.    Yes, I did.  And claim 9 has two elements.  The first

5    element is an aqueous liquid pharmaceutical composition,

6    according to claim 2, which then I would like to refer back

7    to my claim 2 analysis between the '456 and '470 patent.

8              And the second element is actually composition

9    in eyedrop '470 we discussed for claim 3.

10             So really the combination of the analysis in

11   claim 2 and the analysis for claim 3 gives us Claim 9 and

12   would, of course, then also be obvious to a person of

13   ordinary skill in the art.

14   Q.    Now, Doctor, did you consider the obviousness of

15   claims 1, 2, 3 and 9 in view of any other combinations of

16   prior art?

17   A.    Yes.  I have one other combination that I'd like to

18   present, and this includes the '465 patent.

19             If we look at the '465 patent with respect

20   to aqueous liquid compositions, you see the '465 patent is

21   about aqueous solutions containing fluoroquinolone.  It is

22   given in pharmaceutically acceptable formulations and they

23   specifically call out a water or water/alcohol systems, but

24   they're aqueous systems.

25             You can see in their example, that's exactly

Myrdal - direct

1    what it is, for the ophthalmic solution.  Everything is --

2    this formulation is in an aqueous based vehicle.

3              Now, for the gatifloxacin side of it, if we go

4    back and look at the structure, once again, we can see that

5    it's a fluoroquinolone.  And just real briefly, if we

6    compare them side by side, and look at them real briefly, we

7    can see that the BAK structure is the same for the

8    fluoroquinolone.  And, in fact, even though this is, I think

9    black, it be blue, there are actually only two moieties that

10   are very different here.  One for carbon.  Gatifloxacin has

11   no CH3.  But both of these are polar moieties, and a polar

12   moiety actually helps to facilitate solubility.  They have

13   those similarities to them.

14             We they further go on to use that compound, that

15   related structure in the formulation in their Example 1 of

16   the patent, of the '465 patent.  So it also teaches the

17   structurally related quinolone.

18             And, finally, if we look at disodium edetate and

19   go to the discussion in that patent, they are talking about

20   the formulation of this particular compound, discussing when

21   the aqueous liquid formulation, what you would use aside

22   from pH and some other things.

23             They have chelating agents.  Specifically,

24   sodium edetate, which is really the equivalent to disodium

25   edetate or EDTA.  But they do give an example, Example 4 in

Myrdal - direct

1   the '465 patent, that has .01 percent disodium edetate in

2   it.

3            So the '465 patent gives a skilled formulator

4   these two checked boxes for claim 1.  But, really, if we

5   look at the '456 and '470, we've already gone through that

6   analysis.  I believe a person of ordinary skill in the art

7   would have found claim 1 obvious over the '456 and '470.

8   Clearly, with the addition of '465, it would truly be

9   obvious.

10  Q.    And if the claim were to be interpreted by the Court

11  to have an EDTA concentration between .001 and 0.2 percent,

12  would your opinion change?

13  A.    Well, once again, it would still be obvious, because

14  the example in the '465 patent had a .01 percent EDTA

15  concentration.

16  Q.    Did you do an analysis of claims 2, 3 and 9 based on

17  the combination of the '465, '456 and '470 patents?

18  A.    Yes, I did.  And we'll try to go through these as

19  quickly as we can and succinctly as we can.

20            But I think it's very relevant to also add

21  the '465 patent with the combination of 456 and '470.  '465,

22  we're looking for the example element of pH.  We can go to

23  the examples from the '465 patent and there are two examples

24  of ophthalmics aqueous formulations.  The first one and

25  second one, they are both pH 6, so that falls with inside of

Myrdal - direct

1    the five to eight range.  Of course, the dependency of claim

2    1 goes to the analysis of all of my previous claim 1

3    analyses, and the same thing with the pH '456 and '470.

4              MR. FEDER:  Next slide, please.

5              THE WITNESS:  For claim 3, identical analysis

6    for -- claim 3 is dependent on claim 1 and we can refer back

7    to my analysis for the '465 and '456 and '470.  Now we have

8    eyedrop.  If we go to the '465 patent, it calls out that

9    this invention is useful as a solution including ophthalmic

10   eyedrop.

11             And the two examples in the patent, Example 1,

12   Example 2, are also for aqueous solutions or eyedrops.

13             So it also has eyedrops in it, and so in

14   combination with the '456 and the '470, a formulator would

15   have found this to be an obvious claim.

16             And, finally, Claim 9 really is a similar

17   analysis that we did prior, two elements.  The first one,

18   claim 2.  We can see my claim 2 analysis for the combination

19   of the three patents, the '465, '456 and '470.  And then for

20   the composition for an eyedrop, that refers back to claim 3,

21   so we can see the analysis for claim 3 for the combination

22   of the three patents.

23   Q.   Thank you, Doctor.

24             Did you have an analysis, or did you undertake

25   an analysis with respect to the obviousness of claim 6?

Myrdal - direct

1    A.    Yes, I did.

2    Q.    I'm sorry.  I think I spoke too fast.  Go ahead,

3    please.

4    A.    Okay.  So for claim 6, now I'm going to move on to the

5    method claims, claims 6, 7 and 8.  For sake of facilitating

6    our discussion, I'm going to start discussing the

7    gatifloxacin EDTA in eyedrops when they refer back to our

8    previous discussion for the prior art '470 or the '456.

9    We'll have the identical analysis done there, too, if that's

10   okay.

11           So for claim 6, it's a method claim, and the

12   first thing, if the preamble is a limitation, in other

13   words, a method for raising corneal permeability needs to be

14   met, I would look to the Grass reference.

15           Now, the Grass reference was published in 1985,

16   and they specifically looked at the effect of calcium

17   chelating agents on the corneal permeability of polar

18   molecules.  And they specifically in the abstract discuss

19   that in the presence of calcium chelating agents, polar

20   compounds generally demonstrate an increase in corneal

21   penetration.  They furthering onto identify EDTA as a known

22   calcium chelator.  And at this time, in 1985, it was viewed

23   as a novel strategy, potentially improving the ocular

24   bioavailability of topically applied drugs.

25           So, further in the discussion, they said as

Myrdal - direct

1    anticipated, the addition of 0.5 EDTA promotes corneal

2    permeation of glycerol as well as significant improvement is

3    also demonstrated for a compound called cromolyn when EDTA

4    was present.

5            So if we actually go and look at the results,

6    this is Table 3 from the Grass reference.  I've just gone to

7    the summary where they are looking at the percent increase

8    or decrease, if there happened to be some of the results.

9            We have glycerol up on top here.  Glycerol plus

10   0.5 EDTA had a 94-percent increase in aqueous humor

11   concentration.  And you can see in parentheses here, 0.25,

12   that indicates statistically, that was a significant

13   increase in corneal permeability, increased concentration in

14   the aqueous humor, is what they are using as a marker for

15   increasing corneal permeability.

16           Now, if I go back one side, please, Jeff.

17           In addition to glycerol, they also looked at

18   cromolyn, so a drug called cromolyn plus 0.5 EDTA.  And it

19   also had a hundred-percent increase in aqueous humor

20   concentration, or it also, in other words, had an increase

21   in corneal permeability.

22           And I would like to highlight, this is also

23   statistically significant, the authors indicated in the

24   bracket 0.5 level.  They felt a significant result.

25           Just real briefly, the discussion of polar

Myrdal - direct

1    compounds kind of really conjures up a lot of different

2    looking molecules.  I just want show you what Grass actually

3    showed at glycerol.  This was a small molecule.  These are

4    actually not drawn necessarily in proportion, of course.

5    This is a small molecule with three OHs.  That's what makes

6    it polar.  However, cromolyn is a much larger molecule.

7                 As you can see, it also has two carboxylic

8    acids.  Gatifloxacin has one carboxylic acid.  But it is

9    these two carboxylic acids as well as these oxygens, this

10   OH, that can hydrogen bond with water that makes overall

11   this molecule polar.

12                So they show a small polar molecule and a large

13   polar molecule that you can increase the corneal absorption

14   of these polar compounds.

15                Now, gatifloxacin is also polar, especially

16   due to the fact that it's ionizable.  Once again, we talked

17   about the pKa's.  And in biological media, you can have a

18   plus charge here, a negative charge on this carboxylic

19   acid.  In addition to having this nitrogen and these oxygens

20   and fluorine, they all confer extra polarity of this

21   molecule.

22                So gatifloxacin is also classified as a polar

23   molecule.

24   Q.    Doctor, other than the fact that glycerin and cromolyn

25   are polar, are there any structural similarities between

Myrdal - direct

1    them?

2    A.    Just as I noted that the gatifloxacin has a carboxylic

3    acid, and so does chromium, actually has two carboxylic

4    acids.

5    Q.    How about between glycerol and cromolyn?

6    A.    Well, this is a lot smaller.  It has OH functional

7    groups, like a hydrogen bond with water.

8    Q.    Thank you.

9               THE COURT:  It's basically time for a lunch

10   break.  Is this as good a time to take a break?

11              MR. FEDER:  Yes.  I think so, your Honor.

12              THE COURT:  All right.  Let's take half an hour.

13              (Luncheon recess taken.)

14                   -  -  -

15              AFTERNOON SESSION, 1:35 P.M.

16   BY MR. FEDER:

17   Q.    Good afternoon, Professor Mydral.

18   A.    Hello.

19   Q.    When we took a lunch break, you were testifying.  Can

20   you go back one slide, please?  You were testifying about

21   gatifloxacin, glycerol and cromolyn, and I think you

22   concluded on that slide.

23   A.    Yes.

24   Q.    So I just want to give you a place to start.

25              MR. FEDER:  We can move to the next slide,

Myrdal - direct

1    please.

2    BY MR. FEDER:

3    Q.    And you were in the middle of your explanation

4    regarding obviousness of claim 6.  Can you continue?

5    A.    Yes.  Here, we were discussing the Grass reference and

6    just showing that Grass illustrated nicely that 0.5 percent

7    EDTA could enhance polar corneal permeability of polar

8    compounds.

9              I'm not a physiology professor or anything

10   like that, but I want to try to give us a brief illustration

11   of what they were discussing and why the mechanism worked

12   for EDTA.

13             Essentially, around these cells up here at the

14   epithelial of the eye is about six, seven layers of cells

15   very tightly bound together, and they're going like this to

16   really prevent other bad molecules from getting through into

17   the eye.

18             So it does not quite effectively for polar

19   molecules because polar molecules don't want to go through

20   the non-pore regions of the cells.  So essentially what

21   calcium does is help bind these tightly together.

22             EDTA, if you put EDTA around these cells, EDTA

23   takes away the calcium, from this region and by taking away

24   the calcium from this region, it disrupts the cells and

25   actually allows transcellular through the cells, the sides

Myrdal - direct

1    of the cells, in between the cells of polar molecules to

2    just pass through.  So there's no real structural

3    requirement with respect to physical chemical properties.

4           If the water is soluble, if I open up these

5    channels, then we can call them leaky cells, then more polar

6    compounds are going to go through them.

7    Q.    And, Professor, is that shown in the Grass reference?

8    A.    They have a reference to that.  I've highlighted a

9    paragraph.

10          Here in the Grass paper, I talked about earlier

11   work by Stern had established that the removal of calcium

12   causes significant changes in the permeability of the

13   endothelial tissue, the one that is a lower tissue that was

14   on that last slide.  Apparently, it directed that

15   modification, it made it more leaky.

16          So it was anticipated by Grass that the removal

17   of these calcium ions from the epithelial side should also

18   cause a similar increase in permeability, and the next

19   paragraph actually goes on.

20          They anticipated that it did work for these

21   polar compounds.  So they have some basic mechanism here

22   given why the EDTA would work with calcium.

23          MR. FEDER:  The next slide, please.

24   BY MR. FEDER:

25   Q.    So did you draw conclusions from the '470 patent, the

Myrdal - direct

1    Grass reference -- I'm sorry.

2              Would you please conclude on your obviousness?

3    I think I stopped you in the middle of it.

4              MR. KELLY:  I object.

5    BY MR. FEDER:

6    A.    So for claim 6, we already had the '470, '456

7    discussion for the three elements of gatifloxacin, EDTA in

8    eyedrops.

9              Now, for the Grass reference, they give us now a

10   person of ordinary skill in the art.  The fact that EDTA,

11   when incorporated into an aqueous solution and given the

12   eye, it could raise the corneal permeability of polar

13   molecules, which gatifloxacin is a polar compound.

14             So in combination, a person of ordinary skill in

15   the art would understand that from the '470 patent and the

16   Grass reference, and option in the '456 patent, and in

17   combination, this claim would be obvious.

18   Q.    Thank you, Doctor.

19             Now, if this Court should construe the claim

20   term disodium edetate to require a limitation in

21   concentration to 0.001 to 0.2 weight percent, how would that

22   affect your opinion?

23   A.    It wouldn't affect my opinion.  I'd still think it

24   would be obvious.  I think a person of ordinary skill in the

25   art would look back at that Grass reference, and they

Myrdal - direct

1    actually called out in their paper that the potential

2    implications of these findings, and these findings being

3    that EDTA can increase the corneal permeability of polar

4    compounds, have direct bearing upon ophthalmic solutions

5    currently in use.  That is, they acknowledge the fact that

6    EDTA is widely used, and they acknowledge, albeit at a lower

7    concentration than using this particular study, 0.5 percent,

8    but they're essentially suggesting here to a person of

9    ordinary skill in the art that lower concentrations should

10   work, because this has direct bearing on those ophthalmic

11   formulations that are currently on the market.

12            And if we look towards some of the compounds in

13   the market, we've already discussed some of those ophthalmic

14   formulations using .05 and .1 percent.

15            Moreover, I think if we go back to Table 3,

16   Grass has some other interesting data in Table 3 of their

17   publication.  I'd like to call your attention to this study

18   in which they use glycerol plus EDTA, and that was the same

19   as the study up above, where EDTA was included.

20            Now, they also potentially challenged it with

21   calcium.  So mechanistically, they were discussing the

22   calcium was the thing they were trying to act on to increase

23   corneal permeability.  So in their study, they gave EDTA and

24   then challenged it later with calcium.  So they put more

25   calcium on the eye so that that, in effect, would consume

1    some of the EDTA.

2             And you can see over to the right in the aqueous

3    humor, they still had a 28-percent increase in corneal

4    permeability, and that, once again, was statistically

5    significant.

6             So a person of ordinary skill in the art would

7    look at this and recognize the fact that calcium would be

8    consuming some of the EDTA that was at .5 percent out of

9    solution, but yet still it facilitated corneal permeability,

10   so lower concentrations would also be concluded to be

11   effective.

12   Q.   And, Doctor, did you consider if -- thank you.

13            Did you consider whether this claim would have

14   been obvious if the preamble were construed by the Court not

15   to be a limitation of the claim, claim 6?

16   A.   Yes.   If claim 6, if the preamble is not a limitation,

17   and that goes away, then we are back to three elements,

18   disodium edetate, eyedrops and gatifloxacin.  And that is

19   essentially claim 3 of the '045 patent, as I discussed

20   before.  And that would be obvious in light of the '470 and

21   '456 patent also.

22            MR. FEDER:  Next slide, please.

23            THE WITNESS:  Moving on to claim 7, if a method

24   for preventing precipitation is a claim limitation, that's

25   the additional element that's added for this method claim, I

Myrdal - direct

1    would look towards the Riley reference.

2              And the Riley reference, there's a really

3    interesting article by Professor Riley.  They're looking at

4    the physical chemical properties of some of these

5    fluoroquinolones and trying to look at the physical

6    chemistry of those molecules.  They're predicting it using

7    very similar equations that I used in my tutorial.  In

8    fact, they are identical equations that I used in my

9    tutorial.

10             What they found was for some fluoroquinolones,

11   that they found an increase in solubility over that

12   predicted of this theoretical clause, and when these

13   fluoroquinolones were in combination with other excipients

14   that had carboxylic acids or, most notably, dicarboxylic

15   acids.

16             So this is shown in the -- the results are shown

17   in this figure here, in Figure 6 of the Riley paper.  And on

18   the left axis --

19   Q.   Excuse me, Doctor.  Is that an exact replication of

20   the figure in the Riley reference?

21   A.   No, it is not.  I added these two shaded regions into

22   this figure.  I did that for purposes of trying to focus our

23   attention between 4 and 8.  This would be the relevant pH

24   range that we would be looking for formulating an aqueous

25   formulation or eyedrop.  As we mentioned before, between 4

Myrdal - direct

1    and 8 is the typical region for formulating these aqueous

2    eyedrops.

3             But I didn't want to exclude this other data

4    because it's valuable.  And I am going to discuss it a

5    little bit, also, to shed some light on what's going on.

6             So we have a logarithmic increase in solubility

7    on the y axis.  As we mentioned before, that is why pH is

8    such a strong tool for increase in solubility.

9             This black-line that comes down in a U shape

10   again, this represents the same type of profile that I gave

11   in my tutorial.

12            It is predicting what would the solubility of a

13   fluoroquinolone look like in theory.  As you can see, it

14   behaves fairly well, till we get to some lower pH's, and all

15   these data points are well above these theoretical line.

16            Each one of these data points represents a

17   different counter ion that was in this particular solubility

18   study.

19   Q.    Can you tell us what data points you are talking about

20   so it is clear on the record?

21   A.    If you can notice above, pH of approximately 5 here,

22   you go beyond the straight line, there is some circles

23   indicating 1, 3, 15, 8.  Actually, in the legend of the text

24   of this paper, it describes each one of these counter ions

25   or acids that were in solution.  I believe on the next slide

1    I have some of those listed.

2              These are actually the eight that encompass

3    these data points right up here.

4              Well, what this data is showing a person of

5    ordinary skill in the art is that this would be what they

6    would expect from a solubility profile.  However, Riley

7    found some extremely interesting results here:  that the

8    solubility deviated positively, in other words, it was

9    better with the addition of these different excipients that

10   were in solution.

11             Now, these excipients, as we can just look at,

12   kind of have different sizes and shapes and forms, almost.

13   But the common functionality for all of them are the

14   carboxylic acids.  Some of them have one carboxylic acid.

15   Some have two carboxylic acids.  Some are attached to a

16   sugar.

17             So this is really interesting from a scientific

18   standpoint because it may not have been expected to deviate

19   this much off of a solubility profile, but they have shown

20   that these carboxylic acids in this last summary paragraph,

21   it is postulated that due to these carboxylic acids, they

22   are decreasing the solubility of this fluoroquinolone.  I

23   believe the fluoroquinolone is gatifloxacin.

24             I would also like to point out that some of

25   these points deviate the opposite way from the solubility

Myrdal - direct

1    profile, too.  This would be expected.  Somebody of skill in

2    the art would recognize that as we increase the solubility,

3    we are going to have different charges.  Depending on the

4    species that are in that solution, sometimes we form what is

5    called an insoluble salt.  It kind of proves again that

6    there is an interaction between the drug and these

7    carboxylic acids.

8              These two particular points, while they are

9    lower than probably our interest of formulation of eyedrops

10   are concerned, they do indicate to us there is a decrease in

11   solubility as opposed to theoretical.

12   Q.   When you say they are lower than the ones we would be

13   concerned with, are you talking about solubility or are you

14   talking about something else?

15   A.   I am just saying they are lower than this theoretical

16   profile that we have drawn here.

17   Q.   Thank you, Doctor.

18   A.   A person of ordinary skill in the art would recognize

19   that if I did have a situation like this, that would be one

20   particular counter ion that I wanted to avoid, and I would

21   do routine tests with a different excipient to try to find

22   one.

23   Q.   Can you put into the record what counter ion you are

24   trying to avoid?  You used the laser pointer but I don't

25   think it was clear on the record.

Myrdal - direct

1    A.    It's No. 2.  I am actually not sure which particular

2    counter ion that was.

3    Q.    If you can identify it, that is fine.  It would be --

4    A.    It's approximately 3.1 or so.

5            With these findings, the summary of the Riley

6    reference was that the carboxylic acids were somehow

7    facilitating an increase of solubility of gatifloxacin, but

8    they also had another reference, and this is the structure

9    for ethylene diamine tetraacetic acid or DTA.  You can see

10   it also has four carboxylic acids.  Now, not just one, it

11   has four.

12           So it fits into the same category of excipients

13   that contains carboxylic acids.  So it would be reasonably

14   expected that this, when you add this to a formulation, it

15   could increase the solubility of the fluoroquinolone.

16           This is directly relevant to the solubility of

17   that fluoroquinolone and its precipitation potential.

18           I have a slide here just to demonstrate the

19   concept of the precipitation that would be going on in these

20   studies.  If we have a concentration on the y axis and pH on

21   the x axis, and this is just an arbitrary, relevant but

22   arbitrary U curve, it is very similar to what we saw in our

23   earlier profiles.

24           In red, the red line here, which is a U curve

25   with the bottom roughly around 7.5, that is a solubility

Myrdal - direct

1    profile at room temperature.  So just as we earlier were

2    talking about having sugar, putting it in our coffee and it

3    getting dissolved, we recognized increase in temperature

4    will increase solubility.

5              Well, the opposite will occur, of course, when

6    we decrease temperature.  So if I decrease and go from room

7    temperature down to zero degrees, my whole profile shifts

8    down.

9              So earlier, in my U part of the curve, all this

10   area was not soluble.  Now, if I reduce the temperature down

11   to zero degrees Celsius, I have a new region that's not

12   soluble.

13             Now --

14   Q.    Can you identify what that new region is for the

15   record?

16   A.    That new region is the region above the blue line, the

17   U, which is underneath the red U that is above the blue

18   line.

19             If I could go back one slide, please.  If we

20   just had a formulation, any formulation below this U, and I

21   am only going to look at the red curve for now, I could get

22   any concentration underneath this curve would be soluble at

23   a given pH.  So if I took pH, for example, at this .5

24   concentration, the intersection of those two, that is

25   theoretically possible to formulate, that pH 6.5.  That is

Myrdal - direct

1    in solution.

2              Now, if I cool that solution down, and we go to

3    the next slide, you can see my solubility profile goes down,

4    and now that point that was soluble before is no longer

5    soluble, and it will precipitate.  It will precipitate out

6    that much.

7              When it precipitates depends on several

8    different factors, and we call them nucleation factors.

9              Eventually, it will precipitate here.  It may be

10   delayed.  The closer I get to that line, it's called my

11   degree of super-saturation.  It just means I have got -- you

12   have more or less stuff over that line -- the further I get

13   from that line, the greater the chance to precipitate; the

14   closer I get to that line, it's less likely to precipitate.

15   Q.   For the record, so it is clear, what line are you

16   talking about on this slide?

17   A.   I am talking about the point discussing the point of

18   the intersection of .5 and .6, that sticks.  But my blue

19   curve went underneath that point.

20             So everything above that blue curve is insoluble

21   now.

22             So a cycling temperature or cycling product, we

23   want to see how robust it is, this is warming it, cooling it

24   back and forth, and it may or may not increase the

25   precipitation.

Myrdal - direct

1          Increasing the solubility is then good thing, if

2     I formulated my formulation real close to this line, which

3     is not ideal but sometimes it's necessary.

4     Q.    Which line are you pointing to, Doctor?

5     A.    The 0.56 intersection point.

6     Q.    Is close to what line?

7     A.    Is close to the red line.  That would mean I have

8     formulated my product real close to the actual solubility

9     that it had.

10          Any increase in this red line is going to confer

11    advantages in this region because it now potentially won't

12    precipitate when it cools.  So if we consider adding

13    carboxylic acids to our fluoroquinolones, increasing

14    solubility, and once again EDTA being a carboxylic acid, we

15    can just visualize this by the same plot where that U curve

16    moves up, because the solubility increased.  I have a new

17    formulation, I added a new component.  Every time you add a

18    new component to a formulation it can affect the physical

19    properties of that formulation.

20          If it increases solubility, I now have a higher

21    solubility, still the shaded region above is insoluble, the

22    red curve.  When I drop the red curve down, you can see that

23    my area that is not soluble is between the blue curve and

24    the red curve.  However, if I started out with that same

25    point, 0.5 and .6 intersection, that concentration, that

Myrdal - direct

1    might be underneath that hypothetical solubility line at

2    zero degrees Celsius.  So it wouldn't precipitate.  So by

3    shifting everything up -- in other words, increasing the

4    solubility helps precipitation.

5              With that, then, we have learned that a person

6    of ordinary skill in the art learned, from the Riley

7    reference learned that there is a unique property from

8    fluoroquinolones with carboxylic acids in which carboxylic

9    acid is an EDTA, carboxylic acid, if we increase the

10   carboxylic acid in areas close to that solubility profile,

11   we are going to prevent preparation.

12             So in combination with the Riley reference, as I

13   already discussed with the last elements, the '470 and '456

14   reference, the combination of these three elements, a person

15   of ordinary skill in the art would consider this to be

16   obvious.

17   Q.   Doctor, if the Court should construe the term prevent

18   and the preamble is a limitation, how does that -- that's a

19   bad question.

20             If the Court were to construe the preamble of

21   Claim 7 to have the word prevent mean reduce, reduce the

22   likelihood of precipitation, how would that affect your

23   opinion?

24   A.   It really wouldn't change it, because if I could

25   prevent it, then it's easier to reduce it.

Myrdal - direct

1    Q.    Did you consider if the preamble is not a limitation,

2    did you consider that?

3    A.    Yes, I did.  If the preamble is not a limitation, then

4    the Claim 7, we would get rid of the first element and Claim

5    7 would revert to disodium edetate in an increased liquid

6    formation, we have gatifloxacin, that would be the same as

7    Claim 1, so we could go back to the analysis I had for Claim

8    1 in the '470 and '456 patent.

9    Q.    I am sorry, I think I interrupted you.

10         Are you finished with your opinion with respect

11   to Claim 7 and obviousness?

12   A.    Yes.

13   Q.    Did you have any opinion -- did you undertake an

14   analysis of the obviousness of Claim 8 of the patent?

15   A.    Yes, I did.

16         Real briefly, in Claim 8, the preamble is a

17   limitation, the preamble is a method for presenting

18   coloration, and once again will have gatifloxacin EDTA and

19   aqueous liquid preparation with regard to coverage of the

20   '470 patent.  I would like to refer the Griffith reference.

21   Specifically, the Griffith reference, that is from 1967,

22   they disclose the use of EDTA, or sodium edetate, to prevent

23   discoloration of pharmaceutical products, in this particular

24   study it's papaverine hydrochloride.  However, in their

25   paper they discuss that there are several cases in the

Myrdal - direct

1    literature in which EDTA has been used to prevent

2    coloration.

3             As I mentioned before, this is a routine thing.

4    We look at the stability, we get coloration, one of the

5    first things a person of ordinary skill in the art would

6    look for is EDTA because oftentimes these color changes are

7    due to these heavy metal ions that are in our formulation.

8             Interestingly enough, there is also a reference

9    specifically to fluoroquinolones.  There is the '776 patent

10   which was issued in 1994 by Napier.  They showed explicitly

11   that iron, a heavy metal, can coordinate with

12   fluoroquinolone and actually produce a color.  While this

13   patent was directed to trying to get rid of iron, to also

14   eliminate this interference with their methodology, they

15   note down below that that it's expected that such colored

16   chelates, this is a chelate of a fluoroquinolone with iron

17   will form with any quinoline uses.

18            Once again, if a person of ordinary skill in the

19   art is challenged with color formulation, especially

20   fluoroquinolone, then iron would be -- or one of the

21   potential causes and a chelator would be looked at to solve

22   this problem and EDTA is one of the common chelators that we

23   use to solve this problem.

24            MR. BAXTER:  Your Honor, Apotex would offer into

25   evidence DTX-170.

1          MR. KELLY:  No objection, Your Honor.

2          (Defendants' Trial Exhibit No. 170 received in

3     evidence.)

4          THE WITNESS:  I don't think we need to go

5     through this.  I already discussed in the Handbook of

6     Pharmaceutical Excipients that EDTA is a chelator of iron.

7          So in combination with a method of preventing

8     coloration is a limitation, the combination of the Griffith

9     reference with the '470 reference, I believe a person of

10    ordinary skill in the art would render this to be an obvious

11    claim.

12    BY MR. FEDER:

13    Q.    Doctor, can I take you back to Claim 7.  I wanted to

14    ask you a question.  What I wanted to ask was, if this Court

15    should construe Claim 7 such that the EDTA requirement, I am

16    sorry, let me start all over again.  If this Court should

17    construe Claim 7 such that the term disodium edetate

18    required a concentration limitation of 0.001 to .2 weight

19    percent, how would that change your opinion if at all?

20    A.    Well, it wouldn't change my opinion because it's just

21    a lower concentration of EDTA, I might get less, a smaller

22    increase in solubility.  However, there is also no

23    limitation on the amount of gatifloxacin that I used in the

24    formulation.  So I could always have probably a ratio of

25    gatifloxacin to EDTA in which EDTA is still going to convert

Myrdal - direct

1    an increase in solubility.  Any increase in solubility will

2    help decrease or prevent precipitation.

3    Q.    I think that takes us, I believe you concluded on

4    Claim 8 and gave us your opinion on Claim 8.  Correct?

5    A.    Yes.

6    Q.    Next slide, please?

7          This reference --

8    A.    Well, if you were going to ask me about the lower EDTA

9    concentration, once again, in the Griffith reference, it

10   discloses lower quantities of EDTA inside that range that it

11   was disclosing.  Even with a lower EDTA limitation, the

12   claim, it would still be obvious.

13   Q.    Then if Claim 8 were construed by the Court

14   essentially that the preamble was not a limitation but

15   rather a purpose, how would that change your claim your

16   opinion?

17   A.    Claim 8 then with the limitation of the preamble is a

18   requirement would collapse down to three elements, disodium

19   edetate, an aqueous liquid preparation, and gatifloxacin,

20   which should be basically Claim 1 of the '045 patent, it

21   would be obvious for the reasons I discussed earlier before

22   lunch.

23   Q.    All right.  Did you have any other considerations,

24   Doctor, with respect to the obviousness of the claims of the

25   '045 patent?

Myrdal - direct

1    A.    Yes.   There was a simultaneous, independent

2    development that I came across while researching this

3    patent.

4    Q.    When you say researching, can you tell me what you

5    mean by researching?

6    A.    Well, I was shown some information from, I believe it

7    was a Kyorin document.

8    Q.    And would that document have been a public document or

9    have been a document produced during litigation?

10   A.    No.   It would have been produced and given to me by

11   counsel.

12   Q.    All right.   Continue, please.

13   A.    So there was a Kyorin independent -- independently

14   formulated gatifloxacin ophthalmic solution formulation,

15   EDTA, back as early as 1995, which, of course, is three

16   years prior to the 1998 date we were looking at for this

17   patent.

18                 But, in brief, in this report, they're

19   looking at the study of AM-1155, which is gatifloxacin.

20   They are formulating an ophthalmic solution at 0.3 percent.

21                 And if we look to the right here, number 5

22   from Page 2 of this Kyorin document, you can see it has --

23   this number 5 formulation has gatifloxacin, disodium edetate

24   and a concentration of .01 percent, and an aqueous

25   formulation of Q.S. water, and it has a pH of 5.5.   All

Myrdal - direct

1    those encompass the elements in claims 1, 2, 3, and 9, so

2    they would even develop simultaneously or a little earlier

3    than the claimed invention.

4    Q.    Thank you.

5              MR. FEDER:  Your Honor, Apotex would offer

6    DTX-019 into evidence.

7              MR. BAXTER:  No objection, your Honor.

8              THE COURT:  All right.  Thank you.

9              (DX-019 was received into evidence.)

10   BY MR. FEDER:

11   Q.    Now, did you consider whether the results that were

12   shown in the '045 patent were results that would have been

13   expected by the person of ordinary skill in the art?

14   A.    Well, by way of my analysis for obviousness for the

15   claims that we just discussed, they're all expected, I

16   believe a person of ordinary skill in the art would have

17   seen, so, therefore, there would have been no unexpected

18   results for corneal permeability, preventing precipitation

19   or preventing coloration.

20             MR. FEDER:  May I have 1 second, your Honor?

21             THE COURT:  Yes.

22             (Pause while counsel conferred.)

23   BY MR. FEDER:

24   Q.    Now, Doctor, I'd like to change gears, if you would,

25   and move on to the next opinion you've given in this case

365

Myrdal - direct

1    concerning materiality of undisclosed information.

2              And have you prepared any slides to discuss the

3    opinions that you have with respect to this issue?

4    A.    Yes, I have.

5    Q.    So what is this slide, Doctor?

6    A.    This slide here is Table 1 from the '045 patent on

7    corneal permeability.  It gives three different

8    formulations, A, B, and C.

9              A and B do not have disodium edetate, and A

10   has a pH of 7 whereas B has a pH of 6, and C has disodium

11   edetate, the same one as gatifloxacin, the same one as

12   sodium chloride, pH of 6.

13             These are the formulations that we used

14   these for the permeability study.  The results were given in

15   Table 2.

16             In the results, they indicated that when

17   you compared A to C, so A would be a formulation without

18   EDTA.  B would also not have EDTA in it.  C does have EDTA.

19   But the formulation that had EDTA in it had between 1.2 and

20   1.5 times as much gatifloxacin in the aqueous humor as the

21   corresponding formulation without EDTA.

22   Q.    And, Doctor, could you talk about the 1.2 percent, I'm

23   sorry, the 1.2 fold increase and the 1.5 fold increase,

24   which of A, B and C were compared?

25   A.    For 1.2, it would be A as compared to C, and 1.5 would

1   be B as compared to C.  And B and C provide the best

2   comparators because they both have the same pH of 6.

3   Q.    And what does this table show, Doctor?

4   A.    Well, a person of ordinary skill in the art would look

5   at those results in the previous table and recognize the

6   fact that they're mean values with standard deviations.

7   Q.    And is that what this table shows, this graph shows,

8   Doctor?

9   A.    That's what this table shows.  It's just a

10  representation of what a person of ordinary skill in the art

11  might represent this as.  It looks a little different than

12  the table.  It's exactly the same table.  It's the mean

13  concentration value for A, B and C and with it are the

14  standard deviation bars.

15        Really, the only key point in this table is to

16  show that the mean values overlap significantly with all the

17  standard deviations.  And when a person of ordinary skill in

18  the art recognizes data like this, the question becomes,

19  well, is this statistically significant?  Is this just a

20  random chance event or is it actually significant?

21        Now, in order for a person of ordinary skill in

22  the art to actually look at the significance, they need this

23  mean value, they need the standard deviation, and they also

24  need to know how many samples are run to generate these data

25  points.  And that data was not given in the '045 patent.

Myrdal - direct

1    Q.    And how do you know, Doctor, that that data was not

2    given in the '045 patent?

3    A.    Well, reviewing where this data came from, if we go to

4    Table 7 of JTX-024, this is -- I believe it has been stated

5    a couple times now that this is where that data came from,

6    and they are Formulations 1, Formulation F-1, and

7    Formulation E-4.  And you can see that the N numbers are

8    included in this table.

9             So if a person of ordinary skill in the art had

10   this mean data with standard deviations and the N number,

11   the N number being the number of eyes that are actually

12   looked at, they would have been able to then do a simple

13   statistical analysis.

14            A person of ordinary skill in the art would

15   recognize they could do just A versus C and look at whether

16   or not A is significantly different than C, the means value

17   with standard deviations, or B versus C in this case.  And I

18   actually ran these and found out that they were not

19   statistically significant.

20            MR. FEDER:  Next slide, please.

21   BY MR. FEDER:

22   Q.    Doctor, what does this slide show?

23   A.    Well, furthermore, with respect to information in that

24   same report, JTX-024, there's a Table 9.  We've looked at

25   this again before, but it's a time course study, using the

Myrdal - direct

1    identical formulations, F-1 and E-4 that were given in the

2    patent, and now it's time course data.

3              This data was not given to the Patent Office or

4    is not included in the application, but I guess the key

5    point here is the one hour that's the direct comparator to

6    what was given in the patent.

7              And if we look at that data, at the one hour

8    time point, the mean was 1.4 for formulation B.  That's the

9    formulation without the disodium edetate.  Formulation C is

10   with disodium edetate.  It has a slightly higher average

11   number of 1.489 as compared to 1.402, but it's not

12   significantly different at all.

13             And if we go to the next table, we'll see what

14   was contained in Table 7, the number that was in the patent

15   was 1.5, which is the same thing as 1.4.  However, the data

16   in this next page of that same document had a similar set of

17   data, identical data that was contrary to what was listed in

18   the patent.  Only had 1.05, or merely one-to-one ratio of

19   corneal permeability when you assessed with and without

20   EDTA.

21   Q.   Now, Doctor, you said 1.05.  I believe you misspoke.

22   A.   1.06.

23   Q.   And, okay.  I think you concluded on that.

24   A.   Okay.

25             MR. FEDER:  Next slide, please.

1           THE WITNESS:  I also looked at the information

2      that was presented with respect to precipitation, and this

3      is Experiment 2 of the '045 patent.  These are the three

4      formulations that were disclosed when they were looking at

5      the cycling study.  B, C and D now, where B has 0.5

6      gatifloxacin as well as the other two.  The key difference

7      is that C has .05 grams per a hundred mls of disodium

8      edetate, which D has .1, or .1-percent disodium edetate.

9           From these results, the conclusions were that

10     no precipitation of crystals were recognized even when

11     repeated ten times.  So their conclusion in their

12     specification here, the results here that no precipitation

13     means when you freeze-thaw ten times, they didn't get any

14     precipitation at all.  That's how I would interpret it

15     through this patent.  And no precipitation means they did

16     not see any crystals at all.  But the ones that did show

17     precipitation, they, up on top for D, crystals were

18     precipitated when freeze-thawing were repeated two or three

19     times.  They said two or three.  I think if they would have

20     seen at four or five, somebody would have considered that it

21     still caused precipitation.

22           So these results, they summarized, showed that

23     they would stay in solution at lower temperatures if you

24     contain EDTA.

25           Now, if you go directly to the data page that

Myrdal - direct

1  those formulations came from --

2  Q.    These, Doctor, came out of JTX 023; is that correct?

3  A.    That's correct.

4  Q.    Page 9; correct?

5  A.    That's correct.

6            So here we see five different formulations.

7  No. Ten, E-1, E-2, E-3 and E-4.

8  Q.    And, Doctor, can you tell us, what does the yellow

9  mean versus the non-highlighted?

10 A.    Well, for these five formulations, I highlighted the

11 three that are not contained in the patent.  The two that

12 are contained in the patent are the data for E-2 and E-4.

13 Those are the ones that contain the EDTA.

14           If we go down to the bottom, these are the

15 results of the freeze-thaw experiment for these five

16 different formulations up above.

17           So the open circle indicates that no

18 precipitation was seen for any of the ten cycles that the

19 formulation went through.

20 Q.    Okay.  Can you take us through that bottom chart a

21 little bit and just tell us what's on the X axis and what's

22 on the Y axis?

23 A.    Sure.

24 Q.    So that you can read into the record what you are

25 testifying about?

Myrdal - direct

1    A.    Sure.  If we look at, down the -- down No. 10, E-1,

2    E-2, E-3, E-4, these are the formulations given up on Page 4

3    of JTX-023.  And X indicates that there was a precipitate

4    observed after a freeze-thaw cycle.

5    Q.    After one freeze-thaw cycle?

6    A.    In this particular case, No. 10, it basically didn't

7    get out of the box.  It had precipitated.

8                        For E-1 --

9    Q.    Doctor, when you say didn't get out of the box, can

10   you explain for the Court what that means?

11   A.    It appears it didn't survive one freeze-thaw cycle.

12   Q.    And what --

13   A.    Probably was in solution to start out with.

14   Q.    Okay.

15   A.    The E-1, the formulation that had 0.1 grams per

16   hundred mls of EDTA in it.  PH 6, this particular one also

17   precipitated.  It took until the fourth cycle before this

18   one precipitated.

19           E-2, which also included sodium chloride,

20   0.9 grams per hundred of sodium chloride, did not

21   precipitate.

22           E-3, which now has 0. -- 0.5 grams of EDTA per

23   hundred, but no sodium chloride, did precipitate after two

24   cycles, on the third cycle.

25           And then E-4 didn't precipitate at all also.

Myrdal - direct

1    And that one had sodium chloride in it.

2            So I think it's fair to analyze the data up in

3    the table here for the summary of the results that are shown

4    below on Page 9 of 023.

5            So what we have are five different experiments

6    in which they perform freeze-thaw on five different

7    prototype formulations.  All five of these formulations

8    contain EDTA.  However, the three in the yellow precipitated

9    in their experiments.

10   Q.    And, again, Doctor, the yellow represents?

11   A.    The yellow represents data that is not included in the

12   patent.  Was not present in the patent.

13           If we look at No. 10, one of the reasons why it

14   probably didn't survive even though it included EDTA was

15   that it was at a pH of 6.5.  If we have identical

16   formulations of .5 percent gatifloxacin, .1 percent EDTA,

17   and we just change the pH from 6.5 to 6.0, you can see that

18   it's still precipitated and it went a couple cycles more,

19   though.  It did change, but it still precipitated.

20           Now, if we compare E-1 to E-2, same amount of

21   gatifloxacin, same amount of EDTA, same pH, the only

22   difference is in this particular one, there happens to be

23   sodium chloride now.  But, once again, they both have the

24   same amount of EDTA, the same amount of drug concentration.

25           Now, E-2 didn't precipitate.

Myrdal - direct

1      If we go to E-3 and E-4, it's a very similar

2   comparison to E-1 and E-2.  E-3 has .5 grams or .5 percent

3   gatifloxacin.  They had the same amount of EDTA, 0.05.

4   They're both at the same pH.  However, E-4 had sodium

5   chloride in it.  However, E-4 is the only one that

6   precipitated whereas E-3 -- I'm sorry.  E-4 did not

7   precipitate and E-3 did precipitate, although it still had

8   EDTA in it.

9   Q.    Now, Doctor, what would a person of ordinary skill in

10  the art be doing -- reviewing these data, what would they

11  conclude?

12  A.    Well, with respect to the conclusion that EDTA

13  prevents precipitation, I think it's relevant, because the

14  EDTA in these three cases, three of the five formulations,

15  it did not prevent precipitation.

16      Now, as you see, I've only presented here two

17  formulations, and there were actually three in the patent.

18  These two have EDTA.  These are the two formulations with

19  EDTA in the patent.

20      If we went on to the next page of JTX-023 or

21  Pages 4 and 5, it contained an additional 17 formulations

22  that were evaluated for precipitation testing.

23      And just like the previous page, all of the

24  yellow ones are formulations that went through a freeze-thaw

25  testing that were not reported anywhere in the patent.

Myrdal - direct

1          The most important thing to note about this

2     whole table is that none of the formulations have EDTA.

3     What they were looking at -- but they did use F-1 here as

4     the comparator, because it has points five percent

5     gatifloxacin.  It does have sodium chloride and it was at pH

6     6.  So it's a direct comparator to the other two

7     formulations that were clear in the previous table.

8     Q.    Now, when you say they did use formulation F-1 as a

9     comparator, what do you mean, they used it?

10    A.    Well, that's what was disclosed.  That one formulation

11    was used as a data point in the patent.

12    Q.    And so did that -- it made it into the patent?

13    A.    That one made it into the patent, yes.

14          Now, if I can briefly go through these

15    formulations, because they're, I think, very relevant, the

16    bottom column here shows a different, starting with a

17    different concentration of gatifloxacin, so it had

18    0.02 grams here.  .02 percent.  That's G-26.  So G-26, G-27,

19    G-28 and G-29 go in decreasing pH.

20          So there are two variables really being changed

21    in these studies.  No EDTA, but it has a fixed concentration

22    of gatifloxacin at .02 percent and then just pHs changing.

23          If we go to the column above, G-22, G-23, G-24,

24    G-25, they have a higher concentration of gatifloxacin,

25    0.1 grams.  They also include sodium chloride.  And when we

Myrdal - direct

1    go from G-22 to G-25, the pH changes from 7.  6.5, 6, to

2    5.5, just like the previous column.

3              If we go up one more, we increase in drug

4    concentration again now to .3 percent.  So G-11, G-15, G-16

5    and G-17 have that 0.3 percent, but now have pHs

6    respectively of 7, 6.5, 6.0, and 5.5.

7              And, finally, the top row contains formulations

8    of gatifloxacin at .5 percent.  And, once again, the pH

9    changes for number 1, 8, F-1, G-1 and No. 18, to go

10   respectively at 7, 6.5, 6, 5.5 and 5.5.

11             So what I did with this data -- well, let's go

12   to the data from this.  So these are the freeze-thaw data in

13   Table 4 of GTX-023.  And on the left-hand side, we can see

14   the formulation number, No. 1, 8, F-1, G-1 corresponding to

15   that five-percent row on the previous page.  Has a pH in it

16   indicated also.

17             Now, at the far right is the number of

18   freeze-thawing cycles that went through the before it

19   precipitated, if it precipitated.

20                 If we can start on the bottom row again,

21   these are the formulations of gatifloxacin at .02 percent,

22   you will see, regardless of the pH, 7.2, 7.5 --

23   Q.   Excuse me, Doctor, I think you misspoke.  PHs are

24   what?

25   A.    7 through 5.5.

Myrdal - direct

1    Q.    Thank you.

2    A.    The number of freeze-thawings that they survived was

3    ten.  In other words, it never precipitated.  So none of

4    these formulations precipitated.  If we increased

5    concentration for G-22, 23, 24, 25, at .1 percent,

6    gatifloxacin, the pH 5.5 did not precipitate.  PH 6.5 did

7    not precipitate.

8                    I'm not sure what went on with this

9    particular sample.  It says eight.  I think it may have

10   precipitated.  There was something a little better than

11   eight.  At ten, it was clear.  So you'll see later, I will

12   put a little question mark next to this.  Theoretically, I'm

13   sure it would have been clear, but we'll leave this as a

14   question mark.

15                   However, the pH 7 formulation at 0.1 percent

16   gatifloxacin, did not withstand the freeze-thawing and did

17   precipitate.

18                   Increasing in concentration, the .3 percent

19   gatifloxacin at 6.0 and 5.5, they both also survived the

20   freeze-thaw testing, so there was no precipitation in those.

21   However, the 6.5 and 7.0 pHs did have precipitation.

22                   And then, finally, the 0.5 percent gatifloxacin

23   concentrations, 5.5 and 5.0, also survived freeze-thaw,

24   while the 0.5 and 7.0, 6.5 and 6.0, all precipitated at some

25   point in time.

Myrdal - direct

1    So I've taken this data and made a chart of it.

2    Q.    Doctor, could you move that one?

3    Just for the record, can you tell us, you've got

4    this highlighted in yellow.  Can you explain, once again,

5    what the yellow highlighting?

6    A.    The yellow highlighting are the formulations that were

7    not included in the patent or presented, I guess, to the

8    Patent Office either.

9    Q.    Thank you, Doctor.

10   A.    There's one formulation out here that was used as a

11   comparator.

12   Q.    Which one is that, Doctor?

13   A.    That would be F-1.

14   Q.    Thank you, Doctor.

15   A.    Since that is kind of difficult to see what's going

16   on, I wanted to simplify the analysis just a little bit.

17   And what I have here is a chart showing the drug

18   concentration down in the left column, 0.5, 0.3, .1, 0.2 --

19   Q.    I am sorry?

20   A.    .2.

21   Q.    0.?

22   A.    .2, 0.02.

23   Q.    Thank you.

24   A.    Thank you.  It is indicated when they survived ten

25   cycles without precipitation it is designated as clear.

Myrdal - direct

1    When a precipitate, I am using PPT, and also shading it.

2    What you can see is all of the formulations at 0.02 from 5.5

3    to 7.0 were all clear.  0.1 would be clear to 5.5.  This is

4    the questionable data point, at 6, I have a question mark

5    there.  6.5, it was clear.  All the way up to 0.5, and

6    gatifloxacin a little pH, it remained clear, also.

7              This here is out of 17 formulations, ten or 11,

8    depending on what we call this one here, without EDTA never

9    precipitated at all.

10   Q.   When you say depending on what we call this one here,

11   could you please indicate for the record what it is?

12   A.   PH 6.0, 0.1 percent gatifloxacin.

13             Highlighted in red here, this is the one

14   configuration that was presented in the patent.  6.0 at .5

15   percent gatifloxacin that is in the patent, there are two

16   formulations that didn't precipitate.  And the one without

17   EDTA that did.  Those were the three examples that were in

18   the patent.

19             However, as I showed in the previous table where

20   there were five formulations, there were two formulations

21   that did contain EDTA at this pH in this drug concentration

22   that did precipitate .

23             Furthermore, in that table there was one higher

24   pH that still precipitated with EDTA.

25   Q.   Did you draw any conclusions, Doctor, from this

Myrdal - direct

1   analysis as to whether the material that we just went

2   through on solubility would have been important to a person

3   of ordinary skill in the art that was looking at the data in

4   the patent?

5   A.    Well, I think a person of ordinary skill in the art

6   who was presented with the statement that EDTA prevents

7   precipitation of gatifloxacin formulation, we can see there

8   are a large number of formulations in which EDTA would have

9   no effect on precipitation because fit never precipitates,

10  then there is no problem to be solved.  Then there will be

11  some cases in which EDTA still cannot help, and it will

12  still precipitate.

13          So I think it would be very useful information

14  for somebody skilled in the art to have to make an

15  assessment of that statement.

16  Q.    Can you summarize, Doctor, your findings on

17  materiality or relevance of information that was undisclosed

18  to the Patent Office?

19  A.    In summary, we looked at two different topics, corneal

20  permeability with precipitation.  Table 7, we showed there

21  was, the number of eyes was not given in the patent, so a

22  person of ordinary skill in the art would not be able to

23  calculate whether or not there were significant differences

24  or not.

25          And Table 9, in the same report, had an

Myrdal - direct

1    identical formulation.  So it was disclosed in the patent

2    and had a nearly one-to-one ratio of corneal absorption with

3    and without the gatifloxacin, which is at odds to the 1.5

4    that was given in the patent.

5              Furthermore, precipitation, there were

6    formulations that precipitated with EDTA.  And furthermore,

7    there were formulations that didn't precipitate and they

8    didn't have EDTA in them, also.

9    Q.    Thank you, Doctor.

10             In connection with your review of the

11   information in this case, did you have other opinions

12   concerning the validity of claims of the '045 patent?

13   A.    Yes, hand in hand with that it goes to nonenablement

14   of full scope.

15             If we look at the lower range of disodium

16   edetate concentrations --

17   Q.    Doctor, before you start out, could you just explain

18   what this slide is, identify it and explain it?

19   A.    As I was mentioning, if we looked at the lower range

20   of disodium edetate concentrations preferred in the patent,

21   it would be likely that they would not have an effect on

22   corneal permeability.

23             What I have drawn here is just kind of a line

24   bar continuing with a low EDTA concentration, with a 0.001

25   concentration on the far left.  And on the far right I have

Myrdal - direct

1    an upper limit of 00.5.  And we consider this to be 0.5

2    EDTA.

3            In light of the Grass reference and its work on

4    EDTA as a corneal permeability enhancer, clearly, we would

5    expect this to work at 0.05.

6    Q.    Excuse me, Doctor.  I think you misspoke.  The

7    percentage again from the Grass reference?

8    A.    0.5 percent would be expected by a person skilled in

9    the art to work.

10           Furthermore, with reading of the Grass reference

11   on their discussion that lower concentrations are used in

12   current products, and that these findings would have

13   implications towards those products as well as the fact that

14   they challenged EDTA with calcium and still saw, in effect,

15   would lead somebody, a person of ordinary skill in the art

16   to reasonably expect at low concentrations, they definitely

17   won't have -- very likely 1.1 percent would reasonably be

18   expected to work.

19           However, because there was a physical phenomenon

20   where there is calcium around the cornea, there is certain

21   EDTA that will have to be present to actually complex the

22   calcium to have a significant effect.  There will be a

23   range, somewhere very low.  Definitely, I believe down to

24   .001, where EDTA will not work as a corneal permeation

25   enhancer at all.

Myrdal - direct

1    Q.    Next slide, please.

2    A.    Real quickly, with respect to precipitation, a typical

3    scope, once again, when I reviewed the data, or where the,

4    where the formation information came from the patent,

5    directly in the same table, JTX-023 on Page 4, there were

6    five formulations that contained EDTA, and three of the five

7    formulations that EDTA did not work.

8              Furthermore, as I showed in my table, there are

9    also a large number of embodiments, formulations of

10   gatifloxacin that would not matter whether or not EDTA was

11   present.  They still would not precipitate.

12             So it can't prevent precipitation if it never

13   occurs.

14             So a pH of 5, even at 0.5 percent, was clear.

15   And although it wasn't tested, we would reasonably expect

16   the lower concentrations would also be clear.  At 5.5, 0.5

17   percent was clear.  All those concentrations below that were

18   clear, also.  Those are regions in which EDTA could not

19   prevent precipitation because it would never occur.

20             In addition, also, there is these other

21   components at 6, 5.5 and 7.0.  As you can see, the

22   concentration will now decrease, but yet there will be a

23   concentration in which there will still without EDTA not

24   precipitate.

25   Q.    Doctor, can you please identify what boxes you were

Myrdal - direct

1    just talking about?

2    A.    Specifically, pH 6.0, .3 percent, .1 percent, and 0.02

3    percent.

4    Q.    Thank you, Doctor.

5    A.    6.5, pH 6.5, 0.1 percent.  And 0.2 percent.  And 7, pH

6    7, 0.02 percent, they are all clear in their studies and

7    EDTA would not help precipitation.

8          They also had data at 6.5 that .5 percent,

9    gatifloxacin precipitated and there would be higher levels

10   of drug concentrations and higher pH's that won't work also.

11         Really, this red little swath that comes through

12   here ends up being our solubility line for this particular

13   drug.  As we go down in pH, we recognize from our basic

14   physical chemistry, the U-shaped curve that we gave, that

15   the solubility increases dramatically when it gets down

16   below PKA.  So we are going to get a significant increase in

17   solubility.  Therefore, we don't need another excipient to

18   help solubility for the lower pH.  However, when we get to

19   the bottom of that U curve we are going to have more of an

20   issue with precipitation then.

21         An extra agent and increase in solubility will

22   actually help us prevent solubility.  However, this is going

23   to be a very narrow range, in light of complexation of

24   carboxylic acid and gatifloxacin.

25   Q.    Doctor, have you created a demonstrative slide to show

Myrdal - direct

1    us the narrow range?

2    A.    Yes.    Real briefly, I would just like to try to

3    illustrate that narrow range, going back to those U plots,

4    where the red one indicated the gatifloxacin, or any of the

5    fluoroquinolone solubility at room temperature, it would

6    have this blue line with a cold temperature.  If we added

7    EDTA and witnesses increase in solubility, there would be

8    some incremental increase in solubility.

9            So that shaded region that we have between the

10   blue line and the line that's all above it, the purple line,

11   represents the area in which we now have facilitated

12   solubility.  And those are going to be -- that's going to be

13   the region in which we can actually increase our solubility

14   and prevent some degree of precipitation.

15           However, as you can see throughout the pH ranges

16   below that blue line, and out to the left of it, all of

17   these regions to the left-hand side in the bottom, they are

18   always still going to be soluble.

19           We, of course, can visualize above the purple

20   line, I have too much solubility for those, those would also

21   never -- it would never prevent precipitation for those.

22   Q.    Doctor, in connection with this case, did you consider

23   the issue of noninfringement?

24   A.    Yes, I did.

25   Q.    As you know, there is two method claims that we are

Myrdal - direct

1    concerned about at the trial here.  Claim 6 and Claim 7.

2              Can you tell us your opinions as to the

3    noninfringement of Claims 6 and 7?

4    A.    Sure.  Let's look at 6 and 7.  The first thing, of

5    course, for infringement, you have to compare Apotex's

6    formulation to Claims 6 and 7.  We will also make the

7    assumption here, we will assume the preambles are

8    limitations.

9              For Claim 6 with, we have three components

10   incorporated disodium edetate and gatifloxacin.  Of course,

11   we do have those two things in the Apotex product.  The key

12   is a method for raising corneal permeability.

13             The question --

14             THE COURT:  Larisha, would you stop that noise.

15   BY MR. FEDER:

16   Q.    I was going to ask you to speak up, Doctor.  That was

17   even louder than I thought.

18             Going back to Claim 6, can you continue with

19   what you did for your analysis concerning noninfringement of

20   this claim?

21   A.    Sure.  In order to -- in order to compare the two, of

22   course, we have to consider they are with two different

23   products, Apotex's product, and there are two subtle

24   differences.

25             We have already heard some discussion about the

Myrdal - direct

1    differences in sodium chloride, numerically given here, as

2    well as different raw materials that are, for the Zymar

3    product as well as the different raw material for the Apotex

4    products, although they are in the same concentration.

5    Q.    Did you find that the -- is there a possibility or did

6    you find that the use of the -- use of different APIs could

7    be a reason for a difference between the Zymar product and

8    the Apotex product?

9    A.    Well, with respect to precipitation, I believe that

10   you do need to consider the different API that you get.

11          I will completely agree with Dr. Stella this

12   morning when the drug was in a solution, the sesquihydrate

13   or the hemihydrate, once it's all dissolved, it loses all

14   memory of where it came from and the drug is a drug in

15   solution.

16          However, in addition to those AIPs, there is

17   sometimes different empirical facts.  One manufacturer

18   versus another manufacturer can have different impurities

19   and those impurities can affect a precipitation by

20   nucleation factors.

21          So there can be some differences with respect to

22   empirical profiles of all drug substances.

23          If we go back and take a look at corneal

24   permeability --

25   Q.    Doctor, let me ask you a question.  What information

Myrdal - direct

1    would you need to determine whether incorporating disodium

2    edetate into Apotex's product increased the corneal

3    permeability?

4    A.    I think you need to, it requires a properly designed

5    experiment.  You have to actually compare Apotex's product

6    with an identical formulation without the EDTA.  There seems

7    to be a need for testing of some sort.  In my view it needs

8    to be statistically different and you need to look at

9    statistics and see if there is a statistically significant

10   difference between the two formulations.

11   Q.    Can we go to PTX-88, please.  The Allergan study.

12           Doctor, did I give you a binder of all the

13   documents?

14   A.    Yes, you did.

15   Q.    Can you go to PTX-88 in there.  In case you need to

16   look at it, there will also be the slides on the Powerpoint

17   presentation.  I want you to look at that PTX-088.

18           Did you consider the Allergan study when forming

19   your opinions in this case on noninfringement?

20   A.    Yes, I did look at, the first thing is, it does not

21   test Apotex's product.  It is a cell culture model with,

22   there are some questions with respect to the correlations in

23   vivo.  The study design is probably the key here.  It was

24   designed to compare amounts a of moxifloxacin with

25   gatifloxacin.  But it had had gatifloxacin in here, a

1    buffered solution, versus moxifloxacin, in Errol's Buffer

2    Solution, and there is a comparison of Zymar versus Vigamox.

3              So the study was not designed to determine

4    whether EDTA affected corneal permeability.

5    Q.    Doctor, in connection with this case, have you seen

6    any corneal permeability experiments using Apotex's

7    product -- I am sorry, I withdraw the question.

8              It looks like you had to continue on with the

9    Allergan study.  So please do.

10   A.    Real briefly on this, I think the key points have been

11   discussed earlier today about this.  There is a comparison,

12   one can do the comparison of this 0.3 percent gatifloxacin

13   in Errol's Buffer Solution with the Zymar product.  This is

14   really the comparison.

15             Just to really highlight the difference here, I

16   think it's quite significant that the fact that the

17   gatifloxacin was in Errol's Buffer Solution, considering

18   that we discussed that calcium can have an effect on corneal

19   permeability while Errol's Buffer Solution has calcium in it

20   as well as a number of different other cells, and if we look

21   at the Zymar product, this particular one does have benzol

22   alkylated chloride, which has been at this time still

23   debated, does, doesn't, that is debate whether or not it

24   does really affect corneal permeability.  But it could have

25   that effect.

Myrdal - direct

1        Really there is not a comparison between

2    Apotex's product with and without EDTA.

3    Q.    Have you seen any corneal permeability experiments

4    that uses Apotex product and tests with and without EDTA?

5    A.    Yes.  I have seen one study that was designed to

6    actually look at Apotex's product.

7    Q.    And what is that study?

8    A.    This is called, what is called the Nucro-technics

9    study.  Nucro-technics, I believe it was a company that

10   performed the testing.  They compared Apotex's product to an

11   identical formulation without EDTA.  The design was the left

12   eye of a rabbit was dosed three times a day for seven days

13   and then one more time on the eight day.

14        The right eye was dosed once only and that was

15   on the eighth day.

16        So at the eighth day, they sacrificed the animal

17   and looked at the concentrations in the aqueous humor of the

18   left and right eye.

19        So the left eye was the one that was

20   multi-dosed.  The right eye was the one that had a single

21   dose.

22        Now, the results of the study, which we will see

23   in a table in just one second, would show that numerically,

24   there was a higher permeability for the formulation,

25   actually, without EDTA.  However, this was not statistically

Myrdal - direct

1    different.

2            So if we go to the next slide, we can see a

3    summary.  This is the raw data slide, they had the animal

4    number and the actual individual results.

5            What is highlighted here, this is Table 7 of the

6    Nucro-technics study, JTX-033, gatifloxacin with EDTA, the

7    right eye, the left eye, and this is the average aqueous

8    humor concentration for the right eye.  This is the average

9    for the left eye.  More importantly, the gatifloxacin for

10   the Apotex product without EDTA.  This is the average for

11   the right eye and this is the average for the left eye.

12   Q.    Doctor, when you say this is the average for the right

13   eye and this is the average for the left eye, what row are

14   you reading?

15   A.    This actually is the mean and standard deviation of

16   Table 7.

17   Q.    Is that the bottom row of this table?

18   A.    That is the bottom.  And I will mention these on the

19   next table.

20           Here we have the summary of those findings in a

21   more simplified table, where we have Apotex's product, the

22   right eye, of .33.  The left eye, .57.  That's without

23   EDTA -- I am sorry, that is with EDTA.  The Apotex product

24   without is the second row.  The right eye is 0.54.  The left

25   eye is 0.66.

Myrdal - direct

1          The key here is to analyze the right eye data

2     and the left eye data.  If the comparison is made between

3     the right eye with EDTA and the left eye without EDTA -- I

4     am sorry.  The right eye without EDTA, there is no

5     significant difference between these values.  If anything,

6     you can see the Apotex product without EDTA actually had a

7     higher concentration when it didn't have EDTA in it.

8     Q.    Doctor, can you read those mean values into the record

9     so we can follow it from the transcript?  The mean values

10    you were just testifying about?

11    A.    For the Apotex product in the right eye, it's 0.33.

12    For the Apotex product, this is with EDTA for the left eye,

13    0.57.  The Apotex product without EDTA in the right eye is

14    0.54.  And the Apotex product without EDTA in the left eye

15    is 0.66.

16          So once again, we have looked at the right eye,

17    that there is no difference.  In fact, the Apotex product

18    without EDTA had a higher concentration, although there is

19    not a statistically significant difference so I would

20    consider this to be the same.  And in the left-hand eye it

21    is the same scenario.  The mean is slightly higher for the

22    EDTA.  However, they are not statistically difference.  So I

23    would consider these to be the same also.  So there is no

24    difference in the Apotex products with or without EDTA with

25    respect to corneal permeability.

Myrdal - direct

1    Q.    Now, Doctor, would you have reached a different

2    conclusion if the claim term disodium edetate in the claims

3    of the patent were construed not to have a statistical

4    significance -- I am sorry, if the Claims, Claim 6 of the

5    patent, the '045 patent, were construed not to have a

6    statistical significance?

7    A.    Well, if they didn't have a statistical significance,

8    then the Apotex product would actually have a higher valve

9    without EDTA than it would with EDTA.

10              MR. FEDER:  Your Honor, Apotex offers JTX-033

11   into evidence.

12              MR. KELLY:  Your Honor, we object.

13              THE COURT:  All right.  The exhibit is admitted,

14   is admitted with the objection noted.

15              MR. FEDER:  May I make a statement on the

16   record, your Honor?

17              THE COURT:  Yes, you may.

18              MR. FEDER:  JTX-033 was part of the ANDA

19   application filed by Apotex without EDTA.  The plaintiffs in

20   this case have taken multiple depositions concerning this

21   particular study.

22              MR. BAXTER:  Your Honor, if I might just note

23   for the record the ANDA is not part of this record.

24              MR. FEDER:  We're offering to move in JTX-033,

25   and Apotex is in the business of filing generic applications

Myrdal - direct

1    in the FDA, and this was a business record, part of the

2    Apotex ANDA.

3                   THE COURT:  All right.  The objection is noted.

4                   MR. FEDER:  Thank you, your Honor.

5    BY MR. FEDER:

6    Q.    So would you conclude your analysis, Professor?

7    A.    Based on the findings from the Apotex study and

8    there's no other data that says that the Apotex product with

9    the EDTA actually has a higher corneal permeability, does

10   not meet the -- does not infringe claim 6, then.

11                  If we move on to claim 7 and the infringement

12   analysis, once again, we have incorporated that sodium

13   edetate and aqueous liquid preparations, of course, are

14   checked in Apotex's product.  So now we look at method for

15   presenting precipitation of gatifloxacin.

16   Q.    And, Doctor, did you consider any evidence in

17   connection with your work in this case that goes to the

18   noninfringement of claim 7?

19   A.    Yes, I did.

20   Q.    Can you tell us what that is?

21   A.    One study has been presented to suggest that Apotex

22   product does infringe and this is the Cyanta study.  This

23   study did not directly test Apotex's product.  It was made

24   by Cyanta.

25                  Reviewing the records from that Cyanta study,

Myrdal - direct

1   some of their results are very questionable.  When you look

2   at pH 6 across the board for every formulation, reasonable

3   scientists that have been working in the lab would recognize

4   the fact that you cannot get pH 6 exactly for every single

5   formulation.  There's going to be a little bit of

6   variability about that, and it would be fine to note what it

7   is so you can go back and re-analyze the data.

8            One of the keys that we've shown, solubility is

9   dramatically dependent on pH, so any small change in pH is

10  going to have a very significant effect on solubility.

11           So that's an extremely important variable to

12  control, and, if not, then you need to know exactly what the

13  pH is.

14  Q.    And, Doctor, can you tell us what you are relying on

15  for your statement that the pH was not well controlled in

16  the Cyanta study, procedurally?

17  A.    Procedurally, with respect to methodology and how they

18  made it?

19  Q.    Yes, sir.

20  A.    Well, the pH adjusted earlier on and then cued up with

21  water.  They didn't take the pH after.  They should have

22  taken the pH after.  But in addition to not taking the pH

23  after, they just needed the real pH of that formulation when

24  they did the testing.

25  Q.    Thank you, Doctor.

Myrdal - direct

1    A.    In addition, reviewing some of the protocols and

2    looking at some of the evidence with respect to how they did

3    the analysis, there was a wide degree of methodology that

4    appeared used for analyzing the ampules and, in other words,

5    different time points could have been made -- well, they had

6    to be made, really, to analyze the ampules.  That's going to

7    affect the temperature.

8                 So how long it stayed out could actually

9    affect what the temperature was when they did the analysis.

10   If they still reduced the temperature, it would have a lower

11   solubility and precipitate.

12   Q.    Doctor, when you said the amount of time that it

13   stayed out, what did you mean by the amount of time that it

14   stayed out?

15   A.    Well, the amount of time it came out of the cycling

16   chamber to when they analyzed it.

17   Q.    What is the cycling chamber?

18   A.    The cycling chamber is just a chamber in which they

19   take it from a warm temperature to a freezing temperature

20   and warm it back up again and decrease it.

21   Q.    Thank you.

22   A.    And then there's some discussion on whether or not the

23   occurrence of different types of precipitates were actually

24   gatifloxacin or potentially some other impurity, such as

25   glass, or -- or something else.

Myrdal - direct

1    Q.    Thank you, Doctor.

2          Now, if you could turn to JTX-23 in your book,

3    this is a Senju study.  Did you consider the Senju

4    precipitation study we looked at earlier with regard to

5    noninfringement?

6    A.    Yes, I did.  And if you look at the study, and go back

7    to the chart I had made before, the Senju study has a data

8    point at 0.3 percent gatifloxacin at pH 6, and that's the

9    condition in which the Apotex product should be.  And based

10   on the testing from the Senju study, it suggests that no

11   precipitation at 0.3-percent gatifloxacin in pH 6 would be

12   observed.  At least they were not observed in this

13   particular study for Senju.

14   Q.    Now, Doctor, have you seen any experiments testing

15   Apotex product with regard to precipitation of gatifloxacin?

16   A.    Yes, I have.

17   Q.    And what did that testing show?

18   A.    Well, in those -- in that ANDA, there are two

19   different ANDAs, I believe.  PX---

20   Q.    Was it JTX-33?

21   A.    PTX-004.

22   Q.    Let me clarify this record.

23   A.    All right.

24   Q.    Okay.  So for the record, it's PTX-4 and PTX-20.

25   A.    Okay.

Myrdal - direct

1    Q.    And, Doctor, what conclusions have you reached by

2    looking at those documents?

3    A.    Well, these are cycling studies actually of the Apotex

4    product with EDTA.  This is a cycling study, I believe they

5    followed ICH guidelines in which they cycled the temperature

6    from room temperature, freeze it for a couple of days.  They

7    warm it back up to 40 degrees, cycle it back down.

8              It's a common cycling study utilized when you

9    are doing submission to the FDA through an ANDA.

10             So they did two different studies:  One with

11   EDTA, one without EDTA.  The one with EDTA showed no

12   precipitation after three cycles, and as well, the product

13   without EDTA that was contained in PTX-020 also did not show

14   precipitation after three cycles.

15   Q.    And did you reach any conclusions with respect to

16   reviewing of those tests?

17   A.    That the Apotex product with -- does not -- EDTA does

18   not prevent precipitation of the Apotex product upon

19   cycling.

20   Q.    And, therefore, could you draw the conclusion with

21   respect to Apotex's product in claim 7?

22   A.    And therefore it would not infringe claim 7.

23             MR. FEDER:  Your Honor, at this time I'd like to

24   move into evidence PTX-4 and PTX-20.

25             MR. KELLY:  We have no objection, your Honor.

398

Myrdal - direct

1          THE COURT:  All right.  Thank you.

2          MR. FEDER:  Also at this time, your Honor, I'd

3   like to move into evidence DTX-194, which is this PowerPoint

4   presentation.

5          MR. KELLY:  We maintain our objection, your

6   Honor.

7          THE COURT:  All right.  Thank you.

8          (PTX-4, PTX-20 and DTX-194 were received into

9   evidence.)

10          MR. FEDER:  Your Honor, Apotex passes the

11   witness.

12          THE COURT:  All right.  I think we'll take our

13   15-minute break before we start cross.

14          (Short recess taken.)

15                      CROSS-EXAMINATION

16   BY MR. KELLY:

17   Q.    Good afternoon, Dr. Mydral.

18   A.    Good afternoon.

19   Q.    In connection with the Cyanta tests, I believe you

20   said that precipitate might have been glass.  Did I hear

21   that correctly?

22   A.    I don't recall specifically.  All the studies I have a

23   big recollection that something was present and continually

24   present the whole way through, so it never went back in

25   solution.

Myrdal - cross

1    Q.    In all the cases?

2    A.    That was my recollection.  I would have to go back and

3    look.

4    Q.    Did you testify that what could have precipitated out

5    could have been glass?

6    A.    No, glass would not precipitate.  If I said that,

7    obviously, I was incorrect.

8    Q.    May I have the Elmo, please.

9              These are all structurally related quinolones.

10   Is that correct?

11   A.    That's correct.

12   Q.    Ciprofloxacin is going to have properties similar to

13   gatifloxacin?

14   A.    What kind of properties are you looking at?

15   Q.    Well, it's your slide.  Tell me.

16   A.    Ciprofloxacin with respect to a pH solubility profile

17   will have a very similar shape to its pH solubility profile.

18   Q.    Is ciprofloxacin closer to gatifloxacin than

19   ciprofloxacin is?

20   A.    What was the question?

21   Q.    Is opofloxacin more similar to gatifloxacin than the

22   ciprofloxacin?

23   A.    It depends on what you mean by more similar.

24   Q.    Well, how do the -- how would you expect the

25   properties of opofloxacin to compare with those of

1   gatifloxacin?

2   A.    Well, opofloxacin, first off, if I looked at the

3   PKa's, the carboxylic acid, I would expect them to be very

4   similar.  Then the mean PKa might have a small difference

5   because of the CH-3 being on the N-H versus the CH-2 there.

6           So with respect to PKa's, one would be very

7   similar.  The other might be shifted, say, perhaps, have

8   half a log unit.  So I know that those physical properties

9   would be the same.  Those dictate where the U shape occurs

10  in our pH solubility profile.

11          With respect to the rest of the solubility

12  properties, that would be dependent on the melting point and

13  the structure and how it interacts with water, if we are

14  talking about water as being our solvent.

15          The melting point does have an impact on

16  solubility.

17          If we look back at the, if we were to look at

18  the rows and my earlier reference, we would recognize that

19  10 of the fluoroquinolones that were listed had a relatively

20  narrow range of melting points.  So we could get an idea

21  what range it's going to be in.

22          Then with respect to -- if we wanted to really

23  be analytical, I will take a look exactly how close they

24  are, there is new contribution methods that were available,

25  using record values for reference, or other values, that

Myrdal - cross

1    would dictate how well they are in water.  That is going to

2    affect the curve up in solubility or down in solubility.

3    Q.    Let me bring you up PTX-187, please.  These are

4    ofloxacin, Norfloxacin, ciprofloxacin.  Correct?

5    A.    That's correct.

6    Q.    The solubility of ciprofloxacin is approximately

7    one-one-hundredth that of ofloxacin?

8    A.    That looks like it's probably close to that, yes.

9    Q.    Norfloxacin is about ten times more soluble?

10   A.    That's correct.

11   Q.    Isn't it true that ciprofloxacin tended to precipitate

12   out in the eye?

13   A.    Yes, it does, because it has lower solubility.

14   Q.    Bring the next slide up.

15          Now we have added to this curve the plot of

16   solubility as a function of pH as determined by Apotex and

17   put in their ANDA.  That is the gatifloxacin plot.  Does

18   that look the same?

19   A.    The first three points look similar to what you would

20   expect for a fluoroquinolone.  The two on the left at pH 4

21   and 5 are lower.  And we discussed before that sometimes

22   when you put these compounds, any ion compound in a buffered

23   solution, it could precipitate a salt.  So if we look at

24   those data points, what is interesting about it is that

25   actually gatifloxacin has extremely good solubility,

1    especially at pH 6 through 7.  It has well over 10.  It's

2    the most soluble of the components.

3    Q.    But its curve doesn't look the same as the others,

4    does it?  It crosses, doesn't it?

5    A.    For this particular data set that you are presenting

6    to me, it does.  However --

7    Q.    Thank you.

8              MR. ABRAMOWITZ:  Can the witness finish his

9    answer.

10             THE COURT:  To an extent the witness can explain

11   fully on cross.  But at some point that's up to redirect.

12   You have to be aware of that.

13   BY MR. KELLY:

14   Q.    Can you bring up PTX-194, please.  You talked about

15   the '465 patent teaching EDTA as a conventional excipient

16   with quinolones.  Correct?

17   A.    You said '465.  Do you mean '456?

18   Q.    '456, I am sorry.  I have a tendency to invert that.

19             In fact, this is really part of a laundry list

20   of possible ingredients, isn't it?

21   A.    In this particular listing for this patent, it's one

22   of several that are listed, correct.

23   Q.    It implies that they are all pretty similar, doesn't

24   it?

25   A.    What it implies --

Myrdal - cross

1    Q.    It's listed with sodium sulfosuccinate,

2    triethanolamine.  Correct?

3    A.    It doesn't say the purpose of those excipients.  It

4    just says they are conventional excipients.

5    Q.    So we can agree it doesn't say anything about ethylene

6    diamine tetraacetic acid, which is other EDTA, improving

7    corneal permeability?

8    A.    No, the '456 does not talk about corneal permeability.

9    Q.    And it doesn't talk about improving solubility,

10   either, does it?

11   A.    The '456 does not talk about it, no.

12   Q.    In fact, did you know that triethylamine, one of the

13   other excipients mentioned, was tried and rejected by Senju,

14   as reported in JTX-24?

15   A.    I am not familiar with the data you are referring to

16   right now.  What kind of excipient was it tried as?

17   Q.    Solubilizing agent.

18         Now, I ask Chris for the next one.

19         This is your table of PKa's.  Is that correct?

20   A.    That's correct.

21   Q.    I didn't stay awake in chemistry class.  They all do

22   look pretty similar, don't they?

23   A.    That's what I said.  Yes.

24   Q.    Would you put up the next slide, Chris.

25         This is another table from the same paper.  We

Myrdal - cross

1    have got solubility in the left-hand column at 25 degrees C,

2    don't we?

3                   THE COURT:  It would be helpful for purposes of

4    my reviewing the record for you to identify something.

5    BY MR. KELLY:

6    Q.    This is JTX-16, Page 11.

7                   THE COURT:  Thank you.

8    BY MR. KELLY:

9    Q.    Do you see that?

10   A.    Yes.

11   Q.    Actually, Chris, if you could go back to the previous

12   one so I can identify that.

13                  This is JTX-16, Page 7.  Correct?

14   A.    Yes.

15   Q.    With the PKa's.

16   A.    That's correct.

17   Q.    Now you can go to the next one, Chris.

18                  Now JTX-16, Page 11, gives the solubility at 25

19   degrees C, doesn't it?

20   A.    Yes, it does.

21   Q.    And we have a lot of quinolones on there.  Correct?

22   A.    That's correct.

23   Q.    And they run from a solubility of .28 up to a

24   solubility of 256.  Correct?

25   A.    That's correct.

Myrdal - cross

1   Q.    So PKa's tell you nothing about what the solubility is

2   going to look like.  Correct?

3   A.    This only has a solubility of three different pH's.

4   It has the pH at 5, 7 and 9.  As you can see, pH 5 is

5   consistently higher than 7, and that would be in accordance

6   with the PKa of approximately 6.  So I do know that there is

7   a change in solubility when I am looking at my data from 7

8   to 5.  So I do believe it actually tells me something

9   about --

10  Q.    But the pKas don't tell you anything about how that

11  material is going to behave in an aqueous system in terms of

12  concentration, solubility?

13  A.    If you are asking about absolute concentration, no, it

14  can't.

15  Q.    Thank you.

16  A.    This is on the intrinsic solubility.

17  Q.    Let's go to the next slide, Chris.

18        Here we have compared lomefloxacin with

19  temafloxacin.  Correct?

20  A.    Yes, there is arrows marking lomefloxacin and

21  temafloxacin.

22  Q.    That is again JTX-16, Page 11.  It is our Slide 4,

23  PTX-194-4.

24        Again, this is another example of almost a

25  hundredfold increase.  Correct?

Myrdal - cross

1   A.    That's correct.

2   Q.    Let's go to the next slide.  This is a slide you put

3   up, I am not going to read the brands names but

4   ciprofloxacin on the left, but it's PTX-194, Slide 5, and it

5   comes from DTX-159.  And we have got Norfloxacin on the

6   right.  Correct?

7   A.    That's correct.

8   Q.    And both of those contain, you said, disodium edetate.

9   Right?

10  A.    Yes, I did.

11  Q.    Let's put up the next one, Chris.

12          Now, Ocuflox, which is ofloxacin understand,

13  that's formulated without EDTA, isn't it?

14  A.    That's correct, it does not list EDTA in the

15  formulation.

16  Q.    So somebody formulating an arrow, a fluoroquinolone,

17  this would indicate EDTA is not really an important

18  constituent, wouldn't he?  You could use it or not use it?

19  A.    That would be depending on what results you got from

20  your stability tests, the rest of the reformulation tests.

21  It is clearly one of the excipients that you would use and

22  try in your routine experimentation.

23  Q.    As a chelating agent?

24  A.    That's the primary purpose for it.  But it has

25  multiple uses, as I discussed.

Myrdal - cross

1    Q.    We will see.

2              Let's take a look, and that slide, for the

3    record, is PTX-194-6.  Let's go to the next slide, 194-7.

4              This is your slide on the pharmaceutical

5    handbook.  Correct?

6    A.    That's correct.

7    Q.    And this is telling you about, this is all about

8    pharmaceutical excipients?

9    A.    The Handbook of Pharmaceutical Excipients, yes.

10   Q.    And if I am a formulator, I am going to have this on

11   my desk, aren't I?

12   A.    That would definitely be one of the books you would

13   have on your desk, yes.

14   Q.    When I look at this, it's talking about edetates

15   generally.  Correct?  It says the edetates.  I take it there

16   is a few?

17   A.    Yes.  There is a series.

18   Q.    And it talks about it as chelating agents.  It talks

19   about it as an antibacterial synergist.  Right?

20   A.    That's correct.

21   Q.    And as enhancing some preservatives.  We talk about

22   EDTAsas an enhancer, it is a preservative enhancer.  Is that

23   correct?

24   A.    It is a preservative enhancer, yes.

25   Q.    Could you bring up the next slide, Chris.

Myrdal - cross

1          But there is no suggestion, is there, of

2    enhancing corneal permeability or improving freeze/thaw, is

3    there?

4    A.    Not in The Handbook of Pharmaceutical Excipients, no.

5    Q.    That is PTX-194-8, Your Honor.

6          Nothing.

7          Would you bring up the next slide, Chris.

8          This is PTX-194-9.  Once again, we are in the

9    '465 patent.  It talks about common excipients.  Correct?

10   That's what your title is.  Is that correct?

11   A.    That's correct.

12   Q.    And it talks about using buffers such as a citrate

13   buffer.  Correct?

14   A.    That's correct.

15   Q.    Now, why would I use a citrate buffer with a

16   fluoroquinolone if according to Riley that's going to make

17   it less soluble?

18   A.    Which reference are you referring to?

19   Q.    Right up there.  It says, you can put buffers in to

20   adjust the pH, phosphate, color rate, citrate?

21   A.    If it is being less soluble, it would depend on the

22   concentration of the straight buffer.  I am assuming that

23   you are referring to a cell issue, that is the concentration

24   of the drug that is in solution and the counter ion.  So the

25   counter ion here is citric acid.  It depends on the ratio of

Myrdal - cross

1    those.  You may be able to reduce the amount of citric acid

2    and not have a solubility problem.  Obviously, if that

3    doesn't work for this particular formulation then you would

4    switch to another conventional buffer.

5    Q.    And they talk about chelating.  And he is suggesting

6    fluoroquinolone, which is similar to all the other

7    fluoroquinolones that could that could be used as a

8    chelating agent, sodium EDTA, sodium citrate, condensed

9    sodium phosphate.  Again, he can use any of those.  No

10   preference.  Correct?

11   A.    Correct.

12   Q.    Those are two more that he has listed, yes, as

13   chelating agents.

14   Q.    And can you bring up -- there is nothing in there,

15   though, that suggests improving corneal permeability or

16   improving freeze-thaw, is there?

17   A.    There's no suggestion, no, not in the '465.

18   Q.    Thank you.

19            MR.  KELLY:  Can I have PTX-194, Page 11,

20   please, Chris?

21   BY MR. KELLY:

22   Q.    This is the Grass reference; correct?

23   A.    That's correct.

24   Q.    Now, one of the things I noticed when I saw your

25   slide, it kind of ends right here (indicating).  There's

Myrdal - cross

1    some text after that, are isn't there, Doctor?

2    A.    Yes.  So, yes?

3              MR. KELLY:  Chris, can I have PTX-194, 12?

4    BY MR. KELLY:

5    Q.    He does not talk about using less than .5 when he

6    wants to do it in the formulation.  What he suggests is,

7    doesn't he, Doctor, that under conditions of sufficient

8    calcium chelation, either by high enough concentrations, or

9    one or more chelators, or frequent applications of short

10   intervals; correct?

11   A.    Higher concentrations says they're effective.  It does

12   not say what that concentration is.  It just says it has to

13   be high enough.

14   Q.    And the only specific concentration he gives is .5; is

15   that correct?

16   A.    That's one that they tested.  That's correct.

17   Q.    Thank you.

18             MR. KELLY:  Can we go to PTX-194, slide 13,

19   which is your slide showing JTX-015, Page 14.

20   BY MR. KELLY:

21   Q.    Now, this is what we call the Riley reference.  Am I

22   correct?

23   A.    That's correct.

24   Q.    Now, you talked about it being an excipient that was

25   being used; isn't that correct?

Myrdal - cross

1    A.    What's -- what --

2    Q.    When you reference the Riley reference and you

3    represent -- represent and reference the carboxylic acid,

4    you used the term excipient in your testimony; isn't that

5    correct?

6    A.    Yes, I did.

7            MR. KELLY:  Can I have the next slide, Chris?

8    PTX-194, 14.

9    BY MR. KELLY:

10   Q.    Isn't this talking about the solubility of basic

11   salts?

12   A.    Yes.  Once again, when you put a salt in solution,

13   it's very similar to the hydrator analysis.  When it goes in

14   solution, it dissociates from that salt.

15   Q.    But what was the salt?  Was it the salt of the

16   fluoroquinolone that he was using?

17   A.    He started out with the salt of the fluoroquinolone.

18   Q.    He did not start out with the salt of the

19   fluoroquinolone, per se?

20   A.    Per se, no.  The solid material was the salt, so when

21   it goes into solution, the counterion is going in solution.

22   The fluoroquinolone is in solution.

23            If I have a high enough concentration --

24            THE COURT:  You need to slow down for the Court

25   Reporter.  You're rattling these things off really quickly.

                              Myrdal - cross

1                  THE WITNESS:  Sorry.  Sorry.

2                  THE COURT:  I mean, you may do it again.  I just

3       need you to slow down.

4                  THE WITNESS:  I'm sorry.

5                  When you are looking at solubility studies, I

6       can start with a salt and adjust the pH, and if I get --

7       let's just say, for example, a theoretical solubility, we're

8       on that U-shaped curve.  I get a pH.  It's independent of

9       what salt they started with.  Could have started with a free

10      base.  Could have started with a different material and

11      adjusted it down and I get the same solubility, I just have

12      different ions floating.

13      BY MR. KELLY:

14      Q.   Isn't the objective of Riley to improve the ability to

15      dissolve the fluoroquinolone in the liquid medium, which

16      would you would want to have it as the salt form if the salt

17      helps?

18      A.   The salt doesn't always help the solubility.  He's

19      evaluating what the solubilities are.

20                  Commonly, we use salts for increasing

21      dissolution rate.  Once again, this can be independent of

22      the salt starting material can go away and be irrelevant.

23      Q.   Wasn't Riley's objective to improve the dissolution

24      rate?

25      A.   If his objective was to approve the dissolution

Myrdal - cross

1    rate, then he can evaluate different salts, if that's his

2    goal.

3    Q.    He does not talk about adding a carboxylic acid to a

4    pre-existing solution of gatifloxacin, does he?

5    A.    No.  They're both present at the same time because he

6    started with them in the crystal form.

7    Q.    Thank you.

8            MR. KELLY:  Now, can I go to PTX-194, slide 15,

9    which is JTX-15, Figure 6.

10   BY MR. KELLY:

11   Q.    And this is a curve from Riley.  Would I be correct to

12   understand --

13           MR. KELLY:  May I have a laser pointer?

14   BY MR. KELLY:

15   Q.    Now, would I be correct to understand, and I'm going

16   to use the whole curve.  I'm going to include the shaded

17   portions.  But all of these compounds here, these salts,

18   basically had no effect on the solubility of -- I forget --

19   was this enoxacin.

20   A.    I believe it was enoxacin.

21   Q.    Enoxacin; correct?  These, they all fall in pretty

22   much in the same --

23   A.    They are very close to the line.  To the extent

24   they're identical, since it's a log scale, it could actually

25   be higher than that.

Myrdal - cross

1              You can see some of the circles, 14, 23,

2    are a little bit higher, so they could be a little bit

3    higher.  But they are close to the line.

4    Q.   And these sort of -- they did not make the cut, these

5    ones over here (indicating)?

6    A.   They're not on the line, if that's what you are

7    asking.

8    Q.   Didn't they actually reduce the solubility of the

9    enoxacin?  Isn't the enoxacin solubility reduced?  It

10   actually reduced the solubility of enoxacin?

11   A.   At that given pH with those particular salts, they did

12   reduce relative to the theoretical curve because of that

13   particular salt that was present in it.  Those are all pH 3

14   and 2.

15   Q.   And your chemistry is probably a lot better than

16   mine.

17              Is citric acid a dicarboxylic acid?

18   A.   I believe it is.

19   Q.   So we've got a dicarboxylic acid sitting here.  Not

20   doing a whole lot?

21   A.   Not at that particular pH.

22   Q.   And not at that particular fluoroquinolone?

23   A.   No.

24              MR. KELLY:  Can you go to PTX-94, 16, Chris.

25   BY MR. KELLY:

Myrdal - cross

1    Q.    I'm going to ask you to ignore -- my circle went a

2    little far.  I got a little carried away on the drawing.

3                On the right, pretty much no effect where I've

4    circled and the same thing in the middle?

5    A.    Can you ask the question again, please?

6    Q.    In other words, I've circled going from right to

7    left some plots and pretty much they don't show a

8    significant difference from your theoretical curve; is that

9    correct?

10   A.    I would draw my circles different than you've drawn

11   your circles.

12   Q.    Well, what would you exclude?

13   A.    7, 12, 4, 8, I would all consider to be an increase in

14   solubility, and it has been a while since I completely

15   reviewed the reference, but I believe there may have been

16   a -- I can't remember if there's an experiment or reason why

17   5, 6, 10 and 16 were actually as high.

18                I just can't recall if those were actually

19   calling within a KSP or if it was because the maximum amount

20   they put in solution.  These are very high concentrations up

21   there and they may have stopped their testing.  I'm not sure

22   that's actually a reduction in solubility.  You may have the

23   details for that.  I also probably would not exclude 22.

24                Once again, we have to recall this is a log

25   scale plot.  Deviations from that line are quite

Myrdal - cross

1    significant.

2    Q.    Okay.  But two, again, is one we agree is not

3    performing well and that's a dicarboxylic acid?

4    A.    At pH three.

5    Q.    Well, isn't this the maximum solubility that they were

6    able to obtain?

7    A.    For that particular study design, that study design

8    starts with the -- if that's citric acid, the citric acid

9    salt and they push it to the maximum, they can get in.

10   Somebody skilled in the art would recognize the fact, if

11   they wanted to get higher value than that, that was -- the

12   maximum they could get, a pH 3.  I don't know what it would

13   look at pH 6, but they would reduce the counterion

14   concentration.  Just switch to another one.

15          But I definitely will acknowledge the fact that

16   that is a cell that's limiting solubility of pH 3 for that

17   compound.

18   Q.    So not all carboxylic acids, not even all

19   poly-carboxylic acids, function the same?

20   A.    Once again --

21   Q.    Salts?

22   A.    Once again, that's at pH 3.  If we restrict our

23   analysis to 4 through 8, it's a different story.

24   Q.    Yes, but there's nothing -- no indication a citric

25   acid -- in fact, if this is the maximum -- the pH with

Myrdal - cross

1   saturated solutions, they got their highest concentration of

2   a pH at about 3.  If you go up to pH 6 with that salt, it's

3   going to go down, isn't it?

4   A.   I don't know if that's necessarily the case.

5   Q.   So it's going to act abnormally?

6   A.   pH at what?

7   Q.   It says pH, saturated solution.

8   A.   And if they took that saturated solution and started

9   adding sodium hydroxide to it, you're asking, what would

10  happen?

11  Q.   Well, it does not fall on a theoretical curve.  Isn't

12  it going to drop in solubility?

13  A.   It may.  It depends on how you do the study, actually.

14  Q.   Okay.  So somebody has to do the study.

15          Let's turn to PTX-194, slide 17, which is your

16  DTX-19, Page 2.

17          And you said this is a formulation that Kyorin

18  developed; correct?

19  A.   That's correct.

20  Q.   Do you know what happened to this formulation?

21  A.   No, I do not know.

22  Q.   Do you know if this formulation was provided to Senju?

23  A.   I could not tell you whether it was or was not.

24          MR. KELLY:  Go to the next slide, please.

25  BY MR. KELLY:

Myrdal - cross

1    Q.    In fact, Kyorin dropped it.  Did they tell you that?

2    A.    I don't know if anybody told me that or not, but

3    that's a definite example of one of the same types of

4    formulations.  Why they discontinued development, I don't

5    know why.

6    Q.    So, obviously, Kyorin didn't notice any -- Kyorin

7    didn't recognize that they could improve corneal

8    permeability with freeze-thaw of EDTA; isn't that correct?

9    A.    I don't know what further testing they did with this

10   particular formulation.  I do know in the same report, they

11   followed up and tested actually another, I believe it was 11

12   formulations for antimicrobial effects, and of those

13   formations, I think it was five formulations still contained

14   EDTA in them.  So there were further formulations that they

15   did use in testing.

16   Q.    It didn't get to Senju, did it?

17   A.    I can't count whether or not it got to Senju.

18   Q.    They didn't tell you that.

19             The next slide, which would be PX-194, 19.

20             Now, this is what we talk about, the 1.2 and 1.5

21   times as much.

22             Do you recall that?

23   A.    Yes, I do.

24   Q.    And you criticized it by indicating that perhaps there

25   was some test that didn't back up those claims; is that

Myrdal - cross

1    correct?

2                MR. FEDER:  Objection to the extent that this

3    characterizes the evidence on direct.

4    BY MR. KELLY:

5    Q.    Dr. Myrdal, are you aware of any tests where

6    improvement in corneal permeability of 1.2 to 1.5 times as

7    much as those of the control sample were obtained by Senju?

8    A.    Can you repeat the question, please?

9    Q.    Are you aware of other tests where Senju obtained an

10   improvement in concentration in aqueous humor, gatifloxacin,

11   with the EDTA at a rate of about 1.2 to 1.5 times that of

12   the control?

13   A.    I know there's other data in which they did some

14   corneal permeability of higher numbers, but I don't recall

15   any statistically significant different results between that

16   range.

17               MR. KELLY:  Next slide, Chris.  PTX-194, 20.

18   BY MR. KELLY:

19   Q.    Didn't JTX-30, didn't they report that they obtained a

20   1.27 to 1.4 times improvement in corneal permeability?

21   A.    I'd have to look at that.

22   Q.    Be my guest.

23   A.    Do I have it?

24   Q.    It should be in your notebook that was handed up by

25   counsel.

                          Myrdal - cross

1                  (Pause.)

2    BY MR. KELLY:

3    Q.    If not, I will hand it to you.

4              MR. KELLY:  Can I have JTX-30 and 31, please.

5    I'm sorry.

6              MR. FEDER:  Your Honor, just to protect the

7    record, I will just object for outside the scope of direct,

8    but I have no problem other than that.

9              MR. KELLY:  Let me hand you JTX-30.  I need the

10   one with the English translation.

11   BY MR. KELLY:

12   Q.    I'm going to hand you JTX 31 and the translation.

13   A.    This is 31?

14   Q.    Yes.  And I think you want to turn to the table I will

15   hand you an English version of JTX-30, unless you want to

16   read the Japanese.

17   A.    Prefer not to.

18   Q.    Let's start with JTX-31.  Do you see that they

19   report --

20             MR. FEDER:  Your Honor, I will just object to

21   JTX-31 as well.  Outside the scope of direct.  That's the

22   only objection.

23             THE COURT:  All right.  I understand your

24   objection.  It seems to me to respond to the observations on

25   the direct, though, so your objection is overruled.

Myrdal - cross

1              MR. FEDER:  Yes, your Honor.

2              MR. KELLY:  Your Honor, this goes to their

3    allegations of materiality.

4              THE COURT:  Right.  I think I just --

5    BY MR. KELLY:

6    Q.    So doesn't JTX-31 report -- I may have understated

7    it -- increases of from 1.17 to 1.29 times on Table 2?

8              MR. FEDER:  Shouldn't it be 1.27 times?

9              (Pause while counsel conferred.)

10             MR. KELLY:  We want the next one down, Chris.

11   BY MR. KELLY:

12   Q.    Is the report there?

13   A.    You're asking about Table 2?

14   Q.    Yes.

15   A.    There -- I see 1.33 and 1.03.  Those are areas under

16   the curves for zero to two hours.  Is that what I'm looking

17   at?

18   Q.    Well, see EDTA to current ratio, and they report for

19   CMAX 1.17.  And they report for the area under the curve,

20   1.29.

21   A.    Yes.  That's for this data set.  This is not what was

22   presented in the patent.  The patent just had a one hour

23   time point.  That's why I limited it to the one hour time

24   point.

25             I don't know if those are statistically

Myrdal - cross

1    significant.  If they're statistically significant --

2    Q.    Do you see anything about statistical significance

3    mentioned in the patent?

4    A.    Reasonable scientists, I think if we're going to claim

5    it's higher, it should be reproducible.

6    Q.    Where is statistic significance mentioned in JTX-1?

7    A.    I don't believe there's statistical analysis mentioned

8    in JTX-1.

9    Q.    They do give standard deviation, though; right?

10   A.    They do give standard deviation.  So this is a

11   different type of analysis.  This is area under the curve,

12   looking at different time points, to get these values,

13   so I would apply my same reasonable standards to this data

14   also.

15                    Numerically, the way they've been

16   calculated, I will trust that they are correct.  I would

17   still have the same analysis.  I would like to do the

18   statistical analysis, especially in the area under the curve

19   that doesn't have any standard deviations to it.  So it's

20   hard to assess whether or not it's actually a real

21   phenomenon.

22   Q.    Did you see any Senju data where they didn't see

23   higher permeability when EDTA was present?

24   A.    Saw half an hour time point on the slide that I put

25   up.

Myrdal - cross

1    Q.    Oh, so if I have the wrong -- so there can be some

2    variation, can't there, in whether the max is at a

3    half-hour, one hour, or two hours?

4    A.    The data I'm referring to just had a difference.  Did

5    you ask CMAX?  I was thinking time point.

6    Q.    The fact that the maximum transmission, maximum

7    penetration may occur a half-hour, or one hour, or

8    two hours, does that change the fact that the EDTA helped

9    improve permeability in that test?

10   A.    If the data showed statistically that it was

11   different, then it would show it, but I have not seen any

12   data that shows that it's statistically different.

13   Q.    Well, let's go look at JTX-30, and it's Table 2 on

14   page SEN14821.

15               And don't those show improvement of 1.27 to 1.4

16   times, as calculated by Senju?

17               MR. KELLY:  Can you bring that table up, Chris?

18   It's PTX-- JTX, excuse me, 30, at 14821.

19   BY MR. KELLY:

20   Q.    And, again, those are the improvements reported; is

21   that correct?

22   A.    Once again, Table 2 is based -- looking at two

23   different variables.  CMAX.  If you look at that 1.27, that

24   has a formulation EDTA is 4.19, plus or minus 1.93.  Those

25   are standard deviations.  And the current formulation, which

Myrdal - cross

1    I assume has no EDTA, 3.31, plus or minus 5.1.

2                        Once again with a variability, in order to

3    determine whether or not that was statistically different,

4    you'd have to run a physical analysis on that.  The same

5    thing, the area under the curve.  There are two different

6    area under-the-curve analysis.  One is zero through two

7    hours.  One is zero through four hours.  And they get

8    different results.

9                        Again.  I'm not sure what you mean.

10   Q.   But, again, you see an improvement with EDTA over no

11   EDTA; correct?

12   A.   I think what you are referring to is that the

13   numerical value is higher and can't dispute that.

14   Q.   Thank you.

15   A.   But I can say that we would look at statistics to see

16   whether it was significant or not.  And this is not the

17   analysis that was done in the patent.

18   Q.   Well, it's consistent with what the patent reports,

19   isn't it?  Improvement with EDTA; is that correct?

20   A.   It depends on which data I guess you're looking at.

21   Q.   Well, doesn't this data show improvement with EDTA?

22   A.   This one shows a numerically higher.

23   Q.   Let me use the term numerically higher.  Didn't

24   JTX-30, JTX-31, like the patent, report numerically higher

25   values for the gatifloxacin penetration for the EDTA

Myrdal - cross

1   formulation as opposed to that without EDTA?

2   A.    They may state numerically higher numbers, but still

3   reasonable scientists would look to see whether or not they

4   are basically significant.

5   Q.    Can we agree the numbers are numerically higher with

6   EDTA?

7   A.    If you presented me with data, for example, Table 2, I

8   cannot dispute that 4.19 --

9              MR. KELLY:  Let's show him the curve below.

10  BY MR. KELLY:

11  Q.    EDTA curve, until we get to four hours, is higher than

12  the non-EDTA curve; isn't that correct?

13  A.    I looked at the one hour time point and that's the

14  time point that was stated in the patent.  Again, if I

15  looked at those two values, very similar again.  I'm not

16  sure what data I'm supposed to be analyzing.

17  Q.    Aren't we trying to show a difference between EDTA, if

18  I am trying to show a difference between EDTA and non-EDTA,

19  why do I pick a specific time point?  Aren't I interested in

20  how much drug gets into the aqueous humor?

21  A.    Absolutely.

22  Q.    Thank you.  Let's move on.

23             Chris, can you put up PTX-194, Slide 91?

24             This is your slide.  You picked the one-hour

25  time point.  Correct?

Myrdal - cross

1    A.    Because that's the direct comparator to the one that

2    was in the patent, correct.

3    Q.    You were trying to say that this should have been

4    given to the examiner because it contradicted the results in

5    the patent.  Isn't that correct?

6    A.    I am saying it is contrary to what was given in the

7    patent.  So it seems like it would be relevant information.

8    Q.    Chris, can we have the next slide, PTX-194-22.

9          Now, two hours, we have a different story, don't

10   we?

11   A.    It depends on what your story is.

12   Q.    Well, my measurement of gatifloxacin was .887, in

13   Formula B without EDTA.  In Formula C with EDTA, it was

14   1.902?

15   A.    That's correct.  And in half-hour it's 0.865 for the

16   one without EDTA, and .735, which is lower for the one with

17   EDTA.

18         But really the bottom line is, I think most

19   important, neither one of them are significantly different

20   than the other when you look at it from the statistical

21   standpoint.

22   Q.    Numeric values are higher.  Correct?

23   A.    Yes.

24   Q.    And the only difference is, in one experiment we have

25   one hour and the other one the max was at two hours.

Myrdal - cross

1    Correct?

2    A.    Right.  And the reference point for the '045 patent

3    was the one hour.  That's why I looked at the one hour here.

4    If we looked at the half-hour, we look at different times

5    points, it's higher without EDTA.  And at the four-hour time

6    point, we can look and I think we could probably agree that

7    is probably pretty close to being the same number, also.

8    Q.    Let's go to PTX-194, Slide 23, where we take this data

9    and put it all together and look at the area under the

10   curve.  Can we agree that the area under the curve

11   represents the totality of the gatifloxacin that was

12   measured in the aqueous humor?

13   A.    That's correct.  That would be a summation of the

14   exposure in the aqueous humor.

15   Q.    E-4 had a higher concentration of gatifloxacin than

16   F-1.  Didn't it?

17   A.    The area under the curve is larger, yes.  There is no

18   standard deviation to make an assessment or statistical

19   analysis.

20   Q.    So this data doesn't contradict the data in the

21   patent, the corneal permeability as measured numerically was

22   with increased with EDTA?

23   A.    If you put statistics to the side and don't consider

24   that, then the numbers would be higher, yes.

25   Q.    Thank you.  For the record, that is PTX-194, Slide 23.

Myrdal - cross

1          MR. ABRAMOWITZ:  Let the record reflect, that's

2    Table 10.

3          MR. KELLY:  That's correct, Table 10 from

4    JTX-0024.

5          MR. ABRAMOWITZ:  Not Table 9, which was

6    testified to on direct.

7          MR. KELLY:  He also testified as to Table 10.

8          MR. ABRAMOWITZ:  I don't think that's correct,

9    Your Honor.

10          MR. KELLY:  The record will show what it is.

11    BY MR. KELLY:

12    Q.   Can we have PTX-194, Slide 24.

13          Now, I think you made a point, in Table 7, which

14    is what is reported in the patent, I want to make sure we

15    don't get lost here .

16    A.   Table 7, that's correct, yes.

17    Q.   So in the patent the ratio of the EDTA formulation,

18    the amount measured to the control was 1.48.  And in Table

19    9, the one-hour measurement gave you 1.06.  Correct?

20    A.   That's correct.

21    Q.   Now, Chris, can you turn to PTX-194, Slide 25.

22          Now, if I put in the two-hour number, which is

23    the bottom entry for Table 9, the ratio is 1.36, isn't it?

24    A.   I will have to take your word for it, without doing

25    the math and looking at the table.  I wouldn't dispute you.

Myrdal - cross

1   I am sure it is, if that's what you say it is.

2   Q.    We can agree it is higher than the one-hour one?

3   A.    1.26 is were larger than 1.06?

4   Q.    I was looking at 1.489 of one hour versus 1.902 at two

5   hours?

6   A.    Okay.

7   Q.    And the 1.902 is very similar -- so the data here is

8   not inconsistent with what was given to the Patent Office,

9   was it?  The EDTA was shown in this test numerically to

10  improve the gatifloxacin concentration, was it?

11  A.    Could you show me the Table 9 again, please?  There is

12  actually some differences in the formulations between the

13  other formulations in Table 9, if I recall correctly.  I

14  think there is a difference in salt content or something.

15  Q.    I will be happy to do that.  That's JTX-24, which I

16  believe is in your book.

17          We will have Chris bring it up.  At SEN23741.

18  It's F-1 against E-4 again.  Correct?

19  A.    Okay.

20  Q.    So all I am saying is that that data does not

21  contradict what was given to the examiner, that EDTA did

22  increase the amount of gatifloxacin which was measured in

23  the aqueous humor.  Correct?

24  A.    The number, I am not sure a hundred percent what we

25  are talking about right now.  Is there a particular --

Myrdal - cross

1    Q.    Well, you indicated that the examiner would have

2    considered the data in Table 9 to be, at one hour to be

3    important because apparently in your view that was

4    inconsistent with the data in Table 7.  Correct?

5    A.    Yes.

6              MR. ABRAMOWITZ:  Objection to the extent it

7    mischaracterizes.

8              THE COURT:  The witness is an expert.  He can

9    correct the characterization.

10             MR. ABRAMOWITZ:  Thank you, Your Honor.

11             THE WITNESS:  When I am comparing the data that

12   was presented in Table in the '045 patent, for one hour,

13   this particular identical formulation that was carried out

14   at one hour did have a different number.

15   BY MR. KELLY:

16   Q.    At the end of the test, the amount of gatifloxacin

17   that got to the aqueous humor was influenced by the EDTA,

18   correct, as measured numerically?

19   A.    If you measure it numerically and you avoid any

20   statistical analysis on whether it was statistically

21   significant, the amount is higher.

22   Q.    So we didn't tell the examiner in Table 2 that we got

23   more gatifloxacin with EDTA and hide from any data where the

24   EDTA plus gatifloxacin didn't increase the corneal

25   permeability as measured numerically.  Is that correct?

Myrdal - cross

1   A.    Once again, it depends on what time points -- I guess

2   there is a lot of data that you are giving me.  It depends

3   on which you are going to present to that person.  If that

4   individual has, I am assuming the patent examiner here, if

5   you happen to just choose randomly 0.5 hours in this table,

6   it would be a little different.  But there is far more data,

7   other data, that have higher numeric values.  But once

8   again, the question is whether or not they are statistically

9   significant.

10  Q.    Well, let's put up JTX-1 to see exactly what we told

11  the examiner.

12          I would like you, Chris, to put up Table 2 and

13  the paragraph immediately preceding.

14          Wasn't the conclusion drawn not about what

15  happened at one hour, but about the fact that the

16  concentration of gatifloxacin was improved with EDTA?  Isn't

17  that the conclusion we told the Patent Office?

18  A.    That's the conclusion that was told to the Patent

19  Office.  And one once again, if you just use that one piece

20  of data and got the actual number of eyes that were used for

21  each of those mean data points, and looked at it from a

22  statistical analysis, that would be statistically different.

23  Q.    What we told the examiner was that data showed higher

24  gatifloxacin concentration, didn't we?

25  A.    That's what was stated in the patent, yes.

Myrdal - cross

1    Q.    And the tests in Table 9, as reported in Table 9 and

2    Table 10 showed an increase in gatifloxacin in the aqueous

3    humor with EDTA, also.  Isn't that correct?

4    A.    Higher, but I don't think they are statistically

5    significant, either.

6    Q.    We are talking about numerical values.

7    A.    If you are talking about numerical values, then they

8    were higher.

9    Q.    May I ask, Chris --

10   A.    I understand there was that one time point.  I am not

11   sure it's the same table we were talking about.  Table 9.

12   Q.    Let's go to PTX-194, Slide 26.  You can take the

13   patent off.  This is your slide on undisclosed data.

14   Correct?

15   A.    That's correct.

16   Q.    You noted that pH on Formulation 10 was 6.5?

17   A.    That's correct.

18   Q.    Is it surprising that as the pH goes to its neutral,

19   that the solubility of gatifloxacin would tend to drop down?

20   A.    I don't think so.

21   Q.    You don't think so?

22   A.    No.

23   Q.    Would you expect the solubility of gatifloxacin to

24   decrease as the pH approaches 7?

25   A.    That's what I would expect, yes.

Myrdal - cross

1    Q.    And so when we look at Formulation 10, it's not

2    surprising that that formulation doesn't perform as well as

3    a formulation at a pH of 6, is it?

4    A.    That's right, because there is a significant pH effect

5    on it.

6    Q.    And people skilled in the art knew about this pH

7    effect, didn't they?

8    A.    That's one of the reasons I did a tutorial, because,

9    yes, I believe they would recognize it would have this pH

10   effect.

11   Q.    Now, can we agree -- maybe -- that there is more EDTA

12   in Sample E-1 than sample E-3?

13   A.    There is more EDTA in E-1 than there is in E-3,

14   correct.

15   Q.    And when we drop to the chart below, E-1 went a

16   greater number of freezing and thawing cycles than did E-3,

17   didn't it?

18   A.    And the data that they present here, apparently E-1

19   went one more cycle than the other one.  I don't think that

20   is significant.  They are both still precipitated.  That's

21   how they classified it in the patent.  That once they

22   precipitate, two or three, it didn't matter.  They called it

23   failure.

24   Q.    The Court will decide that.

25             Chris, can I have the Elmo again.

Myrdal - cross

1           This is one of the slides regarding undisclosed

2      data.  Correct?

3      A.    That's correct.

4      Q.    What we are seeing here are a series of experiments,

5      aren't we?  A series of formulations where what they are

6      doing is testing solubility as a function of both

7      concentration and pH, isn't it?

8      A.    I believe this was a series of studies done to test

9      precipitation.

10     Q.    That's correct.  At different concentrations and

11     different pH's?

12     A.    That's correct.

13     Q.    Now, Chris, can I have PTX-194, Slide 28?

14           This is a summary of the results that you get in

15     the freeze/thaw.  Correct.

16     A.    That's a summary of the table for JTX-023, correct.

17     Q.    What that shows is if I have a high concentration of

18     gatifloxacin, as the pH goes from 5 to 7, its ability to

19     survive freeze/thaw cycles decreases.  Correct?

20     A.    When you go from pH 7 to 5 --

21     Q.    I was going the other way.

22     A.    Yes.

23     Q.    At pH 5, we can all agree, it passed 10.  Correct?

24     A.    That's correct.

25     Q.    And at pH 6, it went a couple of cycles?

Myrdal - cross

1    A.    Two or three, correct.

2    Q.    And at pH 6.5, it didn't do quite as well, and at pH 7

3    it didn't do it at all, did it?

4    A.    That's correct.

5    Q.    When I drop down to the G11 to 17, what I have done

6    now is repeating that test at a lower concentration?

7    A.    That's correct.

8    Q.    And that simply shows that the lower concentration, at

9    a pH 7, survives at least one freeze/thaw cycle, more than

10   the higher concentration?

11   A.    It has numerically one more.  I am not sure if you get

12   exactly the same thing.  But they both precipitated, yes,

13   two or --

14   Q.    But if I look to G22 to G25 on this slide, I am going

15   to see that at a pH of 6.5, I survived ten cycles.  Correct?

16   A.    That's correct.

17   Q.    And that's more than I did at .3 or .5?

18   A.    That's correct.

19   Q.    And so this is a table that is showing a pH and

20   concentration dependency, isn't it?

21   A.    Which would be related to solubility, yes.

22   Q.    Thank you.  If you could bring up PTX-194, Slide 29.

23             Didn't the patentee advise people that there was

24   a pH dependency on solubility?

25   A.    They disclosed that there is a pH solubility effect,

Myrdal - cross

1   yes.

2   Q.    So they didn't hide that effect from anyone?

3   A.    In isolation?

4   Q.    They disclosed right here, this is from JTX -- Column

5   2, Lines 5 to 14, that the solubility depends on pH.

6   Correct?

7   A.    That's correct.

8   Q.    We didn't hide that.  And we also didn't hide the fact

9   that at the physiological pH the solubility is low, didn't

10  we?

11  A.    No, they don't give a concentration, but they say low.

12  Q.    Now, so there is no -- that is consistent with the

13  data that we saw -- on PTX-194, if you go there, Slide 28.

14  Correct?  That teaching?

15  A.    That there is going to be a pH-solubility dependency?

16  Q.    Yes.

17  A.    Yes.  That's basic here.  Correct.

18  Q.    Thank you.

19             Can I ask you, Chris, to go to PTX-194, Slide

20  30.

21             This is one of the documents you relied upon to

22  say that the tested material was different than the Apotex

23  material.  Correct?

24  A.    It's hardly any difference, based on this list, yes.

25  Q.    Can we go to PTX-194, Slide 31.

Myrdal - cross

1          This is a table from Apotex PTX-139 at 210743.

2          You see here, instead of just saying present, we

3    have some amounts, don't we, for hydrochloric acid and

4    hydroxide.  Correct?

5    A.    That's correct, yes.

6    Q.    If you do a little math, at least when I went to

7    chemistry which is a long time ago, hydrochloric acid and

8    sodium hydroxide make sodium chloride, don't they?

9    A.    You are going to produce, yes.

10   Q.    And you were here to hear -- you heard Dr. Stella

11   testify about what that would do to the total amount of

12   sodium chloride in the composition, didn't you?

13   A.    I believe I heard, yes, his analysis.

14   Q.    Do you agree with him that if the osmolality is

15   identical, that the amount of the tonicity agent in there

16   must be the same, if they're the same tonicity agent?

17   A.    I agree with him, that if the osmolality is the same,

18   then you have the same number of species of something in

19   there.  Likely, it is sodium chloride, because that's what

20   they added.

21              You can add different -- I haven't looked

22   at everything exactly, but you can get to the same

23   osmolality with different species, too.

24   Q.    If I wanted to use sodium chloride, and that's my only

25   tonicity agent here; correct?  That's the only agent that's

Myrdal - cross

1    going to affect osmolality?

2    A.    After you put it in there, yes.

3    Q.    And so if I've got two solutions with the same

4    components with the same osmolality, that means I've got the

5    same sodium chloride in both solutions; correct?

6    A.    I think it's fair to say they're pretty much the same,

7    yes.

8    Q.    Thank you.

9              MR. KELLY:  Can I ask you, Chris, to put up

10    PX-194, slide 32.

11    BY MR. KELLY:

12    Q.    This is your slide about good laboratory practices not

13    being followed.

14              Were you here when Mr. Gemoules testified as to

15    how the Cyanta tests, which were recorded in PTX-163, I

16    believe, were performed?

17    A.    I, unfortunately, was not here when he testified.

18    Q.    What did he do wrong about pH?

19    A.    The main thing that I see is a major variable net

20    study.  We just got done addressing the significant effects

21    of pH on solubility.  We highlighted that.  We both agreed

22    that we knew it was going to have an effect.

23              So in the study, pH control is of the

24    utmost importance.  As a matter of fact, if you happen to go

25    from pH 6 to pH 5.7, for example, it's exponential.  If I go

Myrdal - cross

1    down .3 of the log units in pH, I will actually double my

2    solubility.  So if I just -- just a .1 change in pH, going

3    to have a significant effect on solubility.

4              Now, I'm also going to agree, it is very

5    difficult to control, especially in the system that did not

6    have much of a buffer.  It's actually hard to control that

7    pH.

8              So by just looking at how they cued up, pH

9    adjusted.  They took it up to volume.  Did other adjustments

10   to it.  There was no final pH recorded, and that pH is going

11   to be very important in the final reports to whether or not

12   something precipitates out due to solubility reasons.

13   Q.   Well, would it be appropriate to conduct the test by

14   preparing the formulation the same way that Apotex prepares

15   its formulation?

16   A.   Would it be appropriate?

17   Q.   Yes.

18   A.   It seems like that would be an appropriate thing to

19   do.

20             MR. KELLY:  Can I ask you to put up, Chris,

21   PX-194, slide 33.

22   BY MR. KELLY:

23   Q.   These are excerpts from the Apotex ANDA, PTX-139, and

24   it shows how Apotex makes its product.

25             Have you seen this before?

Myrdal - cross

1   A.      I have not.

2   Q.      And so when you criticized Mr. Gemoules' test

3   procedure, you didn't know how Apotex was making its

4   material, did you?

5   A.      No, I didn't.

6   Q.      And isn't the procedure he used the same?  You first

7   checked for pH.  You adjusted to your target.

8   A.      Right.

9   Q.      Then you bring the BAK size up with water and you

10  don't measure pH again, do you?

11  A.      They may not do that in the manufacturing setting, but

12  this study was designed to be a control study to look

13  specifically at one effect.

14              You get -- we mentioned before, all

15  products have some variability, whether it's the amount of

16  sodium chloride that's in the solution.  And the pH as you

17  can see up here, check to make sure the pH is 5.9 to 6.1.

18  Right there, it's already addressing the fact there could be

19  some variability with respect to the pH right up front.

20  Q.      He followed this procedure, didn't he?

21  A.      I trust that this stepwise progression -- I don't

22  recall the details, but, once again, I think that really

23  highlights the fact that there could be up to, right up

24  front an acknowledged .2 units difference in solubility.

25              Once again, the point is, that's going to affect

Myrdal - cross

1    solubility and that can affect precipitation.

2    Q.    At that point, he gave you the pH he needed.  At that

3    point, he said it was pH 6; is that right?

4    A.    I don't recall all the testimony.  I recall that they

5    could not confirm the uncertainty surrounding the pH value

6    that they had.

7    Q.    pH value after they added the water to bring it up to

8    volume.  He knew the pH before he added the water, just like

9    Apotex knows the pH just before it adds the water; isn't

10   that correct?

11   A.    They should know the pH, yes.

12   Q.    All right.  Thank you.

13           MR. KELLY:  Chris, can we go to PX-194, slide

14   34.

15   BY MR. KELLY:

16   Q.    Now, this is where you talk about stability cycling,

17   PTX-20.

18   A.    That's correct.

19   Q.    Hopefully, you've got PTX-20 in your book.

20   A.    Is that the one you gave me?

21   Q.    It should be in one of the ones that came originally.

22   A.    All right.

23   Q.    And you can look at it.

24           MR. KELLY:  Chris, can you bring up the next

25   slide, PTX-194-35.  Just the next slide, please.  No.  It's

Myrdal - cross

1    PTX-194, slide 35, not -- excuse me.

2              (Pause.)

3    BY MR. KELLY:

4    Q.    Can you look at PTX-20?

5    A.    PTX-20?  Sure.

6    Q.    And the Apotex test, isn't it true they're frozen

7    minus ten to minus 20 degrees Centigrade?

8    A.    That's correct.

9    Q.    And then they are held at 40 degrees Centigrade for

10   two days?

11   A.    That's correct.

12   Q.    And 40 degrees Centigrade is about what in Fahrenheit,

13   so you understand?  A hundred?

14   A.    A hundred, yeah.

15   Q.    Not ambient temperature in a room?

16   A.    No.

17   Q.    This room.

18              And what's the effect of temperature on

19   solubility?

20   A.    As I mentioned, you increase temperature, I object

21   crease solubility.  Decrease temperature, decrease

22   solubility.

23   Q.    So they didn't perform the test the same way as was

24   set forth in the patent; isn't that right?

25   A.    It is a different protocol.  However, it's the only

Myrdal - cross

1    test I saw actually specifically looking at the Apotex

2    product, so that's why I looked at it.

3    Q.    Now, you testified with respect to Nucro-Technics

4    testing, didn't you?

5    A.    Yes, I did.

6    Q.    Was that a blinded test?

7    A.    Blinded test with respect to?

8    Q.    Was that the test report, or they're blinded or

9    masked?  I should let you use masked and not blinded when

10   we're referring to ophthalmic solutions.

11   A.    Are you talking about the analysts or were you talking

12   about the people doing the jobs?

13   Q.    There's a report that you looked at and it's your

14   Exhibit JTX-33.  JTX-33.

15   A.    Okay.

16   Q.    Were the tests on corneal permeability in that report

17   masked?

18   A.    Once again, I'm not sure exactly what you are

19   referring to.  It has been awhile since I looked at this

20   study, so I honestly don't recall.

21   Q.    Who prepared the samples that were tested?

22   A.    I don't know.

23   Q.    Who analyzed the aqueous humor?

24   A.    The person or the company?  I don't really --

25   Q.    I will take, you don't know.

Myrdal - cross

1          Would it make a difference if you knew that the

2    test was performed with a specific intent of showing no

3    difference in results?

4          MR. FEDER:  I'm going to object to the extent it

5    assumes facts not in evidence.

6          THE COURT:  If this is a hypothetical and he's

7    an expert, he can answer.  I mean, I don't know whether this

8    is a hypothetical, or what it is.

9          MR. FEDER:  Thank you, your Honor.

10          THE WITNESS:  As far as I recall, the study was

11   just designed to compare with EDT and without EDTA, not

12   necessarily specifically one way or the other, just what are

13   the results.

14   BY MR. KELLY:

15   Q.    I'm going to ask you to look at PTX-85, please.

16   A.    85?

17   Q.    PTX-85.  That's the one exhibit in that book I handed

18   up, the thin one.  I like to use thin books.

19          And this is an e-mail from Anthony Qu.

20          MR. FEDER:  I will object on hearsay grounds,

21   your Honor.

22          THE COURT:  The objection is noted.

23          MR. KELLY:  Your Honor, it's going to be

24   authenticated in some of the deposition transcripts that we

25   submitted.

Myrdal - cross

1    BY MR. KELLY:

2    Q.    And look about, just under halfway down that e-mail,

3    it says, we will require to perform a comparison study by

4    using animal model (rabbits) to show equivalency in order to

5    avoid a clinical study.

6              Isn't that correct?

7    A.    I'm looking for what the equivalency is of.  What are

8    they comparing it to?

9    Q.    Develop a formulation without EDTA.  Replace EDTA with

10   sodium citrate.  That's what it's referring to, isn't it?

11   And aren't those exactly -- and wasn't sodium citrate one of

12   the excipients tested by Nucro-Technics in that test?

13   That's at JTX-33.

14   A.    In the formulation?

15   Q.    Yes.  Weren't there three formulations tested at

16   Nucro-Technics?

17   A.    I believe so.

18   Q.    One of them was sodium citrate.

19   A.    Okay.

20   Q.    And so here is their intent.

21   A.    I'm reading this in order for them to be able to use

22   an EDTA formulation, formulation of EDTA, they would have to

23   be comparable.  Not that that is the goal in life, to make

24   sure they did that.

25              MR. KELLY:  That's all we have, your Honor.

1              THE COURT:  Redirect.

2              MR. FEDER:  Yes, your Honor.  May I have a

3    second?

4              THE COURT:  Yes, you may.

5              (Pause.)

6              MR. FEDER:  Chris, can I have PTX-187 on the

7    screen?  And, Chris, can you put that red line through there

8    like it was earlier?

9              Thank you.

10                    REDIRECT EXAMINATION

11   BY MR. FEDER:

12   Q.   Now, Doctor, you were trying to explain this graph,

13   PTX-187.  It's JTX-20, Figure 5.  And while you were trying

14   to explain it, you were cut off.  So I want to give you a

15   chance to go through your explanation, and I'm going to ask

16   you a series of questions, and I will try to start you off,

17   and when I leave you with a bad question, you can help me

18   out.

19             The first question is, at pH 8, does it show the

20   concentration of gatifloxacin is sufficiently high to

21   prepare an aqueous formulation for eyedrop solution?

22   A.   The eyedrops being .3 to 5 percent, it's much higher

23   than that, so a pH -- for this particular data, you should

24   be able to formulate a pH 7.4, 7.5.  Again, a pH you said,

25   but, yes.

Myrdal - redirect

1   Q.    Okay.  So you say it's fair to extrapolate from pH 8

2   to pH 7 with a line that plaintiffs' counsel has drawn on

3   this graph.  That's fair to extrapolate that way; is that

4   right?

5   A.    From 8 to 7.0?

6   Q.    Yes, sir.

7   A.    That's correct.

8   Q.    All right.  So you could just take this and formulate

9   it right at 7.5; is that correct?

10  A.    Yes.  I would think you'd be able to directly

11  formulate it.

12  Q.    Okay.  As we move down to 6.0, does the solubility of

13  the gatifloxacin improve as predicted by U-shaped curve?

14  A.    Well, it's starts go to go up.  To confirm that, but

15  it's definitely inflecting up.

16  Q.    Now, I know at pH 5.0, we have a data point that's

17  lower.

18          Do you have an explanation for why that data

19  point is lower at 5.0?

20  A.    Sure.  As we have seen before, some of these

21  fluoroquinolones can form salts of different -- I actually

22  don't know a hundred percent what that PTX-139 was done in.

23  It certainly could have been done in a phosphate buffer.

24          There's data to suggest at low pHs, phosphate

25  salts precipitate insolubility, just as we're discussing

Myrdal - redirect

1    before with the reference.  Lower solubilities with

2    different salts.  You would just switch to a different salt.

3    But I wouldn't be -- if you are looking at that data, a

4    person of ordinary skill in the art would be happy with pH 6

5    to start out with in formulating the product.

6              What I was wanting to note was that that is one

7    piece of data that's fair data that's in Apotex's, I guess,

8    ANDA.  I do have other data in my binder and one of the

9    exhibits that shows very different solubility as compared to

10   that red line.

11             Can I find it?

12   Q.    What is that, Doctor?

13   A.    Do you, by chance, know the Kyorin document?

14   Q.    Find that in your binder at DTX-019.

15   A.    Thank you.

16             This is -- this is some data from Kyorin.  They

17   were looking at the solubility profile of gatifloxacin.

18   Q.    For the record, Doctor, could you just identify the

19   figures you're looking at?

20   A.    This would be -- I don't have the English translation

21   in mind.  It's just labeled as one.

22             The top curve -- actually, let's look at

23   the bottom curve for purposes of illustration.  Two

24   different solubility lines.  It starts out low as we'd

25   expect and we get close to 6 and we get a significant

1    increase in solubility and actually an exponential increase

2    in solubility.

3                    Now, the second curve, and this happened to be

4    done in phosphoric acid buffer system, and apparently quick

5    pre-formulation study with this buffer system of low pH

6    would identify phosphoric acid is not the best buffer if I

7    was trying to utilize phosphoric acid of pHs four-and-a-half

8    and lower.

9                    So if you wanted to go that low, you'd have to

10   change to something else.  But up around six,

11   five-and-a-half, they both appear to be behaving similar.

12   But, more importantly, if you look at this data, actually,

13   in comparison to that Firestone data, and just looked at

14   this portion right here -- I don't know if I can do it on

15   the fly, but it actually parallels very nicely to the rest

16   of the fluoroquinolones.

17   Q.    Can we put side by side on the screen PTX-187 with

18   this document right here now?

19   A.    I think it would be a harder comparison because one is

20   logarithmic and one is not.  I'd make it some of the points

21   for you if you want to represent it.  But that data right

22   there, the HCl on top, sodium hydroxide, gives an

23   exponential profile just as you would expect from those U-

24   shaped profiles.  Once again, as we will acknowledge, you

25   will hit a salt plateau sooner or later on these pH

1    solubility profiles.

2    Q.    Would you confirm that is at Bates No. K1000971 of

3    DTX-19?

4    A.    That's correct.

5    Q.    Of DTX-19?

6    A.    That's correct.

7    Q.    Doctor, you spoke today about two patents, the '456

8    patent and the '465 patent?

9    A.    That's correct.

10   Q.    And I believe you said with respect to the '456 patent

11   that it disclosed for the first time the use of

12   fluoroquinolones that had previously been used for oral

13   dosage forms that they could be used for ophthalmic

14   solution.  Is that correct?

15   A.    That's correct.

16   Q.    Now, can you tell me about the '465 patent and what

17   contribution did that make to the art?

18   A.    Well, if I go back to the '456 patent, that was one of

19   its main emphases.  It is talking about several

20   fluoroquinolones.  I believe there was five of them in that

21   patent.  Those were formulated in standard aqueous

22   solutions, including sodium chloride.  But the '465 patent

23   found that a different fluoroquinolone, norfloxacin,

24   actually had one of these solubility issues with this

25   chloride.

Myrdal - redirect

1    Q.    How did they solve the problem of this fluoroquinolone

2    solubility issue in the '465 patent?  In other words, what

3    did the '465 patent teach the person of ordinary skill in

4    the art?

5                 MR. KELLY:  Objection, Your Honor.  Beyond

6    cross.

7                 MR. FEDER:  Your Honor, this goes directly to

8    the solubility and directly to the glycine.

9                 THE COURT:  The objection is overruled.

10                THE WITNESS:  So what they are indicating with

11   highlighting again, that there is a chance that you could

12   get an insoluble salt with fluoroquinolones.  And in order

13   to solve the problem that you would switch to a different

14   counter ion.

15                In this particular case, sodium chloride is used

16   as an isotonizing agent, thus they needed to put something

17   else in there for isotonicity.  So they indicated in there

18   that potentially you could formulate at least

19   fluoroquinolones in addition, not just with sodium chloride,

20   but also with boric acid, glycerin, mannitol, glucose.

21   Those did not affect the solubility.  The use of chloride,

22   both sodium chloride and calcium chloride did limit the

23   solubility.

24   Q.    Can I ask you to go to JTX-015.  Could you find the

25   point in there where counsel for plaintiff talked about

Myrdal - redirect

1   citric acid.  He said Figure 5.  I direct you to Figure 5

2   and Figure 6, to the extent you need both.

3   A.    I believe you are asking me to identify again the

4   point that I was being questioned about on Figure 5 of the

5   Riley article.  I believe that the point is about 3, pH of

6   3, straight above it has a 2 next to it.  Is that what you

7   are asking about?

8   Q.    That is, in fact.  Can you testify for us what that .2

9   shows to a person of ordinary -- I am sorry, what that point

10  that is numbered 2 shows to a person of ordinary skill in

11  the art reviewing this Figure 5?

12  A.    Well, that point just shows that when you start out

13  with a citric acid salt, and you saturate the solution, that

14  that is the limited solubility for that particular salt.

15          You need to confirm it.  I am not sure if they

16  actually did.  But it would be safe to assume that the solid

17  phase would actually be the straight salt still exists

18  compared to some other ion.  And it wouldn't be done.

19  Q.    And the person of ordinary skill in the art would

20  recognize from this graph that the citric acid salt of this

21  fluoroquinolone had the solubility that's shown at pH 3,

22  what difference, if any, would it make to a formulation for

23  eyedrops?

24  A.    Well, for eyedrops, if, as we mentioned before, I

25  would be looking at pH's typically between 4 and 8.  So this

Myrdal - redirect

1    is outside the pH of eyedrops.

2    Q.    Why would that be?

3    A.    Because it's at pH 3.

4    Q.    What would happen if you put pH 3 eyedrops in your

5    eye?

6    A.    I believe they would tend to sting.

7    Q.    Now, can we pull up DTX-194-15.

8          Chris, I think that was used, the one that was

9    used in the cross-examination, 194-15.  If you could pull

10   that up, please.

11         Now, you had the shaded area from 0, pH 0 to pH

12   4 and pH 8 to pH 12.  And can you explain again the reason

13   why you put the shaded area there?

14   A.    You mean unshaded area?

15   Q.    No -- I am sorry, on the two sides, from 0 to 4 and

16   from 8 to 10?

17   A.    Yes.  Just for purposes right now to look at the pH

18   range that we are most interested in for this particular

19   application, it would be between the pH range of 4 and 8.

20   However, we still discussed what was going on on either side

21   of it from a theoretical standpoint.  But really,

22   practically speaking, and the most interesting data really

23   is that at about pH 5, where this is a very interesting

24   paper with carboxylic acids increasing and the solubility at

25   that pH.

Myrdal - redirect

1    Q.    If we look at the point that is labeled No. 3, do you

2    see that point, labeled No. 3?

3    A.    Yes.

4    Q.    It's one of the dots that is inside the U.  Do you see

5    that .3?

6    A.    Yes, I do.

7    Q.    Could you give the Court an estimate for how much the

8    solubility of that .3 is greater than predicted, just an

9    estimate?

10   A.    Well, unfortunately, it's really off the chart because

11   the y axis only goes to a hundred.  A theoretical line might

12   approach, to be conservative, let's say 20, 15, 20,

13   somewhere in there.

14         So that could potentially be a hundred times

15   increase in solubility.

16   Q.    Now, you were asked some questions on

17   cross-examination about data that was, I believe, in the

18   Allergan study -- I am sorry, in the Senju study.  It was

19   data that had mean values reported plus or minus the

20   standard deviation, just as in the patent.

21         Now, I want you to consider hypothetically -- or

22   maybe it won't be hypothetically.  But if you were a peer

23   reviewer reviewing either an NIH grant application or

24   reviewing a journal article that the authors sought to be

25   published, what would you do if you saw somebody reporting

Myrdal - redirect

1    mean value plus or minus standard deviations?

2    A.    Well, when I receive data I am looking at data for a

3    publication, and I see a mean value, and the standard

4    deviation, make that assessment, like I did graphically here

5    and how close are those means to the other means and what

6    are the standard deviations, how much do they overlap,

7    somebody skilled in the art kind of would eyeball whether or

8    not it is getting close to, maybe leading to a statistical

9    test and should we find out whether or not it is

10   significant.

11            So when you get significant overlap on these

12   standard deviation bars with your mean data, you

13   automatically would ask if they haven't provided statistics

14   to actually provide whether or not that point was

15   significant.

16            If they haven't claimed anything about it, if

17   they are just showing data and they haven't said that, Wow,

18   this is a great new thing, then we may let it go.  But if

19   they are actually claiming that is a difference, we would

20   ask scientifically whether or not it is significantly

21   different.

22   Q.    I want to take you back to the Cyanta study.  You had

23   testified, I believe, about the pH and the point in the

24   formulation preparation where the pH in the Cyanta study was

25   measured.

Myrdal - redirect

1          Can you tell me again at what point was that in

2     the preparation -- in the method for preparing?

3     A.    I can't remember exactly when it was taken.  It was

4     taken -- I know they had to do a final addition of water

5     QS'd.  There was some volume that mixed everything up and

6     then they took the pH and QS'd it up I believe with just

7     water.  I don't recall the exact procedure.

8     Q.    Let's assume that the pH was taken and then

9     immediately after that this was QS'd up with water.  Can you

10    explain to the Court what it means to QS up with water?

11    A.    It just means you add more water to your formulation.

12    And that water that you are adding we would consider

13    typically to be a pH 7.

14          It is kind of interesting, around different

15    areas, I don't know what kind of water they are using, but

16    even if we do some filtration on it, oftentimes the pH can

17    be quite different than 7.  If the formulation doesn't have

18    a buffer in, that can affect the final pH of the

19    formulation.  If they had a buffer in, I am less concerned

20    about it.

21    Q.    Let me go to a more basic question.  The letters QS in

22    these recipes, we saw several recipes in the patent,

23    exhibits.  What does QS mean with respect to your

24    terminology "QS up"?

25    A.    QS up just means I am looking for a hundred million

Myrdal - redirect

1   from 80 million, I will take it with water from 80 to a

2   hundred.

3   Q.    If you had pH'd the solution at 80 mls, if you had

4   pH'd it and you had pH 6.0, give me an idea of what kind of

5   variation, if I had a hundred tubes lined up and I measured

6   them and I reported them all at 6.0, what kind of variation

7   would be totally acceptable among and between those 100

8   tubes?

9   A.    Those are all done individually different?

10  Q.    Yes, sir.

11  A.    The outcome from the same stock solution or they may

12  have been from different stock solutions?

13  Q.    I think you can say they all are pH'd.  I don't know

14  where they came originally from.  But you had to add either

15  sodium hydroxide or hydrochloric acid to bring the pH to

16  what we are going to call a 6.0.

17            My question to you, sir, is what kind of

18  variation is acceptable, such that you could still report

19  6.0, and nobody would question you?

20            Could it be 6.08?

21  A.    You would probably -- typically, we would look for

22  plus or minus .1, .15.  In that area.  For this study, for

23  example, we would have probably have looked to tighten those

24  brackets in a little bit, .1.  We are going to have some

25  variability.

Myrdal - redirect

1    Q.    Let's tighten it up a little bit.  Let's say to be 6.0

2    it must be 5.95 to 6.04.  We are going to use standard

3    rounding and round it down to 6.0.  If I have tubes at

4    something that I am reporting at 6.0 and, in fact, between

5    5.95 and 6.04, and I have between -- let's just say less

6    than a hundred mls in each tube, but they vary, each one

7    varies from the next on how much more we have to QS it up,

8    do you have any opinion as to the effect of adding water

9    to -- individually, to these 100 tubes to QS them up to a

10   hundred mls?

11   A.    Well, you are going to increase the variability.  You

12   are going to change the pH.  I couldn't give you a

13   quantitative answer right now.

14          MR. FEDER:  Thank you your Honor.  We have no

15   further questions.

16          Thank you, Professor.

17          MR. KELLY:  Your Honor, my colleagues tell me I

18   forgot to move in two exhibits.  DTX-85 and PTX-194.

19          THE COURT:  All right.

20          (DTX-85 and PTX-194 were received into

21   evidence.)

22          THE COURT:  I think I still owe you ten minutes.

23   Do you want to start something new this evening or just

24   start -- I, unfortunately, can't give you time at the end of

25   the day because we have our annual admissions ceremony at

Myrdal - redirect

1    3:30, but I can start ten minutes early, if that is helpful

2    to you.

3              MR. FEDER:  Your Honor, could I ask this

4    question?  Today, as I understand it --

5              THE COURT:  You may step down, by the way.  You

6    don't need to stay up while we're discussing this.  Thank

7    you very much.

8              (Witness excused.)

9              MR. FEDER:  Today, as I understand it, was

10   scheduled from 9:00 to 6:30 or 6:00.

11             MR. KELLY:  6:00.

12             THE COURT:  Oh, it is.  I'm sorry.

13             MR. FEDER:  And, your Honor, if you had other

14   things that you must do, we understand.  We just were

15   working within the schedule of our hours.

16             THE COURT:  Sure.  I do want to take a 15-

17   minute break before we go on, before we continue, though.

18   So we'll take 15 minutes and then we'll continue until 6:00,

19   or 10 after 6:00, because I think I still owe you ten

20   minutes from this morning.  All right.

21             MR. FEDER:  Thank you, your Honor.

22             THE COURT:  Fifteen minutes.

23             (Short recess taken.)

24                        -  -  -

25             (Proceedings resumed after the short recess.)

Inada - direct

1           MR. ABRAMOWITZ:  Your Honor, we call Katsuhiro

2    Inada.

3           Your Honor, just to advise the Court, Mr. Inada

4    is one of the inventors, and so with the Court's permission,

5    may I treat Mr. Inada as an adverse witness?

6           THE COURT:  Yes, you may.

7              ... KATSUHIRO INADA, having been duly sworn

8        as a witness, was examined and testified through the

9        interpreter as follows ...

10          MR. ABRAMOWITZ:  Your Honor, may I approach the

11   witness?  I have a witness binder for him.

12          THE COURT:  Yes, you may.

13          (Mr. Abramowitz witnesses handed a witness

14   binder to the witness.)

15                    DIRECT EXAMINATION

16   BY MR. ABRAMOWITZ:

17   Q.    Good afternoon, Mr. Inada.

18   A.    Good afternoon.

19   Q.    Could you open your binder to JTX-001, the '045

20   patent?

21   A.    Yes.

22   Q.    And are you listed as an inventor of the '045 patent?

23   A.    Yes.

24   Q.    And do you consider yourself an inventor of the

25   compositions and methods claimed in the '045 patent?

Inada - direct

1    A.    Yes.

2    Q.    When you began working on formulations with both

3    gatifloxacin and disodium edetate, were you aware of a

4    reason for adding disodium edetate to gatifloxacin

5    formulations?

6              THE INTERPRETER:  I'm sorry.  Can you say that

7    again?  Can you say that again?

8              MR. ABRAMOWITZ:  I will withdraw the question.

9    I will rephrase.

10   BY MR. ABRAMOWITZ:

11   Q.    Isn't it correct that before first formulating the

12   claim compositions, you were aware of a reason for adding

13   disodium edetate to gatifloxacin formulations?

14             THE INTERPRETER:  The witness asked the

15   translation to be repeated.

16             I became aware of it through experiments.

17   BY MR. ABRAMOWITZ:

18   Q.    And was the reason that disodium edetate was added to

19   gatifloxacin formulations in your experiments, because

20   disodium edetate increases the amount of gatifloxacin that

21   will penetrate the cornea?

22   A.    Yes, but that was not the only reason.

23   Q.    And what were the other reasons?

24   A.    There were two reasons.  One was to clear the

25   coloration issue.  Another one was to clear the freeze and

Inada - direct

1    thaw issue.

2    Q.    But before you first added disodium edetate to

3    gatifloxacin, did you expect that disodium edetate would

4    eliminate the color issue?

5    A.    No.

6    Q.    But before you added disodium edetate to gatifloxacin,

7    you were aware from the Grass article that disodium edetate

8    would increase corneal permeability; isn't that correct?

9    A.    Yes, I was aware of it, but the -- according to the

10   Grass article, the concentration added was a little higher

11   than ours.

12   Q.    And was the concentration in the Grass article

13   .5 percent?

14   A.    Yes.

15   Q.    So in light of the Grass article, would an aqueous

16   liquid composition which comprised gatifloxacin at

17   .5 percent disodium edetate have been an invention?

18              THE INTERPRETER:  Would you please repeat the

19   question?

20   BY MR. ABRAMOWITZ:

21   Q.    So in light of the Grass article, would an aqueous

22   liquid composition which comprised gatifloxacin and

23   .5 percent disodium edetate have been an invention?

24              THE COURT:  And are you talking about invention

25   in the legal sense?  I'm not sure what you mean.  I'm just

Inada - direct

1    not sure it's a fair question if you are asking it in the

2    legal sense.

3                    MR. ABRAMOWITZ:  As the inventor, what he

4    considers an invention.

5                    THE COURT:  All right.  Yes.

6                    THE INTERPRETER:  The witness asked to repeat

7    the translation.

8                    No.  Our patent is an invention.

9    BY MR. ABRAMOWITZ:

10   Q.    And -- sorry, your Honor.  Mr. Inada testified at the

11   deposition.  I'm trying to work back around.

12                   So, Mr. Inada, would you consider as the

13   inventor of your patent formulation with both gatifloxacin

14   and .5 percent disodium edetate to have been not covered by

15   your patent?

16                   THE INTERPRETER:  I'm sorry.  Can you repeat the

17   question?

18                   MR. ABRAMOWITZ:  I will withdraw it.

19   BY MR. ABRAMOWITZ:

20   Q.    So in light of the Grass article, Mr. Inada, would you

21   have considered it obvious as the inventor of this patent to

22   have included .5 percent disodium edetate in the

23   gatifloxacin aqueous composition?

24                   MR. KELLY:  I'm going to object.  The word

25   "obvious" has two meanings.  It can be the legal meaning and

Inada - direct

1    one can be the --

2                    MR. ABRAMOWITZ:  And I'm trying --

3                    MR. KELLY:  I understand.  It's just that that

4    word scares me a little bit.

5                    MR. ABRAMOWITZ:  Yes.  And, your Honor, I

6    understand.

7                    THE COURT:  All right.

8                    THE WITNESS:  May I answer.

9    BY MR. ABRAMOWITZ:

10   Q.    Yes.

11   A.    Our invention -- our patent is an invention.

12   Q.    Moving on to JTX-002, the patent file history, if you

13   look in your book at JTX-002, Mr. Inada, did you submit a

14   declaration when the '045 patent was being prosecuted?

15   A.    Which one are you referring to by a declaration?

16   Q.    The declaration on SEN1902195.

17   A.    Yes.

18   Q.    And this declaration was meant to address the patent

19   examiner's rejection of your patent as obvious in light of

20   the formulations presented in JTX-14, the Ogata, et al.,

21   patent.  Is that correct?

22                    THE INTERPRETER:  I am sorry, can you repeat the

23   question?  Ogata what patent?

24   BY MR. ABRAMOWITZ:

25   Q.    Ogata, et al.

Inada - direct

1    A.    Yes.

2    Q.    And is it correct that the experiments described in

3    your declaration in JTX-02 were not undertaken based solely

4    on your own ideas?

5    A.    They were conducted on my idea, but I received the

6    support OF the IP group, intellectual property group.

7    Q.    Did you collaborate with Dr. Yureada of the IP group

8    in designing these experiments?

9    A.    What do you mean by collaborate?

10   Q.    Did you work together?

11   A.    No, we did not work together.

12   Q.    Did he provide suggestions?

13   A.    No, he did not.

14   Q.    Did he provide any input?

15   A.    What do you mean by input?

16   Q.    Did you speak with him at all about the way

17   experiments should be undertaken?

18   A.    Yes.

19             MR. ABRAMOWITZ:  We have no further questions.

20   Thank you.

21             THE COURT:  Any questions by plaintiff?

22             MR. KELLY:  Your Honor, the only thing we would

23   like to do is move in JTX-002 as an exhibit.

24             THE COURT:  Is that the file history?

25             MR. KELLY:  Yes, Your Honor.

                              Inada - direct

1                    THE COURT:  I think it's already in.

2                    MR. KELLY:  I am sorry.  Then that's all the

3     questions I have.

4                    THE COURT:  You may step down.  Thank you, sir.

5                    (Witness excused.)

6                    MR. ABRAMOWITZ:  Defendants call Dr. Jennifer

7     Elder.

8                    MR. KELLY:  Your Honor, could Mr. Inada be

9     released?

10                   THE COURT:  Yes, he may be released.

11                   ... JENNIFER ELDER, having been duly

12            sworn as a witness, was examined and testified as

13            follows...

14                   MR. ABRAMOWITZ:  Your Honor, may I approach for

15    a second?

16                   THE COURT:  Certainly.

17                          DIRECT EXAMINATION

18    BY MR. ABRAMOWITZ:

19    Q.    Good evening, Dr. Elder.  Could you please inform the

20    Court about your educational background?

21    A.    Sure.  I have a Ph.D. in biostatistics that I obtained

22    from the Medical College at Virginia Commonwealth

23    University.  Since that time, since graduate school, I have,

24    I held a position as an assistant professor of statistics at

25    the University of North Carolina at Wilmington.  I

Elder - direct

1    maintained that position for a year and a half.  I still

2    maintain adjunct faculty status at UNCW.

3                After leaving UNCW I entered the pharmaceutical

4    industry, where I have been a practicing statistical

5    consultant for the last 12, 13 years.

6    Q.    And before you got your doctorate, did you receive an

7    undergraduate degree?

8    A.    I did, sorry.  I received a Bachelor's degree in

9    liberal arts from Rudolph Macon's Women's College.

10   Q.    Could you explain a little bit more about your work

11   history since you left medical college?

12   A.    Sure.  As I stated, I was an assistant professor at

13   the University of North Carolina at Wilmington, where I

14   taught classes and helped with graduate students' research

15   projects and also performed as a statistical consultant for

16   the Marine Biology Department at UNCW.

17               I left UNCW to go to work for the pharmaceutical

18   industry, specifically at a contract research organization

19   called Pharma Research Corporation, where I would be

20   classified as the lead statistician on projects for

21   pharmaceutical development.

22               In that capacity, I have performed statistical

23   analyses, conducted study designs, helped write protocols,

24   helped write clinical development plans and have been part

25   of regulatory submission work.

Elder - direct

1    Q.    As part of your regulatory submission work, what have

2    you exactly done?

3    A.    Well, it starts from the very beginning in that I

4    consult with, sponsor companies and help them design

5    clinical trials that will help them get their product to

6    market.

7              So it would be starting at the initial phase,

8    then clinical development plan, mapping out the road map to

9    get to submission, as well as then on an individual study

10   level looking at protocols to develop the design, to answer

11   the research questions of interest.

12             And then, once the protocol is in use and the

13   studies are rolling and the data are captured, then I would

14   help conduct statistical analyses that would be part of

15   regulatory submissions such as ANDAs, SNDAs or NDAs.

16   Q.    What type of sponsor companies are these?

17   A.    Small to large, midsized biotech and pharmaceutical

18   companies.

19   Q.    Any particular ones that you can name with which have

20   confidentiality agreements?

21   A.    I have confidentiality agreements with all of my

22   clients.  In the public domain there are clients that I

23   publish articles with, Biocryst Pharmaceuticals would be one

24   such client.  Iliad Sciences would be another.

25   Q.    You mentioned published articles.  Are you the author

Elder - direct

1     of published papers?

2     A.     I have worked for my graduate degree, I published that

3     paper, and then I also am involved in a number of different

4     articles related to actual study designs and studies and

5     analysis methods -- not methods, analysis results from the

6     studies which I have conducted.

7     Q.     Have you participated as the lead statistician on an

8     NDA?

9     A.     Yes.  I have been the lead statistician on actually

10    three NDAs.

11    Q.     Do you participate in any professional organizations?

12    A.     Yes.  I am a member of the American Statistical

13    Association, and the Biometric Society.

14    Q.     Have you done any work with statistical consulting for

15    other pharmaceutical industries, such as pharmaceutical

16    statistical organizations?

17    A.     Yes.  So I provide statistical consulting services to

18    a number of individual clients, pharmaceutical companies

19    helping them with study designs and those types of things.

20    Also, in the academic sense, I have offered services in

21    medical colleges as well as in the university setting.

22    Q.     Do you present symposia or anything else?

23    A.     Oh, I have been an invited speaker at industry events

24    as well.  I have conducted seminars and webinars on

25    statistical analysis specifically related to data safety

Elder - direct

1    marking or construction.

2                MR. ABRAMOWITZ:  Your Honor, we tender Dr. Elder

3    as an expert on biostatistics and study design.

4                MR. KELLY:  No objection, Your Honor.

5                THE COURT:  Thank you.

6    BY MR. ABRAMOWITZ:

7    Q.    Dr. Elder, could you help the Court with that a little

8    bit with why you are here?

9    A.    Sure.  I was retained by counsel for Apotex to perform

10   some statistical analyses and look at study designs related

11   to this case.

12   Q.    Have you provided, have you created some

13   demonstratives to help?

14   A.    Yes, I have some slides which would help us go through

15   those.

16   Q.    So what sort of studies did you look at?

17   A.    Specifically, there were two areas which I was asked

18   to offer an opinion.  One was on corneal permeability and

19   the other was on precipitation.

20   Q.    Starting with corneal permeability, can you give me a

21   little bit of an idea what you did?

22   A.    Sure.  I was given data or data sets or documents on I

23   believe it's six studies related to corneal permeability.  A

24   study by Allergan, the study referenced or the experiment

25   referenced in the patent, a study labeled as foreign versus

Elder - direct

1    Japanese, two Senju studies and a Nucro-Technics study.

2    Q.    Starting from the top, can you tell us a little bit

3    about your analysis of the Allergan study?

4    A.    Sure.  The Allergan study was conducted on two

5    different -- it was intended to look at cytotoxicity and

6    penetration of two antibiotics, gatifloxacin and.  It was a

7    study conducted in a rabbit corneal cell culture model,

8    which is an in-vitro model.  There was no evidence given to

9    correlate how the in-vitro model would translate to the

10   results in vivo.

11          I should also mention that this Allergan study

12   did not test Apotex's product, and that was one of the

13   questions I was asked, if I could draw any conclusions

14   related to Apotex's product.  Since it was not tested I

15   could not draw any conclusions related to that.

16          What were tested were fully gatifloxacin

17   formulations that differed more than just the EDTA or

18   presence of disodium educate EDTA.

19          There were two formulations in an EBSS salt

20   solution that did not contain a disodium edetate.  Then

21   there was the plaintiff Zymar, which included disodium

22   edetate and benzylalkonium chloride.

23   Q.    So from your view, did the formulations with

24   gatifloxacin differ in more than one aspect?

25   A.    Yes, they did.  So it would be difficult to isolate

Elder - direct

1    any effect directly related to disodium edetate.

2    Q.    Earlier you mentioned about correlation in vivo.

3    Could you explain a little bit about that?

4    A.    Yes.  Typically, in pre-clinical studies, what's

5    often -- what often happens is that a model is tested in

6    vitro first because it's easier -- it's usually an easier

7    model, or a less expensive model to conduct, and then there

8    will be some correlation to kind of say what will happen

9    later in in vivo test, either in animals or in humans.

10   Q.    Did the Allergan study have any correlation?

11   A.    It was not in the information that I was provided.

12   Q.    Were you able to make a correlation without the

13   information?

14   A.    No.

15   Q.    Now, as far as the study design, do you have any

16   additional comments with respect to the Allergan study?

17   A.    If I were -- if the question put to me was to say

18   specifically did disodium edetate enhance the penetration,

19   then what I would need is to be able to isolate the effects

20   of disodium edetate.

21        Ideally, what I would like is two

22   formulations, one with disodium edetate and one without, and

23   that being the only factor that was not -- that changed.

24        And, additionally, if I were going to conduct

25   that study in a cell model, then I would need to know the

Elder - direct

1   correlation with in vivo results to be able to extrapolate

2   that to what would happen in an animal model.

3   Q.    Were you able to do any physical analysis on the

4   Allergan study anyway?

5   A.    Yes.  Based on the Allergan study, the intention of

6   that study, as I stated previously, was to look at

7   cytotoxicity and penetration with respect to gatifloxacin

8   and moxifloxacin and not specifically at any differences

9   between the gatifloxacin.

10          The table presented here, which is Table 12,

11   12-4, indicates that, with regard to that primary question

12   of interest, that there were differences between the

13   moxifloxacin and the gatifloxacin.

14          If you, as a secondary or an exploratory

15   analysis, further conducted the comparison between the

16   gatifloxacin and EBSS buffers, and either concentration of

17   gatifloxacin versus Zymar, you would find that they would be

18   statistically significant.

19   Q.    Now, would that secondary analysis be appropriate in

20   this situation?

21   A.    Well, typically, you would only want to provide

22   statistical testing to meet your study objectives, so what

23   that means is that I would base that on what the study was

24   intended to test.

25          Any secondary analysis without proper adjustment

Elder - direct

1   could just be considered hypothesis generating.

2   Q.    Did you set a Type 1 error rate for the study?

3   A.    The Type 1 error rate for the study was set in the

4   report that I was provided, which was anything less than a

5   level of 0.05.

6   Q.    And can you explain a little bit about what Type 1

7   error rates are?

8   A.    Type 1 error rates are, in layperson's terms, would be

9   the probability of incorrectly making a false statement.  So

10  it would be the probability that I say that the result is

11  true when it's not true.

12  Q.    And when are Type 1 error rates typically set?

13  A.    They're typically set at the time you're laying out

14  your protocol with an entire analysis or analytical plan, so

15  that you know from the beginning, prior to running the

16  experiment, the exact limitations that you want to impose on

17  this data.

18  Q.    And the plan here appears to be .05?

19  A.    Yes.

20  Q.    Were you able to make any conclusions about the

21  Allergan study?

22  A.    With respect to Apotex's products, I can't make any

23  conclusion because that formulation wasn't tested.  And then

24  if I look further, and if I may ask, well, is there a

25  difference due to disodium edetate, well, I can't answer

Elder - direct

1    that question because of the presence of the other factors.

2    More specifically, the BAK, which is listed in the Allergan

3    report as a known probability enhancer.

4              And, additionally, as I stated previously,

5    because I have the issue with the in vivo corneal

6    permeability versus in vitro cell model, I can't really make

7    any determination there.

8    Q.    So you couldn't make any conclusions about whether

9    Apotex's products infringes on this study?

10   A.    Not based on this study, no.

11   Q.    You looked at some other studies.

12   A.    Yes.

13   Q.    Would you like to see the next one?

14   A.    The next data set that I looked at was the data that's

15   in Table 2 of the patent, the '045 patent.

16   Q.    Now, before analyzing the study in the patent, did you

17   read the rear '045 patent?

18   A.    Yes.  I looked at the '045 patent to determine what

19   was stated about the corneal permeability and the

20   precipitation, since those were the two questions I was

21   asked to form an opinion about.

22   Q.    So can you tell us a little bit about your analysis of

23   the Senju patent study?

24   A.    Yes.  So, obviously, since it's a Senju patent, it

25   didn't test Apotex's product.  There was no statement of

Elder - direct

1    statistical significance listed in the patent, and from the

2    information provided in the patent, I couldn't make an

3    assessment of statistical significance.

4            And then later I was provided additional

5    information about the study underlying the patent and

6    actually found that the data contained in Table 2 were

7    assembled from multiple studies.  And it didn't appear from

8    the information that I was provided that that determination

9    to pool those data was made with any pre-specified cooling

10   protocol.

11           And then there were in the raw data, there were

12   some decisions, sometimes outliers or observations marked as

13   outliers were excluded.  Sometimes they weren't.  And it

14   didn't seem to have any real protocol about how that

15   determination was made.

16   Q.   Can you explain to us a little bit about what pooling

17   protocols are?

18   A.   Pooling protocols would be in situation where you have

19   data from multiple sources and you need to determine whether

20   or not it's appropriate to pool the data pooling.  There

21   would be reasons that you wouldn't want to pool data.  That

22   would be if you were introducing more variability, or if the

23   methods needed to conduct the study were different and would

24   cause increased variability in the -- that would otherwise

25   bias your results.

Elder - direct

1    Q.    And in your experience working with FDA and other

2    submissions, have you dealt with pooled data?

3    A.    Yes.  We routinely do it for submissions with things

4    that are called integrated summaries of safety and

5    integrated summaries of efficacy, and there are predefined

6    pooling rules that you would use to determine when it's

7    appropriate to pool data and when it is not.

8              There are also -- there's a whole field of

9    statistics devoted to what are determined meta analyses that

10   would be pooling data from disparate sources and things that

11   would happen related to that.

12   Q.    But the Senju patent doesn't deal with the meta?

13   A.    No, no items are mentioned.

14   Q.    So tell us about your analysis of the Senju patent in

15   the study.

16   A.    Okay.  I was asked to determine if these formulations

17   were different, and from a statistical perspective, I can't

18   say that they're different.  What I can say is that,

19   numerically, Formulation C has a higher mean value, which I

20   assume as mean, it's not labeled as mean, but because of the

21   way the numbers are notated, it looks like a mean and a

22   standard deviation.

23             But what I also can determine is that

24   Formulation C has a much higher variability than the other

25   two formulations.

Elder - direct

1    Q.    Now, after receiving additional data that backed up

2    the patent, were you able to do some further analysis?

3    A.    Yes.  I received a table from -- well, actually, the

4    exhibit that's in JTX-024, and it's labeled as Table 7.  And

5    from that table, I was able to extrapolate the actual

6    sample, number of samples tested.  And using that number

7    without having any other underlying information about

8    whether or not those observations were independent or

9    anything else about the data, I could determine -- I could

10   run a statistical test to determine if there were a

11   statistically -- if they were statistically significant

12   different.

13   Q.    And what would be the appropriate test in the

14   situation?

15   A.    Well, appropriate test, given the limited information

16   that I had, an appropriate test would be a two sample T

17   test, for instance, with unequal variances.

18   Q.    And why would you choose the two sample T test with

19   unequal variances?

20   A.    Well, it seemed to me, the question at hand was

21   whether or not we differed with the absence or presence of

22   disodium edetate.  So, really, we are only looking at a

23   difference between Formulations B and C, because they're the

24   only two formulations that differ by only one component.

25   And so if I only have two things that I'm looking at, that's

Elder - direct

1    my primary comparison of interest, then a two sample T test

2    would be appropriate.

3    Q.    And did you set that a Type 1 error rate for this

4    comparison?

5    A.    Well, because I analyzed these data second, I actually

6    used the .05 that was used in the Allergan study as my

7    benchmark.  That seemed reasonable in the absence of

8    anything else, and since the .05 is an industry standard, it

9    seemed a reasonable thing to do.

10   Q.    And can you tell me what the results were of your T

11   test?

12   A.    Yes.  So based on the formulation, comparison of the

13   formulation B and C, I found that there was not a

14   statistically significant difference.  The P value is much

15   greater than .05.  Actually, it's .2468.

16   Q.    And that's between formulations B and C?

17   A.    That's between B and C.  And then if I looked further

18   at the other formulations, say, a comparison of B versus C

19   or A versus C, I would also find that they were not

20   significantly statistically different at the .05 level.

21   Q.    And the only -- and B and C is informed because that's

22   the only fair comparison?

23   A.    Yes.  As I stated, that's the only comparison where

24   the formulations differ with one -- with respect to one

25   variable.

Elder - direct

1   Q.    Okay.  And were you able to make any conclusions from

2   this analysis?

3   A.    So based on my analysis, I was not able to say that

4   they were different because I rejected that known

5   hypothesis.  I failed to reject that known hypothesis.

6   Q.    Were you able to make any conclusions about the effect

7   of disodium edetate?

8   A.    No.

9   Q.    And obviously you received information in Table 7.

10        Did you do any further analysis of Table 7 and

11  the underlying data?

12  A.    Yes.  So what we see from the information from Table 2

13  was an excerpt of data that was contained in Table 7, and

14  then Table 7 is actually an excerpt of data that is included

15  in the entire JTX008.

16        So if we just look at the subset of these six

17  studies and assume that there's some reason why formulations

18  had pooled data and we accept that on the surface, and we do

19  the comparison in that setting, which would be a

20  multi-variate -- it would be a mixed model, generalized

21  linear model.  Actually, it's just a mixed linear model.

22  Q.    Okay.  And the data symbol from JTX 08; is that right?

23  A.    Yes.

24  Q.    And how large was JTX-08?

25  A.    It was large.  There were a large number of studies.

Elder - direct

1    I think on the order of 20.

2    Q.    And --

3    A.    Different experiments.

4    Q.    And were you able to reassemble it with ease?

5    A.    No.  It took several days and several phone calls and

6    e-mails to try to determine which studies would fall into

7    the buckets that would make up these, the subset of data.

8    Q.    And speaking of your analysis of Table 7, could you

9    tell us what that found?

10   A.    Right.  So based on the underlying data, one point

11   that I did make is that actually, when you found the raw

12   data, that there are situations where the same rabbit could

13   have been -- had one eye attributed to one formulation and

14   one to another, but that wasn't always consistently done.

15   So there was sort of a mix of independent and

16   non-independent events.

17            So an appropriate an lit particular method would

18   be to look at a mixed linear model that would take into

19   account the variability, or the fact that you have

20   additional variabilities that may happen because you have

21   some subject or subject eyes that are more closely related

22   than others.

23            And when I did the analysis using that mixed

24   linear model, I found there was still no statistically

25   significant difference between B and C.

Elder - direct

1    Q.    And can you tell us a little bit about what a mixed

2    linear model is?

3    A.    It's basically on the order of analytic methods.  You

4    would start out at the T test, or something equivalent.  You

5    could have a one sample T test where you're looking at only

6    one item to see if it differed.  Then you have a two sample

7    T test, which would look at two different samples and make a

8    comparison.

9                    And then you could go to what's called an

10   analysis of variants, which would look at two or more

11   differences in two or more, and then you would have -- but

12   in the analysis of variants case, you would only have fixed

13   effects, so meaning those items that don't have random

14   variation.  And then the mixed linear model would be the

15   highest on the pecking order in the linear model sense,

16   where it allows for not only fixed effects, but also random

17   effects.

18   Q.    And can you explain what a fixed effect would be?

19   A.    A fixed effect would be something that is not expected

20   to vary, so in an experimental setting, it would be like the

21   formulation.

22   Q.    And the random effect would be?

23   A.    And a random effect would be that effect that would

24   allow additional variability could change throughout the

25   course, so in this case, the subject effect.  So different

Elder - direct

1    subjects behave differently, they're going to add

2    variability.

3    Q.    And did you do any further analysis around that?

4    A.    What I did is, you know, realizing that the data in

5    Table 7 was actually a subset, and realizing that because I

6    had to go through all of the other experiments to kind of

7    pool the right data, to get the right ends, I pooled all the

8    information that I could -- that I found.  So all the

9    experiments related to getting the extraction of the six

10   studies in Table 7.  And I input all of those data, and

11   calculated summary statistics.

12              What you can see is the different formulations

13   have different effects, meaning that they either have

14   different amounts of gatifloxacin, which is .3 to .5, or the

15   .65 or the 2 percent.  There is also a levafloxacin sample.

16   Then there is variations within a formulation that differs

17   either within pH, the presence of BAK, the NaCl values, the

18   EDTA values.

19              What I attempted to do was pool in all the

20   information related to those and just run descriptive

21   statistics.  And you can see, in the presence of all of

22   these different factors the difference summary statistics.

23              MR. ABRAMOWITZ:  Your Honor, we would like to

24   move DTX-220 into evidence.

25              MR. KELLY:  No objection, Your Honor.

Elder - direct

1            (Defendants' Exhibit No. 220 received in

2   evidence.)

3   BY MR. ABRAMOWITZ:

4   Q.    From this raw data gathering and analysis, were you

5   able to make any further statistical analyses of all this

6   raw data?

7   A.    There are a number of things that could be done.

8   Specifically, we were just focusing on the .5 percent AM,

9   then we could do a further model or further testing to see,

10  in the presence of all the data related to .5 percent AM for

11  gatifloxacin, are there any differences in formulation.

12            So that is what I did.  I included all those

13  data, and I ran it through the model, and found out that

14  there was a formulation effect.

15            And then as part of my model building I checked

16  assumptions.  And one of the assumptions that underlies this

17  model is that you have to have normality.  Using all the .5

18  percent AM data, I didn't have normality.

19            The test statistic showed that there was a

20  departure from normality.

21  Q.    And by departure from normality, do you mean it did

22  not conform to the bell curve?

23  A.    Exactly.  In essence, there were observations

24  potentially in the tails that made those tails too heavy to

25  represent a normal curve.

Elder - direct

1    Q.    Now, earlier as you spoke about outliers.  Am I

2    correct that Dr. Mayo in his report discussed outliers and

3    locating an outlier in this data?

4    A.    Yes.  I believe that Dr. Mayo did an analysis where he

5    was looking at the formulations of A, B and C or the E-1,

6    F-1 -- forget that, No. 1.

7              And he excluded a point which he said was an

8    outlier that had statistical -- could be supported as a

9    statistical -- could be statistically supported as an

10   outlier in his report.

11             So I said, well, okay, I had normality issues,

12   so I would look at that to see if potentially that outlier

13   was causing my problem.

14             So I ran a standard residual analysis, where I

15   took my residuals from my model and I looked for any of

16   those residuals that were outside two standard deviations.

17             If I had those observations, I would identify

18   those as outliers.

19             So when I ran that analysis, I found that there

20   were actually five outliers, not just the one.  And that one

21   that was identified in Dr. Mayo's report was not identified

22   as an outlier.

23   Q.    So is what you are saying that when you ran your

24   analysis of the data, you looked at what was outside of the

25   bell curve and what was outside of the bell curve did not

Elder - direct

1    include Dr. Mayo's --

2    A.    That is correct.

3    Q.    Actually, after you did that analysis, were you able

4    to do some further analysis?

5    A.    So then what I did was excluded the outliers and

6    determined that -- ran a subsequent model using the

7    formulation effect, and found that there was still a

8    significant formulation effect, overall formulations, that

9    means all the formulations related to AM, .5 percent AM, at

10   least one was difference.

11          I checked my residuals.  When I checked my

12   residuals I found that now I met the assumption for

13   normality.  So I looked further to see if I had a

14   statistically significant difference between B and C.  And I

15   did not.

16   Q.    Did you obtain a P value?

17   A.    I did.  The adjusted P value is 0.9965.  The reason I

18   did an adjusted P value is because now, in the presence of

19   this big ANOVA model, I have multiple comparisons.

20   Q.    What type of comparisons are those?

21   A.    That would be pairwise comparisons, actually, they can

22   be greater than pairwise comparisons between any of the

23   formulations included in the model.

24          Basically, whenever you have that situation that

25   you have multiple testing, you have the potential that you

Elder - direct

1   are going to inflate your Type 1 error rate, which just

2   means that you have increased the possibility of erroneously

3   coming to a conclusion.

4   Q.   Did you make any final analyses after coming to this

5   conclusion on B and C?

6   A.   The one thing we have to remember is that all of these

7   analyses in some way are all post hoc, because they are not

8   protocol specified.  So I did further do an additional

9   analysis to see if, for instance, I have all of these

10  formulations with various different factors, and it's sort

11  of multi-factorial in the sense that maybe given all the

12  additional information, that I can just see if there are any

13  factors that predict increases to corneal permeability.

14          And so when I did that model, the analysis

15  indicated that perhaps it was pH and NaCl that should be

16  looked at as possible predictors of corneal permeability.

17  Q.   So you were not able to conclude the EDTA effect of

18  permeability?

19  A.   Not based on that additional analysis.

20  Q.   Were you able to make any conclusions about Apotex's

21  products?

22  A.   No, because it was not tested.

23  Q.   How about the next study you looked at?

24  A.   The next study I looked at was a study labeled as a

25  foreign versus Japanese study.  And this was a term course

Elder - direct

1    study between two formulations.  Again, neither of the

2    formulations were Apotex's formulation.  But there was a

3    foreign formulation, which included disodium edetate and

4    BAK, and a Japanese formulation that included neither.

5              Based on the information provided, I conducted a

6    two-sided pair T test, which showed that these formulations

7    were not statistically significantly different.  The P value

8    is .27, .25, and from that I was unable to make any

9    conclusions about different permeability in these two

10   formulations.

11   Q.    Why did you choose a two-sided pair T test?

12   A.    In this situation we had rabbits where one eye was

13   given one formulation and one eye was given another.  And

14   because of that inherent -- because the same rabbit eyes

15   were used, and I have that dependence in the data, the

16   paired T test was the appropriate choice.

17   Q.    Is this the data you looked at?

18   A.    This is a representation of those data.

19   Q.    From that JTX-05 were you able to make any conclusions

20   about the effect of are gatifloxacin?

21   A.    No.

22   Q.    How about the effects of gatifloxacin in Apotex's

23   products?

24   A.    No.

25   Q.    How about the next study?

Elder - direct

1    A.    The next study is the Senju Study No. 1, which is

2    again another time course study.  Again, Apotex's

3    formulations not tested.  Here there are two identical

4    gatifloxacin solutions used except one had 0.01 percent

5    disodium edetate and the other did not.

6            And here, five sets of rabbit eyes were used at

7    each time point, which makes the study design a little

8    different than what you would normally see in the classical

9    longitudinal case, where you would dose your subjects and

10   then observe what happens to them over time.

11           So here, each time period is sort of a different

12   experiment in a way, is one way to think about it.

13           So the Senju report included statistical testing

14   using a paired T test.  I followed suit and did that and

15   found that there was no statistically significant difference

16   at any time point.

17   Q.   So there was a statistical protocol that you could

18   tell from the report?

19   A.   I couldn't tell if there was a protocol that was found

20   a priori, but based on the report there was statistical

21   testing conducted in that utilized paired T test.

22   Q.   And that was at a .05 Type 1 error rate?

23   A.   I used a .05 Type 1 error rate, yes.

24   Q.   Were you able to make any further conclusions about

25   the difference between these two formulations?

Elder - direct

1  A.    So based on this I could say that there was no

2  statistically significant difference at any time point

3  between these formulations.  And I could make no statement

4  about Apotex's product.

5  Q.    How about the effect of disodium edetate?

6  A.    No.

7  Q.    What about the next study you looked at?

8  A.    The next study I looked at is Senju study number two,

9  which is an identical setup to Senju study number one,

10  except there's only a single installation of eyedrops.

11  Still, you have rabbits that are different for each time

12  course even though one eye -- within a time period, one eye

13  goes to the one formulation and the other eye goes to the

14  other formulation.

15          And for this analysis, I chose again to do the

16  parity test at each time point.

17  Q.    And what did you find?

18  A.    I found that there was no statistically significant

19  difference at any time point.

20  Q.    And what P values did you find?

21  A.    .1016, .3729, .3794, and .1600.

22  Q.    Were you able to make any conclusions about the

23  effects of EDTA from these conclusions?

24  A.    No.  I was not able to say that they were different.

25  Q.    How about the Apotex products?

Elder - direct

1    A.    I could make no statement about the Apotex product

2    because it wasn't tested.

3    Q.    Did you look at any other corneal permeability

4    studies?

5    A.    Yes.  I looked at one final study from Nucro-Technics.

6    Q.    And can you tell me a little bit about Nucro-Technics?

7    A.    So the Nucro-Technics study was a study I actually

8    tested Apotex's product.  There were four formulations that

9    were used.  Apotex's gatifloxacin product with EDTA, the

10   gatifloxacin product without EDTA, Apotex's product

11   substituting sodium citrate, and then the plaintiff Zymar.

12   And for each formulation, there were five rabbits tested.

13   Both eyes were utilized within each formulation.  The left

14   eye was dosed seven days three times a day and then once on

15   the eighth day.  And then the right eye was dosed only once,

16   and that was only on day eight.

17                    And then the animals were sacrificed and

18   the gatifloxacin concentration in the aqueous humor was

19   measured one hour after dosing on the day.

20   Q.    And did you do an analysis of the Nucro-Technics

21   study?

22   A.    I did.  The nice design aspect of the Nucro-Technics

23   study is that you not only get to look at whether or not

24   there's a difference in formulation, but also if there's a

25   difference in dosing regimen, because you have one eye

Elder - direct

1      that's on one regimen and another eye that's on the other

2      regimen.

3              So what I first looked at is to determine with

4      paired T test if there was a difference between the left eye

5      and the right eye.  So is there a difference between dosing

6      regimen for the product, for each of the products, and what

7      I found is that there wasn't a difference related to t.i.d.

8      dosing or single day dosing, and that was either for

9      Apotex's product with or without disodium edetate.

10             And then what I could do is I could go further

11     and say, well, okay.  Among all of the left eyes, which

12     represented the t.i.d. dosing over the seven-day period and

13     then once on the day eight, is there a difference between

14     these formulations?  And actually there wasn't.  And,

15     specifically, there was no difference between Apotex's

16     product with or without disodium edetate.

17             And just empirically, you looked at the observed

18     mean, the mean values were actually higher and the -- on the

19     eye without disodium edetate.

20             Then you could look at the right eyes, which

21     represented the single day dosing on day eight, and again

22     there were no differences between Apotex's product with or

23     without disodium edetate.  And, again, the mean value

24     without disodium edetate was numerically higher.

25             So then if you were going to take it further and

Elder - direct

1    you were going to look specifically across all the

2    formulations and the dosing regimen, you could use a

3    repeated measures mixed model and look at that, and in the

4    confines of that model, using pairwise comparisons, I found

5    no significant difference between Apotex's product with or

6    without disodium edetate.

7    Q.    And the repeated measures mixed model, could you

8    explain that just a little?

9    A.    So that would be a model that would use not only the

10   effect for the fact that we have different formulations, but

11   we also have different dosing regimens.  And just takes into

12   account the fact that we have the variability due to the

13   fact that we have the left and right eye exposed for the

14   same rabbit.

15   Q.    Now, from all of this data, were you able to make any

16   conclusions about corneal permeability?

17   A.    Basically, I was not able to make -- I didn't find

18   there was any evidence to say that adding disodium edetate

19   to Apotex's product increases its corneal permeability.

20   Q.    And I know this may pain you, but you may be aware

21   that a claim construction has been put forward that when

22   increasing corneal permeability or raising corneal

23   permeability ability does not require significance.

24          What would be your analysis under that claim

25   construction?

Elder - direct

1   A.    Well, it's difficult for me to say that it would cause

2   an improvement by looking at a single study and say that a

3   value is higher, that that would -- because I don't know

4   that it's reproducible.  But numerically, this would suggest

5   that without disodium edetate, was actually higher.

6   Q.    Did you mean by that the Nucro-Technics study?

7   A.    Yes, in the Nucro-Technics study.

8   Q.    Now, you also looked at precipitation study.

9   A.    I did.

10  Q.    Is that correct?

11  A.    Yes.

12  Q.    And what precipitation study did you look at?

13  A.    I looked at the Cyanta study.

14  Q.    And could you tell me about what you looked at in the

15  Cyanta study?

16  A.    Sure.  First of all, I was asked whether or not I

17  could see from the study if Apotex's product -- if the

18  disodium edetate helped prevent prevention -- prevent

19  precipitation in Apotex's product, and I could not because

20  Apotex's product was not utilized.

21          And then as we looked through the study, there

22  are things that potentially could have affected any results

23  that we would have had.  Most specifically, I would say

24  there -- you know, we've already heard others testify that

25  there are issues with the pH.

Elder - direct

1              The freeze-thaw times may not have been

2      consistent, but for me, the largest problem is the fact is,

3      we can't -- the design itself does not tell us whether or

4      not a precipitation was being prevented, meaning that

5      there's no protocol that says what a precipitate is and

6      there's nothing in the protocol that says what prevention

7      is.

8              So you have a study that's basically designed

9      with no research question being asked, which makes it very

10     difficult.

11             And then, secondly, if you look at it -- at the

12     precipitation studies presented in the patent, where it

13     seems to be an absence or presence, you know, it doesn't

14     matter when it precipitated, it's just whether it

15     precipitated or not.  Then the design itself brings in a

16     large number of questions, because the studies presented in

17     the patent were just a single observation.  And while they

18     were observed at different, you know, various freeze-thaw

19     times, there were up to ten cycles, there was only one

20     observation.

21             So you got a pass/fail -- basically, you get a

22     pass/fail grade on each conduct of the formulation.

23             And so here, we have two things happening.  We

24     have a lot of information on a single formulation, but not

25     only that, we have multiple preparations within the

Elder - direct

1   formulation.

2            So for each formulation, one with disodium

3   edetate and one without, there were five different

4   preparations created from that.

5            So now we've taken our single binary observation

6   and we split it out to ten binary -- single for each.  We've

7   created five each.  And then we went further and created up

8   to 18 vials within each one of those experiments.

9            So determining whether something met the rule

10  for prevention or not was going to be very difficult to do,

11  because there's a large amount of data generated, but,

12  ultimately, the question asked was a binary question.

13  Q.   Okay.  And could you tell us a little bit more about

14  your analysis?

15  A.   Sure.  As I stated, it's very difficult to make

16  conclusions here because of the way the study is designed.

17  We don't really have a research question that was stated,

18  and so we can't -- it has been difficult to answer it,

19  because if you don't know what a precipitate is and you

20  don't know if it's prevented, then how can you answer the

21  question?

22           Dr. Mahnken does a beautiful analysis that looks

23  at whether or not prevention is delayed or the onset of

24  prevention is delayed, but in my reading of the '045 patent,

25  that was not the question that was asked.  It is a question

Elder - direct

1   that is basically, does it ever exist or not, so it makes it

2   binary.

3   Q.    And can you walk us through what your analysis

4   actually was?

5   A.    Well, so basically, the harsh reality about

6   pharmaceutical statistics is that oftentimes, statistical

7   methods are far advanced of what we actually do in practice,

8   and this is one of the classic cases where I believe that's

9   the case where that's true.

10        Here, there are many wonderful things that we

11   can do to actually take advantage of the design of this

12   experiment and be able to explain variability and do all of

13   those things.  But at the end of the day, we don't -- we may

14   or may not answer the question that's being asked.

15        So I will just submit, it was very difficult

16   to determine anything related to this study analysis.

17   But looking at it as just a series of binary events,

18   all ten preparations had at least one vial that

19   precipitated.  So by that definition, if we call that the

20   definition of precipitation, there was no prevention of

21   precipitation.

22   Q.    And how many -- and what was the lowest number that

23   any vial had?

24   A.    You know, I don't recall.  I'm sorry.  There was at

25   least one.

Elder - direct

1   Q.    Was there a low percentage of vials that was --

2   A.    I think it was at least 60 percent of the vials showed

3   at least one precipitate.

4   Q.    So more than six out of ten for every formulation?

5   A.    Exactly.  And then there was the whole issue, if we

6   can remember from Dr. Mahnken's -- actually, Mr. Gemoules,

7   when he was up here presenting the data as well, that there

8   were two observations of precipitation.  There was the

9   initial observation, when they unfiled it and they looked at

10  it.  They squished it and looked again.

11            If you say, okay, I'm only going to call it

12  precipitation if it exists on the second time, we had

13  two preparations out of each formulation, so two

14  preparations with EDTA, and then two preparations without

15  EDTA that still had at least one vial showing precipitates

16  after agitation.

17            So, again, we didn't prevent it.  It still

18  occurred.

19            So and then, you know, what is a little, I

20  guess, disconcerting, I guess, is the fact that in the

21  patent, it was -- one observation and there were no

22  precipitates for the formulation.

23            And so now, here we have multiple preparations

24  and we do have precipitates.  So within the preparations of

25  each type, either with EDTA or without EDTA, there are

Elder - direct

1    differences.  They're behaving differently.

2              So one of the things that I did is I did

3    what was called a Cochran Mantel Haenszel General

4    Association Test to determine if there was any difference

5    among these --

6    Q.    Doctor, could you spell Cochran Mantel Haenszel?

7    A.    Okay.  C-o-c-h-r-a-n  M-a-n-t-e-l  H-a-e-n-s-z-e-l.

8    Q.    And can you explain a little bit about the Cochran

9    Mantel Haenszel test?

10   A.    The Cochran Mantel Haenszel General Association Test

11   is an in-way extension to the ordinary Chi Square test,

12   which the Chi Square test is when you look at a table that

13   has a number of rows and a number of columns.  The Cochran

14   Mantel Haenszel General Association Test is an in-way

15   extension, meaning that not only can you look at rows and

16   columns and then you can look at stratification.

17             This test is a test statistic that is used

18   commonly in the pharmaceutical industry, and it's used more

19   often than the regular Chi Square test because it is more

20   versatile and actually it tends to be a little more

21   conservative.

22             I think the fact that there's a factor of N

23   minus one over N difference between the Chi square test and

24   the Cochran Mantel Haenszel General Association Test, if you

25   just use it in the classic sense.

Elder - direct

1       So I used it because that's what I use on a

2   daily basis.  I use the Cochran Mantel Haenszel and not the.

3   Chi Square.

4       So using that test statistic, I found that

5   there was a statistically significant difference among the

6   ten preparations.  So that meant that at least one of the

7   preparations was different from the other nine preparations.

8       But if you looked at it empirically, so you just

9   looked at the proportions that were showing precipitants

10  across the ten preparations, you would see that there were,

11  as we have stated previously, there were preparations with

12  EDTA that had precipitates and there were preparations

13  without EDTA that had precipitants.

14      So I was left without really an option to look

15  further, because I came to a result that I did not expect

16  based on a review of the patent.

17  Q.    So what you are saying is your tests only told you

18  that at least one of the ten was different?

19  A.    Exactly.

20  Q.    Did you do anything further with regard to Dr.

21  Mahnken's work?

22  A.    Again, like I said Dr. Mahnken's analysis was a very

23  nice analysis.  But it doesn't, in my opinion, establish

24  prevention based on my reading of the '450 patent.

25  Q.    Did you make any conclusions about Dr. Mahnken's work?

Elder - direct

1   A.    Basically, I am not able to conclude anything about

2   precipitation being prevented by the adding disodium acetate

3   to the preparation, because there were preparations with

4   disodium acetate that precipitated.  There is no evidence,

5   again, that Apotex's gatifloxacin product prevents

6   precipitation because that product wasn't tested.

7   Q.    Thank you, Dr. Elder.

8              MR. FEDER:  Pass the witness.

9              THE COURT:  I think we will pass the witness

10  tomorrow.

11             MR. KELLY:  I think that is a great idea.

12             THE COURT:  Have a nice evening, counsel.

13             (Court recessed at 6:04 p.m.)

14             (Reporter's Note:  There is no Page 502.  The

15  transcript continues at Page 503 in the following volume.)